## **INDEX OF EXHIBITS**

**Exhibit A –** Complaints

**Exhibit B –** Plaintiff's motion for injunctive relief

**Exhibit C –** CMS, *Liability Insurance (Including Self-Insurance): Exposure, Ingestion, and Implantation Issues and December 5, 1980*, dated 8/19/14

**Exhibit D –** Defendants' response to plaintiff's motion for injunctive relief

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

# EXHIBIT A

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CAROL BEATTY, Personal
Representative for the Estate of
EARL T. BEATTY, Deceased

        Plaintiff,

vs.

ACME INSULATION,
a Michigan Corporation;
ADIENCE, INC.,
Successor in Interest to Adience Company, LP as Successor
in Interest to BMI, Inc., a Delaware Corporation;
AMERON INTERNATIONAL CORPORATION,
a Delaware Corporation;
AMERON INTERNATIONAL CORPORATION,
a Delaware Corporation, in its own right and as successor in
interest to Bondstrand, Ltd.;
AUBURN MANUFACTURING COMPANY,
a Connecticut Corporation;
BALTIMORE ENNIS LAND COMPANY, INC.,
an Ohio Corporation, a/k/a Belci, f/k/a Gibson-Homans;
BEHLER-YOUNG CO.,
a Michigan Corporation;
THE BOOMER COMPANY,
a Michigan Corporation;
BRYAN STEAM CORPORATION,
a New Mexico Corporation;
BRYAN STEAM, LLC,,
a Delaware Limited Liability Company, f/k/a Bryan Boilers;
BURNHAM LLC,
a Delaware Coproration, f/k/a Burnham Corporation;
BW/IP, INC.,
a Delaware Corporation, f/k/a BW/IP International, Inc., in its own
right and as parent corporation to Byron Jackson Pump Division;
CAMERON INTERNATIONAL CORPORATION,
a Delaware Corporation;
CARVER PUMP CO.,
a Delaware Corporation;
CHAMPLAIN CABLE CORPORATION,
a Delaware Corporation, f/k/a Haveg Industries, Inc.;

ASBESTOS DOCKET
Case No:                    -NP(s)
HON. PATRICIA FRESARD

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

1

Scanned with CamScanner

**CLEAVER BROOKS COMPANY,**
a Pennsylvania Corporation;
**CLOW CORPORATION,**
a Delaware Corporation;
**CROSBY VALVE, LLC,**
a Nevada Corporation;
**DAUBERT CHEMICAL COMPANY, INC.,**
an Illinois Corporation;
**DURAMETALLIC CORPORATION,**
a Michigan Corporation;
**EVERLASTING VALVE CO.,**
a Michigan Corporation;
**EVERT ASBESTOS INSULATING COMPANY,**
a Michigan Corporation;
**F.L. SMIDTH DORR-OLIVER EIMCO INC.,**
a Delaware Corporation;
**FORD MOTOR COMPANY,**
a Delaware Corporation;
**GOODALL RUBBER COMPANY,**
a New Jersey Corporation;
**GOODRICH CORPORATION,**
f/k/a B.F. Goodrich Company a New York Corporation;
**GOODYEAR TIRE & RUBBER COMPANY,**
an Ohio Corporation;
**THE GORMAN-RUPP COMPANY,**
an Ohio Corporation, in its own right and as successor in
interest to C.H. Wheeler Manufacturing Company;
**GREENE, TWEED & COMPANY,**
a Pennsylvania Corporation;
**GRINNELL LLC,**
a Delaware Corporation;
**HARRISON PIPING SUPPLY COMPANY,**
a Michigan Corporation;
**IU NORTH AMERICA, INC.,**
a Delaware Corporation as Successor in Interest by merger
with The Garp Co. and formerly known as The Gage Co., a
Pennsylvania Corporation, f/k/a Taylor Engineering;
**J-M MANUFACTURING COMPANY, INC.,**
a Delaware Corporation;
**JOHN E. GREEN COMPANY,**
a Michigan Corporation;
**JOHNSON CONTROLS, INC.,**
a Wisconsin Corporation, in its own right and as successor in
interest to Luxaire, Inc., Moncrief Furnace, The Henry
Furnace Company, Fraser-Johnston, Coleman Furnace;

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-8966

Scanned with CamScanner

**K & C SUPPLY, INC.,**
an Ohio Corporation;
**O.C. KECKLEY COMPANY,**
an Illinois Corporation;
**KERR PUMP AND SUPPLY, INC.,**
a Michigan Corporation;
**LENNOX INDUSTRIES, INC.,**
an Iowa Corporation, in its own right and as successor in
interest to Aireflo Furnaces, Armstrong Furnace, Ducane
Furnaces, Magic Chef Furnace;
**THE MARLEY-WYLAIN COMPANY,**
a Delaware Corporation, in its own right and as Successor in
Interest to Weil-McLain; Williamson-Thermoflo; Williamson
Company; Metzger Machine Corporation; Weil-McLain;
Bennett & Peck Company; Peck and Williamson Heating and
Ventilating Company; International Heater Company,
Twentieth Century Heating and Ventilating Company; Henry &
Scheible Company; Quaker Manufacturing Company; Ideal
Furnace Company; Williamson Heater Company;
**MCWANE, INC.,**
a Delaware Corporation, in its own right and as successor in
interest to Clow Valve Co. and Yeomans Pump;
**MIDLAND ROSS CORPORATION,**
an Ohio Corporation, in its own right and as Successor in
Interest to Surface Combustion;
**MW CUSTOM PAPERS, LLC,**
a Delaware Corporation, in its own right and as successor in
interest to The Mead Corporation;
**NAGLE PUMPS, INC.,**
an Ohio Corporation;
**NETZSCH PUMPS NORTH AMERICA, LLC,**
a Delaware Corporation;
**NIBCO, INC.,**
an Indiana Corporation;
**PFAUDLER, INC.**
a Delaware Corporation;
**POWER PROCESS PIPING, INC.,**
a Michigan Corporation;
**RADIATOR SPECIALTY COMPANY,**
a North Carolina Corporation;
**RIC-WIL, INC.,**
an Ohio Corporation;
**ROGER ZATKOFF COMPANY,**
a Michigan Corporation;
**ROPER PUMP COMPANY,**
a Delaware Corporation;

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-9966

Scanned with CamScanner

**ROTH PUMP COMPANY,**
a Delaware Corporation;
**RUTHMAN PUMP & ENGINEERING, INC.,**
an Ohio Corporation, a/k/a Gusher Pumps, Inc.;
**SATTERLUND SUPPLY COMPANY,**
a Michigan Corporation;
**SCHAD BOILER SETTING COMPANY,**
d/b/a Schad Refractory Construction Co., a Michigan Corporation;
**SEALITE, INC.,**
a California Corporation;
**STANDARD FUEL ENGINEERING COMPANY,**
a Michigan Corporation;
**STANDCO INDUSTRIES, INC.,**
a Delaware Corporation, in its own right and as successor in
interest to Sterling Packing and Gasket Company, Inc.;
**THE STANLEY-CARTER COMPANY,**
a Michigan Corporation;
**SULZER PUMPS (US) INC.,**
a Delaware Corporation, f/k/a The Austin Company;
**TA COMPANY,**
an Ohio Corporation;
**TACO, INC.,**
a Rhode Island Corporation;
**TATE ANDALE, INC.,**
a Maryland Corporation, in its own right and successor in
interest to Andale Valves;
**THERMON, INC.,**
a Texas Corporation, in its own right and as successor in
interest to Thermon Manufacturing Company;
**TKD, INC.,**
a California Corporation, in its own right and as successor in
interest to Johnston Pump Company;
**TRANS-PUMPS, INC.,**
a Pennsylvania Corporation, a/k/a Hazelton Pumps;
**TUTHILL CORPORATION,**
a Delaware Corporation;
**UNIROYAL, INC.,**
a/k/a United States Rubber Co., Inc., a New Jersey Corporation;
**VIKING PUMP, INC.,**
a Delaware Corporation;
**WATTS WATER TECHNOLOGIES, INC.,**
a Delaware Corporation;
**WEIL PUMP COMPANY,**
an Illinois Corporation;
**WEIR VALVES & CONTROLS USA, INC.,**
a Massachusetts Corporation, f/k/a Atwood and Morrill Co., Inc.;

LAW OFFICES
MICHAEL B. SERLINO, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-4966

4

**YORK INTERNATIONAL CORPORATION,**
a Delaware Corporation, in its own right and as successor in
interest to Evcon Industries, Inc., Luxaire, Inc., Moncrief Furnace,
The Henry Furnace Company, Fraser-Johnston, Coleman Furnace;
**YORK RUBBER COMPANY,**
a Michigan Corporation;

      Defendants.

_____/

**ERIC B. ABRAMSON (P60949)**
**SERLING & ABRAMSON, P.C.**
**Attorneys for Plaintiffs**
**280 N. Old Woodward Ave., Ste. 406**
**Birmingham, Michigan 48009**
**(248) 647-6966**

_____/

## NOTICE OF COMPLAINT IN WRONGFUL DEATH CASE
## COMPLAINT AND JURY DEMAND

    **A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in the Circuit Court for the County of Madison, Illinois. The action is still pending. The docket number is 16L001549 and Judge Stephen Stobbs is assigned to the action.**

    NOW COMES Plaintiff by and through his attorneys, SERLING & ABRAMSON, P.C. and for his Complaint against each Defendant, states as follows:

    1.    In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order of November 21, 2003, paragraph II. C. 4., a Complaint was filed with the Court's "Master File" (Case No.: 03-310422-NP) entitled "Asbestos Master Complaint—Deceased Plaintiff," Standard Pleading No. 12. Plaintiff adopts by reference each and every allegation in this Master Complaint.

    2.    Pursuant to the Court's Case Management Order of November 21, 2003, Plaintiff, **CAROL BEATTY, Personal Representative for the Estate of EARL T. BEATTY, Deceased,** states as follows:

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

Scanned with CamScanner

| | |
|---|---|
| Deceased Plaintiff: | Earl T. Beatty |
| Decedent's Date of Birth: | January 27, 1938 |
| Decedent's Date of Death: | February 2, 2019 |
| Personal Representative: | Carol Beatty |
| Per. Rep.'s Birth Date: | July 22, 1939 |
| Personal Representative's Address: | 3898 E. Herrick<br>Clare, MI 48617 |
| Spouse of Decedent: | Carol Beatty |
| Spouse's Date of Birth: | July 22, 1939 |
| Disease: | Mesothelioma |
| Date of Decedent's Diagnosis: | September 20, 2016 |
| Decedent's Period of Exposure to Asbestos: | 1966-1995 – *subject to further discovery* |
| Decedent's Occupation: | Boiler House Operator, Pipecoverer, Pipefitter |
| Employer(s): | Dow Chemical |
| Known Job Sites and Years at Job Sites: | See Attachment "A" |
| Identity of all Known Non-Parties: | See Attachment "B" |
| Reasonably Known Medical Information: | See Attachment "C" |
| Social Security Printout included: (check one)   Yes _____     No _X_ (has been ordered) | No |
| Geographical Situs of Asbestos Exposure: | Wayne County, Michigan |

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**A TRIAL BY JURY IS HEREBY DEMANDED TO DETERMINE**

Scanned with CamScanner


ALL ISSUES.

_/s/ Eric B. Abramson_
ERIC B. ABRAMSON (P60949)
Attorney for Plaintiff
280 N. Old Woodward, Ste. 406
Birmingham, Michigan 48009
(248) 647-6966

DATED:      May 6, 2020

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

7

Scanned with CamScanner

## ATTACHMENT "A"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff reserves the right to update asbestos product exposure identification after investigation of the case and review of the Social Security Printout and in accordance with the Court's Case Management Order deadline for submission of a final product identification brochure. Plaintiff's Known Job Site Information is as follows:

| KNOWN JOB SITES | YEARS AT JOB SITES |
|---|---|
| Dow Chemical | 1966-1995 |

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

8

Scanned with CamScanner

**ATTACHMENT "B"**

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff's Preliminary Notice of Non-Parties are as follows:

A.P. GREEN REFRACTORIES
AC&S
ARMSTRONG WORLD INDUSTRIES
ASARCO
BABCOCK & WILCOX COMPANY
BONDEX
BURNS & ROE
CELOTEX CORPORATION
COMBUSTION ENGINEERING
DRESSER INDUSTRIES/HARBISON WALKER REFRACTORIES
EAGLE-PICHER INDUSTRIES, INC.
FIBREBOARD CORPORATION
FLEXITALLIC GASKET
FLINTKOTE
GAF CORPORATION
GARLOCK
GEORGIA PACIFIC
H.K. PORTER
HALLIBURTON
JOHNS-MANVILLE CORPORATION
KAISER ALUMINUM
KEENE/BEH
KENTILE FLOORS
KVAERNER
LESLIE
ASBESTOS CLAIMS MANAGEMENT CORP. (F/K/A NATIONAL GYPSUM)
NORTH AMERICAN REFRACTORIES
OGLEBAY NORTON
ON MARINE SERVICES COMPANY
OWENS CORNING FIBERGLAS CORPORATION
OWENS ILLINOIS
PITTSBURGH CORNING CORPORATION
PLIBRICO COMPANY
QUIGLEY
RAYBESTOS-MANHATTAN
SEPCO
THAN
TURNER & NEWALL
UGL
UNITED STATES GYPSUM CO.
W.R. GRACE
YARWAY

This list may be incomplete and is subject to change as discovery is ongoing.

S:\Complaints\DEADLINES\2019 July-Dec\BEATTY, Earl SWPF.docx

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

Scanned with CamScanner

## ATTACHMENT "C"

All reasonably known medical information is as follows:

Mid Michigan Medical Center
4000 Wellness Dr.
Midland, MI                                    Biopsy

University of Michigan Health System
1011 Cornwell Place
Ann Arbor, MI                                  Current Treatment

Dr. David Bremer
212 W. 6th St.
Clare, MI                                      General Practitioner

Dr. Steven Gellman
602 Beech ST. #1230
Clare, MI                                      Cardiologist

Dr. Robert Jones
4011 Orchard Place #3004
Midland, MI                                    Thoracic Surgeon

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

Scanned with CamScanner

**STATE OF MICHIGAN**

**IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE**

**LANA BARBER, Personal**
**Representative for the Estate of**
**LARRY L. BARBER, Deceased**               <u>**ASBESTOS DOCKET**</u>
                                            **Case No:              -NP(a)**
         **Plaintiff,**                      **HON. PATRICIA FRESARD**

**vs.**

**ACME INSULATION,**
a Michigan Corporation;
**ADIENCE, INC.,**
Successor in Interest to Adience Company, LP as Successor
in Interest to BMI, Inc., a Delaware Corporation;
**ALLISON TRANSMISSION, INC.**
a Delaware Corporation
**AMERON INTERNATIONAL CORPORATION,**
a Delaware Corporation;
**AMERON INTERNATIONAL CORPORATION,**
a Delaware Corporation, in its own right and as successor in
interest to Bondstrand, Ltd.;
**ARVINMERITOR, INC.**
a Delaware Corporation
**BALTIMORE ENNIS LAND COMPANY, INC.,**
an Ohio Corporation, a/k/a Belci, f/k/a Gibson-Homans;
**BECHTEL CORPORATION**
a Nevada Corporation;
**BEHLER-YOUNG CO.,**
a Michigan Corporation;
**THE BOOMER COMPANY,**
a Michigan Corporation;
**BRYAN STEAM CORPORATION,**
a New Mexico Corporation;
**BRYAN STEAM, LLC,**
a Delaware Limited Liability Company, f/k/a Bryan Boilers;
**BURNHAM LLC,**
a Delaware Coproration, f/k/a Burnham Corporation;
**BW/IP, INC.,**
a Delaware Corporation, f/k/a BW/IP International, Inc., in
its own right and as parent corporation to Byron Jackson
Pump Division;
**CAMERON INTERNATIONAL CORPORATION,**
a Delaware Corporation;
**CARLISLE COMPANIES, INC.**
a Delaware Corporation

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
———
(248) 647-6966

1

**CARVER PUMP CO.,**
a Delaware Corporation;
**CATERPILLER, INC.**
a Delaware Corporation
**CHERNE CONTRACTING CORPORATION**
a Delaware Corporation;
**CLEAVER BROOKS COMPANY,**
a Pennsylvania Corporation;
**CLOW CORPORATION,**
a Delaware Corporation;
**CNH INDUSTRIAL AMERICA LLC**
a Delaware Corporation, in its own right and as successor by
merger of Case Corporation and New Holland N.V.
**CROSBY VALVE, LLC,**
a Nevada Corporation;
**CUMMINS, INC.**
an Indiana Corporation
**DAUBERT CHEMICAL COMPANY, INC.,**
an Illinois Corporation;
**DEERE & COMPANY**
a Delaware Corporation
**DURAMETALLIC CORPORATION,**
a Michigan Corporation;
**ELECTROLUX HOME PRODUCTS, INC.**
a Delaware Corporation
**ESCON GROUP, INC.**
a Michigan Corporation, in its own right and as successor in
interest to Essexville Electric;
**EVERLASTING VALVE CO.,**
a Michigan Corporation;
**F.L. SMIDTH DORR-OLIVER EIMCO INC.,**
a Delaware Corporation;
**FLOWSERVE CORPORATION,**
a New York Corporation, in its own right and as successor in
interest to Durco Pumps and Nordstrom Valves;
**FMC CORPORATION**
a Delaware Corporation, in its own right and as successor in
interest to Link-Belt Construction
**FORD MOTOR COMPANY,**
a Delaware Corporation;
**GOODALL RUBBER COMPANY,**
a New Jersey Corporation;
**GOODRICH CORPORATION,**
f/k/a B.F. Goodrich Company a New York Corporation;
**GOODYEAR TIRE & RUBBER COMPANY,**
an Ohio Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

2

**THE GORMAN-RUPP COMPANY,**
an Ohio Corporation, in its own right and as successor in
interest to C.H. Wheeler Manufacturing Company;
**GRADALL INDUSTRIES, INC.**
a Delaware Corporation
**GREENE, TWEED & COMPANY,**
a Pennsylvania Corporation;
**GUSMER ENTERPRISES, INC.**
a New Jersey Corporation, in its own right and as successor
in interest to The Cellulo Company, Filter Materials, Inc. and
A. Gusmer, Inc.;
**HARLAN ELECTRIC COMPANY**
a Michigan Corporation;
**HARRISON PIPING SUPPLY COMPANY,**
a Michigan Corporation;
**HENNESSY INDUSTRIES, INC.**
a Delaware Corporation, in its own right and as successor in
interest to AMMCO Tools
**HERLIHY MID-CONTINENT COMPANY**
an Illinois Corporation;
**IMO INDUSTRIES, INC.,**
a/k/a DeLaval Turbines, Inc., a Delaware Corporation;
**IU NORTH AMERICA, INC.,**
a Delaware Corporation as Successor in Interest by merger
with The Garp Co. and formerly known as The Gage Co., a
Pennsylvania Corporation, f/k/a Taylor Engineering;
**J-M MANUFACTURING COMPANY, INC.,**
a Delaware Corporation;
**JOHN E. GREEN COMPANY,**
a Michigan Corporation;
**JOHNSON CONTROLS, INC.,**
a Wisconsin Corporation, in its own right and as successor in
interest to Luxaire, Inc., Moncrief Furnace, The Henry
Furnace Company, Fraser-Johnston, Coleman Furnace;
**K & C SUPPLY, INC.,**
an Ohio Corporation;
**O.C. KECKLEY COMPANY,**
an Illinois Corporation;
**KERR PUMP AND SUPPLY, INC.,**
a Michigan Corporation;
**KOMATSU AMERICA Corp**
a Georgia Corporation
**KOMATSU MINING CORP.**
a Delaware Corporation
**LENNOX INDUSTRIES, INC.,**
an Iowa Corporation, in its own right and as successor in
interest to Aireflo Furnaces, Armstrong Furnace, Ducane
Furnaces, Magic Chef Furnace;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

3

**THE MARLEY-WYLAIN COMPANY,**
a Delaware Corporation, in its own right and as Successor in Interest to
Weil-McLain; Williamson-Thermoflo; Williamson Company; Metzger
Machine Corporation; Weil-McLain; Bennett & Peck Company; Peck
and Williamson Heating and Ventilating Company; International
Heater Company, Twentieth Century Heating and Ventilating
Company; Henry & Scheible Company; Quaker Manufacturing
Company; Ideal Furnace Company; Williamson Heater Company;
**MCCORD CORPORATION F/K/A MCCORD GASKET COMPANY**
a Michigan Corporation
**MCWANE, INC.,**
a Delaware Corporation, in its own right and as successor in
interest to Clow Valve Co. and Yeomans Pump;
**MIDLAND ROSS CORPORATION,**
an Ohio Corporation, in its own right and as Successor in
Interest to Surface Combustion;
**NAGLE PUMPS, INC.,**
an Ohio Corporation;
**THE NASH ENGINEERING COMPANY,**
a Connecticut Corporation;
**NAVISTAR, INC.**
a Delaware Corporation, in its own right and as successor in
interest to International Harvester Company and International
Truck and Engine Corporation
**NETZSCH PUMPS NORTH AMERICA, LLC,**
a Delaware Corporation;
**PFAUDLER, INC.**
a Delaware Corporation;
**PNEUMO ABEX CORPORATION**
a Delaware Corporation, f/k/a Abex Corporation
**POWER PROCESS PIPING, INC.,**
a Michigan Corporation;
**RADIATOR SPECIALTY COMPANY,**
a North Carolina Corporation;
**RIC-WIL, INC.,**
an Ohio Corporation;
**ROGER ZATKOFF COMPANY,**
a Michigan Corporation;
**ROPER PUMP COMPANY,**
a Delaware Corporation;
**ROTH PUMP COMPANY,**
a Delaware Corporation;
**RUTHMAN PUMP & ENGINEERING, INC.,**
an Ohio Corporation, a/k/a Gusher Pumps, Inc.;
**SATTERLUND SUPPLY COMPANY,**
a Michigan Corporation;
**SCHAD BOILER SETTING COMPANY,**
d/b/a Schad Refractory Construction Co., a Michigan Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

4

**SEALITE, INC.,**
a California Corporation;
**SPENCE BROTHERS**
a Michigan Corporation;
**STANDARD FUEL ENGINEERING COMPANY,**
a Michigan Corporation;
**STANDCO INDUSTRIES, INC.,**
a Delaware Corporation, in its own right and as successor in
interest to Sterling Packing and Gasket Company, Inc.;
**THE STANLEY-CARTER COMPANY,**
a Michigan Corporation;
**STONE & WEBSTER, INC.**
a Louisiana Corporation;
**SULZER PUMPS (US) INC.,**
a Delaware Corporation;
**TA COMPANY**
an Ohio Corporation, f/k/a The Austin Company
**TACO, INC.,**
a Rhode Island Corporation;
**TATE ANDALE, INC.,**
a Maryland Corporation, in its own right and successor in
interest to Andale Valves;
**TKD, INC.,**
a California Corporation, in its own right and as successor in
interest to Johnston Pump Company;
**TRANS-PUMPS, INC.,**
a Pennsylvania Corporation, a/k/a Hazelton Pumps;
**TUTHILL CORPORATION,**
a Delaware Corporation;
**TWIN DISC, INCORPORATED**
a Wisconsin Corporation
**UNIROYAL, INC.,**
a/k/a United States Rubber Co., Inc., a New Jersey Corporation;
**VIKING PUMP, INC.,**
a Delaware Corporation;
**VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, LLC**
a Delaware Corporation, in its own right and as successor in
interest to Blaw Knox
**WATTS WATER TECHNOLOGIES, INC.,**
a Delaware Corporation;
**WEIL PUMP COMPANY,**
an Illinois Corporation;
**WEIR VALVES & CONTROLS USA, INC.,**
a Massachusetts Corporation, f/k/a Atwood and Morrill Co., Inc.;
**WELTON RUBBER COMPANY,**
a Michigan Corporation, formerly known as Welton Rubber
& Asbestos Company;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

**WHITE CONSOLIDATED INDUSTRIES, INC.**
a Delaware Corporation, in its own right and as successor in
interest to American Chain & Cable Company, Inc. and
Schade Valve Manufacturing Co.
**THE WILLIAM POWELL COMPANY,**
an Ohio Corporation;
**YORK RUBBER COMPANY,**
a Michigan Corporation;
**YORK INTERNATIONAL CORPORATION,**
a Delaware Corporation, in its own right and as successor in
interest to Evcon Industries, Inc., Luxaire, Inc., Moncrief Furnace,
The Henry Furnace Company, Fraser-Johnston, Coleman Furnace;

     Defendants.

_____/

**ERIC B. ABRAMSON (P60949)**
**SERLING & ABRAMSON, P.C.**
**Attorney for Plaintiffs**
**280 N. Old Woodward Ave., Ste. 406**
**Birmingham, Michigan  48009**
**(248)  647-6966**

_____/

## NOTICE OF COMPLAINT
## COMPLAINT

    **A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in the Circuit Court for the County of Madison, Illinois.  The action is still pending.  The docket number is 16 L 000312 and Judge Stephen Stobbs is assigned to the action.**

    NOW COMES Plaintiff, by and through her Attorney, SERLING & ABRAMSON, P.C., and for her Complaint against each Defendant, state as follows:

    1.    In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order of June 24, 2016, paragraph II. C. 4., a Complaint was filed with the Court's "Master File" (Case No.: 03-310422-NP) entitled "Asbestos Master Complaint—Deceased Plaintiff," Standard Pleading No. 12.  Plaintiff adopts by reference each and every allegation in this Master Complaint.

    2.    Pursuant to the Court's Case Management Order of June 24, 2016,

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

Plaintiff, **LANA BARBER Personal Representative for the Estate of LARRY L. BARBER, Deceased** states as follows:

| | |
|---|---|
| Deceased Plaintiff: | Larry L. Barber |
| Decedent's Date of Birth: | February 1, 1943 |
| Decedent's Date of Death: | February 7, 2016 |
| Personal Representative: | Lana Barber |
| Per. Rep.'s Birth Date: | March 28, 1946 |
| Personal Representative's Address: | 2125 E. Surrey Rd. Farwell, MI  48622 |
| Spouse of Decedent: | Lana Barber |
| Spouse's Date of Birth: | March 28, 1946 |
| Disease: | Mesothelioma |
| Date of Decedent's Diagnosis: | January 4, 2016 |
| Decedent's Period of Exposure to Asbestos: | 1966-1968 (U.S. Navy); 1964-1966, 1968-2001 – *subject to further discovery* |
| Decedent's Occupation: | Heavy Equipment Field Operator; Laborer; Lab Analyst; Operator; Insulator; Pipecoverer |
| Employer(s): | Pat's Gradall; Dow Chemical |
| Known Job Sites and Years at Job Sites: | See Attachment "A" |
| Identity of all Known Non-Parties: | See Attachment "B" |
| Reasonably Known Medical Information: | See Attachment "C" |
| Social Security Printout included: (check one)   Yes _____       No  _X_ (has been ordered) | No |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009
———
(248) 647-6966

Geographical Situs of Asbestos
Exposure:                                    Wayne County, Michigan

/s/ *Eric B. Abramson*

**ERIC B. ABRAMSON (P60949)**
**Attorney for Plaintiff**
**280 N. Old Woodward, Ste. 406**
**Birmingham, Michigan  48009**
**(248) 647-6966**

**DATED:** May 28, 2020

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

## ATTACHMENT "A"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff reserves the right to update asbestos product exposure identification after investigation of the case and review of the Social Security Printout and in accordance with the Court's Case Management Order deadline for submission of a final product identification brochure.  Plaintiff's Known Job Site Information is as follows:

| KNOWN JOB SITES | YEARS AT JOB SITES |
|---|---|
| Pat's Gradall | 1964-1966 |
| United States Navy | 1966-1968 |
| Dow Chemical | 1966, 1968-1987 |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

## ATTACHMENT "B"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff's Preliminary Notice of Non-Parties are as follows:

A.P. GREEN REFRACTORIES
AC&S
ARMSTRONG WORLD INDUSTRIES
ASARCO
BABCOCK & WILCOX COMPANY
BONDEX
BURNS & ROE
CELOTEX CORPORATION
COMBUSTION ENGINEERING
DRESSER INDUSTRIES/HARBISON WALKER REFRACTORIES
EAGLE-PICHER INDUSTRIES, INC.
FIBREBOARD CORPORATION
FLEXITALLIC GASKET
FLINTKOTE
GAF CORPORATION
GARLOCK
GEORGIA PACIFIC
H.K. PORTER
HALLIBURTON
JOHNS-MANVILLE CORPORATION
KAISER ALUMINUM
KEENE/BEH
KENTILE FLOORS
KVAERNER
LESLIE
ASBESTOS CLAIMS MANAGEMENT CORP. (F/K/A NATIONAL GYPSUM)
NORTH AMERICAN REFRACTORIES
OGLEBAY NORTON
ON MARINE SERVICES COMPANY
OWENS CORNING FIBERGLAS CORPORATION
OWENS ILLINOIS
PITTSBURGH CORNING CORPORATION
PLIBRICO COMPANY
QUIGLEY
RAYBESTOS-MANHATTAN
SEPCO
THAN
TURNER & NEWALL
UGL
UNITED STATES GYPSUM CO.
W.R. GRACE
YARWAY

This list may be incomplete and is subject to change as discovery is ongoing.

S:\Complaints\DEADLINES\2019 July-Dec\BARBER, Larry SWLPf.docx

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
——————
(248) 647-6966

## ATTACHMENT "C"

All reasonably known medical information is as follows:

MidMichigan Medical Center
4000 Wellness Drive
Midland, Michigan 48670
(989) 839-3000

May 6,2015 Cytology:  Pleural Fluid Reactive Mesothelial Cells

January 4, 2016 Biopsy:  diagnosed with Mesothelioma

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

20-006826-NP FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   5/29/2020 10:06 AM   Rementa Canyon

**STATE OF MICHIGAN**

**IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE**

LANA BARBER, Personal
Representative for the Estate of
LARRY L. BARBER, Deceased

      Plaintiff,

vs.

ACME INSULATION, et al

      Defendants.

<u>ASBESTOS DOCKET</u>
Case No:         **-NP**(a)
HON. PATRICIA FRESARD

_____/

**ERIC B. ABRAMSON (P60949)**
**SERLING & ABRAMSON, P.C.**
**Attorney for Plaintiffs**
**280 N. Old Woodward Ave., Ste. 406**
**Birmingham, Michigan  48009**
**(248)  647-6966**

_____/

**<u>JURY DEMAND</u>**

    A  TRIAL  BY  JURY  IS  HEREBY  DEMANDED  TO  DETERMINE

ALL ISSUES.

/s/ *Eric B. Abramson*
**ERIC B. ABRAMSON (P60949)**
**Attorney for Plaintiff**
**280 N. Old Woodward, Ste. 406**
**Birmingham, Michigan  48009**
**(248) 647-6966**

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009
———
(248) 647-6966

**DATED:**  May 28, 2020

1

20-005638-NP FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   4/24/2020 11:13 AM   Rementa Canyon

**STATE OF MICHIGAN**

**IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE**

| | |
|---|---|
| **NICHOLAS KACHMAN**<br>**and ISABEL KACHMAN** | **ASBESTOS DOCKET**<br>**Case No:**        **-NP(a)** |
|       **Plaintiff,** | **HON. PATRICIA FRESARD** |

**vs.**

**ADIENCE, INC.,**
Successor in Interest to Adience Company, LP as Successor
in Interest to BMI, Inc., a Delaware Corporation;
**AFC-HOLCROFT, L.L.C.,**
a Michigan Corporation, in its own right and as successor in interest
to Holcroft and Pacific Industrial Furnace Company (PIFCO)
**ARMSTRONG PUMPS, INC.,**
a New York Corporation;
**AVOCET ENTERPRISES, INC.,**
f/k/a Ventfabrics, Inc., an Illinois Corporation;
**BALTIMORE ENNIS LAND COMPANY, INC.,**
an Ohio Corporation, a/k/a Belci, f/k/a Gibson-Homans;
**BEAZER EAST, INC.,**
a Delaware Corporation in its own right and as successor in interest to Koppers
Company, Inc., and as parent corporation to subsidiary, Thiem Corporation;
**THE BOOMER COMPANY,**
a Michigan Corporation;
**BW/IP, INC.,**
a Delaware Corporation, f/k/a BW/IP International, Inc., in its own
right and as parent corporation to Byron Jackson Pump Division;
**CLEAVER BROOKS COMPANY,**
a Pennsylvania Corporation;
**COLUMBUS MCKINNON CORP,**
a New York Corporation, in its own right and as Successor in
Interest to Lift-Tech International, Inc. (Shaw-Box);
**COOPER INDUSTRIES LLC,**
a Delaware Corporation, in its own right and as successor in interest to
Cooper Industries, Inc., Crouse-Hinds Co., Cooper Bessemer Corp.,
McGraw-Edison Co., Wagner Electric Corp, Studebaker Worthington, Inc.,
Edison International Inc., Tung Sol Electric, Inc. and Abex Corporation
**COPES-VULCAN,**
a Delaware Corporation;
**DAUBERT CHEMICAL COMPANY, INC.,**
an Illinois Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

————

(248) 647-6966

**DEZURIK, INC.,**
a Delaware Corporation;
**DOW CHEMICAL DELAWARE CORPORATION,**
a Delaware Corporation;
**THE DOW CHEMICAL COMPANY,**
a Delaware Corporation;
**DURAMETALLIC CORPORATION,**
a Michigan Corporation;
**EVERLASTING VALVE CO.,**
a Michigan Corporation;
**F.B. WRIGHT COMPANY,**
a Michigan Corporation;
**FLOWSERVE CORPORATION,**
a New York Corporation, in its own right and as successor in
interest to Durco Pumps and Nordstrom Valves;
**FOSECO, INC.,**
a Delaware Corporation, in its own right and as Successor to
Gibson-Homans Co., Baltimore Ennis Land Co., Inc., and as
Subsidiary of Foseco Plc;
**GARDNER DENVER, INC.,**
a Delaware Corporation;
**GOODALL RUBBER COMPANY,**
a New Jersey Corporation;
**GOODRICH CORPORATION,**
f/k/a B.F. Goodrich Company a New York Corporation;
**GOODYEAR TIRE & RUBBER COMPANY,**
an Ohio Corporation;
**GREENE, TWEED & COMPANY,**
a Pennsylvania Corporation;
**IU NORTH AMERICA, INC.,**
a Delaware Corporation as Successor in Interest by merger
with The Garp Co. and formerly known as The Gage Co., a
Pennsylvania Corporation, f/k/a Taylor Engineering;
**JOHN CRANE, INC.,**
a Delaware Corporation, f/k/a Crane Packing Company;
**JOHN E. GREEN COMPANY,**
a Michigan Corporation;
**JOHNSON CONTROLS, INC.,**
a Wisconsin Corporation, in its own right and as successor in
interest to Luxaire, Inc., Moncrief Furnace, The Henry
Furnace Company, Fraser-Johnston, Coleman Furnace;
**JOY GLOBAL SURFACE MINING, INC.,**
a Delaware Corporation, in its own right and as successor in
inerest to P&H Material Handling, P&H Minepro Services,
P&H Mining Equipment, Harnischfeger Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**K & C SUPPLY, INC.,**
an Ohio Corporation;
**MIDLAND ROSS CORPORATION,**
an Ohio Corporation, in its own right and as Successor in
Interest to Surface Combustion;
**NEW COLEMAN HOLDINGS, INC.,**
a Kansas Corporation
**PARKER-HANNIFIN CORPORATION,**
an Ohio Corporation, as parent corporation of Parker Packing Division;
**POWER PROCESS PIPING, INC.,**
a Michigan Corporation;
**RADIATOR SPECIALTY COMPANY,**
a North Carolina Corporation;
**REUNION INDUSTRIES, INC.,**
a Delaware Corporation;
**REX/ROTO CORPORATION,**
a Michigan Corporation;
**ROGER ZATKOFF COMPANY,**
a Michigan Corporation;
**RUST INTERNATIONAL, INC.,**
a Delaware Corporation in its own right and as successor in
interest to M.W. Kellogg Co., and the Swindell Dressler Co.;
**THE SAGER CORPORATION,**
an Illinois Corporation, in its own right and as successor in
interest to The Sager Glove Corporation;
**SATTERLUND SUPPLY COMPANY,**
a Michigan Corporation;
**SCHAD BOILER SETTING COMPANY,**
d/b/a Schad Refractory Construction Co., a Michigan Corporation;
**SEAWAY MECHANICAL CONTRACTORS, INCORPORATED,**
a Michigan Corporation;
**SIEMENS CORPORATION,**
a Delaware Corporation, in its own right and as Successor in
Interest to ITE Electrical Products Company and Terry Turbine;
**SINGER SAFETY COMPANY,**
an Illinois Corporation;
**STANDARD FUEL ENGINEERING COMPANY,**
a Michigan Corporation;
**THE STANLEY-CARTER COMPANY,**
a Michigan Corporation;
**THERMO FISHER SCIENTIFIC INC.,**
a Delaware Corporation, f/k/a Thermo Electron Corp., in its
own right & as successor in interest to Thermo Therra Tech
Company, f/k/a Thermoprocess Systems Inc., in its own right
& as successor in interest to Holcroft/Loftis & Holcroft, a
Delaware Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009
————
(248) 647-6966

3

**UNION PUMPS COMPANY,**
f/k/a David Brown Union Pump Company, a Michigan
Corporation;
**UNIROYAL, INC.,**
a/k/a United States Rubber Co., Inc., a New Jersey
Corporation;
**WARREN PUMPS, LLC,**
a Delaware Corporation;
**YORK RUBBER COMPANY,**
a Michigan Corporation;

     Defendants.
_____/

**ERIC B. ABRAMSON (P60949)**
**SERLING & ABRAMSON, P.C.**
**Attorneys for Plaintiffs**
**280 N. Old Woodward Ave., Ste. 406**
**Birmingham, Michigan 48009**
**(248) 647-6966**
_____/

**NOTICE OF COMPLAINT**
**COMPLAINT AND JURY DEMAND**

     **A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in the Circuit Court for the Count of Cook, Illinois. The action is still pending. The docket number is 17 L 012857 and Judge Clare E. McWilliams is assigned to the action.**

     NOW COME Plaintiffs, by and through their Attorneys, SERLING & ABRAMSON, P.C., and for their Complaint against each Defendant, state as follows:

     1.    In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order of June 24, 2016, paragraph II. C. 4., a Complaint was filed with the Court's "Master File" (Case No.: 03-310422-NP) entitled "Asbestos Master Complaint—Living Plaintiff and Spouse," Standard Pleading No. 11. Plaintiffs adopt by reference each and every allegation in this Master Complaint.

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
————
(248) 647-6966

2.      Pursuant to the Court's Case Management Order of June 24, 2016,
Plaintiffs, **NICHOLAS KACHMAN** and **ISABEL KACHMAN,** his wife, state as
follows:

| | |
|---|---|
| Living Plaintiff: | Nicholas Kachman |
| Plaintiff's Date of Birth: | September 7, 1929 |
| Plaintiffs' Residence: | 283 McMillan Rd.<br>Grosse Pointe Farms, MI  48236 |
| Spouse: | Isabel Kachman |
| Spouse's Date of Birth: | December 28, 1930 |
| Disease: | Mesothelioma |
| Date of Diagnosis: | August 25, 2017 |
| Period of Exposure to Asbestos: | 1929-1947 (exposure through father); 1942-1949, 1953-1993 – *subject to further discovery* |
| Occupation: | Tool & Die; Various Engineering positions |
| Employer: | Beaver Tool & Die; Gabriel Steel; General Motors Corporation |
| Known Job Sites and Years at Job Sites: | See Attachment "A" |
| Identity of all Known Non-Parties: | See Attachment "B" |
| Reasonably Known Medical Information: | See Attachment "C" |
| Social Security Printout included: (check one)    Yes _____    No __X__ | No<br>(has been ordered) |
| Geographical Situs of Asbestos Exposure: | Wayne County, Michigan |

**A  TRIAL  BY  JURY  IS  HEREBY  DEMANDED  TO  DETERMINE**

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009
——
(248) 647-6966

**ALL ISSUES.**

/s/ *Eric B. Abramson*
**ERIC B. ABRAMSON (P60949)**
**Attorney for Plaintiff**
**280 N. Old Woodward, Ste. 406**
**Birmingham, Michigan  48009**
**DATED:**  April 24, 2020          **(248) 647-6966**

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

**ATTACHMENT "A"**

     In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff reserves the right to update asbestos product exposure identification after investigation of the case and review of the Social Security Printout and in accordance with the Court's Case Management Order deadline for submission of a final product identification brochure.  Plaintiff's Known Job Site Information is as follows:

| **KNOWN JOB SITES** | **YEARS AT JOB SITES** |
|---|---|
| Chrysler Corporation | 1929-1947 (Exposure through father, Nicholas Kachman) |
| Ford Motor Company, River Rouge Plant, Dearborn, MI | 1942-1946 |
| Beaver Tool & Die | 1946-1949 |
| Gabriel Steel, Detroit, MI | 1953-1957 |
| General Motors Corporation | 1957-1993 |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
———
(248) 647-6966

## ATTACHMENT "B"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff's Preliminary Notice of Non-Parties are as follows:

A.P. GREEN REFRACTORIES
AC&S
ARMSTRONG WORLD INDUSTRIES
ASARCO
BABCOCK & WILCOX COMPANY
BONDEX
BURNS & ROE
CELOTEX CORPORATION
COMBUSTION ENGINEERING
DRESSER INDUSTRIES/HARBISON WALKER REFRACTORIES
EAGLE-PICHER INDUSTRIES, INC.
FIBREBOARD CORPORATION
FLEXITALLIC GASKET
FLINTKOTE
GAF CORPORATION
GARLOCK
GEORGIA PACIFIC
H.K. PORTER
HALLIBURTON
JOHNS-MANVILLE CORPORATION
KAISER ALUMINUM
KEENE/BEH
KENTILE FLOORS
KVAERNER
LESLIE
ASBESTOS CLAIMS MANAGEMENT CORP. (F/K/A NATIONAL GYPSUM)
NORTH AMERICAN REFRACTORIES
OGLEBAY NORTON
ON MARINE SERVICES COMPANY
OWENS CORNING FIBERGLAS CORPORATION
OWENS ILLINOIS
PITTSBURGH CORNING CORPORATION
PLIBRICO COMPANY
QUIGLEY
RAYBESTOS-MANHATTAN
SEPCO
THAN
TURNER & NEWALL
UGL
UNITED STATES GYPSUM CO.
W.R. GRACE
YARWAY

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009
———
(248) 647-6966

This list may be incomplete and is subject to change as discovery is ongoing.

C:\Users\Diane\Desktop\WORK-2020\Kachnan, Nicholas SWL.docx

## ATTACHMENT "C"

All reasonably known medical information is as follows:


William Hanna MD
25869 Kelly Rd
Roseville MI  48066
586-774-3780                                Pulmonologist


Luis Camero MD
2581 Kelly Rd #1
Roseville MI  48066
586-777-8440                                Cardiothoracic surgeon


Barbara Ann Karmanos Cancer Institute
4100 John R. St.
Detroit MI  48201
Antoinette Wozniak MD
800-527-6266                                Thoracic Oncologist


Beaumont Hospital
468 Cadieux Rd.
Grosse Pointe MI  48230
313-473-1000


Grosse Pointe Urgent Care
20311 Mack Ave
Grosse Pointe Woods MI  48236
313-499-6000

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009
———
(248) 647-6966

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CARL W. HENNI and
CHARLENE HENNI

Plaintiff,

vs.

ABITIBI CONSOLIDATED SALES CORPORATION,
a Delaware Corporation;
ACME INSULATION,
a Michigan Corporation;
ADIENCE, INC.
Successor in Interest to Adience Company, LP as Successor in
Interest to BMI, Inc., a Delaware Corporation;
THE ALLIANCE MACHINE COMPANY
a Delaware Corporation;
AMERICAN CRANE CORPORATION
a North Carolina Corporation;
AMERICAN ELECTRIC POWER SERVICE CORPORATION
a Foreign Corporation;
AMERICAN STANDARD, INC.
a Delaware Corporation, f/k/a American Radiator and Standard
Sanitary Corporation, in its own right and as parent corporation
to American Blower Division and the Trane Company;
ARKEMA, INC.
a Pennsylvania Corporation, in its own right and as successor
in interest to Pennsalt Chemicals Corporation;
ARMSTRONG INTERNATIONAL, INC.
a Michigan Corporation;
ARMSTRONG PUMPS, INC.
a New York Corporation;
AUBURN MANUFACTURING COMPANY
a Connecticut Corporation;
A.W. CHESTERTON COMPANY
a Massachusetts Corporation;
BALTIMORE ENNIS LAND COMPANY, INC.
an Ohio Corporation, a/k/a Belci, f/k/a Gibson-Homans;
BANNER ENGINEERING & SALES, INC.
a Michigan Corporation, a/k/a Joseph M. Day Company;
BASF CORPORATION
a Delaware Corporation;

ASBESTOS DOCKET
Case No:            -NP(a)
HON. PATRICIA FRESARD

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

1

*(left margin, rotated)* 20-007746-NP FILED IN MY OFFICE; Cathy M. Garrett WAYNE COUNTY CLERK 6/19/2020 11:27 AM Carlita McMiller

**BAYER CROPSCIENCE, INC.**
a Delaware Corporation, f/k/a Amchem Products, Inc. and
Benjamin Foster Company;
**BECHTEL CORPORATION**
a Nevada Corporation;
**THE BOOMER COMPANY**
a Michigan Corporation;
**BRYAN STEAM CORPORATION**
a New Mexico Corporation;
**BRYAN STEAM, LLC,**
a Delaware Limited Liability Company, f/k/a Bryan Boilers;
**BURNHAM LLC**
a Delaware Coproration, f/k/a Burnham Corporation;
**BW/IP, INC.**
a Delaware Corporation, f/k/a BW/IP International, Inc., in
its own right and as parent corporation to Byron Jackson
Pump Division;
**CAMERON INTERNATIONAL CORPORATION**
a Delaware Corporation;
**CARRIER CORPORATION**
a Delaware Corporation, a/k/a Bryant Heating & Cooling
Systems, Bryant Company, Payne Company, Affiliated Gas
Equipment, Inc., Carrier Transicold Division, Carrier
Refrigeration Operations, Owen-West Mechanical, Inc.,
CAC/BDP, Comfortaire, Day & Night Furnace Co. and
Heil Furnaces;
**CARRIER CORPORATION**
a Delaware Corporation, in its own right and as successor in
interest to Heil-Quaker Corporation;
**CARVER PUMP CO.**
a Delaware Corporation;
**CHAMPLAIN CABLE CORPORATION**
a Delaware Corporation, f/k/a Haveg Industries, Inc.;
**CHERNE CONTRACTING CORPORATION**
a Delaware Corporation;
**CLEAVER BROOKS COMPANY**
a Pennsylvania Corporation;
**CLIFFS NATURAL RESOURCES INC.,**
an Ohio Corporation;
**CLOW CORPORATION**
a Delaware Corporation;
**COMBUSTION ENGINEERING**
a Delaware Corporation, in its own right and as successor
in interest to Combustion Engineering Refractories
Division, Walsh Refractories and Refractory & Insulation
Corp;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-0966

2

**COMPUDYNE CORPORATION**
a Nevada Corporation, in its own right and as successor in interest by merger with York-Shipley, Inc., a Pennsylvania Corporation; and as successor in interest by merger with Robintech, Inc., a Delaware Corporation;

**COOPER INDUSTRIES LLC**
a Delaware Corporation, in its own right and as successor in interest to Cooper Industries, Inc., Crouse-Hinds Co., Cooper Bessemer Corp., McGraw-Edison Co., Wagner Electric Corp, Studebaker Worthington, Inc., Edison International Inc., Tung Sol Electric, Inc. and Abex Corporation;

**CRANE CO.**
a Delaware Corporation f/k/a Crane Delaware Co., a Delaware Corporation, in its own right and as Successor in Interest to Crane Co., an Illinois Corporation, f/k/a Crane Company and Jenkins Valves, in its own right and as Successor in Interest to Pacific Steel Boiler Company;

**CROSBY VALVE, LLC**
a Nevada Corporation;

**DAUBERT CHEMICAL COMPANY, INC.**
an Illinois Corporation;

**DCO LLC**
a Virginia Corporation, in its own right and as successor in interest to Dana Companies, LLC, Dana Corporation, Spraycraft, Victor Gaskets, Spicer Clutch;

**DOW CHEMICAL DELAWARE CORPORATION**
a Delaware Corporation;

**THE DOW CHEMICAL COMPANY**
a Delaware Corporation;

**DURAMETALLIC CORPORATION**
a Michigan Corporation;

**EATON CORPORATION**
an Ohio Corporation, in its own right and as successor in interest to Cutler-Hammer, Inc.;

**EDWARD VOGT VALVE CO.**
a North Carolina Corporation;

**E.I. DU PONT DE NEMOURS & COMPANY,**
a Delaware Corporation;

**ELOF HANSSON USA INC.**
a Delaware Corporation;

**ENTERGY NUCLEAR PALISADES, LLC**
a Delaware Corporation, in its own right and as successor in interest to Palisades Power Plant;

**ESCON GROUP, INC.**
a Michigan Corporation, in its own right and as successor in interest to Essexville Electric;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**EVERLASTING VALVE CO.**
a Michigan Corporation;
**F.B. WRIGHT COMPANY**
a Michigan Corporation;
**F.L. SMIDTH DORR-OLIVER EIMCO INC.**
a Delaware Corporation;
**FLOWSERVE CORPORATION**
a New York Corporation, in its own right and as successor
in interest to Durco Pumps and Nordstrom Valves;
**FLOWSERVE US INC.**
a Delaware Corporation, in its own right and as successor
in interest to Edwards Valves, Inc.;
**FMC CORPORATION**
a Delaware Corporation, in its own right and on behalf of
its former Chicago Pump, Northern Pump and Stearns
businesses and its former Construction Equipment Group;
**FORD MOTOR COMPANY**
a Delaware Corporation;
**FOSECO, INC.**
a Delaware Corporation, in its own right and as Successor
to Gibson-Homans Co., Baltimore Ennis Land Co., Inc.,
and as Subsidiary of Foseco Plc;
**FOSTER WHEELER ENERGY CORPORATION**
a New Jersey Corporation;
**GENERAL ELECTRIC COMPANY**
a New York Corporation;
**GOODALL RUBBER COMPANY**
a New Jersey Corporation;
**GOODRICH CORPORATION**
f/k/a B.F. Goodrich Company a New York Corporation;
**GOODYEAR TIRE & RUBBER COMPANY**
an Ohio Corporation;
**GOULDS PUMPS, INCORPORATED**
a Delaware Corporation;
**GREENE, TWEED & COMPANY**
a Pennsylvania Corporation;
**GRINNELL LLC**
a Delaware Corporation;
**GUSMER ENTERPRISES, INC.**
a New Jersey Corporation;
**HARLAN ELECTRIC COMPANY**
a Michigan Corporation;
**HARRISON PIPING SUPPLY COMPANY**
a Michigan Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

4

**HONEYWELL INTERNATIONAL, INC.**
a Delaware Corporation, Successor in interest to Allied-Signal Corporation, Allied Chemical Corporation, Semet Solvay and Bendix Corporation;
**HOWARD ELECTRIC COMPANY**
a Michigan Corporation;
**HYDRONIC SUPPLY & ENGINEERING, INC.**
a Michigan Corporation;
**IMO INDUSTRIES, INC.**
a/k/a DeLaval Turbines, Inc., a Delaware Corporation;
**INDUSTRIAL HOLDINGS CORPORATION**
a New York Corporation f/k/a Carborundum Corporation;
**INGERSOLL-RAND COMPANY**
a New Jersey Corporation, in its own right and as successor in interest to Blaw-Knox;
**INTERNATIONAL PAPER COMPANY,**
a New York Corporation;
**ITT INDUSTRIES, INC.**
an Indiana Corporation in its own right and as Successor in Interest to ITT Grinnell, Bell & Gossett, Kennedy Valves;
**IU NORTH AMERICA, INC.**
a Delaware Corporation as Successor in Interest by merger with The Garp Co. and formerly known as The Gage Co., a Pennsylvania Corporation, f/k/a Taylor Engineering;
**J-M MANUFACTURING COMPANY, INC.**
a Delaware Corporation;
**JOHN E. GREEN COMPANY**
a Michigan Corporation;
**JOHNSON CONTROLS, INC.**
a Wisconsin Corporation, in its own right and as successor in interest to Luxaire, Inc., Moncrief Furnace, The Henry Furnace Company, Fraser-Johnston, Coleman Furnace;
**K & C SUPPLY, INC.**
an Ohio Corporation;
**K. L. McCOY AND ASSOCIATES, INC.**
a Michigan Corporation;
**KELSEY HAYES COMPANY,**
a Delaware Corporation;
**KERR PUMP AND SUPPLY, INC.**
a Michigan Corporation;
**KIMBERLEY-CLARK GLOBAL SALES, LLC**
a Delaware Corporation;
**KRONES, INC.**
a Wisconsin Corporation, in its own right and as the parent company of W.M. Sprinkman, LLC;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**LIMBACH COMPANY LLC**
a Delaware Corporation, in its own right and as successor in
interest to Limbach Company, a/k/a Lorne Plumbing & Heating;
**MARATHON PETROLEUM COMPANY LP**
an Ohio Corporation a/k/a Marathon Ashland Petroleum LLC,
Marathon Oil Corporation, Marathon Ashland Petroleum
Canada, Ltd., Marathon Petroleum Company Canada, Marathon
Ashland Pipe Line LLC and Marathon Pipe Line LLC;
**THE MARLEY-WYLAIN COMPANY**
a Delaware Corporation, in its own right and as Successor in Interest to
Weil-McLain; Williamson-Thermoflo; Williamson Company; Metzger
Machine Corporation; Weil-McLain; Bennett & Peck Company; Peck
and Williamson Heating and Ventilating Company; International
Heater Company, Twentieth Century Heating and Ventilating
Company; Henry & Scheible Company; Quaker Manufacturing
Company; Ideal Furnace Company; Williamson Heater Company;
**MCMASTER-CARR SUPPLY COMPANY**
an Illinois Corporation;
**MCWANE, INC.**
a Delaware Corporation, in its own right and as successor in
interest to Clow Valve Co. and Yeomans Pump;
**METROPOLITAN LIFE INSURANCE COMPANY**
a/k/a Metropolitan Insurance Co. a Delaware Corporation;
**MICHIGAN VALVE AND FOUNDRY CORPORATION**
a Michigan Corporation;
**MIDLAND ROSS CORPORATION**
an Ohio Corporation, in its own right and as Successor in
Interest to Surface Combustion;
**MIDWEST VALVE & FITTING COMPANY**
a Michigan Corporation, a/k/a State Plumbing & Heating
Supply Co.;
**MORGAN ENGINEERING SYSTEMS, INC.**
a Delaware Corporation;
**MW CUSTOM PAPERS, LLC**
a Delaware Corporation, in its own right and as successor in
interest to The Mead Corporation;
**NAGLE PUMPS, INC.**
an Ohio Corporation;
**THE NASH ENGINEERING COMPANY**
a Connecticut Corporation;
**NEENAH PAPER, INC.,**
a Delaware Corporation, in its own right and as successor in
interest to Fibermark, Inc.;
**NEW COLEMAN HOLDINGS, INC.**
a Kansas Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

6

**PARKER-HANNIFIN CORPORATION**
an Ohio Corporation, as parent corporation of Parker
Packing Division;
**PFIZER, INC.**
a Delaware Corporation;
**PHARMACIA & UPJOHN LLC,**
a Delaware Corporation;
**PHARMACIA LLC**
a Delaware Corporation, a/k/a Monsanto Chemical Company;
**POWER PROCESS PIPING, INC.**
a Michigan Corporation;
**R. L. DEPPMANN COMPANY**
a Michigan Corporation;
**RADIATOR SPECIALTY COMPANY**
a North Carolina Corporation;
**REUNION INDUSTRIES, INC.**
a Delaware Corporation;
**REX/ROTO CORPORATION**
a Michigan Corporation;
**RIC-WIL, INC.**
an Ohio Corporation;
**RILEY POWER, INC.**
a Massachusetts Corporation f/k/a Riley Stoker Corporation;
**ROGER ZATKOFF COMPANY**
a Michigan Corporation;
**ROPER PUMP COMPANY**
a Delaware Corporation;
**ROTH PUMP COMPANY**
a Delaware Corporation;
**RUST INTERNATIONAL, INC.**
a Delaware Corporation in its own right and as successor in
interest to M.W. Kellogg Co., and the Swindell Dressler Co.;
**RUTHMAN PUMP & ENGINEERING, INC.**
an Ohio Corporation, a/k/a Gusher Pumps, Inc.;
**SATTERLUND SUPPLY COMPANY**
a Michigan Corporation;
**SCHAD BOILER SETTING COMPANY**
d/b/a Schad Refractory Construction Co., a Michigan Corporation;
**S.D. WARREN COMPANY,**
a Pennsylvania Corporation;
**SEAWAY MECHANICAL CONTRACTORS, INCORPORATED**
a Michigan Corporation;
**SHAW-WINKLER, INC.**
a Michigan Corporation;
**SOCONY MOBIL COMPANY, INC.**
a Delaware Corporation, a/k/a Mobil Oil Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

7

**SPENCE BROTHERS**
a Michigan Corporation;
**SQUARE D COMPANY**
a Delaware Corporation;
**STANDARD FUEL ENGINEERING COMPANY**
a Michigan Corporation;
**THE STANLEY-CARTER COMPANY**
a Michigan Corporation;
**STERLING FLUID SYSTEMS (USA), LLC**
f/k/a Peerless Pump Company, a Delaware Corporation;
**STONE & WEBSTER, INC.**
a Louisiana Corporation;
**SULZER PUMPS (US) INC.**
a Delaware Corporation;
**SUNOCO, INC (R&M)**
a Pennsylvania Corporation;
**TA COMPANY**
an Ohio Corporation, f/k/a The Austin Company;
**TACO, INC.**
a Rhode Island Corporation;
**THIEM CORPORATION**
a/k/a Universal Refractories, Inc., a Delaware Corporation;
**TRANS-PUMPS, INC.**
a Pennsylvania Corporation, a/k/a Hazelton Pumps;
**UNION CARBIDE CHEMICALS AND PLASTICS COMPANY, INC.**
Successor in Interest to Union Carbide, a New York Corporation;
**UNION PUMPS COMPANY**
f/k/a David Brown Union Pump Company, a Michigan Corporation;
**UNIROYAL, INC.**
a/k/a United States Rubber Co., Inc., a New Jersey Corporation;
**VELAN VALVE CORP.**
a Delaware Corporation;
**VIACOM INTERNATIONAL, INC.**
a Delaware Corporation, in its own right and as Successor in Interest
to CBS Corporation, in its own right and as Successor in Interest to
Westinghouse Electric Corporation, a Pennsylvania Corporation,
f/k/a Westinghouse Electric & Manufacturing Company, in its own
right and as Successor in Interest to Luxaire, Inc.;
**VIKING PUMP, INC.**
a Delaware Corporation;
**W. J. O'NEIL CO.**
a Michigan Corporation, f/k/a Comb & Groves, Inc.;
**W. M. SPRINKMAN, LLC**
a Wisconsin Corporation;
**WARREN PUMPS, LLC**
a Delaware Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**WAYNE/SCOTT FETZER COMPANY**
a Delaware Corporation, f/k/a Wayne Combustion System;
**WEC ENERGY GROUP INC.,**
a Wisconsin Corporation, in its own right and as successor in
interest to Presque Isle Power Plant;
**WEIR VALVES & CONTROLS USA, INC.**
a Massachusetts Corporation, f/k/a Atwood and Morrill Co., Inc.;
**WELTON RUBBER COMPANY**
a Michigan Corporation, formerly known as Welton Rubber &
Asbestos Company;
**WESTROCK COMPANY,**
a Delaware Corporation, in its own right and as successor in
interest to MeadWestvaco Corp.;
**THE WILLIAM POWELL COMPANY**
an Ohio Corporation;
**WOLVERINE POWER SUPPLY COOPERATIVE, INC.,**
a Michigan Corporation;
**YORK INTERNATIONAL CORPORATION**
a Delaware Corporation, in its own right and as successor in
interest to Evcon Industries, Inc., Luxaire, Inc., Moncrief Furnace,
The Henry Furnace Company, Fraser-Johnston, Coleman Furnace;

    **Defendants.**

_____/

**ERIC B. ABRAMSON (P60949)**
**SERLING & ABRAMSON, P.C.**
Attorneys for Plaintiffs
280 N. Old Woodward Ave., Ste. 406
Birmingham, Michigan 48009
(248) 647-6966

_____/

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

## NOTICE OF COMPLAINT
## COMPLAINT AND JURY DEMAND (WITH PREMISES LIABILITY COUNT)

    A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in the Wayne County Circuit Court. The action is no longer pending. The docket number was 87-705342-NP and Judge James E. Mies was assigned to the action.

    NOW COME Plaintiffs, by and through their Attorney, SERLING & ABRAMSON, P.C., and for their Complaint against each Defendant, state as follows:

    1.    In compliance with Wayne County Circuit Court Judge Robert J.

9

Colombo, Jr.'s Case Management Order of June 24, 2016, paragraph II. C. 4., a Complaint was filed with the Court's "Master File" (Case No.: 03-310422-NP) entitled "Asbestos Master Complaint--Living Plaintiff and Spouse," Standard Pleading No. 13. Plaintiffs adopt by reference each and every allegation in this Master Complaint.

      2.     Pursuant to the Court's Case Management Order of June 24, 2016, Plaintiffs, **CARL W. HENNI** and **CHARLENE HENNI**, his wife, state as follows:

**PREMISES LIABILITY COUNT AS TO DEFENDANTS ABITIBI CONSOLIDATED SALES CORPORATION, AMERICAN ELECTRIC POWER SERVICE CORPORATION, ARKEMA, INC., BASF CORPORATION, CLIFFS NATURAL RESOURCES INC., DCO LLC, DOW CHEMICAL DELAWARE CORPORATION, THE DOW CHEMICAL COMPANY, E.I. DU PONT DE NEMOURS & COMPANY, ENTERGY NUCLEAR PALISADES, LLC, FORD MOTOR COMPANY, INTERNATIONAL PAPER COMPANY, KELSEY HAYES COMPANY, KIMBERLEY-CLARK GLOBAL SALES, LLC, MARATHON PETROLEUM COMPANY LP, NEENAH PAPER, INC., PHARMACIA & UPJOHN LLC, PHARMACIA LLC, S.D. WARREN COMPANY, SOCONY MOBIL COMPANY, INC., SUNOCO, INC (R&M), WEC ENERGY GROUP INC., WESTROCK COMPANY, WOLVERINE POWER SUPPLY COOPERATIVE, INC.**

      A.     Plaintiff repeats and incorporates by reference the "Master File" (Case No.: 03-310422-NP) entitled "Asbestos Master Complaint--Living Plaintiff and Spouse," Standard Pleading No. 13.

      B.     That during the period 1950-1985, Plaintiff was exposed to toxic levels of environmental pollutants including asbestos fibers while in the course of his employment with various employers working on a project over which Defendants, **ABITIBI CONSOLIDATED SALES CORPORATION, AMERICAN ELECTRIC POWER SERVICE CORPORATION, ARKEMA, INC., BASF CORPORATION, CLIFFS NATURAL RESOURCES INC., DCO LLC, DOW CHEMICAL DELAWARE CORPORATION, THE DOW CHEMICAL COMPANY, E.I. DU**

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

PONT DE NEMOURS & COMPANY, ENTERGY NUCLEAR PALISADES, LLC, FORD MOTOR COMPANY, INTERNATIONAL PAPER COMPANY, KELSEY HAYES COMPANY, KIMBERLEY-CLARK GLOBAL SALES, LLC, MARATHON PETROLEUM COMPANY LP, NEENAH PAPER, INC., PHARMACIA & UPJOHN LLC, PHARMACIA LLC, S.D. WARREN COMPANY, SOCONY MOBIL COMPANY, INC., SUNOCO, INC (R&M), WEC ENERGY GROUP INC., WESTROCK COMPANY, WOLVERINE POWER SUPPLY COOPERATIVE, INC., had supervision and control at a building owned by Defendants, ABITIBI CONSOLIDATED SALES CORPORATION, AMERICAN ELECTRIC POWER SERVICE CORPORATION, ARKEMA, INC., BASF CORPORATION, CLIFFS NATURAL RESOURCES INC., DCO LLC, DOW CHEMICAL DELAWARE CORPORATION, THE DOW CHEMICAL COMPANY, E.I. DU PONT DE NEMOURS & COMPANY, ENTERGY NUCLEAR PALISADES, LLC, FORD MOTOR COMPANY, INTERNATIONAL PAPER COMPANY, KELSEY HAYES COMPANY, KIMBERLEY-CLARK GLOBAL SALES, LLC, MARATHON PETROLEUM COMPANY LP, NEENAH PAPER, INC., PHARMACIA & UPJOHN LLC, PHARMACIA LLC, S.D. WARREN COMPANY, SOCONY MOBIL COMPANY, INC., SUNOCO, INC (R&M), WEC ENERGY GROUP INC., WESTROCK COMPANY, WOLVERINE POWER SUPPLY COOPERATIVE, INC., located in the county of, including but not limited, to Wayne.

C. That in the course of Plaintiff's employment with various employers at the aforementioned location, Plaintiff was required to work in an area of the

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

building in which he was exposed to asbestos containing materials.

        D.    That in the course of Plaintiff's employment with various employers at the aforementioned location, Plaintiff was required to work in an area where asbestos containing material was used.

        E.    That the work was being undertaken by the Defendants, **ABITIBI CONSOLIDATED SALES CORPORATION, AMERICAN ELECTRIC POWER SERVICE CORPORATION, ARKEMA, INC., BASF CORPORATION, CLIFFS NATURAL RESOURCES INC., DCO LLC, DOW CHEMICAL DELAWARE CORPORATION, THE DOW CHEMICAL COMPANY, E.I. DU PONT DE NEMOURS & COMPANY, ENTERGY NUCLEAR PALISADES, LLC, FORD MOTOR COMPANY, INTERNATIONAL PAPER COMPANY, KELSEY HAYES COMPANY, KIMBERLEY-CLARK GLOBAL SALES, LLC, MARATHON PETROLEUM COMPANY LP, NEENAH PAPER, INC., PHARMACIA & UPJOHN LLC, PHARMACIA LLC, S.D. WARREN COMPANY, SOCONY MOBIL COMPANY, INC., SUNOCO, INC (R&M), WEC ENERGY GROUP INC., WESTROCK COMPANY, WOLVERINE POWER SUPPLY COOPERATIVE, INC.,** through their employees and the agency of various contractors and subcontractors, including Plaintiff's employer(s), and that the work in which the Plaintiff was engaged in at the time of this occurrence was inherently dangerous work.

        F.    That it was then and there the duty of the Defendants, **ABITIBI CONSOLIDATED SALES CORPORATION, AMERICAN ELECTRIC POWER SERVICE CORPORATION, ARKEMA, INC., BASF CORPORATION, CLIFFS NATURAL RESOURCES INC., DCO LLC, DOW CHEMICAL DELAWARE**

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

12

CORPORATION, THE DOW CHEMICAL COMPANY, E.I. DU PONT DE NEMOURS & COMPANY, ENTERGY NUCLEAR PALISADES, LLC, FORD MOTOR COMPANY, INTERNATIONAL PAPER COMPANY, KELSEY HAYES COMPANY, KIMBERLEY-CLARK GLOBAL SALES, LLC, MARATHON PETROLEUM COMPANY LP, NEENAH PAPER, INC., PHARMACIA & UPJOHN LLC, PHARMACIA LLC, S.D. WARREN COMPANY, SOCONY MOBIL COMPANY, INC., SUNOCO, INC (R&M), WEC ENERGY GROUP INC., WESTROCK COMPANY, WOLVERINE POWER SUPPLY COOPERATIVE, INC., to provide a safe place for invitees such as the Plaintiff and others similarly situated, to work, and to exercise due care in the operation and maintenance of said premises so as to prevent injury to its invitees, and to inspect the premises to ensure that they were safe and free from any and all dangerous conditions.

G.    That disregarding said duties, the Defendants created and maintained an unsafe, dangerous and/or hazardous condition by failing to provide adequate and proper ventilation and by failing to warn of the dangerous condition, thereby causing Plaintiff to suffer harmful exposure to asbestos fibers causing severe and disabling personal injuries.

H.    That the Defendants, ABITIBI CONSOLIDATED SALES CORPORATION, AMERICAN ELECTRIC POWER SERVICE CORPORATION, ARKEMA, INC., BASF CORPORATION, CLIFFS NATURAL RESOURCES INC., DCO LLC, DOW CHEMICAL DELAWARE CORPORATION, THE DOW CHEMICAL COMPANY, E.I. DU PONT DE NEMOURS & COMPANY, ENTERGY NUCLEAR PALISADES, LLC, FORD

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

MOTOR COMPANY, INTERNATIONAL PAPER COMPANY, KELSEY HAYES COMPANY, KIMBERLEY-CLARK GLOBAL SALES, LLC, MARATHON PETROLEUM COMPANY LP, NEENAH PAPER, INC., PHARMACIA & UPJOHN LLC, PHARMACIA LLC, S.D. WARREN COMPANY, SOCONY MOBIL COMPANY, INC., SUNOCO, INC (R&M), WEC ENERGY GROUP INC., WESTROCK COMPANY, WOLVERINE POWER SUPPLY COOPERATIVE, INC., breached their duties and were negligent in the following manner:

(a)     failed to provide adequate and proper ventilation;

(b)     failed to provide inhalators or other devices for the use of their invitees in filtering out harmful environmental toxins such as asbestos;

(c)     failed to provide a safe place for Plaintiff to work;

(d)     failed to safely and properly operate and maintain the construction site premises;

(e)     failed to inspect the premises for dangerous and/or hazardous conditions;

(f)     employed a careless and/or negligent general contractor;

(g)     maintained a right of control over the construction work and were negligent in their supervision and job inspection;

(h)     failed to warn Plaintiff of the dangerous and/or hazardous condition that they knew or should have known existed.

I.     That in the happening of the aforesaid incident, Plaintiff was not guilty of negligence or of contributory negligence, but as a direct and proximate result of Defendants' negligence, Plaintiff suffered harmful exposure to asbestos fibers causing and/or contributing to a fatal respiratory disease and further, he suffers great pain, mental

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

anguish, discomfort and inconvenience.

WHEREFORE, Plaintiff demands judgment against the Defendants herein for whatever amount above Twenty-Five Thousand ($25,000) dollars he is found to be entitled, together with interests, costs and attorneys fees.

3.     In addition to Paragraphs 1 and 2 herein, and Pursuant to the Court's Case Management Order of November 21, 2003, Plaintiffs, **CARL W. HENNI and CHARLENE HENNI,** his wife, state as follows:

| | |
|---|---|
| Living Plaintiff: | Carl W. Henni |
| Plaintiff's Date of Birth: | December 5, 1927 |
| Plaintiffs' Residence: | 4402 Mystic Blue Highway<br>Ft. Myers, FL  33966 |
| Spouse: | Charlene Henni |
| Spouse's Date of Birth: | September 12, 1934 |
| Disease: | Lung Cancer |
| Date of Diagnosis: | October 8, 2019 |
| Period of Exposure to Asbestos: | 1950-1985 – *subject to further discovery* |
| Occupation: | Boilermaker |
| Employer: | Various contractors |
| Known Job Sites and Years at Job Sites: | See Attachment "A" |
| Identity of all Known Non-Parties: | See Attachment "B" |
| Reasonably Known Medical Information: | See Attachment "C" |
| Social Security Printout included:<br>(check one)     Yes _____ | No<br>No __X__ (has been ordered) |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

15

Geographical Situs of Asbestos
Exposure:

Wayne County, Michigan

/s/ Eric B. Abramson

**ERIC B. ABRAMSON (P60949)**
**Attorney for Plaintiff**
**280 N. Old Woodward, Ste. 406**
**Birmingham, Michigan  48009**
**(248) 647-6966**

**DATED:**  June 19, 2020

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

## ATTACHMENT "A"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff reserves the right to update asbestos product exposure identification after investigation of the case and review of the Social Security Printout and in accordance with the Court's Case Management Order deadline for submission of a final product identification brochure.  Plaintiff's Known Job Site Information is as follows:

| KNOWN JOB SITES | YEARS AT JOB SITES |
|---|---|
| Various industrial jobsites, including but not limited to Ford Motor, General Motors, Chrysler, Great Lakes Steel, McLouth Steel, Wyandotte Chemical, Marathon Oil Refinery, Mobil Oil Refinery, White Star Refinery, Monsanto, Pennsalt, Dow Chemical, Sunoco, Scott Paper, Dana Corp., Foster Wheeler, Palisades Power Plant, Cook Nuclear Plant etc., Detroit, Metro Detroit, MI | 1950-1985 |
| Various Detroit Edison Plants Detroit, Metro Detroit, MI | 1950-1985 |
| Various commercial jobsites, Detroit, Metro Detroit, MI | 1950-1985 |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
─────
(248) 647-6966

17

## ATTACHMENT "B"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff's Preliminary Notice of Non-Parties are as follows:

A.P. GREEN REFRACTORIES
AC&S
ARMSTRONG WORLD INDUSTRIES
ASARCO
BABCOCK & WILCOX COMPANY
BONDEX
BURNS & ROE
CELOTEX CORPORATION
COMBUSTION ENGINEERING
DRESSER INDUSTRIES/HARBISON WALKER REFRACTORIES
EAGLE-PICHER INDUSTRIES, INC.
FIBREBOARD CORPORATION
FLEXITALLIC GASKET
FLINTKOTE
GAF CORPORATION
GARLOCK
GEORGIA PACIFIC
H.K. PORTER
HALLIBURTON
JOHNS-MANVILLE CORPORATION
KAISER ALUMINUM
KEENE/BEH
KENTILE FLOORS
KVARNER
LESLIE
ASBESTOS CLAIMS MANAGEMENT CORP. (F/K/A NATIONAL GYPSUM)
NORTH AMERICAN REFRACTORIES
OGLEBAY NORTON
ON MARINE SERVICES COMPANY
OWENS CORNING FIBERGLAS CORPORATION
OWENS ILLINOIS
PITTSBURGH CORNING CORPORATION
PLIBRICO COMPANY
QUIGLEY
RAYBESTOS-MANHATTAN
SEPCO
THAN
TURNER & NEWALL
UGL
UNITED STATES GYPSUM CO.
W.R. GRACE
YARWAY

This list may be incomplete and is subject to change as discovery is ongoing.

S:\Complaints\DEADLINES\2020 Jan-June\HENNI, Carl PremBoil.docx

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

## ATTACHMENT "C"

All reasonably known medical information is as follows:

Dr. Alim Karin MD
Lee Physician Group - At the Sanctuary
8960 Colonial Center Dr Ste 300
Fort Myers, FL 33905                          Primary care – 06/2019 – Current

Dr. Donald Harris
8960 Colonial Center Dr Ste 300
Fort Myers, FL 33905                          Previous Primary-care 2013-06/2019

Dr. Sunil Lalla
14171 Metropolis Ave Ste 202
Fort Myers, FL 33912                          Lung Doctor – 09/2019 – Current

Dr. Elizabeth Cosmai
Florida Heart Associates
1550 Barkley Cir
Fort Myers, FL 33907
(239) 938-2000                               Current Heart Doctor 2016 – current

Dr. Rubin – Retired
1550 Barkley Cir
Fort Myers, FL, 33907                         Previous heart doctor 2002-2015

Dr. Liliana Bustamante
1030 Commerce Creek Blvd.
Cape Coral, FL 33909                          Current Oncologist 10/13/2019

Dr. David Harris
Gulf Coast Hospital                           Prostate 2017

Warner Robin Hospital Georgia                 Neck Surgery – 2007
                                             Colonoscopy
                                             Pneumonia – 2009

Southwest Fl. Regional Hospital
Fort Myers, FL 33901                          Heart attack – stent 2002

University of Ann Arbor MI                    Ulcer surgery – 1961(?)

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CARL W. HENNI and
CHARLENE HENNI                           ASBESTOS DOCKET
                                         Case No:              -NP(a)
        Plaintiff,                       HON. PATRICIA FRESARD

vs.

ADIENCE, INC., et al

        Defendants.
                                                        /

ERIC B. ABRAMSON (P60949)
SERLING & ABRAMSON, P.C.
Attorney for Plaintiffs
280 N. Old Woodward Ave., Ste. 406
Birmingham, Michigan  48009
(248)  647-6966
                                                        /


                        JURY DEMAND


        A TRIAL BY JURY IS HEREBY DEMANDED TO DETERMINE

ALL ISSUES.


                                /s/ Eric B. Abramson
                                ERIC B. ABRAMSON (P60949)
                                Attorney for Plaintiff
                                280 N. Old Woodward, Ste. 406
                                Birmingham, Michigan  48009
                                (248) 647-6966

                    DATED:  June 19, 2020

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

1

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

SCOTT L. McCAUL, Personal
Representative for the Estate of
ROBERT L. McCAUL, Deceased

    Plaintiffs,

vs.

ADIENCE, INC., et al

    Defendants.

                    /

**ASBESTOS DOCKET**
Case No. 20-008150-NP
HON. PATRICIA FRESARD

ERIC B. ABRAMSON (P60949)
SERLING & ABRAMSON, P.C.
Attorneys for Plaintiffs
280 N. Old Woodward Ave., Ste. 406
Birmingham, Michigan 48009
(248) 647-6966

                    /

## EX-PARTE ORDER AUTOMATICALLY AMENDING
## COMPLAINT TO ADD PARTY DEFENDANTS

At a session of said Court held in the City-County
Building, City of Detroit, County of Wayne, State
of Michigan on:  7/21/2020
Presiding:  PATRICIA FRESARD
                Circuit Court Judge

This matter having come on to be heard upon motion of Plaintiffs, and the Court

being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Complaint in

the above-captioned matter may be and hereby is amended to add the following party

defendants:

**YORK RUBBER COMPANY,** a Michigan Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

Stacy Stallworth

7/21/2020 12:01 PM

WAYNE COUNTY CLERK

Cathy M. Garrett

FILED IN MY OFFICE

20-008150-NP FILED IN MY OFFICE

**IT IS FURTHER ORDERED AND ADJUDGED** that the Wayne County Clerk's office shall issue the summons(es) to be submitted by Plaintiff for the above defendant(s) effective on the date of this Order and expiring 91 days thereafter:

/s/ Patricia Fresard   7/21/2020

_____

CIRCUIT COURT JUDGE
S:\Complaints\Other\NYS\McCAUL, Robert ORDER1.docx

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

2

20-008150-NP FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 7/30/2020 7:45 PM Carlita McMiller

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

SCOTT L. McCAUL, Personal
Representative for the Estate of
ROBERT L. McCAUL, Deceased

              Plaintiff,

vs.

**ACME INSULATION,**
a Michigan Corporation;
**ADIENCE, INC.,**
Successor in Interest to Adience Company, LP as Successor
in Interest to BMI, Inc., a Delaware Corporation;
**AMERON INTERNATIONAL CORPORATION,**
a Delaware Corporation;
**AUBURN MANUFACTURING COMPANY,**
a Connecticut Corporation;
**BALTIMORE ENNIS LAND COMPANY, INC.,**
an Ohio Corporation, a/k/a Belci, f/k/a Gibson-Homans;
**BECHTEL CORPORATION**
a Nevada Corporation
**BEHLER-YOUNG CO.,**
a Michigan Corporation;
**THE BOOMER COMPANY,**
a Michigan Corporation;
**BURNHAM LLC,**
a Delaware Corporation, f/k/a Burnham Corporation;
**BW/IP, INC.,**
a Delaware Corporation, f/k/a BW/IP International, Inc., in
its own right and as parent corporation to Byron Jackson
Pump Division;
**CAMERON INTERNATIONAL CORPORATION,**
a Delaware Corporation;
**CARVER PUMP CO.,**
a Delaware Corporation;
**CHERNE CONTRACTING CORPORATION**
a Delaware Corporation
**CLEAVER BROOKS COMPANY,**
a Pennsylvania Corporation;
**CLOW CORPORATION,**
a Delaware Corporation;

**ASBESTOS DOCKET**
Case No: **20-008150-NP**
**HON. PATRICIA FRESARD**

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
———
(248) 647-6966

1

**COOPER INDUSTRIES LLC,**
a Delaware Corporation, in its own right and as successor in interest to Cooper Industries, Inc., Crouse-Hinds Co., Cooper Bessemer Corp., McGraw-Edison Co., Wagner Electric Corp, Studebaker Worthington, Inc., Edison International Inc., Tung Sol Electric, Inc. and Abex Corporation;
**CROSBY VALVE, LLC,**
a Nevada Corporation;
**DAUBERT CHEMICAL COMPANY, INC.,**
an Illinois Corporation;
**DURAMETALLIC CORPORATION,**
a Michigan Corporation;
**EDWARD VOGT VALVE CO.,**
a North Carolina Corporation;
**ESCON GROUP, INC.**
a Michigan Corporation, in its own right and as successor in interest to Essexville Electric
**EVERLASTING VALVE CO.,**
a Michigan Corporation;
**F.L. SMIDTH DORR-OLIVER EIMCO INC.,**
a Delaware Corporation;
**FORD MOTOR COMPANY,**
a Delaware Corporation;
**GOODALL RUBBER COMPANY,**
a New Jersey Corporation;
**GOODRICH CORPORATION,**
f/k/a B.F. Goodrich Company a New York Corporation;
**GOODYEAR TIRE & RUBBER COMPANY,**
an Ohio Corporation;
**THE GORMAN-RUPP COMPANY,**
an Ohio Corporation, in its own right and as successor in interest to C.H. Wheeler Manufacturing Company;
**HARLAN ELECTRIC COMPANY**
a Michigan Corporation
**HARRISON PIPING SUPPLY COMPANY,**
a Michigan Corporation;
**IU NORTH AMERICA, INC.,**
a Delaware Corporation as Successor in Interest by merger with The Garp Co. and formerly known as The Gage Co., a Pennsylvania Corporation, f/k/a Taylor Engineering;
**J-M MANUFACTURING COMPANY, INC.,**
a Delaware Corporation;
**JOHN E. GREEN COMPANY,**
a Michigan Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**JOHNSON CONTROLS, INC.,**
a Wisconsin Corporation, in its own right and as successor in interest to Luxaire, Inc., Moncrief Furnace, The Henry Furnace Company, Fraser-Johnston, Coleman Furnace;
**K & C SUPPLY, INC.,**
an Ohio Corporation;
**O.C. KECKLEY COMPANY,**
an Illinois Corporation;
**KERR PUMP AND SUPPLY, INC.,**
a Michigan Corporation;
**THE MARLEY-WYLAIN COMPANY,**
a Delaware Corporation, in its own right and as Successor in Interest to Weil-McLain; Williamson-Thermoflo; Williamson Company; Metzger Machine Corporation; Weil-McLain; Bennett & Peck Company; Peck and Williamson Heating and Ventilating Company; Internat;
**MCWANE, INC.,**
a Delaware Corporation, in its own right and as successor in interest to Clow Valve Co. and Yeomans Pump;
**MIDLAND ROSS CORPORATION,**
an Ohio Corporation, in its own right and as Successor in Interest to Surface Combustion;
**MW CUSTOM PAPERS, LLC,**
a Delaware Corporation, in its own right and as successor in interest to The Mead Corporation;
**NAGLE PUMPS, INC.,**
an Ohio Corporation;
**THE NASH ENGINEERING COMPANY,**
a Connecticut Corporation;
**NETZSCH PUMPS NORTH AMERICA, LLC,**
a Delaware Corporation;
**NIBCO, INC.,**
an Indiana Corporation;
**POWER PROCESS PIPING, INC.,**
a Michigan Corporation;
**RADIATOR SPECIALTY COMPANY,**
a North Carolina Corporation;
**RIC-WIL, INC.,**
an Ohio Corporation;
**ROGER ZATKOFF COMPANY,**
a Michigan Corporation;
**ROPER PUMP COMPANY,**
a Delaware Corporation;
**ROTH PUMP COMPANY,**
a Delaware Corporation;
**RUTHMAN PUMP & ENGINEERING, INC.,**
an Ohio Corporation, a/k/a Gusher Pumps, Inc.;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**SATTERLUND SUPPLY COMPANY,**
a Michigan Corporation;
**SCHAD BOILER SETTING COMPANY,**
d/b/a Schad Refractory Construction Co., a Michigan Corporation;
**SEALITE, INC.,**
a California Corporation;
**SEAWAY MECHANICAL CONTRACTORS, INCORPORATED,**
a Michigan Corporation;
**SPENCE BROTHERS**
a Michigan Corporation
**STANDARD FUEL ENGINEERING COMPANY,**
a Michigan Corporation;
**STANDCO INDUSTRIES, INC.,**
a Delaware Corporation, in its own right and as successor in
interest to Sterling Packing and Gasket Company, Inc.;
**THE STANLEY-CARTER COMPANY,**
a Michigan Corporation;
**STONE & WEBSTER, INC.**
a Louisiana Corporation
**SULZER PUMPS (US) INC.,**
a Delaware Corporation;
**TACO, INC.,**
a Rhode Island Corporation;
**TATE ANDALE, INC.,**
a Maryland Corporation, in its own right and successor in
interest to Andale Valves;
**THERMON, INC.,**
a Texas Corporation, in its own right and as successor in
interest to Thermon Manufacturing Company;
**TKD, INC.,**
a California Corporation, in its own right and as successor in
interest to Johnston Pump Company;
**TRANS-PUMPS, INC.,**
a Pennsylvania Corporation, a/k/a Hazelton Pumps;
**TUTHILL CORPORATION,**
a Delaware Corporation;
**UNIROYAL, INC.,**
a/k/a United States Rubber Co., Inc., a New Jersey Corporation;
**VELAN VALVE CORP.,**
a Delaware Corporation;
**VIKING PUMP, INC.,**
a Delaware Corporation;
**WARREN PUMPS, LLC,**
a Delaware Corporation;
**WATTS WATER TECHNOLOGIES, INC.,**
a Delaware Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**WEIL PUMP COMPANY,**
an Illinois Corporation;
**WEIR VALVES & CONTROLS USA, INC.,**
a Massachusetts Corporation, f/k/a Atwood and Morrill Co., Inc.;
**YORK INTERNATIONAL CORPORATION,**
a Delaware Corporation, in its own right and as successor in
interest to Evcon Industries, Inc., Luxaire, Inc., Moncrief
Furnace, The Henry Furnace Company, Fraser-Johnston,
Coleman Furnace;

And

**YORK RUBBER COMPANY**
a Michigan Corporation;

      Defendants.

                                          /

**ERIC B. ABRAMSON (P60949)**
**SERLING & ABRAMSON, P.C.**
**Attorney for Plaintiffs**
**280 N. Old Woodward Ave., Ste. 406**
**Birmingham, Michigan 48009**
**(248) 647-6966**
                                          /

## FIRST AMENDED COMPLAINT

    **A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in the Circuit Court for the County of Madison, Illinois. The action is still pending. The docket number is 16 L 001306 and Judge Stephen Stobb is assigned to the action.**

    NOW COMES Plaintiff, by and through her Attorney, SERLING & ABRAMSON, P.C., and for her Complaint against each Defendant, state as follows:

    1.      In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order of November 21, 2003, paragraph II. C. 4., a Complaint was filed with the Court's "Master File" (Case No.: 03-310422-NP) entitled "Asbestos Master Complaint—Deceased Plaintiff," Standard Pleading No. 12. Plaintiff

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

adopts by reference each and every allegation in this Master Complaint.

        2.      Pursuant to the Court's Case Management Order of November 21, 2003, Plaintiff, **SCOTT L. McCAUL, Personal Representative for the Estate of ROBERT L. McCAUL, Deceased** states as follows:

| | |
|---|---|
| Deceased Plaintiff: | Robert L. McCaul |
| Decedent's Date of Birth: | December 31, 1932 |
| Decedent's Date of Death: | May 30, 2018 |
| Personal Representative: | Scott L. McCaul |
| Per. Rep.'s Birth Date: | May 14, 1956 |
| Personal Representative's Address: | 219 Englehardt<br>Bay City, MI 48706 |
| Spouse of Decedent: | Pauline McCaul |
| Spouse's Date of Birth: | August 21, 1933 |
| Disease: | Mesothelioma |
| Date of Decedent's Diagnosis: | July 22, 2016 |
| Decedent's Period of Exposure to Asbestos: | 1951-1953, 1955-1990 – *subject to further discovery* |
| Decedent's Occupation: | Laborer/Inspector; |
| Employer(s): | Ferro Stamping & Manufacturing Co.; Dow Chemical |
| Known Job Sites and Years at Job Sites: | See Attachment "A" |
| Identity of all Known Non-Parties: | See Attachment "B" |
| Reasonably Known Medical Information: | See Attachment "C" |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
——
(248) 647-6966

Social Security Printout included:      No
(check one)   Yes _____      No  _X_  (has been ordered)

Geographical Situs of Asbestos
Exposure:                                    Wayne County, Michigan

/s/ *Eric B. Abramson*
**ERIC B. ABRAMSON (P60949)**
**Attorney for Plaintiff**
**280 N. Old Woodward, Ste. 406**
**Birmingham, Michigan  48009**
**(248) 647-6966**

**DATED:** July 7, 2020

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

## ATTACHMENT "A"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff reserves the right to update asbestos product exposure identification after investigation of the case and review of the Social Security Printout and in accordance with the Court's Case Management Order deadline for submission of a final product identification brochure.  Plaintiff's Known Job Site Information is as follows:

| KNOWN JOB SITES | YEARS AT JOB SITES |
|---|---|
| Ferro Stamping & Manufacturing Co. | 1951-1953, 1955-1956 |
| Dow Chemical | 1956-1990 |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

## ATTACHMENT "B"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff's Preliminary Notice of Non-Parties are as follows:

A.P. GREEN REFRACTORIES
AC&S
ARMSTRONG WORLD INDUSTRIES
ASARCO
BABCOCK & WILCOX COMPANY
BONDEX
BURNS & ROE
CELOTEX CORPORATION
COMBUSTION ENGINEERING
DRESSER INDUSTRIES/HARBISON WALKER REFRACTORIES
EAGLE-PICHER INDUSTRIES, INC.
FIBREBOARD CORPORATION
FLEXITALLIC GASKET
FLINTKOTE
GAF CORPORATION
GARLOCK
GEORGIA PACIFIC
H.K. PORTER
HALLIBURTON
JOHNS-MANVILLE CORPORATION
KAISER ALUMINUM
KEENE/BEH
KENTILE FLOORS
KVAERNER
LESLIE
ASBESTOS CLAIMS MANAGEMENT CORP. (F/K/A NATIONAL GYPSUM)
NORTH AMERICAN REFRACTORIES
OGLEBAY NORTON
ON MARINE SERVICES COMPANY
OWENS CORNING FIBERGLAS CORPORATION
OWENS ILLINOIS
PITTSBURGH CORNING CORPORATION
PLIBRICO COMPANY
QUIGLEY
RAYBESTOS-MANHATTAN
SEPCO
THAN
TURNER & NEWALL
UGL
UNITED STATES GYPSUM CO.
W.R. GRACE
YARWAY

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

This list may be incomplete and is subject to change as discovery is ongoing.
S:\Complaints\DEADLINES\2019 July-Dec\McCAUL, Robert SWLPf.docx

## ATTACHMENT "C"

All reasonably known medical information is as follows:


University of Michigan Health System
1500 E. Medical Center Drive
Ann Arbor, MI 48109
(734) 936-4000

Dr. Robert Jones
4011 Orchard Dr. Suite 3004
Midland, MI 48640
(989) 488-5410                                    Cardiothoracic Surgeon

Dr, Tannu Sahay
315 W. Warwick Dr. Suite C
Alma, MI 48801
(989) 463-9307                                    Oncologist

Dr. Christopher Murray
1910 Pine Ave.
Alma, MI 48801
(989) 463-3101                                    Primary Care Physician

Mid-Michigan Health
4000 Wellness Dr.
Midland, MI 48670
(989) 839-3000

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

20-008150-NP FILED  IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   6/29/2020 3:26 PM   Carlita McMiller

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

SCOTT L. McCAUL, Personal
Representative for the Estate of
ROBERT L. McCAUL, Deceased

Plaintiff,

vs.

ACME INSULATION,
a Michigan Corporation;
ADIENCE, INC.,
Successor in Interest to Adience Company, LP as Successor
in Interest to BMI, Inc., a Delaware Corporation;
AMERON INTERNATIONAL CORPORATION,
a Delaware Corporation;
AUBURN MANUFACTURING COMPANY,
a Connecticut Corporation;
BALTIMORE ENNIS LAND COMPANY, INC.,
an Ohio Corporation, a/k/a Belci, f/k/a Gibson-Homans;
BECHTEL CORPORATION
a Nevada Corporation
BEHLER-YOUNG CO.,
a Michigan Corporation;
THE BOOMER COMPANY,
a Michigan Corporation;
BURNHAM LLC,
a Delaware Corporation, f/k/a Burnham Corporation;
BW/IP, INC.,
a Delaware Corporation, f/k/a BW/IP International, Inc., in
its own right and as parent corporation to Byron Jackson
Pump Division;
CAMERON INTERNATIONAL CORPORATION,
a Delaware Corporation;
CARVER PUMP CO.,
a Delaware Corporation;
CHERNE CONTRACTING CORPORATION
a Delaware Corporation
CLEAVER BROOKS COMPANY,
a Pennsylvania Corporation;
CLOW CORPORATION,
a Delaware Corporation;

ASBESTOS DOCKET
Case No:                     -NP(a)
HON. PATRICIA FRESARD

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009
———
(248) 647-6966

1

**COOPER INDUSTRIES LLC,**
a Delaware Corporation, in its own right and as successor in
interest to Cooper Industries, Inc., Crouse-Hinds Co., Cooper
Bessemer Corp., McGraw-Edison Co., Wagner Electric
Corp, Studebaker Worthington, Inc., Edison International
Inc., Tung Sol Electric, Inc. and Abex Corporation;
**CROSBY VALVE, LLC,**
a Nevada Corporation;
**DAUBERT CHEMICAL COMPANY, INC.,**
an Illinois Corporation;
**DURAMETALLIC CORPORATION,**
a Michigan Corporation;
**EDWARD VOGT VALVE CO.,**
a North Carolina Corporation;
**ESCON GROUP, INC.**
a Michigan Corporation, in its own right and as successor in
interest to Essexville Electric
**EVERLASTING VALVE CO.,**
a Michigan Corporation;
**F.L. SMIDTH DORR-OLIVER EIMCO INC.,**
a Delaware Corporation;
**FORD MOTOR COMPANY,**
a Delaware Corporation;
**GOODALL RUBBER COMPANY,**
a New Jersey Corporation;
**GOODRICH CORPORATION,**
f/k/a B.F. Goodrich Company a New York Corporation;
**GOODYEAR TIRE & RUBBER COMPANY,**
an Ohio Corporation;
**THE GORMAN-RUPP COMPANY,**
an Ohio Corporation, in its own right and as successor in
interest to C.H. Wheeler Manufacturing Company;
**HARLAN ELECTRIC COMPANY**
a Michigan Corporation
**HARRISON PIPING SUPPLY COMPANY,**
a Michigan Corporation;
**IU NORTH AMERICA, INC.,**
a Delaware Corporation as Successor in Interest by merger
with The Garp Co. and formerly known as The Gage Co., a
Pennsylvania Corporation, f/k/a Taylor Engineering;
**J-M MANUFACTURING COMPANY, INC.,**
a Delaware Corporation;
**JOHN E. GREEN COMPANY,**
a Michigan Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

2

**JOHNSON CONTROLS, INC.,**
a Wisconsin Corporation, in its own right and as successor in
interest to Luxaire, Inc., Moncrief Furnace, The Henry
Furnace Company, Fraser-Johnston, Coleman Furnace;
**K & C SUPPLY, INC.,**
an Ohio Corporation;
**O.C. KECKLEY COMPANY,**
an Illinois Corporation;
**KERR PUMP AND SUPPLY, INC.,**
a Michigan Corporation;
**THE MARLEY-WYLAIN COMPANY,**
a Delaware Corporation, in its own right and as Successor in Interest to
Weil-McLain; Williamson-Thermoflo; Williamson Company; Metzger
Machine Corporation; Weil-McLain; Bennett & Peck Company; Peck
and Williamson Heating and Ventilating Company; Internat;
**MCWANE, INC.,**
a Delaware Corporation, in its own right and as successor in
interest to Clow Valve Co. and Yeomans Pump;
**MIDLAND ROSS CORPORATION,**
an Ohio Corporation, in its own right and as Successor in
Interest to Surface Combustion;
**MW CUSTOM PAPERS, LLC,**
a Delaware Corporation, in its own right and as successor in
interest to The Mead Corporation;
**NAGLE PUMPS, INC.,**
an Ohio Corporation;
**THE NASH ENGINEERING COMPANY,**
a Connecticut Corporation;
**NETZSCH PUMPS NORTH AMERICA, LLC,**
a Delaware Corporation;
**NIBCO, INC.,**
an Indiana Corporation;
**POWER PROCESS PIPING, INC.,**
a Michigan Corporation;
**RADIATOR SPECIALTY COMPANY,**
a North Carolina Corporation;
**RIC-WIL, INC.,**
an Ohio Corporation;
**ROGER ZATKOFF COMPANY,**
a Michigan Corporation;
**ROPER PUMP COMPANY,**
a Delaware Corporation;
**ROTH PUMP COMPANY,**
a Delaware Corporation;
**RUTHMAN PUMP & ENGINEERING, INC.,**
an Ohio Corporation, a/k/a Gusher Pumps, Inc.;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**SATTERLUND SUPPLY COMPANY,**
a Michigan Corporation;
**SCHAD BOILER SETTING COMPANY,**
d/b/a Schad Refractory Construction Co., a Michigan Corporation;
**SEALITE, INC.,**
a California Corporation;
**SEAWAY MECHANICAL CONTRACTORS, INCORPORATED,**
a Michigan Corporation;
**SPENCE BROTHERS**
a Michigan Corporation
**STANDARD FUEL ENGINEERING COMPANY,**
a Michigan Corporation;
**STANDCO INDUSTRIES, INC.,**
a Delaware Corporation, in its own right and as successor in
interest to Sterling Packing and Gasket Company, Inc.;
**THE STANLEY-CARTER COMPANY,**
a Michigan Corporation;
**STONE & WEBSTER, INC.**
a Louisiana Corporation
**SULZER PUMPS (US) INC.,**
a Delaware Corporation;
**TACO, INC.,**
a Rhode Island Corporation;
**TATE ANDALE, INC.,**
a Maryland Corporation, in its own right and successor in
interest to Andale Valves;
**THERMON, INC.,**
a Texas Corporation, in its own right and as successor in
interest to Thermon Manufacturing Company;
**TKD, INC.,**
a California Corporation, in its own right and as successor in
interest to Johnston Pump Company;
**TRANS-PUMPS, INC.,**
a Pennsylvania Corporation, a/k/a Hazelton Pumps;
**TUTHILL CORPORATION,**
a Delaware Corporation;
**UNIROYAL, INC.,**
a/k/a United States Rubber Co., Inc., a New Jersey Corporation;
**VELAN VALVE CORP.,**
a Delaware Corporation;
**VIKING PUMP, INC.,**
a Delaware Corporation;
**WARREN PUMPS, LLC,**
a Delaware Corporation;
**WATTS WATER TECHNOLOGIES, INC.,**
a Delaware Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

4

**WEIL PUMP COMPANY,**
an Illinois Corporation;
**WEIR VALVES & CONTROLS USA, INC.,**
a Massachusetts Corporation, f/k/a Atwood and Morrill Co., Inc.;
**YORK INTERNATIONAL CORPORATION,**
a Delaware Corporation, in its own right and as successor in
interest to Evcon Industries, Inc., Luxaire, Inc., Moncrief
Furnace, The Henry Furnace Company, Fraser-Johnston,
Coleman Furnace;

       Defendants.

_____/

**ERIC B. ABRAMSON (P60949)**
**SERLING & ABRAMSON, P.C.**
**Attorney for Plaintiffs**
**280 N. Old Woodward Ave., Ste. 406**
**Birmingham, Michigan 48009**
**(248) 647-6966**

_____/

## NOTICE OF COMPLAINT IN WRONGFUL DEATH CASE
## COMPLAINT AND JURY DEMAND

    **A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in the Circuit Court for the County of Madison, Illinois. The action is still pending. The docket number is 16 L 001306 and Judge Stephen Stobb is assigned to the action.**

    NOW COMES Plaintiff, by and through her Attorney, SERLING & ABRAMSON, P.C., and for her Complaint against each Defendant, state as follows:

    1.    In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order of November 21, 2003, paragraph II. C. 4., a Complaint was filed with the Court's "Master File" (Case No.: 03-310422-NP) entitled "Asbestos Master Complaint—Deceased Plaintiff," Standard Pleading No. 12. Plaintiff adopts by reference each and every allegation in this Master Complaint.

    2.    Pursuant to the Court's Case Management Order of November 21,

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

2003, Plaintiff, **SCOTT L. McCAUL, Personal Representative for the Estate of ROBERT L. McCAUL, Deceased** states as follows:

| | |
|---|---|
| Deceased Plaintiff: | Robert L. McCaul |
| Decedent's Date of Birth: | December 31, 1932 |
| Decedent's Date of Death: | May 30, 2018 |
| Personal Representative: | Scott L. McCaul |
| Per. Rep.'s Birth Date: | May 14, 1956 |
| Personal Representative's Address: | 219 Englehardt<br>Bay City, MI  48706 |
| Spouse of Decedent: | Pauline McCaul |
| Spouse's Date of Birth: | August 21, 1933 |
| Disease: | Mesothelioma |
| Date of Decedent's Diagnosis: | July 22, 2016 |
| Decedent's Period of Exposure to Asbestos: | 1951-1953, 1955-1990 – *subject to further discovery* |
| Decedent's Occupation: | Laborer/Inspector; |
| Employer(s): | Ferro Stamping & Manufacturing Co.; Dow Chemical |
| Known Job Sites and Years at Job Sites: | See Attachment "A" |
| Identity of all Known Non-Parties: | See Attachment "B" |
| Reasonably Known Medical Information: | See Attachment "C" |
| Social Security Printout included: (check one)   Yes _____     No _X_ (has been ordered) | No |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

Geographical Situs of Asbestos
Exposure:                                          Wayne County, Michigan

/s/ *Eric B. Abramson*
**ERIC B. ABRAMSON (P60949)**
**Attorney for Plaintiff**
**280 N. Old Woodward, Ste. 406**
**Birmingham, Michigan  48009**
**(248) 647-6966**

**DATED:** June 29, 2020

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

### ATTACHMENT "A"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff reserves the right to update asbestos product exposure identification after investigation of the case and review of the Social Security Printout and in accordance with the Court's Case Management Order deadline for submission of a final product identification brochure. Plaintiff's Known Job Site Information is as follows:

| KNOWN JOB SITES | YEARS AT JOB SITES |
|---|---|
| Ferro Stamping & Manufacturing Co. | 1951-1953, 1955-1956 |
| Dow Chemical | 1956-1990 |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

## ATTACHMENT "B"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff's Preliminary Notice of Non-Parties are as follows:

A.P. GREEN REFRACTORIES
AC&S
ARMSTRONG WORLD INDUSTRIES
ASARCO
BABCOCK & WILCOX COMPANY
BONDEX
BURNS & ROE
CELOTEX CORPORATION
COMBUSTION ENGINEERING
DRESSER INDUSTRIES/HARBISON WALKER REFRACTORIES
EAGLE-PICHER INDUSTRIES, INC.
FIBREBOARD CORPORATION
FLEXITALLIC GASKET
FLINTKOTE
GAF CORPORATION
GARLOCK
GEORGIA PACIFIC
H.K. PORTER
HALLIBURTON
JOHNS-MANVILLE CORPORATION
KAISER ALUMINUM
KEENE/BEH
KENTILE FLOORS
KVAERNER
LESLIE
ASBESTOS CLAIMS MANAGEMENT CORP. (F/K/A NATIONAL GYPSUM)
NORTH AMERICAN REFRACTORIES
OGLEBAY NORTON
ON MARINE SERVICES COMPANY
OWENS CORNING FIBERGLAS CORPORATION
OWENS ILLINOIS
PITTSBURGH CORNING CORPORATION
PLIBRICO COMPANY
QUIGLEY
RAYBESTOS-MANHATTAN
SEPCO
THAN
TURNER & NEWALL
UGL
UNITED STATES GYPSUM CO.
W.R. GRACE
YARWAY

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

This list may be incomplete and is subject to change as discovery is ongoing.
S:\Complaints\DEADLINES\2019 July-Dec\McCAUL, Robert SWLPf.docx

9

## ATTACHMENT "C"

All reasonably known medical information is as follows:


University of Michigan Health System
1500 E. Medical Center Drive
Ann Arbor, MI 48109
(734) 936-4000

Dr. Robert Jones
4011 Orchard Dr. Suite 3004
Midland, MI 48640
(989) 488-5410                                    Cardiothoracic Surgeon

Dr, Tannu Sahay
315 W. Warwick Dr. Suite C
Alma, MI 48801
(989) 463-9307                                    Oncologist

Dr. Christopher Murray
1910 Pine Ave.
Alma, MI 48801
(989) 463-3101                                    Primary Care Physician

Mid-Michigan Health
4000 Wellness Dr.
Midland, MI 48670
(989) 839-3000

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
———
(248) 647-6966

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

SCOTT L. McCAUL, Personal
Representative for the Estate of
ROBERT L. McCAUL, Deceased

    Plaintiff,

vs.

ACME INSULATION, et al

    Defendants.

_____/

ASBESTOS DOCKET
<u>Case No:</u>               -NP(a)
HON. PATRICIA FRESARD

ERIC B. ABRAMSON (P60949)
SERLING & ABRAMSON, P.C.
**Attorney for Plaintiffs**
280 N. Old Woodward Ave., Ste. 406
Birmingham, Michigan 48009
(248) 647-6966

_____/

## JURY DEMAND

    A TRIAL BY JURY IS HEREBY DEMANDED TO DETERMINE
ALL ISSUES.

                    /s/ *Eric B. Abramson*
                    **ERIC B. ABRAMSON (P60949)**
                    **Attorney for Plaintiff**
                    **280 N. Old Woodward, Ste. 406**
                    **Birmingham, Michigan 48009**
                    **(248) 647-6966**

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**DATED:** June 29, 2020

20-008150-NP FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   6/29/2020 3:26 PM   Carlita McMiller

1

20-012537-NP FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   9/24/2020 12:47 PM   Laverne Chapman

**STATE OF MICHIGAN**

**IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE**

ELAINE WALCZYK, Personal
Representative for the Estate of
RICHARD WALCZYK Deceased

        **Plaintiff,**

**vs.**

ABB, INC.,
a North Carolina Corporation, in its own right and as
successor in interest to Asea Brown Boveri, Inc, BBC Brown
Boveri, Inc. and Brown Boveri Electric, Inc.;
**ADIENCE, INC.,**
Successor in Interest to Adience Company, LP as Successor
in Interest to BMI, Inc., a Delaware Corporation;
**AII ACQUISITION LLC**
a Pennsylvania limited liability company, formerly AII
Acquisition Corp., a Delaware Corporation, in its own right
and as successor in interest to Athlone Industries, Inc. and
Holland Furnace Co.
**THE ALLIANCE MACHINE COMPANY,**
a Delaware Corporation;
**AMERICAN CRANE CORPORATION,**
a North Carolina Corporation;
**AMERON INTERNATIONAL CORPORATION,**
a Delaware Corporation;
**AMPHENOL CORPORATION,**
a Delaware Corporation;
**A.O. SMITH**
a Delaware Corporation, in its own right and as successor in
interest to Sawyer Electrical Manufacturing Co.
**ARMSTRONG INTERNATIONAL, INC.,**
a Michigan Corporation;
**ARMSTRONG PUMPS, INC.,**
a New York Corporation;
**AUBURN MANUFACTURING COMPANY,**
a Connecticut Corporation;
**AVOCET ENTERPRISES, INC.**
f/k/a Ventfabrics, Inc., an Illinois Corporation
**A.W. CHESTERTON COMPANY,**
a Massachusetts Corporation;

**ASBESTOS DOCKET**
Case No:            -NP(a)
**HON. PATRICIA FRESARD**

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
———
(248) 647-6966

1

**BALTIMORE ENNIS LAND COMPANY, INC.,**
an Ohio Corporation, a/k/a Belci, f/k/a Gibson-Homans;
**BANNER ENGINEERING & SALES, INC.,**
a Michigan Corporation, a/k/a Joseph M. Day Company;
**BASF CORPORATION**
a Delaware Corporation
**BAYER CROPSCIENCE, INC.,**
a Delaware Corporation, f/k/a Amchem Products, Inc. and
Benjamin Foster Company;
**THE BOOMER COMPANY,**
a Michigan Corporation;
**BRYAN STEAM CORPORATION,**
a New Mexico Corporation;
**BRYAN STEAM, LLC,,**
a Delaware Limited Liability Company, f/k/a Bryan Boilers;
**BURNHAM LLC,**
a Delaware Coproration, f/k/a Burnham Corporation;
**BW/IP, INC.,**
a Delaware Corporation, f/k/a BW/IP International, Inc., in
its own right and as parent corporation to Byron Jackson
Pump Division;
**CAMERON INTERNATIONAL CORPORATION,**
a Delaware Corporation;
**CARRIER CORPORATION,**
a Delaware Corporation, in its own right and as successor in
interest to Heil-Quaker Corporation, a/k/a Bryant Heating &
Cooling Systems, Bryant Company, Payne Company,
AFFILIATED GAS EQUIPMENT, INC., Carrier Transicold
Division, Carrier Refigeration Operations, Owen-West
Mechanical, Inc., CAC/BDP, Comfortaire, Day & Night
Furnace Co. and Heil Furnaces;
**CARRIER CORPORATION,**
a Delaware Corporation,;
**CARVER PUMP CO.,**
a Delaware Corporation;
**CHAMPLAIN CABLE CORPORATION,**
a Delaware Corporation, f/k/a Haveg Industries, Inc.;
**CLEAVER BROOKS COMPANY,**
a Pennsylvania Corporation;
**CLOW CORPORATION,**
a Delaware Corporation;
**COMPUDYNE CORPORATION,**
a Nevada Corporation, in its own right and as successor in
interest by merger with York-Shipley, Inc., a Pennsylvania
Corporation; and as successor in interest by merger with
Robintech, Inc., a Delaware Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

2

**COOPER INDUSTRIES LLC,**
an Ohio Corporation, in its own right and as Successor to
Crouse-Hinds Co. and The Cooper Bessemer Corp., and as
Successor in Interest to McGraw-Edison Co., Wagner Electric
Corp., Studebaker Worthington, Inc., Edison International Inc.,
Tung Sol Electric, Inc. and Abex Corporation;
**CRANE CO.,**
a Delaware Corporation f/k/a Crane Delaware Co., a
Delaware Corporation, in its own right and as Successor in
Interest to Crane Co., an Illinois Corporation, f/k/a Crane
Company and Jenkins Valves, in its own right and as
Successor in Interest to Pacific Steel Boiler Company;
**CROSBY VALVE, LLC,**
a Nevada Corporation;
**DAUBERT CHEMICAL COMPANY, INC.,**
an Illinois Corporation;
**DURAMETALLIC CORPORATION,**
a Michigan Corporation;
**EATON CORPORATION,**
an Ohio Corporation, in its own right and as successor in
interest to Cutler-Hammer, Inc.;
**ECR INTERNATIONAL, INC.**
a New York Corporation, in its own right and as successor in
interest to Airco Furnaces, Dunkirk-Olsen Furnaces, Olsen
Furnace Olsen Technology, The Utica Companies and
Oneida Royal
**EDWARD VOGT VALVE CO.,**
a North Carolina Corporation;
**ELOF HANSSON USA INC.,**
a Delaware Corporation;
**EVERLASTING VALVE CO.,**
a Michigan Corporation;
**F.B. WRIGHT COMPANY,**
a Michigan Corporation;
**F.L. SMIDTH DORR-OLIVER EIMCO INC.,**
a Delaware Corporation;
**FLOWSERVE CORPORATION,**
a New York Corporation, in its own right and as successor in
interest to Durco Pumps and Nordstrom Valves;
**FLOWSERVE US INC.,**
a Delaware Corporation, in its own right and as successor in
interest to Edwards Valves, Inc.;
**FMC CORPORATION,**
a Delaware Corporation, in its own right and on behalf of its
former Chicago Pump, Northern Pump and Stearns
businesses and its former Construction Equipment Group;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

3

**FORD MOTOR COMPANY,**
a Delaware Corporation;
**FOSECO, INC.,**
a Delaware Corporation, in its own right and as Successor to
Gibson-Homans Co., Baltimore Ennis Land Co., Inc., and as
Subsidiary of Foseco Plc;
**FOSTER WHEELER ENERGY CORPORATION,**
a New Jersey Corporation;
**GENERAL ELECTRIC COMPANY,**
a New York Corporation;
**GOODALL RUBBER COMPANY,**
a New Jersey Corporation;
**GOODRICH CORPORATION,**
f/k/a B.F. Goodrich Company a New York Corporation;
**GOODYEAR TIRE & RUBBER COMPANY,**
an Ohio Corporation;
**GOULDS PUMPS, INCORPORATED,**
a Delaware Corporation;
**GREENE, TWEED & COMPANY,**
a Pennsylvania Corporation;
**GRINNELL LLC,**
a Delaware Corporation;
**GUSMER ENTERPRISES, INC.,**
a New Jersey Corporation, in its own right and as successor in interest
to The Cellulo Company, Filter Materials, Inc. and A. Gusmer, Inc.;
**HARRISON PIPING SUPPLY COMPANY,**
a Michigan Corporation;
**HONEYWELL INTERNATIONAL, INC.,**
a Delaware Corporation, Successor in interest to Allied-Signal
Corporation, Allied Chemical Corporation, Semet Solvay and
Bendix Corporation;
**HOWARD ELECTRIC COMPANY,**
a Michigan Corporation;
**IMO INDUSTRIES, INC.,**
a/k/a DeLaval Turbines, Inc., a Delaware Corporation;
**INDUSTRIAL HOLDINGS CORPORATION,**
a New York Corporation f/k/a Carborundum Corporation;
**ITT INDUSTRIES, INC.,**
an Indiana Corporation in its own right and as Successor in
Interest to ITT Grinnell, Bell & Gossett, Kennedy Valves;
**IU NORTH AMERICA, INC.,**
a Delaware Corporation as Successor in Interest by merger
with The Garp Co. and formerly known as The Gage Co., a
Pennsylvania Corporation, f/k/a Taylor Engineering;
**J-M MANUFACTURING COMPANY, INC.,**
a Delaware Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

4

**JOHN E. GREEN COMPANY,**
a Michigan Corporation;
**JOHNSON CONTROLS, INC.,**
a Wisconsin Corporation, in its own right and as successor in
interest to Luxaire, Inc., Moncrief Furnace, The Henry
Furnace Company, Fraser-Johnston, Coleman Furnace;
**K. L. McCOY AND ASSOCIATES, INC.,**
a Michigan Corporation;
**K & C SUPPLY, INC.,**
an Ohio Corporation;
**KERR PUMP AND SUPPLY, INC.,**
a Michigan Corporation;
**LENNOX INDUSTRIES, INC.**
an Iowa Corporation, in its own right and as successor in
interest to Aireflo Furnaces, Armstrong Furnace, Ducane
Furnaces, Magic Chef Furnace
**LIMBACH COMPANY LLC,**
a Delaware Corporation, in its own right and as successor in
interest to Limbach Company, a/k/a Lorne Plumbing & Heating;
**MARATHON PETROLEUM COMPANY LP,**
an Ohio Corporation a/k/a Marathon Ashland Petroleum LLC,
Marathon Oil Corporation, Marathon Ashland Petroleum
Canada, Ltd., Marathon Petroleum Company Canada, Marathon
Ashland Pipe Line LLC and Marathon Pipe Line LLC;
**THE MARLEY-WYLAIN COMPANY,**
a Delaware Corporation, in its own right and as Successor in Interest to
Weil-McLain; Williamson-Thermoflo; Williamson Company; Metzger
Machine Corporation; Weil-McLain; Bennett & Peck Company; Peck
and Williamson Heating and Ventilating Company; International
Heater Company, Twentieth Century Heating and Ventilating
Company; Henry & Scheible Company; Quaker Manufacturing
Company; Ideal Furnace Company; Williamson Heater Company;
**MCMASTER-CARR SUPPLY COMPANY,**
an Illinois Corporation;
**MCWANE, INC.,**
a Delaware Corporation, in its own right and as successor in
interest to Clow Valve Co. and Yeomans Pump;
**METROPOLITAN LIFE INSURANCE COMPANY,**
a/k/a Metropolitan Insurance Co. a Delaware Corporation;
**MICHIGAN VALVE AND FOUNDRY CORPORATION,**
a Michigan Corporation;
**MIDLAND ROSS CORPORATION,**
an Ohio Corporation, in its own right and as Successor in
Interest to Surface Combustion;
**MIDWEST VALVE & FITTING COMPANY,**
a Michigan Corporation, a/k/a State Plumbing & Heating Supply Co.;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
———
(248) 647-6966

5

**MORGAN ENGINEERING SYSTEMS, INC.,**
a Delaware Corporation;
**MW CUSTOM PAPERS, LLC,**
a Delaware Corporation, in its own right and as successor in
interest to The Mead Corporation;
**NAGLE PUMPS, INC.,**
an Ohio Corporation;
**THE NASH ENGINEERING COMPANY,**
a Connecticut Corporation;
**NEW COLEMAN HOLDINGS, INC.**
a Kansas Corporation
**PARKER-HANNIFIN CORPORATION,**
an Ohio Corporation, as parent corporation of Parker Packing Division;
**PFIZER, INC.,**
a Delaware Corporation;
**POWER PROCESS PIPING, INC.,**
a Michigan Corporation;
**R. L. DEPPMANN COMPANY,**
a Michigan Corporation;
**RADIATOR SPECIALTY COMPANY,**
a North Carolina Corporation;
**RANKIN AUTOMATION COMPANY, LLC,**
a Delaware Corpoarion;
**REUNION INDUSTRIES, INC.,**
a Delaware Corporation;
**REX/ROTO CORPORATION,**
a Michigan Corporation;
**RHEEM MANUFACTURING COMPANY**
a Delaware Corporation
**RIC-WIL, INC.,**
an Ohio Corporation;
**RILEY POWER, INC.,**
a Massachusetts Corporation f/k/a Riley Stoker Corporation;
**ROGER ZATKOFF COMPANY,**
a Michigan Corporation;
**ROPER PUMP COMPANY,**
a Delaware Corporation;
**ROTH PUMP COMPANY,**
a Delaware Corporation;
**RUST INTERNATIONAL, INC.,**
a Delaware Corporation in its own right and as successor in
interest to M.W. Kellogg Co., and the Swindell Dressler Co.;
**RUTHMAN PUMP & ENGINEERING, INC.,**
an Ohio Corporation, a/k/a Gusher Pumps, Inc.;
**SATTERLUND SUPPLY COMPANY,**
a Michigan Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

6

**SCHAD BOILER SETTING COMPANY,**
d/b/a Schad Refractory Construction Co., a Michigan Corporation;
**SEALITE, INC.,**
a California Corporation;
**SEAWAY MECHANICAL CONTRACTORS, INCORPORATED,**
a Michigan Corporation;
**SHAW-WINKLER, INC.,**
a Michigan Corporation;
**SQUARE D COMPANY,**
a Delaware Corporation;
**STANDARD FUEL ENGINEERING COMPANY,**
a Michigan Corporation;
**THE STANLEY-CARTER COMPANY,**
a Michigan Corporation;
**STERLING FLUID SYSTEMS (USA), LLC,**
f/k/a Peerless Pump Company, a Delaware Corporation;
**SULZER PUMPS (US) INC.,**
a Delaware Corporation;
**TACO, INC.,**
a Rhode Island Corporation;
**THIEM CORPORATION,**
a/k/a Universal Refractories, Inc., a Delaware Corporation;
**TRANS-PUMPS, INC.,**
a Pennsylvania Corporation, a/k/a Hazelton Pumps;
**UNION CARBIDE CHEMICALS AND PLASTICS COMPANY, INC.,**
Successor in Interest to Union Carbide, a New York Corporation;
**UNION PUMPS COMPANY,**
f/k/a David Brown Union Pump Company, a Michigan Corporation;
**UNIROYAL, INC.,**
a/k/a United States Rubber Co., Inc., a New Jersey Corporation;
**VIACOM INTERNATIONAL, INC.,**
a Delaware Corporation, in its own right and as Successor in Interest
to CBS Corporation, in its own right and as Successor in Interest to
Westinghouse Electric Corporation, a Pennsylvania Corporation,
f/k/a Westinghouse Electric & Manufacturing Company, in its own
right and as Successor in Interest to Luxaire, Inc.;
**VIKING PUMP, INC.,**
a Delaware Corporation;
**W. J. O'NEIL CO.,**
a Michigan Corporation, f/k/a Comb & Groves, Inc.;
**W. M. SPRINKMAN, LLC,**
a Wisconsin Corporation;
**WARREN PUMPS, LLC,**
a Delaware Corporation;
**WAYNE/SCOTT FETZER COMPANY,**
a Delaware Corporation, f/k/a Wayne Combustion System;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**WEIL-MCLAIN**
a Delaware Corporation
**WEIR VALVES & CONTROLS USA, INC.,**
a Massachusetts Corporation, f/k/a Atwood and Morrill Co., Inc.;
**WELTON RUBBER COMPANY,**
a Michigan Corporation, formerly known as Welton Rubber
& Asbestos Company;
**THE WILLIAM POWELL COMPANY,**
an Ohio Corporation;
**YORK RUBBER COMPANY,**
a Michigan Corporation;
**YORK INTERNATIONAL CORPORATION,**
a Delaware Corporation, in its own right and as successor in
interest to Evcon Industries, Inc., Luxaire, Inc., Moncrief Furnace,
The Henry Furnace Company, Fraser-Johnston, Coleman Furnace;

    Defendants.

_____/

**ERIC B. ABRAMSON (P60949)**
**SERLING & ABRAMSON, P.C.**
**Attorney for Plaintiffs**
**280 N. Old Woodward Ave., Ste. 406**
**Birmingham, Michigan 48009**
**(248) 647-6966**

_____/

<u>**NOTICE OF COMPLAINT**</u>
<u>**COMPLAINT (WITH PREMISES LIABILITY COUNT)**</u>

    **There is no other pending or resolved civil action arising out of the transaction or occurrence alleged in the complaint.**

    NOW COMES Plaintiff, by and through her Attorney, SERLING & ABRAMSON, P.C., and for her Complaint against each Defendant, state as follows:

    1.    In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order of June 24, 2016, paragraph II. C. 4., a Complaint was filed with the Court's "Master File" (Case No.: 03-310422-NP) entitled "Asbestos Master Complaint--Deceased Plaintiff," Standard Pleading No. 14. Plaintiff adopts by reference each and every allegation in this Master Complaint.

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

8

2.      Pursuant to the Court's Case Management Order of June 24, 2016,

Plaintiff, **ELAINE WALCZYK Personal Representative for the Estate of RICHARD**

**WALCZYK, Deceased** states as follows:

### PREMISES LIABILITY COUNT AS TO DEFENDANTS, BASF CORPORATION, FORD MOTOR COMPANY and MARATHON PETROLEUM COMPANY LP

A.      Plaintiff repeats and incorporates by reference the "Master File"

(Case No.: 03-310422-NP) entitled "Asbestos Master Complaint--Deceased Plaintiff,"

Standard Pleading No. 14.

B.      That during the period 1967-2003, Decedent was exposed to toxic

levels of environmental pollutants including asbestos fibers due to his employment working

on a project over which Defendants, **BASF CORPORATION, FORD MOTOR**

**COMPANY and MARATHON PETROLEUM COMPANY LP**, had supervision and

control at a building owned by Defendants, **BASF CORPORATION, FORD MOTOR**

**COMPANY and MARATHON PETROLEUM COMPANY LP**, located in the county

of Wayne.

C.      That in the course of Decedent's employment with the employer at

the aforementioned location, Decedent was required to work in an area of the building in

which he was exposed to asbestos containing materials.

D.      That in the course of Decedent's employment with the employer at

the aforementioned location, Decedent was required to work in an area where asbestos

containing material was used and upon his return from work, brought home with him, within

the family motor vehicle(s) and upon his person, on his shoes, clothing, handkerchiefs, and

upon his other personal articles, and items brought into the home from the jobsite, particles

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

9

of asbestos and asbestos dust and fibers to which he was exposed at his place of employment.

E.     That the work was being undertaken by the Defendants, **BASF CORPORATION, FORD MOTOR COMPANY and MARATHON PETROLEUM COMPANY LP**, through their employees and the agency of various contractors and subcontractors, including Decedent's employer, and that the work in which Decedent was engaged in at the time of this occurrence was inherently dangerous work.

F.     That it was then and there the duty of the Defendants, **BASF CORPORATION, FORD MOTOR COMPANY and MARATHON PETROLEUM COMPANY LP**, to provide a safe place for invitees such as the Decedent and others similarly situated, to work, and to exercise due care in the operation and maintenance of said premises so as to prevent injury to its invitees, and to inspect the premises to ensure that they were safe and free from any and all dangerous conditions.

G.     That disregarding said duties, the Defendants created and maintained an unsafe, dangerous and/or hazardous condition by failing to provide adequate and proper ventilation and by failing to warn of the dangerous condition, thereby causing Decedent to suffer harmful exposure to asbestos fibers causing severe and disabling personal injuries.

H.     That the Defendants, **BASF CORPORATION, FORD MOTOR COMPANY and MARATHON PETROLEUM COMPANY LP**, breached their duties and were negligent in the following manner:

(a)     failed to provide adequate and proper ventilation;

(b)     failed to provide inhalators or other devices for the use of their invitees in filtering out harmful environmental toxins such as asbestos;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

(c)      failed to provide a safe place for Decedent to work;

(d)      failed to safely and properly operate and maintain the construction site premises;

(e)      failed to inspect the premises for dangerous and/or hazardous conditions;

(f)      employed a careless and/or negligent general contractor;

(g)      maintained a right of control over the construction work and were negligent in their supervision and job inspection;

(h)      failed to warn Decedent of the dangerous and/or hazardous condition that they knew or should have known existed.

I.      That in the happening of the aforesaid incident, Decedent was not guilty of negligence or of contributory negligence, but as a direct and proximate result of Defendants' negligence, Decedent suffered harmful exposure to asbestos fibers causing and/or contributing to a fatal respiratory disease and further, he suffers great pain, mental anguish, discomfort and inconvenience.

WHEREFORE, Plaintiff demands judgment against the Defendants herein for whatever amount above Twenty-Five Thousand ($25,000) dollars he is found to be entitled, together with interests, costs and attorneys fees.

3.      Pursuant to the Court's Case Management Order of June 24, 2016, Plaintiff, **ELAINE WALCZYK Personal Representative for the Estate of RICHARD WALCZYK, Deceased** states as follows:

| | |
|---|---|
| Deceased Plaintiff: | Richard Walczyk |
| Decedent's Date of Birth: | October 30, 1942 |
| Decedent's Date of Death: | July 20, 2020 |
| Personal Representative: | Elaine Walczyk |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

11

| | |
|---|---|
| Per. Rep.'s Birth Date: | September 21, 1942 |
| Personal Representative's Address: | 32179 Knapp Ave. Warren, MI 48093 |
| Spouse of Decedent: | Elaine Walczyk |
| Spouse's Date of Birth: | September 21, 1942 |
| Disease: | Lung Cancer |
| Date of Decedent's Diagnosis: | March 23, 2020 |
| Decedent's Period of Exposure to Asbestos: | 1942-1963 (exposure through father); 1963-2002 – *subject to further discovery* |
| Decedent's Occupation: | Steamfitter/Pipefitter |
| Employer(s): | Various contractors |
| Known Job Sites and Years at Job Sites: | See Attachment "A" |
| Identity of all Known Non-Parties: | See Attachment "B" |
| Reasonably Known Medical Information: | See Attachment "C" |
| Social Security Printout included: (check one)   Yes ____       No _X_ (has been ordered) | No |
| Geographical Situs of Asbestos Exposure: | Wayne County, Michigan |

*/s/ Eric B. Abramson*
**ERIC B. ABRAMSON (P60949)**
**Attorney for Plaintiff**
**280 N. Old Woodward, Ste. 406**
**Birmingham, Michigan  48009**
**(248) 647-6966**

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

**DATED:** September 24, 2020

12

## ATTACHMENT "A"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff reserves the right to update asbestos product exposure identification after investigation of the case and review of the Social Security Printout and in accordance with the Court's Case Management Order deadline for submission of a final product identification brochure.  Plaintiff's Known Job Site Information is as follows:

| KNOWN JOB SITES | YEARS AT JOB SITES |
|---|---|
| Cadillac Plant, Detroit, MI | 1942-1963 (Exposure through father, Peter Walczyk) |
| City of Detroit, Detroit, MI | 1963-1967 |
| Various industrial jobsites, including but not limited to Ford Motor, General Motors, Chrysler, Great Lakes Steel, McLouth Steel, Marathon Oil Refinery, Wyandotte Chemical, etc., Detroit, Metro Detroit, MI | 1967-2003 |
| Various Detroit Edison Plants Detroit, Metro Detroit, MI | 1967-2003 |
| Various commercial jobsites, Detroit, Metro Detroit, MI | 1967-2003 |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM. MI  48009
————
(248) 647-6966

## ATTACHMENT "B"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff's Preliminary Notice of Non-Parties are as follows:

A.P. GREEN REFRACTORIES
AC&S
ARMSTRONG WORLD INDUSTRIES
ASARCO
BABCOCK & WILCOX COMPANY
BONDEX
BURNS & ROE
CELOTEX CORPORATION
COMBUSTION ENGINEERING
DRESSER INDUSTRIES/HARBISON WALKER REFRACTORIES
EAGLE-PICHER INDUSTRIES, INC.
FIBREBOARD CORPORATION
FLEXITALLIC GASKET
FLINTKOTE
GAF CORPORATION
GARLOCK
GEORGIA PACIFIC
H.K. PORTER
HALLIBURTON
JOHNS-MANVILLE CORPORATION
KAISER ALUMINUM
KEENE/BEH
KENTILE FLOORS
KVAERNER
LESLIE
ASBESTOS CLAIMS MANAGEMENT CORP. (F/K/A NATIONAL GYPSUM)
NORTH AMERICAN REFRACTORIES
OGLEBAY NORTON
ON MARINE SERVICES COMPANY
OWENS CORNING FIBERGLAS CORPORATION
OWENS ILLINOIS
PITTSBURGH CORNING CORPORATION
PLIBRICO COMPANY
QUIGLEY
RAYBESTOS-MANHATTAN
SEPCO
THAN
TURNER & NEWALL
UGL
UNITED STATES GYPSUM CO.
W.R. GRACE
YARWAY

This list may be incomplete and is subject to change as discovery is ongoing.
WALCZYK, Richard PremSFPF.docx

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

14

## ATTACHMENT "C"

All reasonably known medical information is as follows:


Dr. Thomas K. Thomas
22480 Kelly Rd. #2
Eastpointe, MI 48021                     PCP 40 yrs

Dr. Larry Tankenow
30117 Schoenherr Rd., Ste. 100
Warren, MI 48088                         Primary Lung Doctor

Dr. V. Gudaguntla
25195 Kelly Rd.
Roseville, MI 48066                      Heart Doctor 2013 - Current

Dr. Kenneth Tucker
11885 12 mile Rd., #100B
Warren, MI 48093                         Cancer Doctor – Feb 2020

Henry Ford Macomb
15855 19 Mile Rd,
Clinton Twp, MI 48038
(586) 263-2300                           Prostatectomy – 2009 Dr. Randy Chudler MIU

Ascension St. John Hospital
22101 Moross Rd.
Detroit, MI 48236
(313) 343-4000                           Embolectomy – Oct 2015 Dr. Kumara Rama

Ascension St. John Hospital
Dr. Kumara Rama
22101 Moross Rd.
Detroit, MI 48236
(313) 343-4000                           Aortic Aneurysm w/stent graft – Jan 2016

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

ELAINE WALCZYK, Personal
Representative for the Estate of
RICHARD WALCZYK Deceased,

       Plaintiff,

vs.

ABB, INC, et al

       Defendants.

_____/

**ASBESTOS DOCKET**
Case No:         -NP(a)
HON. PATRICIA FRESARD

ERIC B. ABRAMSON (P60949)
SERLING & ABRAMSON, P.C.
Attorney for Plaintiffs
280 N. Old Woodward Ave., Ste. 406
Birmingham, Michigan  48009
(248)  647-6966

_____/

**JURY DEMAND**

A  TRIAL  BY  JURY  IS  HEREBY  DEMANDED  TO  DETERMINE

ALL ISSUES.

                                    /s/ Eric B. Abramson
                                    ERIC B. ABRAMSON (P60949)
                                    Attorney for Plaintiff
                                    280 N. Old Woodward, Ste. 406
                                    Birmingham, Michigan  48009
                                    (248) 647-6966

**DATED:**  September 24, 2020

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

1

20-016314-NP FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   12/15/2020 1:54 PM   Carlita McMiller

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

**DONALD ESPER and
CYNTHIA ESPER**

**Plaintiff,**

vs.

**ABB, INC.**
a North Carolina Corporation, in its own right and as successor in interest to Asea Brown Boveri, Inc, BBC Brown Boveri, Inc. and Brown Boveri Electric, Inc.;
**ADIENCE, INC.**
Successor in Interest to Adience Company, LP as Successor in Interest to BMI, Inc., a Delaware Corporation;
**THE ALLIANCE MACHINE COMPANY**
a Delaware Corporation;
**AMERICAN CRANE CORPORATION**
a Pennsylvania Corporation;
**AMERON INTERNATIONAL CORPORATION**
a Delaware Corporation;
**AMPHENOL CORPORATION**
a Delaware Corporation;
**ANDERSON GREENWOOD & COMPANY**
a Texas Corporation;
**ARMSTRONG INTERNATIONAL, INC.**
a Michigan Corporation;
**ARMSTRONG PUMPS, INC.**
a New York Corporation;
**AUBURN MANUFACTURING COMPANY**
a Connecticut Corporation;
**A.W. CHESTERTON COMPANY**
a Massachusetts Corporation;
**BALTIMORE ENNIS LAND COMPANY, INC.**
an Ohio Corporation, a/k/a Belci, f/k/a Gibson-Homans;
**BANNER ENGINEERING & SALES, INC.**
a Michigan Corporation, a/k/a Joseph M. Day Company;
**BASF CORPORATION**
a Delaware Corporation;
**BAYER CROPSCIENCE, INC.**
a Delaware Corporation, f/k/a Amchem Products, Inc. and Benjamin Foster Company;

**ASBESTOS DOCKET**
<u>**ASBESTOS DOCKET**</u>
Case No:                     -NP(a)
**HON. PATRICIA FRESARD**

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

1

**THE BOOMER COMPANY**
a Michigan Corporation;
**BRYAN STEAM CORPORATION**
a New Mexico Corporation;
**BRYAN STEAM, LLC,**
a Delaware Limited Liability Company, f/k/a Bryan Boilers;;
**BURNHAM LLC**
a Delaware Coproration, f/k/a Burnham Corporation;
**BW/IP, INC.**
a Delaware Corporation, f/k/a BW/IP International, Inc., in its own
right and as parent corporation to Byron Jackson Pump Division;
**CAMERON INTERNATIONAL CORPORATION**
a Delaware Corporation;
**CARRIER CORPORATION**
a Delaware Corporation, a/k/a Bryant Heating & Cooling Systems,
Bryant Company, Payne Company, AFFILIATED GAS EQUIPMENT,
INC., Carrier Transicold Division, Carrier Refigeration Operations,
Owen-West Mechanical, Inc., CAC/BDP, Comfortaire, Day & Night
Furnace Co., Heil-Quaker Corporation and Heil Furnaces;
**CARVER PUMP CO.**
a Delaware Corporation;
**CHAMPLAIN CABLE CORPORATION**
a Delaware Corporation, f/k/a Haveg Industries, Inc.;
**CLEAVER BROOKS COMPANY**
a Pennsylvania Corporation;
**CLOW CORPORATION**
a Delaware Corporation;
**COMPUDYNE CORPORATION**
a Nevada Corporation, in its own right and as successor in interest by
merger with York-Shipley, Inc., a Pennsylvania Corporation; and as
successor in interest by merger with Robintech, Inc., a Delaware
Corporation;
**COOPER INDUSTRIES LLC**
a Delaware Corporation, in its own right and as successor in interest to
Cooper Industries, Inc., Crouse-Hinds Co., Cooper Bessemer Corp.,
McGraw-Edison Co., Wagner Electric Corp, Studebaker Worthington,
Inc., Edison International Inc., Tung Sol Electric, Inc. and Abex
Corporation;
**CRANE CO.**
a Delaware Corporation f/k/a Crane Delaware Co., a Delaware
Corporation, in its own right and as Successor in Interest to Crane Co.,
an Illinois Corporation, f/k/a Crane Company and Jenkins Valves, in its
own right and as Successor in Interest to Pacific Steel Boiler Company;
**CROSBY VALVE, LLC**
a Nevada Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

2

**DAUBERT CHEMICAL COMPANY, INC.**
an Illinois Corporation;
**DURAMETALLIC CORPORATION**
a Michigan Corporation;
**EDWARD VOGT VALVE CO.**
a North Carolina Corporation;
**ELOF HANSSON USA INC.**
a Delaware Corporation;
**EVERLASTING VALVE CO.**
a Michigan Corporation;
**F.B. WRIGHT COMPANY**
a Michigan Corporation;
**F.L. SMIDTH DORR-OLIVER EIMCO INC.**
a Delaware Corporation;
**FLOWSERVE CORPORATION**
a New York Corporation, in its own right and as successor in
interest to Durco Pumps and Nordstrom Valves;
**FLOWSERVE US INC.**
a Delaware Corporation, in its own right and as successor in
interest to Edwards Valves, Inc.;
**FMC CORPORATION**
a Delaware Corporation, in its own right and on behalf of its
former Chicago Pump, Northern Pump and Stearns businesses and
its former Construction Equipment Group;
**FORD MOTOR COMPANY**
a Delaware Corporation;
**FOSECO, INC.**
a Delaware Corporation, in its own right and as Successor to
Gibson-Homans Co., Baltimore Ennis Land Co., Inc., and as
Subsidiary of Foseco Plc;
**FOSTER WHEELER ENERGY CORPORATION**
a New Jersey Corporation;
**GENERAL ELECTRIC COMPANY**
a New York Corporation;
**GOODALL RUBBER COMPANY**
a New Jersey Corporation;
**GOODRICH CORPORATION**
f/k/a B.F. Goodrich Company a New York Corporation;
**GOODYEAR TIRE & RUBBER COMPANY**
an Ohio Corporation;
**GOULDS PUMPS, INCORPORATED**
a Delaware Corporation;
**GREENE, TWEED & COMPANY**
a Pennsylvania Corporation;
**GRINNELL LLC**
a Delaware Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**HARRISON PIPING SUPPLY COMPANY**
a Michigan Corporation;
**HONEYWELL INTERNATIONAL, INC.**
a Delaware Corporation, Successor in interest to Allied-Signal Corporation,
Allied Chemical Corporation, Semet Solvay and Bendix Corporation;
**HOWARD ELECTRIC COMPANY**
a Michigan Corporation;
**IMO INDUSTRIES, INC.**
a/k/a DeLaval Turbines, Inc., a Delaware Corporation;
**ITT INDUSTRIES, INC.**
an Indiana Corporation in its own right and as Successor in Interest to ITT
Grinnell, Bell & Gossett, Kennedy Valves, Hoffman Specialty, Marlow Pumps;
**IU NORTH AMERICA, INC.**
a Delaware Corporation as Successor in Interest by merger with The
Garp Co. and formerly known as The Gage Co., a Pennsylvania
Corporation, f/k/a Taylor Engineering;
**JOHN E. GREEN COMPANY**
a Michigan Corporation;
**JOHNSON CONTROLS, INC.**
a Wisconsin Corporation, in its own right and as successor in interest to
Luxaire, Inc., Moncrief Furnace, The Henry Furnace Company, Fraser-
Johnston, Coleman Furnace;
**K & C SUPPLY, INC.**
an Ohio Corporation;
**KERR PUMP AND SUPPLY, INC.**
a Michigan Corporation;
**LIMBACH COMPANY LLC**
a Delaware Corporation, in its own right and as successor in interest to
Limbach Company, a/k/a Lorne Plumbing & Heating;
**MARATHON PETROLEUM COMPANY LP**
an Ohio Corporation a/k/a Marathon Ashland Petroleum LLC,
Marathon Oil Corporation, Marathon Ashland Petroleum Canada, Ltd.,
Marathon Petroleum Company Canada, Marathon Ashland Pipe Line
LLC and Marathon Pipe Line LLC;
**THE MARLEY-WYLAIN COMPANY**
a Delaware Corporation, in its own right and as Successor in Interest to Weil-
McLain; Williamson-Thermoflo; Williamson Company; Metzger Machine
Corporation; Weil-McLain; Bennett & Peck Company; Peck and Williamson
Heating and Ventilating Company; International Heater Company, Twentieth
Century Heating and Ventilating Company; Henry & Scheible Company; Quaker
Manufacturing Company; Ideal Furnace Company; Williamson Heater Company;
**MCMASTER-CARR SUPPLY COMPANY**
an Illinois Corporation;
**MCWANE, INC.**
a Delaware Corporation, in its own right and as successor in
interest to Clow Valve Co. and Yeomans Pump;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

4

**METROPOLITAN LIFE INSURANCE COMPANY**
a/k/a Metropolitan Insurance Co. a Delaware Corporation;
**MICHIGAN VALVE AND FOUNDRY CORPORATION**
a Michigan Corporation;
**MIDLAND ROSS CORPORATION**
an Ohio Corporation, in its own right and as Successor in Interest
to Surface Combustion;
**MIDWEST VALVE & FITTING COMPANY**
a Michigan Corporation, a/k/a State Plumbing & Heating Supply Co.;
**NAGLE PUMPS, INC.**
an Ohio Corporation;
**PARKER-HANNIFIN CORPORATION**
an Ohio Corporation, as parent corporation of Parker Packing
Division;
**PFIZER, INC.**
a Delaware Corporation;
**POWER PROCESS PIPING, INC.**
a Michigan Corporation;
**R. L. DEPPMANN COMPANY**
a Michigan Corporation;
**RADIATOR SPECIALTY COMPANY**
a North Carolina Corporation;
**RIC-WIL, INC.**
an Ohio Corporation;
**RILEY POWER, INC.**
a Massachusetts Corporation f/k/a Riley Stoker Corporation;
**ROGER ZATKOFF COMPANY**
a Michigan Corporation;
**ROPER PUMP COMPANY**
a Delaware Corporation;
**ROTH PUMP COMPANY**
a Delaware Corporation;
**RUST INTERNATIONAL, INC.**
a Delaware Corporation in its own right and as successor in
interest to M.W. Kellogg Co., and the Swindell Dressler Co.;
**RUTHMAN PUMP & ENGINEERING, INC.**
an Ohio Corporation, a/k/a Gusher Pumps, Inc.;
**SCHAD BOILER SETTING COMPANY**
d/b/a Schad Refractory Construction Co., a Michigan Corporation;
**SEAWAY MECHANICAL CONTRACTORS, INCORPORATED**
a Michigan Corporation;
**SHAW-WINKLER, INC.**
a Michigan Corporation;
**SHERWIN-WILLIAMS COMPANY**
an Ohio Corporation, a/k/a Mercury Paints;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

5

**SOCONY MOBIL COMPANY, INC.**
a Delaware Corporation, a/k/a Mobil Oil Corporation;
**SQUARE D COMPANY**
a Delaware Corporation;
**STANDARD FUEL ENGINEERING COMPANY**
a Michigan Corporation;
**THE STANLEY-CARTER COMPANY**
a Michigan Corporation;
**STERLING FLUID SYSTEMS (USA), LLC**
f/k/a Peerless Pump Company, a Delaware Corporation;
**SULZER PUMPS (US) INC.**
a Delaware Corporation;
**SUNOCO, INC (R&M)**
a Pennsylvania Corporation;
**TACO, INC.**
a Rhode Island Corporation;
**THIEM CORPORATION**
a/k/a Universal Refractories, Inc., a Delaware Corporation;
**TRANS-PUMPS, INC.**
a Pennsylvania Corporation, a/k/a Hazelton Pumps;
**UNION CARBIDE CHEMICALS AND PLASTICS COMPANY, INC.**
Successor in Interest to Union Carbide, a New York Corporation;
**UNION PUMPS COMPANY**
f/k/a David Brown Union Pump Company, a Michigan Corporation;
**UNIROYAL, INC.**
a/k/a United States Rubber Co., Inc., a New Jersey Corporation;
**VIACOM INTERNATIONAL, INC.**
a Delaware Corporation, in its own right and as Successor in
Interest to CBS Corporation, in its own right and as Successor
in Interest to Westinghouse Electric Corporation, a
Pennsylvania Corporation, f/k/a Westinghouse Electric &
Manufacturing Company, in its own right and as Successor in
Interest to Luxaire, Inc.;
**VIKING PUMP, INC.**
a Delaware Corporation;
**W. J. O'NEIL CO.**
a Michigan Corporation, f/k/a Comb & Groves, Inc.;
**W. M. SPRINKMAN, LLC**
a Wisconsin Corporation;
**WARREN PUMPS, LLC**
a Delaware Corporation;
**WAYNE/SCOTT FETZER COMPANY**
a Delaware Corporation, f/k/a Wayne Combustion System;
**WEIR VALVES & CONTROLS USA, INC.**
a Massachusetts Corporation, f/k/a Atwood and Morrill Co., Inc.;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

6

**WELTON RUBBER COMPANY**
a Michigan Corporation, formerly known as Welton Rubber &
Asbestos Company;
**THE WILLIAM POWELL COMPANY**
an Ohio Corporation;
**YORK RUBBER COMPANY**
a Michigan Corporation;
**YORK INTERNATIONAL CORPORATION**
a Delaware Corporation, in its own right and as successor in interest to
Evcon Industries, Inc., Luxaire, Inc., Moncrief Furnace, The Henry
Furnace Company, Fraser-Johnston, Coleman Furnace;

    **Defendants.**

_____/

**ERIC B. ABRAMSON (P60949)**
**SERLING & ABRAMSON, P.C.**
**Attorneys for Plaintiffs**
**280 N. Old Woodward Ave., Ste. 406**
**Birmingham, Michigan 48009**
**(248) 647-6966**

_____/

## NOTICE OF COMPLAINT
## COMPLAINT (WITH PREMISES LIABILITY COUNT)

    **There is no other pending or resolved civil action arising out of the
transaction or occurrence alleged in the complaint.**

    NOW COME Plaintiffs, by and through their Attorney, SERLING &

ABRAMSON, P.C., and for their Complaint against each Defendant, state as follows:

    1.    In compliance with Wayne County Circuit Court Judge Robert J.

Colombo, Jr.'s Case Management Order of June 24, 2016, paragraph II. C. 4., a

Complaint was filed with the Court's "Master File" (Case No.: 03-310422-NP) entitled

"Asbestos Master Complaint--Living Plaintiff and Spouse," Standard Pleading No. 13.

Plaintiffs adopt by reference each and every allegation in this Master Complaint.

    2.    Pursuant to the Court's Case Management Order of June 24, 2016,

Plaintiffs, **DONALD ESPER** and **CYNTHIA ESPER,** his wife, state as follows:

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

## PREMISES LIABILITY COUNT AS TO DEFENDANTS BASF CORPORATION, FORD MOTOR COMPANY, MARATHON PETROLEUM COMPANY LP, SOCONY MOBIL COMPANY, INC. and SUNOCO, INC (R&M)

A.   Plaintiff repeats and incorporates by reference the "Master File" (Case No.: 03-310422-NP) entitled "Asbestos Master Complaint--Living Plaintiff and Spouse," Standard Pleading No. 13.

B.   That during the period 1969-2009, Plaintiff was exposed to toxic levels of environmental pollutants including asbestos fibers while in the course of his employment with various employers working on a project over which Defendants, **BASF CORPORATION, FORD MOTOR COMPANY, MARATHON PETROLEUM COMPANY LP, SOCONY MOBIL COMPANY, INC. and SUNOCO, INC (R&M)**, had supervision and control at a building owned by Defendants, **BASF CORPORATION, FORD MOTOR COMPANY, MARATHON PETROLEUM COMPANY LP, SOCONY MOBIL COMPANY, INC. and SUNOCO, INC (R&M)**, located in the county of, including but not limited, to Wayne.

C.   That in the course of Plaintiff's employment with various employers at the aforementioned location, Plaintiff was required to work in an area of the building in which he was exposed to asbestos containing materials.

D.   That in the course of Plaintiff's employment with various employers at the aforementioned location, Plaintiff was required to work in an area where asbestos containing material was used.

E.   That the work was being undertaken by the Defendants, **BASF CORPORATION, FORD MOTOR COMPANY, MARATHON PETROLEUM COMPANY LP, SOCONY MOBIL COMPANY, INC. and SUNOCO, INC (R&M)**,

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

8

through their employees and the agency of various contractors and subcontractors, including Plaintiff's employer(s), and that the work in which the Plaintiff was engaged in at the time of this occurrence was inherently dangerous work.

F.      That it was then and there the duty of the Defendants, **BASF CORPORATION, FORD MOTOR COMPANY, MARATHON PETROLEUM COMPANY LP, SOCONY MOBIL COMPANY, INC. and SUNOCO, INC (R&M)**, to provide a safe place for invitees such as the Plaintiff and others similarly situated, to work, and to exercise due care in the operation and maintenance of said premises so as to prevent injury to its invitees, and to inspect the premises to ensure that they were safe and free from any and all dangerous conditions.

G.      That disregarding said duties, the Defendants created and maintained an unsafe, dangerous and/or hazardous condition by failing to provide adequate and proper ventilation and by failing to warn of the dangerous condition, thereby causing Plaintiff to suffer harmful exposure to asbestos fibers causing severe and disabling personal injuries.

H.      That the Defendants, **BASF CORPORATION, FORD MOTOR COMPANY, MARATHON PETROLEUM COMPANY LP, SOCONY MOBIL COMPANY, INC. and SUNOCO, INC (R&M)**, breached their duties and were negligent in the following manner:

      (a) failed to provide adequate and proper ventilation;

      (b) failed to provide inhalators or other devices for the use of their invitees in filtering out harmful environmental toxins such as asbestos;

      (c) failed to provide a safe place for Plaintiff to work;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

(d) failed to safely and properly operate and maintain the construction site premises;

(e) failed to inspect the premises for dangerous and/or hazardous conditions;

(f) employed a careless and/or negligent general contractor;

(g) maintained a right of control over the construction work and were negligent in their supervision and job inspection;

(h) failed to warn Plaintiff of the dangerous and/or hazardous condition that they knew or should have known existed.

I.     That in the happening of the aforesaid incident, Plaintiff was not guilty of negligence or of contributory negligence, but as a direct and proximate result of Defendants' negligence, Plaintiff suffered harmful exposure to asbestos fibers causing and/or contributing to a fatal respiratory disease and further, he suffers great pain, mental anguish, discomfort and inconvenience.

WHEREFORE, Plaintiff demands judgment against the Defendants herein for whatever amount above Twenty-Five Thousand ($25,000) dollars he is found to be entitled, together with interests, costs and attorneys fees.

3.     In addition to Paragraphs 1 and 2 herein, and Pursuant to the Court's Case Management Order of June 24, 2016, Plaintiffs, **DONALD ESPER** and **CYNTHIA ESPER,** his wife, state as follows:

| | |
|---|---|
| Living Plaintiff: | Donald Esper |
| Plaintiff's Date of Birth: | December 22, 1938 |
| Plaintiffs' Residence: | 5844 N. Evangeline St. Dearborn Heights, MI 48127 |
| Spouse: | Cynthia Esper |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

| | |
|---|---|
| Spouse's Date of Birth: | August 31, 1954 |
| Disease: | Asbestosis |
| Date of Diagnosis: | December 5, 2019 |
| Period of Exposure to Asbestos: | 1969-2009 – *subject to further discovery* |
| Occupation: | Insulator |
| Employer: | Various contractors |
| Known Job Sites and Years at Job Sites: | See Attachment "A" |
| Identity of all Known Non-Parties: | See Attachment "B" |
| Reasonably Known Medical Information: | See Attachment "C" |
| Social Security Printout included: (check one)   Yes _____   No _X_ (has been ordered) | No |
| Geographical Situs of Asbestos Exposure: | Wayne County, Michigan |

*/s/ Eric B. Abramson*
**ERIC B. ABRAMSON (P60949)**
**Attorney for Plaintiff**
**280 N. Old Woodward, Ste. 406**
**Birmingham, Michigan 48009**
**(248) 647-6966**

**DATED:** December 15, 2020

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

## ATTACHMENT "A"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff reserves the right to update asbestos product exposure identification after investigation of the case and review of the Social Security Printout and in accordance with the Court's Case Management Order deadline for submission of a final product identification brochure. Plaintiff's Known Job Site Information is as follows:

| KNOWN JOB SITES | YEARS AT JOB SITES |
|---|---|
| Various industrial jobsites, including but not limited to Ford Motor, General Motors, Chrysler, Great Lakes Steel, McLouth Steel, Marathon Oil Refinery, Mobil Oil Refinery, Sun Oil Refinery, etc., Detroit, Metro Detroit, MI | 1969-2009 |
| Various Detroit Edison Plants Detroit, Metro Detroit, MI | 1969-2009 |
| Various commercial jobsites, Detroit, Metro Detroit, MI | 1969-2009 |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

12

## ATTACHMENT "B"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff's Preliminary Notice of Non-Parties are as follows:

A.P. GREEN REFRACTORIES
AC&S
ARMSTRONG WORLD INDUSTRIES
ASARCO
BABCOCK & WILCOX COMPANY
BONDEX
BURNS & ROE
CELOTEX CORPORATION
COMBUSTION ENGINEERING
DRESSER INDUSTRIES/HARBISON WALKER REFRACTORIES
EAGLE-PICHER INDUSTRIES, INC.
FIBREBOARD CORPORATION
FLEXITALLIC GASKET
FLINTKOTE
GAF CORPORATION
GARLOCK
GEORGIA PACIFIC
H.K. PORTER
HALLIBURTON
JOHNS-MANVILLE CORPORATION
KAISER ALUMINUM
KEENE/BEH
KENTILE FLOORS
KVAERNER
LESLIE
ASBESTOS CLAIMS MANAGEMENT CORP. (F/K/A NATIONAL GYPSUM)
NORTH AMERICAN REFRACTORIES
OGLEBAY NORTON
ON MARINE SERVICES COMPANY
OWENS CORNING FIBERGLAS CORPORATION
OWENS ILLINOIS
PITTSBURGH CORNING CORPORATION
PLIBRICO COMPANY
QUIGLEY
RAYBESTOS-MANHATTAN
SEPCO
THAN
TURNER & NEWALL
UGL
UNITED STATES GYPSUM CO.
W.R. GRACE
YARWAY

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

This list may be incomplete and is subject to change as discovery is ongoing.
ESPER, Donald PremIns.docx

13

## <u>ATTACHMENT "C"</u>

All reasonably known medical information is as follows:

Dr. Matteo Valenti
20317 Farmington Rd.
Livonia, MI 48152
(248) 615-0777                                  Primary Care 3+ yrs

Dr. Mark Rasak
28080 Grand River Ave.
Farmington Hills, MI 48336
(248) 615-7300                                  Current Heart Doctor 10 Yrs.

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

14

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

DONALD ESPER and
CYNTHIA ESPER

      Plaintiff,

vs.

ADIENCE, INC., et al

      Defendants.

ASBESTOS DOCKET
Case No:       -NP(a)
HON. PATRICIA FRESARD

/

ERIC B. ABRAMSON (P60949)
SERLING & ABRAMSON, P.C.
Attorney for Plaintiffs
280 N. Old Woodward Ave., Ste. 406
Birmingham, Michigan 48009
(248) 647-6966

/

## JURY DEMAND

A TRIAL BY JURY IS HEREBY DEMANDED TO DETERMINE ALL

ISSUES.

/s/ *Eric B. Abramson*
ERIC B. ABRAMSON (P60949)
Attorney for Plaintiff
280 N. Old Woodward, Ste. 406
Birmingham, Michigan 48009
(248) 647-6966

DATED: December 15, 2020

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

1

20-016314-NP FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   12/15/2020 1:54 PM   Carlita McMiller

# EXHIBIT B

**Poindexter, Isher**

| | |
|---|---|
| **From:** | Fishman, Patrick M. |
| **Sent:** | Friday, June 24, 2022 2:35 PM |
| **To:** | Gostek, Katharine W.; Wittmann, Beth A. |
| **Subject:** | Fwd: Service for Standard Fuel Engineering Company |
| **Attachments:** | Notice of Hearing; Plaintiffs' Motion for Injunctive Relief and Brief in Support.pdf |

Sent from my iPhone

Begin forwarded message:

> **From:** cgreen@serlinglaw.com
> **Date:** June 24, 2022 at 2:27:12 PM EDT
> **To:** "Fishman, Patrick M." <patrick.fishman@kitch.com>
> **Subject: Service for Standard Fuel Engineering Company**
>
> Good afternoon, Mr. Fishman,
>
> I am unable to serve you via File and Serve Express, with a copy of our
> Notice of Hearing, Plaintiffs' Motion for Injunctive Relief and Brief in
> Support, and Proof of Service as it relates to Standard Fuel Engineering
> Company. Hickey & Cianciolo's office is still listed as attorney of record
> for Standard Fuel Engineering Company in the File and Serve Express system.
>
>
> Service was completed via File and Serve Express as it relates to Spence
> Brothers (see below).
>
> I am attaching a copy of the Notice of Hearing, Motion, and Proof of Service
> to this e-mail. Please confirm your receipt.
>
> Thank you.
>
> Connie Green
> Legal Assistant
> Serling & Abramson, P.C.
> Attorneys and Counselors at Law
> 280 N. Old Woodward, Suite 406
> Birmingham, MI 48009
> (248) 647-6966 (phone)
> (248) 647-9630 (fax)
> 1-800-995-6991 (toll free)
>
> The preceding email message may be confidential or protected by the
> attorney-client privilege. It is not intended for transmission to, or
> receipt by, any unauthorized persons. If you have received this message in
> error, please do not read it, reply to the sender that you received the

message in error, and erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the clients represented by the law firm of Serling & Abramson, P.C. in the particular matter that is the subject of this message and may not be relied upon by any other party.

-----Original Message-----
From: FileAndServeXpress
<TransactionReceipt@secure-mail.fileandservexpress.com>
Sent: Friday, June 24, 2022 2:03 PM
To: cgreen@serlinglaw.com
Subject: Case: Multi-Case; Transaction: 67761580 Transaction Receipt

To: Connie Green
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you selected was "Serve Only - Public". The details for this transaction are listed below.

Court: MI Wayne County Circuit Court E-Service
Case Name: Multi-Case
Case Number: Multi-Case
Transaction ID: 67761580
Authorized Date/Time: Jun 24 2022 2:03PM EDT
Authorizer: Margaret Holman-Jensen
Authorizer's Organization: Serling & Abramson PC
Sending Parties:
14 parties
Served Parties:
Spence Brothers
Document Title(s):
Notice of Hearing; Plaintiffs' Motion for Injunctive Relief and
Brief in Support; Proof of Service (65 pages)

Link to transaction details page where all documents can be viewed:
https://linkprotect.cudasvc.com/url?a=https%3a%2f%2fsecure.fileandservexpress.com%2fLogin
%2fLogin.aspx%3fFI%3d67761580&c=E,1,b1x6T4k59rHo5l3crrJv-
TPgavx8g1a7ZxvisHAx_LI5TrABdQWQDwR9N0ZkkVg2Jdoo5aRKnRI6BMyJZytWEDQpay
EaKLVnlY2vMtB_gyKc0x_sgLZOlw3RSwY,&typo=0


Thank you for using File & ServeXpress.

Questions? For prompt, courteous assistance please contact File & ServeXpress Client Support by phone at 1-888-529-7587 (24/7).

**Poindexter, Isher**

**Subject:**               FW: Case: Multi-Case; Transaction: 67761580 - Notification of Service

-----Original Message-----
From: FileAndServeXpress <ServiceNotification@secure-mail.fileandservexpress.com>
Sent: Friday, June 24, 2022 2:03 PM
To: Fishman, Patrick M. <patrick.fishman@kitch.com>
Subject: Case: Multi-Case; Transaction: 67761580 - Notification of Service

To:        Patrick M Fishman
From:      File & ServeXpress
Subject: Service of Documents in Multi-Case

You are being served documents that have been electronically submitted in Multi-Case through File & ServeXpress. The details for this transaction are listed below.

Court:                    MI Wayne County Circuit Court E-Service
Case Name:                Multi-Case
Case Number:              Multi-Case
Transaction ID:           67761580
Authorized Date/Time:     Jun 24 2022  2:03PM EDT
Authorizer:               Margaret Holman-Jensen
Authorizer's Organization: Serling & Abramson PC
Sending Parties:
         14 parties
Served Parties:
         Spence Brothers
Document Title(s):
         Notice of Hearing; Plaintiffs' Motion for Injunctive Relief and Brief in Support; Proof of Service (65 pages)

Link to transaction details page where all documents can be viewed:
https://secure.fileandservexpress.com/Login/Login.aspx?FI=67761580


Thank you for using File & ServeXpress.

Questions? For prompt, courteous assistance please contact File & ServeXpress Client Support by phone at 1-888-529-7587 (24/7).

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

*Asbestos Docket – January 24, 2022 Trial Group*

| | |
|---|---|
| **Barber, Dec., Larry** | **Case No. 20-006826-NP** |
| **Beatty, Dec., Earl** | **Case No. 20-006060-NP** |
| **Esper, Donald and Cynthia** | **Case No. 20-016314-NP** |
| **Henni, Dec., Carl** | **Case No. 20-007746-NP** |
| **Kachman, Dec., Nicholas** | **Case No. 20-005638-NP** |
| **McCaul, Dec., Robert** | **Case No. 20-008150-NP** |
| **Walczyk, Dec., Richard** | **Case No. 20-012537-NP** |

        **Plaintiffs,**                   **HON. PATRICIA FRESARD**

**vs.**

**STANDARD FUEL ENGINEERING, COMPANY,**
**a Michigan Corporation; and**

**SPENCE BROTHERS,**
**a Michigan Corporation**

        **Defendants.**

| | |
|---|---|
| **ERIC B. ABRAMSON (P60949)** | **PATRICK M. FISHMAN (P41656)** |
| **MARGARET H. JENSEN (P33511)** | **KITCH, DRUTCHAS, WAGNER,** |
| **SERLING & ABRAMSON, P.C.** | **VALITUTTI & SHERBROOK** |
| **Attorneys for Plaintiffs** | **Attorney for Defendants** |
| **280 N. Old Woodward Ave., Ste. 406** | **One Woodward Ave., Ste. 2400** |
| **Birmingham, Michigan 48009** | **Detroit, MI 48226** |
| **(248) 647-6966** | **(313) 965-7900** |

## **NOTICE OF HEARING**

    PLEASE TAKE NOTICE that **Plaintiffs' Motion for Injunctive Relief and Brief in Support** has been filed in the above-captioned matter.  Said motion will be

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

brought for hearing before the Honorable Patricia Fresard on Friday, **July 15, 2022** at **9:00 a.m.,** or as soon thereafter as counsel may be heard.

| |
|---|
| **PROOF OF SERVICE** |
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause of each of the attorneys of record herein at their respective address disclosed on the pleading this <u>24th</u> day of July, <u>2022</u>. |
| By: ___ U. S. Mail __ Certified __ First Class |
| _X_ LexisNexis File & Serve Xpress |
| ___ MiFile/TrueFiling |
| _/s/Consuela Green_ |

Dated: June 24, 2022

Respectfully Submitted,

SERLING & ABRAMSON, P.C.

 /s/ *Margaret H. Jensen*
Eric B. Abramson (P60949)
Margaret H. Jensen (P33511)
Attorneys for Plaintiffs
280 N. Old Woodward Ave., Suite 406
Birmingham, MI 48009
248-647-6966

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

*Asbestos Docket – January 24, 2022 Trial Group*

| | |
|---|---|
| Barber, Dec., Larry | Case No. 20-006826-NP |
| Beatty, Dec., Earl | Case No. 20-006060-NP |
| Esper, Donald and Cynthia | Case No. 20-016314-NP |
| Henni, Dec., Carl | Case No. 20-007746-NP |
| Kachman, Dec., Nicholas | Case No. 20-005638-NP |
| McCaul, Dec., Robert | Case No. 20-008150-NP |
| Walczyk, Dec., Richard | Case No. 20-012537-NP |

      Plaintiffs,

                                HON. PATRICIA FRESARD

vs.

**STANDARD FUEL ENGINEERING, COMPANY,**
**a Michigan Corporation; and**

**SPENCE BROTHERS,**
**a Michigan Corporation**

      Defendants.

| | |
|---|---|
| **ERIC B. ABRAMSON (P60949)** | **PATRICK M. FISHMAN (P41656)** |
| **MARGARET H. JENSEN (P33511)** | **KITCH, DRUTCHAS, WAGNER,** |
| **SERLING & ABRAMSON, P.C.** | **VALITUTTI & SHERBROOK** |
| **Attorneys for Plaintiffs** | **Attorney for Defendants** |
| **280 N. Old Woodward Ave., Ste. 406** | **One Woodward Ave., Ste. 2400** |
| **Birmingham, Michigan  48009** | **Detroit, MI 48226** |
| **(248) 647-6966** | **(313) 965-7900** |

## PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF AND BRIEF IN SUPPORT

NOW COMES the above-named Plaintiffs, by and through their attorneys, Serling & Abramson, P.C., and pursuant to MCR 3.310, move this Honorable Court for an Injunction to prevent Defendants from contesting the dates of exposure discussed at the time of settlement as required by this Court's Case Management Orders, and from reporting dates of exposure inconsistent with the agreed upon dates. In support thereof, plaintiffs state as follows:

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

1

1.      These asbestos personal injury cases were part of the Court's January 24, 2022 trial docket.

2.      All of Plaintiffs' claims against Standard Fuel Engineering Company were resolved with attorney Brendan Atkins from the law firm of Hickey & Cianciolo, P.C.  It should be noted that Standard Fuel Engineering has consistently denied, in discovery and prior settlement negotiations, that any plaintiff had exposure to its products after 1978. In resolving these cases, Plaintiffs' and Defendant's counsel considered and discussed the issue of pre/post80 exposure as required by CMO #21, which states that the "information requested in boxes 12,13 [concerning first and last date of exposure to settling defendant's products] on that Form[B]… shall be discussed at the time of settlement…".

3.      After the resolution of these cases, Defendant Standard Fuel Engineering Company retained attorney Patrick Fishman at the law firm of Kitch, Drutchas, Wagner, Valitutti and Sherbrook to send releases to plaintiffs and to process payment of these settlements, as well as to take over the litigation of any pending or new cases.

**4.**      On February 22, 2022, Plaintiffs' counsel sent a confirmation letter to Mr. Fishman stating the terms of the settlement and confirming that Plaintiffs' claims against Standard Fuel Engineering Company did not involve post-1980 exposure, stating ***"If you disagree, please contact me immediately."*** (Exhibit 1; Feb.22,2022 Confirming Letter)

5.      Plaintiffs' counsel further stated:

> *"As we discussed, for Medicare purposes, as it relates to dates of first and last exposure to asbestos, it is further agreed that Plaintiff's discovery Brochure accurately sets forth those time frames. If you disagree with this, please contact me immediately."*

> *"Please be advised that all of the Medicare eligible cases have been resolved pursuant to the Garretson Asbestos Malignancy Program or the Asbestos Non-Malignancy Global Resolution."*

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

2

6.      Regarding Defendant Spence Brothers, Plaintiffs' counsel resolved two claims, the estate of Larry Barber and the estate of Robert McCaul, with defense counsel, Patrick Fishman.

7.      In order to resolve these two claims, Plaintiffs' counsel provided Mr. Fishman with sales invoices to prove exposure in 1968 to Defendant Spence Brothers' products. There was no evidence of later exposure to this defendant's products in these cases. (See Exhibit 2, E-mail and attached 1968 sales invoices)

8.      On January 28, 2022, Plaintiffs' counsel sent a letter to Mr. Fishman confirming the settlement with Spence Brothers and confirming that both cases were pre-1980 exposures.  Plaintiffs' counsel further indicated, **"*If you disagree, please contact me immediately*".** (Exhibit 3; Jan.28, 2022 Confirming Letter)

9.      Plaintiff's counsel further stated in his confirming letter:

> "*As we discussed, for Medicare purposes, as it relates to dates of first and last exposure to asbestos, it is further agreed that Plaintiff's discovery Brochure accurately sets forth those time frames. If you disagree with this, please contact me immediately.*"

> "*Please be advised that all of the Medicare eligible cases have been resolved pursuant to the Garretson Asbestos Malignancy Program or the Asbestos Non-Malignancy Global Resolution.*"

10.     Subsequently, defense counsel sent releases to Plaintiffs' counsel for Standard Fuel Engineering Company and Spence Brothers settlements, which Plaintiffs' counsel had executed by his clients and returned to defense counsel on or about May 9, 2022.

11.     On May 13, 2022, consent judgments were entered in all the above death cases.  As required by the CMO, Plaintiffs' consent judgments included language dismissing the case with prejudice as to Defendant, Standard Fuel Engineering Company.

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

3

(Exhibit 4; Orders dated 5/13/22)

12. On June 2, 2022, an Order of Dismissal and Administrative Closing was entered in the Donald Esper (living) case, also dismissing Standard Fuel Engineering Company with prejudice. (Exhibit 5; Order dated 6/02/22)

13. On June 8, 2022, defense counsel's office sent an email to Plaintiffs' counsel indicating that the insurance carrier for Spence Brothers was contesting the pre-1980 status of the Barber and McCaul cases.

14. On June 9, 2022, defense counsel informed Plaintiffs' counsel that Travelers Insurance, one of the insurance carriers for Standard Fuel Engineering Company, which is also the insurance carrier for Spence Brothers, indicated that *"Travelers protocol is that we do not limit our review of exposure dates to just discovery, we also go by what is listed in the complaint ... If plaintiff's counsel is unwilling to amend the complaint and maintain his position that they are reporting through Garreston as pre-1980...we will have to report the settlement since we disagree."*

15. Plaintiff's counsel has responded that this issue was discussed at the time of settlement, there was no evidence of post-1980 exposure and that these cases were enrolled in the Epiq (formerly Garretson) AMP Program and should not be reported to CMS. In subsequent discussions, Plaintiffs' counsel has also pointed out that these cases have already been dismissed, such that the complaints cannot be amended.

16. It appears from discussions with defense counsel that Defendants' insurer, Travelers Insurance Company, still intends to report these settlements to CMS as post-1980 exposures, contrary to Defendants' prior agreements with Plaintiffs.

WHEREFORE, Plaintiffs respectfully request an Injunctive Order of this Court prohibiting Defendants from contesting the pre-1980 exposure dates of the above Plaintiffs

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

4

as to Defendants Standard Fuel Engineering Company and Spence Brothers, which were agreed upon at the time of settlement, and further prohibiting Defendants, their insurers, and RRE's from reporting these settlements to CMS or Medicare as post-1980 exposures.

Respectfully Submitted,

SERLING & ABRAMSON, P.C.

/s/ *Margaret H. Jensen*

Eric B. Abramson (P60949)
Margret H. Jensen (P33511)
Attorneys for Plaintiffs
280 N. Old Woodward Ave., Suite 406
Birmingham, MI 48009
248-647-6966

Dated: June 24, 2022

## **BRIEF IN SUPPORT**

Plaintiffs seek the protection of this Court and ask this Court to enter an Injunction pursuant to MCR 3.310 to prevent Travelers Insurance Company and their RRE from reporting the settlements between Plaintiffs and Standard Fuel Engineering Company and Spence Brothers as post-1980 settlements, subjecting plaintiffs to unnecessary liens, costs and expenses. Plaintiffs also rely on the Case Management Orders of this Honorable Court, including CMO #17 and # 20, both of which require the parties to discuss **at the time of settlement** the information to be used on the Medicare reporting Form B, item #12, (the date of first exposure to the settling defendant's product) and item #13 (the date of last exposure to the settling defendant's product).

Plaintiffs have complied with the Court rules and Case Management Orders of this Court by discussing and resolving the pre/post-1980 exposure issues at the time the settlements were made. Plaintiffs' counsel specifically confirmed these pre-1980 settlement

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

agreements in writing four months ago and requested that defense counsel notify him immediately if there was any disagreement. Nothing was contested. Releases were sent and returned to Defendants. Dismissal of these cases were entered on May 13, 2022 for the death cases, and on June 2, 2022 for the single living case. In reliance on these facts, plaintiffs' counsel has already reported these settlements to CMS as pre-1980 exposures. Now, for the first time, Defendants contest the pre-1980 status of these claims, which will contradict what has already been reported to CMS and may require unnecessary time and expense to resolve. It would be inequitable to permit Defendants to now claim at this late date that these settlements are post-1980.

Defendants have no duty under any scenario to report pre-1980 exposures. Therefore, the only issue is whether Defendants should be permitted to change their position on the pre/post-1980 status of these claims after settlement discussions were concluded, after the confirmation letters were sent, after releases were executed by the Plaintiffs and returned to Defendants, after dismissal of the cases and after plaintiffs' counsel has already reported these settlements as pre-1980. Plaintiffs submit it would not be fair or just to permit Defendants to do so. Furthermore, as Plaintiffs have pointed out, these cases are enrolled in the Epiq programs and Defendants have no duty to report these settlements in any event. However, the Court need not address that particular issue at this time, since the Defendants should be estopped from contesting the pre-1980 exposure dates which its attorney agreed to, never contested in a timely manner and which only now, seeks to contest.

Plaintiffs also rely on CMO #17, paragraph #8, Sanctions for Impermissible Use or Distribution, which provides that: "Unauthorized use or unlawful distribution of the SSN's collected under this Order, or other violations of this Order, will be subject to penalties that

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

<u>fall within the Court's contempt powers</u> or such other penalties as may issue in further orders of this Court." Emphasis Added.

WHEREFORE, Plaintiffs respectfully request an Injunctive Order of this Court prohibiting Defendants from contesting the pre-1980 exposure dates of the above Plaintiffs as to Defendants Standard Fuel Engineering Company and Spence Brothers, which were agreed upon at the time of settlement, and further prohibiting Defendants, their insurers, and RRE's from reporting these settlements to CMS or Medicare as post-1980 exposures.

Respectfully Submitted,

SERLING & ABRAMSON, P.C.

/s/ *Margaret H. Jensen*

Eric B. Abramson (P60949)
Margret H. Jensen (P33511)
Attorneys for Plaintiffs
280 N. Old Woodward Ave., Suite 406
Birmingham, MI 48009
248-647-6966

Dated: June 24, 2022

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

# EXHIBIT 1

SERLING & ABRAMSON, P.C.

*Attorneys and Counselors at Law*

ERIC B. ABRAMSON
ABRAHAM A. SNIDER
THOMAS A. SMITH (1951-2013)

OF COUNSEL
MICHAEL B. SERLING
FOUNDER & FORMER SHAREHOLDER

280 NORTH OLD WOODWARD AVENUE, SUITE 406
BIRMINGHAM, MICHIGAN 48009

(248) 647-6966 · (800) 995-6991
FAX(248) 647-9630

DOWNRIVER OFFICE
6828 PARK AVENUE · ALLEN PARK, MI 48101

OF COUNSEL
KARL E. NOVAK
CHARLESTON, S. CAROLINA
THE LANIER LAW FIRM, P.C.
HOUSTON, TEXAS
PHILIP J. GOODMAN, P.C.

February 22, 2022

**VIA E-MAIL**
Patrick.Fishman@kitch.com

Patrick M. Fishman, Esq.
Kitch, Drutchas, Wagner, et al
One Woodward Ave., Suite 2400
Detroit, MI 48226

Re:     Wayne County January 2022 Trial Cases

Dear Mr. Fishman:

        This letter shall confirm settlement of the following Serling & Abramson, P.C. cases as to your client, Standard Fuel Engineering Corp, in the following amounts. The letter also serves to confirm those cases that are post-80 identified in column 3 below. If you disagree, please contact me immediately.

| | Plaintiff Name | Settlement Amount | Post-80 |
|---|---|---|---|
| 1. | Barber, Dec., Larry | $5,000 | No |
| 2. | Beatty, Dec., Earl | $7,500 | No |
| 3. | Esper, Donald | $2,500 | No |
| 4. | Henni, Dec., Carl | $5,000 | No |
| 5. | Kachman, Dec., Nicholas | $10,000 | No |
| 6. | McCaul, Dec., Robert | $7,500 | No |
| 7. | Sarakun, Dec., William | $10,000 | Yes |
| 8. | Walczyk, Dec., Richard | $5,000 | No |
| | GRAND TOTAL | $52,500 | |

        As we discussed, for Medicare purposes, as it relates to dates of first and last exposure to asbestos, it is further agreed that Plaintiff's Discovery Brochure accurately sets forth those time frames. If you disagree with this, please contact me immediately.

        Please be advised that all of the Medicare eligible cases have been resolved pursuant to the Garretson Asbestos Malignancy Program or the Asbestos Non-Malignancy Global Resolution. We will post on Lexis/Nexis the final close letter once it is received.

        It is further agreed that all the asbestosis settlements are limited to their claims for asbestosis, only. When preparing the releases please use the following language:

                "This release is not intended to apply to claims for lung cancer, mesothelioma or other malignancies or death resulting from lung cancer, mesothelioma or other malignancies not alleged or described in the existing lawsuit resulting from <u>plaintiff's name</u> exposure to asbestos and <u>plaintiff's name and spouse's name</u> specifically do not release Standard Fuel Engineering Corp from liability for such future claims."

February 22, 2022
Page 2

It should be noted that according to Case Management Order, defendants are to submit releases to plaintiffs on or before 14 days after settlement agreement has been reached.

Please contact me immediately if this does not conform with our agreement.

SERLING & ABRAMSON, P.C.

Eric B. Abramson

EBA:dmr

ACKNOWLEDGEMENT:

I acknowledge the settlement of the January 2022 Trial Group as to Defendant, **STANDARD FUEL ENGINEERING CORP**, only, in the total amount of **$52,500** as outlined above.

_____          Dated: _____
Patrick M. Fishman

# EXHIBIT 2

-----Original Message-----
From: Joel Waterstone <edordavid@aol.com>
To: patrick.fishman@kitch.com <patrick.fishman@kitch.com>
Sent: Tue, Dec 14, 2021 1:10 pm
Subject: Fwd: Spence Brothers Documentation

Hi Pat, Please find a few Spence Brothers user friendly documents! More to come.


-----Original Message-----
From: Erich Regier <eregier@serlinglaw.com>
To: Joey's Email <edordavid@aol.com>
Sent: Tue, Dec 14, 2021 1:02 pm
Subject: Spence Brothers Documentation

Spence Brothers Documentation

**Erich M. Regier**
Legal Investigator
Serling & Abramson, PC
280 N. Old Woodward Ave., St. 406
Birmingham, MI 48009
Office (248) 647-6966
Fax   (248) 647-9630
email: eregier@serlinglaw.com


CONFIDENTIALITY NOTICE:  This email message and any accompanying data are confidential and intended only for the named recipient(s).  If you are not the intended recipient(s) you are hereby notified that the dissemination, distribution and/or copying of this message is strictly prohibited.  If you receive this message in error or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer and destroy any copies in any form immediately.

1



UNITED STATES MINERAL PRODUCTS COMPANY

STANHOPE, NEW JERSEY 07874
TELEPHONE 347-1200

REMIT TO
P.O. BOX 2616 CHURCH STREET STATION
NEW YORK, NEW YORK 10008

DATE 4/1/68

SOLD TO
C.L.Holmes
12891 Artesian Avenue,
Detroit, Michigan 48223

c/o C.L.Holmes Company,
c/o Spence Brothers,
c/o Dow Chemical Building #2040
   Midland, Michigan

DRIVER: CALL CUSTOMER ONE DAY BEFORE DELIVERY:
   (517) Vermont 8-1008
   (517) Kenwood 3-7478

SHIPPING INSTRUCTIONS

Ship: Wednesday, 4/3/68

Customer Telephone No. (313) 838-1008

INVOICE NO. 1-107676.0

| CUSTOMER'S ORDER NO. | | DATE SHIPPED | SALESMAN | ROUTING | | | |
|---|---|---|---|---|---|---|---|
| Phone | | 4/3/68 | 59 | Bastway TRANSCON | | | |
| INVOICE DATE | | DATE SHIPPED | COUCH | PREPAID | F.O.B. Stanhope, NJ | TERMS | |
| 4/3/68 | | 4/3/68 xxx | | | | 73.30. | |

Customer Telephone No. | Car Initial and Number | INVOICE NO.

| QUAN. ORDERED | QUAN. SHIPPED | DESCRIPTION | QUAN. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 10-bags | 10 | Cafco POWER-SHIELD, 50# 0.3.x.0 | | 06901 | |
| Bal. | 900 | Cafco Blaze-Shield, Type"D", 50# 0.3..0 | 1.25/Bag 240/Bag | 60.00 | |
| 2-each | 2 | Spray Nozzles for Model A#200 0.3..0 | 22.52nd 160/Bag | 36.00.00 | |
| 6-each | 6 | Neoprene Covers, | 2,000 - 34.50 eu | 69.00 | |
| | | | 6 plus | N.C. | |
| | | Cafco #30036-80926 plus 46 his (3) | S.T.mr-free Phase 21 | 372.9.00 | |
| | | | | PAY THIS AMOUNT → | 3731.76 |

PLEASE RETURN DUPLICATE INVOICE WITH
REMITTANCE IN ORDER THAT WE MAY PRO-
PERLY CREDIT YOUR ACCOUNT.

FOR SALES TAX PURPOSES
FREIGHT INCLUDED IN THIS $_____
INVOICE IS

SUBJECT TO TERMS & CONDITIONS PRINTED ON THE REVERSE SIDE
INVOICE

UNITED STATES MINERAL PRODUCTS COMPANY

STANHOPE, NEW JERSEY 07874
TELEPHONE 347-1200

REMIT TO
P.O. BOX 4077 CHURCH STREET STATION
NEW YORK NEW YORK 10008

SHIPPING INSTRUCTIONS

DATE 4/11/68

SOLD TO

C.L. Holmes Company,
12891 Artesian Avenue,
Detroit, Michigan 48223

g-66

c/o Same:                          1st Stop: 8am
c/o Warehouse: 12891 Artesian Avenue,
                Detroit, Michigan,
Last Stop: c/o Same:  x1
          c/o Spence Brothers,
          c/o Dow Chemical Building #2040
              Midland, Michigan
DRIVER: CALL CUSTOMER ADAY BEFORE DELIVERY
        (517) Vermont 8-1008
        (517) Komrood 3-7478

Ship: Wednesday, 4/17/68——— 1-107670

| CUSTOMER'S ORDER NO. | SALESMAN | DATE SHIPPED | COLLECT | ROUTING | F. O. B. | | Customer Telephone No. (313) 838-1008 | CAR INITIAL AND NUMBER | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| Phone: 4/22/68? | 59 | 4/22/68 P | XXX | Transcon | Stanhope, NJ | | | | | 07181 |
| | | | | PREPAID | | | | | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | TERMS | | QUAN. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1st Stop: | | | May 10 | 48.00 | | | |
| 200 bags | 200 | Cafco Blaze-Shield, Type"M", 50# | 0 3.18 " | | 5 ton | 160./tn | 800.00 |
| 100 bags | 100 | Cafco Heat-Shield, 50# | 0 34. " | | 2.5 ton | 160/tn | 400.00 |
| Last Stop: | | | | | | | |
| 200 bags | 200 | Cafco Blaze-Shield, Type"M", 50# | " | | 7.5 ton | 160./tn | 1200.00 |
| | | | | | | | 2400.00 |

PLEASE RETURN DUPLICATE INVOICE WITH REMITTANCE IN ORDER THAT WE MAY PROPERLY CREDIT YOUR ACCOUNT.

FOR SALES TAX PURPOSES
FREIGHT INCLUDED IN THIS
INVOICE IS $

PAY THIS AMOUNT → 2400.00

SUBJECT TO TERMS & CONDITIONS PRINTED ON THE REVERSE SIDE

COPY

UNITED STATES MINERAL PRODUCTS COMPANY

Cafco®

STANHOPE, NEW JERSEY 07874
TELEPHONE 347-1200

REMIT TO
P.O. BOX 6079 CHURCH STREET STATION
NEW YORK, NEW YORK 10008

DATE 4/17/68

SHIPPING INSTRUCTIONS

SOLD TO

C.L.Holmes Company,
12891 Artesian Avenue,,
Detroit, Michigan 48223

c/o C.L.Holmes Company,
c/o Spence Brothers
c/o Dow Chemical Building #2040
Midland, Michigan

DRIVER: CALL CUSTOMER A DAY BEFORE DELIVERY:
(517) Vermont:8-1008
(517) Kenwood:5-7478

Pickup: Tuesday, 4/23/68   1-107670      21.

Customer Telephone No.   (313) 838-1008

| CUSTOMER'S ORDER NO. | INVOICE DATE | SALESMAN | ROUTING | | F.O.B. | | CAR INITIAL AND NUMBER | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|
| Phone | DATE SHIPPED | 59 | Bostray | Transcon | Stanhope,NJ | | | | 07252 |

| QUAN. ORDERED | QUAN. SHIPPED | COLLECT | PREPAID | DESCRIPTION | TEXAS | | QUAN. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 800-bags | 1/2316 8 | 4-3/68 | xxxxx | | Tenny 10 | 64.00 | | | |
| | 800/60 Cafco Balzo-Shield, Type"D", 50# | | | | 63/00 | 20 Tens | 160/Ton | 3200.00 | |

PLEASE RETURN DUPLICATE INVOICE WITH
REMITTANCE IN ORDER THAT WE MAY PRO-
PERLY CREDIT YOUR ACCOUNT.

FOR SALES TAX PURPOSES
FREIGHT INCLUDED IN THIS
INVOICE IS

PAY THIS AMOUNT → 3200.00

SUBJECT TO TERMS & CONDITIONS PRINTED ON THE REVERSE SIDE

A.C. PRINTING COPY

UNITED STATES MINERAL PRODUCTS COMPANY

STANHOPE, NEW JERSEY 07874
TELEPHONE 347-1200

REMIT TO
P.O. BOX 6079 CHURCH STREET STATION
NEW YORK, NEW YORK 10008

**SOLD TO**
C. L. Holmes Company,
12891 Artesian Avenue,
Detroit, Michigan 48223

DATE 4/17/68

SHIPPING INSTRUCTIONS

c/o C. L. Holmes Company,
c/o Sponco Brothers
c/o Dow Chemical Building #2040
Midland, Michigan,
DRIVER: CALL CUSTOMER A DAY BEFORE DELIVERY:
(517) Vermont: 8-1008
(517) Kenwood:3-7478

IFMIXMEXIXWX Pickup; Wednesday, 4/24/68

| CUSTOMER'S ORDER NO. | DATE SHIPPED | SALESMAN | ROUTING |
|---|---|---|---|
| Phone | 9/11 | M 59 | Bestway |

INVOICE DATE 9/11/68

| COLLECT | PREPAID | F.O.B. | TERMS |
|---|---|---|---|
| xxx | | Stanhope, NJ | 10/10 |

Customer Telephone No. (313) 898-1008

CAR INITIAL AND NUMBER: 1 107670

INVOICE NO. 07253

| QUAN. ORDERED | QUAN. SHIPPED | DESCRIPTION | QUAN. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 800 bags | 300 | Cfco Bolro-Shield, Type"B", 50# | | 7.5 tons 150./tn | 1200.00 |
| | 300 | Cafco Heat-Shield : 50# | | 7.5 tons 160./tn | 1200.00 |
| | 6 | Cans Cafco Bond Seal | 30gal | 4./gal | 120.00 |

PAY THIS AMOUNT → 2520.00

PLEASE RETURN DUPLICATE INVOICE WITH REMITTANCE IN ORDER THAT WE MAY PROPERLY CREDIT YOUR ACCOUNT.

FOR SALES TAX PURPOSES FREIGHT INCLUDED IN THIS INVOICE IS $

SUBJECT TO TERMS & CONDITIONS PRINTED ON THE REVERSE SIDE

UNITED STATES MINERAL PRODUCTS COMPANY

STANHOPE, NEW JERSEY 07874
TELEPHONE 347-1200
REMIT TO
P.O. BOX 4079 CHURCH STREET STATION
NEW YORK, NEW YORK 10008

DATE  10/24/68

SHIPPING INSTRUCTIONS

SOLD TO:
C.L. Holmes Company,
12891 Artesian Avenue,
Detroit, Michigan 48223

c/o C.L. Holmes Company,
c/o Spence Brothers,
c/o Dow Chemical Building #2040
Midland, Michigan
Driver: Call customer a day Before delivery:
(517) Vermont:8-1008
(517) Kenwood:3-7478

Ship ASAP

Customer Telephone No.  (313) 838-1008

INVOICE NO. 10287

| CUSTOMER'S ORDER NO. | INVOICE DATE | DATE SHIPPED | SALESMAN | ROUTING | COLLECT | PREPAID | F.O.B. | DESCRIPTION | TERMS | QUAN. ORDERED | QUAN. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Phone 10/25/68 | | 10/25 | 60 | XXXX | | | Pre-fab Transit Stanhope, NJ | | 11/10 | | | 53.92 | |
| | | | | | | | | | | | | | |
| 674 | | | | | | | Cafco Blaze-Shield Type MD 50# | | 0 3/00 | 16.85 ton | 160./tn | 2696.00 |
| 5 each | | | | | | 5 | Model MBN Nozzles | | | 5 nozz | 34.50/ea | 172.50 |
| | | | | 15 pcs | | | amber tubing | | 0 3800 | 15 pcs | | NC |
| | | | | | | | | | | | | 2868.50 |
| | | | | | | | Plus 4% Mich ST on equip. | | | | | 6.90 |

PAY THIS AMOUNT → 2875.40

# UNITED STATES MINERAL PRODUCTS COMPANY

STANHOPE, NEW JERSEY 07874
TELEPHONE 347-1200

REMIT TO
P.O. BOX 6079 CHURCH STREET STATION
NEW YORK, NEW YORK 10008

**SOLD TO**
C.L. Holmes Company,
12891 Artesian Avenue,
Detroit, Michigan 48223

**DATE:** 11/14/68

**SHIPPING INSTRUCTIONS**

1st Stop:8am Delivery:
c/o C.L. Holmes Company,
c/o Spence Brothers, Inc.
c/o Dow Chemical Co., BLDG#2040
Midland, Michigan
Last Stop:c/o C.L. Holmes Company,
c/o Warehouse:12891 Artesian Avenue,
Detroit, Michigan
DRIVER: CALL 24 HOURS BEFORE DELIVERY
Phone (313) 838-1008
(517) Kenwood:3-7478
Ship:Friday or Monday 11/8-11/14/68(if F Bossibo)

Customer Telephone No. (313) 838-1008

**INVOICE NO. 10468**

| Customer's Order No. | Invoice Date | Date Shipped | Salesman | Routing | Collect | Prepaid | F.O.B. | Terms | Description | Quan. Shipped | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Verbal (Date) | 11/19/68 | 11/18 | 60 | Bestway)PRE*FAB TRANSIT | XXXXXX | | Stanhope,NJ | 12/10 | | 61.00 | | |
| 1st Stop: | | | | | | | | | | | | |
| 400-bags | 1.00 | | | | | | | | Cafco Blaze-Shield,Type"D", 50# | 10 ton | 160./tn | 1600.00 |
| Last Stop: | | | | | | | | | | | | |
| 400-bags (bal) | 1.00 | | | | | | | | Cafco Blaze-Shield,Type"D", 50# | 10 ton | 160./tn | 160.00 |

PAY THIS AMOUNT → 3200.00

PLEASE RETURN DUPLICATE INVOICE WITH REMITTANCE IN ORDER THAT WE MAY PROPERLY CREDIT YOUR ACCOUNT.

FOR SALES TAX PURPOSES FREIGHT INCLUDED IN THIS INVOICE IS $

SUBJECT TO TERMS & CONDITIONS PRINTED ON THE REVERSE SIDE

ACCOUNTING COPY

# EXHIBIT 3

## SERLING & ABRAMSON, P.C.

*Attorneys and Counselors at Law*

280 NORTH OLD WOODWARD AVENUE, SUITE 406
BIRMINGHAM, MICHIGAN 48009

(248) 647-6966 · (800) 995-6991
FAX(248) 647-9630

DOWNRIVER OFFICE
6828 PARK AVENUE · ALLEN PARK, MI 48101

ERIC B. ABRAMSON
ABRAHAM A. SNIDER
THOMAS A. SMITH (1951-2013)

OF COUNSEL
MICHAEL B. SERLING
FOUNDER & FORMER SHAREHOLDER

OF COUNSEL
KARL E. NOVAK
CHARLESTON, S. CAROLINA
THE LANIER LAW FIRM, P.C.
HOUSTON, TEXAS
PHILIP J. GOODMAN, P.C.

January 28, 2022

**VIA E-MAIL**
Patrick.Fishman@kitch.com

Patrick M. Fishman, Esq.
Kitch, Drutchas, Wagner, et al
One Woodward Ave., Suite 2400
Detroit, MI  48226

Re:   Wayne County January 2022 Trial Cases

Dear Mr. Fishman:

        This letter shall confirm settlement of the following Serling & Abramson, P.C. cases as to your client, Spence Brothers, in the following amounts.  The letter also serves to confirm those cases that are post-80 identified in column 3 below.  If you disagree, please contact me immediately.

| Plaintiff Name | Settlement Amount | Post-80 |
|---|---|---|
| 1. Barber, Dec., Larry | $9,500 | No |
| 2. McCaul, Dec., Robert | $9,500 | No |
| GRAND TOTAL | $19,000 | |

        As we discussed, for Medicare purposes, as it relates to dates of first and last exposure to asbestos, it is further agreed that Plaintiff's Discovery Brochure accurately sets forth those time frames. If you disagree with this, please contact me immediately.

        Please be advised that all of the Medicare eligible cases have been resolved pursuant to the Garretson Asbestos Malignancy Program or the Asbestos Non-Malignancy Global Resolution.  We will post on Lexis/Nexis the final close letter once it is received.

        It should be noted that according to Case Management Order, defendants are to submit releases to plaintiffs on or before 14 days after settlement agreement has been reached.

        Please contact me immediately if this does not conform with our agreement.

SERLING & ABRAMSON, P.C.

Eric B. Abramson

EBA:dmr



January 28, 2022
Page 2

ACKNOWLEDGEMENT:

I acknowledge the settlement of the January 2022 Trial Group as to Defendant, **SPENCE BROTHERS,** only, in the total amount of **$19,000** as outlined above.

_____          Dated: _____
Patrick M. Fishman

# EXHIBIT 4



Stacy Stallworth 5/13/2022 1:14 PM WAYNE COUNTY CLERK Cathy M. Garrett FILED IN MY OFFICE 20-006826-NP

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

LANA BARBER,
Personal Representative for the
Estate of LARRY BARBER, DEC.

      Plaintiff,

                                          Case No.  20-006826-NP

v

                                          Hon. Patricia P. Fresard

ACME INSULATION, et al.,

      Defendants.
_____/

ABRAHAM A. SNIDER (P77521)
ERIC B. ABRAMSON (P60949)
SERLING & ABRAMSON, P.C.
Attorneys for Plaintiff
280 N. Old Woodward Avenue, Suite 406
Birmingham, MI 48009
(248) 647-6966
_____/

LAW OFFICES
ERLING & ABRAMSON, P.C.
80 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

### ORDER FOR AUTHORITY TO SETTLE CLAIMS AND DISTRIBUTE WRONGFUL DEATH CLAIM PROCEEDS (PARTIAL RECOVERY)

At a session of said Court held in the City of
Detroit, County of Wayne, State of Michigan,

ON: _____ 5/13/2022 _____

PRESENT HON. _____ PATRICIA  FRESARD _____
**CIRCUIT COURT JUDGE**

The Court having considered Plaintiff's Motion for Authority to Settle Claims and

Distribute Wrongful Death proceeds against Defendants: **TRIAL GROUP DEFENDANTS -**

ACME Insulation, Inc.; Adience, Inc.; Banner Engineering & Sales, Inc.; Bechtel

Corporation; Behler Young Company; Boomer Company; Burnham Corp.; BW/IP

International, Inc.; Carver Pump Company; Cameron International Corporation; Cherne

1

Contracting   Corp.;   Chicago-Wilcox   Manufacturing;   Cleaver   Brooks;   Clow

Corporation/McWane, Inc.; Collins & Aikman; Daubert Chemical; Detroit Temperature

Engineers, Inc.; Durametallic Corporation; Electrolux Home Products/Blaw Knox;

Everlasting Valve Company; Exotic Rubber & Plastics Corp.; F.L. Smidth Dorr-Oliver

(Fuller); Flowserve Corporation/Durco; Goodall Rubber Company; Goodrich Corporation;

Goodyear Tire & Rubber; Gorman-Rupp Co.; Greene Tweed & Co.; Gusmer Enterprises,

Inc.; Harlan Electric Company; Hoyt, Brumm and Link, Inc.; IU North America/Gage

Company; IMO Industries; John E. Green Company; K&C Supply; Kerr Pump and Supply;

Lennox Industries, Inc.; Milwaukee Valve; Nagle Pumps, Inc.; O.C. Keckley; Pfaudler,

Inc.; Power Process Piping, Inc.; Radiator Specialty; Ric Wil, Inc.; Roger Zatkoff Co.;

Roth Pump Company; Rust Engineering & Construction, Inc.; Ruthman Pump &

Engineering, Inc.; Schad Boiler Setting Co.; Spence Brothers; Standard Electric; Standard

Fuel Engineering; Standco; Sulzer Pumps (US) Inc.; Taco, Inc.; TKD, Inc.; U.S.

Rubber/Uniroyal; Viking Pump, Inc.; Marley Wylain (Weil-McLain); Welton Rubber

Company; William Powell Company; York Rubber Co. and Zurn Industries, Inc.; testimony

having been taken on Wednesday, May 11, 2022;

Waivers having been filed and/or various parties failing to appear, and the Court

being fully advised in the premises;

**NOW, THEREFORE;**

**IT IS HEREBY ORDERED** that LANA BARBER, Personal Representative for

the Estate of LARRY BARBER, DEC., is empowered, authorized and directed to execute

any documents necessary to settle claims with the above-referenced Defendants for the

gross amount of FOUR HUNDRED TWENTY-ONE THOUSAND FIVE HUNDRED FIFTY AND

00/100 ($421,550.00) DOLLARS including, but not limited to, a Satisfaction of Judgment.

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

2

**IT IS HEREBY ORDERED** that the class of persons who are or may be entitled to damages as defined in MCLA 600.2922(3), as amended, shall be closed, and shall consist of the following:

Spouse
Lana Barber

Children
Leryc Barber
Jeremy Barber
Jason Barber
Brooke Doerr

Grandchildren
Samantha Barber
Mason Barber
Adam Barber
Lydia Barber

Minor Grandchildren
Scott Doerr

Siblings
June Wallace
Wanda West
Marcia Wagner
Dewey Barber
Bruce Barber

**IT IS FURTHER ORDERED** that attorney fees in the sum of ONE HUNDRED THIRTY-EIGHT THOUSAND SIX HUNDRED TWENTY-THREE AND 22/100 ($138,623.22) DOLLARS and out-of-pocket expenses in the sum of FIVE THOUSAND SIX HUNDRED EIGHTY AND 34/100 ($5,680.34) DOLLARS are approved as reasonable and necessary for prosecution of this cause of action.

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
————
(248) 647-6966

3

**IT IS FURTHER ORDERED** that the distribution of the net proceeds from the wrongful death settlements in the amount of TWO HUNDRED SEVENTY-SEVEN THOUSAND TWO HUNDRED FORTY-SIX AND 44/100 ($277,246.44) DOLLARS shall be distributed as follows:

SEVEN HUNDRED AND 00/100 and 00/100 ($700.00) DOLLARS shall be paid to Epiq (formerly known as the Garretson Resolution Group), for the enrollment fee into the Asbestos Malignancy Alternative Resolution Process (AMP) for Medicare clearance on asbestos settlement proceeds.

THREE HUNDRED FIFTY and 00/100 ($350.00) DOLLARS shall be paid to Michael C. Terner, Esq., Guardian Ad Litem, as payment in full for services rendered on behalf of the minor heirs in within cause of action.

ONE HUNDRED EIGHT AND 00/100 ($180.00) DOLLARS shall be paid to Serling & Abramson, P.C., as payment in full for probate services rendered to date.

The balance of TWO HUNDRED SEVENTY-SIX THOUSAND SIXTEEN AND 44/100 ($276,016.44) DOLLARS shall be distributed as follows:

FIFTY-FIVE THOUSAND TWO HUNDRED THREE AND 28/100 ($55,203.28) to Lana Barber.

FIFTY-FIVE THOUSAND TWO HUNDRED THREE AND 29/100 ($55,203.29) to Leryc Barber.

FIFTY-FIVE THOUSAND TWO HUNDRED THREE AND 29/100 ($55,203.29) to Jeremy Barber.

FIFTY-FIVE THOUSAND TWO HUNDRED THREE AND 29/100 ($55,203.29) to Jason Barber.

FIFTY-FIVE THOUSAND TWO HUNDRED THREE AND 29/100 ($55,203.29) to Brooke Doerr.

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

IT IS **FURTHER ORDERED** that plaintiff's counsel shall deposit ONE HUNDRED PERCENT (100%) of the settlement proceeds awarded to the Lana Barber, Leryc Barber, Jeremy Barber, Jason Barber and Brooke Doerr, as set forth above, into an interest-bearing account to allow plaintiff's counsel an opportunity to investigate and extinguish or resolve any potential Medicare and/or other health insurance liens. Upon satisfaction of said lien, plaintiff's counsel shall distribute the remainder of settlement proceeds set aside herein as follows:

> ➢ 20% to Lana Barber
> ➢ 20% to Leryc Barber
> ➢ 20% to Jeremy Barber
> ➢ 20% to Jason Barber
> ➢ 20% to Brooke Doerr

IT IS **FURTHER ORDERED** that to the extent that the combined net proceeds plus interest thereon exceeds the sum of TWO HUNDRED SEVENTY-SIX THOUSAND SIXTEEN AND 44/100 ($276,016.44) DOLLARS, additional sums shall be paid as follows:

> ➢ 20% to Lana Barber
> ➢ 20% to Leryc Barber
> ➢ 20% to Jeremy Barber
> ➢ 20% to Jason Barber
> ➢ 20% to Brooke Doerr

IT IS **FURTHER ORDERED** that each party will be responsible for their own attorney fees and costs in this matter.

IT IS FURTHER ORDERED that the following are dismissed with prejudice:

ACME Insulation; Adience, Inc.; Allison Transmission, Inc.; Ameron International Corporation; Arvinmeritor, Inc.; Baltimore Ennis Land Company, Inc.; Banner Engineering & Sales, Inc.; Bechtel Corporation; Behler-Young Co.; Blue Point Capital Partners, LLC; Boomer Company; Boone And Darr, Inc.; Bryan Steam Corporation; Bryan

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

5

Steam, LLC; Burnham LLC; BW/IP, Inc.; Cameron International Corporation; Carlisle Companies, Inc.; Carver Pump Co.; Caterpiller, Inc.; Cherne Contracting Corporation; Chicago-Wilcox Manufacturing Company; Cleaver Brooks Company; Clow Corporation; CNH Industrial America LLC; Collins & Aikman Group, Inc.; Crosby Valve, LLC; Cummins, Inc.; Daubert Chemical Company, Inc.; Deere & Company; Detroit Temperature Engineers, Inc.; Durametallic Corporation; Edward Vogt Valve Co.; Electrolux Home Products, Inc.; Electrolux USA, Inc.; Escon Group, Inc.; Everlasting Valve Co.; Exotic Rubber & Plastic Corp; F.L. Smidth Dorr-Oliver Eimco Inc.; Flowserve Corporation; FMC Corporation; Ford Motor Company; Goodall Rubber Company; Goodrich Corporation; Goodyear Tire & Rubber Company; Gorman-Rupp Company; Gradall Industries, Inc.; Greene, Tweed & Company; Gusmer Enterprises, Inc.; Hammond Valve Corporation; Harlan Electric Company; Harrison Piping Supply Company; Hennessy Industries, Inc.; Herlihy Mid-Continent Company; Hoyt, Brumm And Link, Inc.; IMO Industries, Inc.; IU North America, Inc.; J-M Manufacturing Company, Inc.; John E. Green Company; Johnson Controls, Inc.; K & C Supply, Inc.; Kerr Pump And Supply, Inc.; Komatsu America Corp; Komatsu Mining Corp.; L&S Insulation Co., Inc.; Lennox Industries, Inc.; Limbach Company LLC; Marley-Wylain Company; McCord Corporation F/K/A McCord Gasket Company; McWane, Inc.; Midland Ross Corporation; Milwaukee Valve Company, Inc.; Nagle Pumps, Inc.; Nash Engineering Company; Navistar, Inc.; Neles-Jamesbury, Inc.; Netzsch Pumps North America, LLC; O.C. Keckley Company; Pfaudler, Inc.; Pneumo Abex Corporation; Power Process Piping, Inc.; Radiator Specialty Company; Ric-Wil, Inc.; Rockwell Automation, Inc.; Roger Zatkoff Company; Roper Pump Company; Roth Pump Company; Rust Engineering & Construction Inc.; Ruthman Pump & Engineering, Inc.; Satterlund Supply Company; Schad Boiler Setting Company; Sealite, Inc.; Spence

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

6

Brothers; Standard Electric Company; Standard Fuel Engineering Company; Standco Industries, Inc.; Stanley-Carter Company; Stone & Webster, Inc.; Sulzer Pumps (US) Inc.; Ta Company; Taco, Inc.; Tate Andale, Inc.; TKD, Inc.; Trans-Pumps, Inc.; Tuthill Corporation; Twin Disc, Incorporated; Uniroyal, Inc.; Viking Pump, Inc.; Volvo Construction Equipment North America, LLC; Watts Water Technologies, Inc.; Weil Pump Company; Weir Valves & Controls Usa, Inc.; Welton Rubber Company; White Consolidated Industries, Inc.; William Powell Company; Wilo USA LLC, ; York International Corporation; York Rubber Company and Zurn Industries, LLC.

      **IT IS SO ORDERED.**

                   /s/ Patricia Fresard   5/13/2022
                   CIRCUIT COURT JUDGE

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
(248) 647-6966



Stacy Stallworth    5/13/2022 12:33 PM    WAYNE COUNTY CLERK    Cathy M. Garrett    FILED IN MY OFFICE    20-006060-NP

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CAROL BEATTY,
Personal Representative for the
Estate of EARL BEATTY, DEC.

     Plaintiff,

                                     Case No. 20-006060-NP

v

                                     Hon. Patricia P. Fresard

ACME INSULATION, et al.,

     Defendants.
_____/

ABRAHAM A. SNIDER (P77521)
ERIC B. ABRAMSON (P60949)
SERLING & ABRAMSON, P.C.
Attorneys for Plaintiff
280 N. Old Woodward Avenue, Suite 406
Birmingham, MI 48009
(248) 647-6966
_____/

### ORDER FOR AUTHORITY TO SETTLE CLAIMS
### AND DISTRIBUTE WRONGFUL DEATH CLAIM PROCEEDS
### (PARTIAL RECOVERY)

At a session of said Court held in the City of
Detroit, County of Wayne, State of Michigan,

ON: _____5/13/2022_____

PRESENT HON. ___PATRICIA  FRESARD_____
                  **CIRCUIT COURT JUDGE**

    The Court having considered Plaintiff's Motion for Authority to Settle Claims and

Distribute Wrongful Death proceeds against Defendants: **TRIAL GROUP DEFENDANTS -**

ACME Insulation, Inc.; Adience, Inc.; Banner Engineering & Sales, Inc.; Behler Young

Company; Boomer Company; Burnham Corp.; BW/IP International, Inc.; Cameron

International Corporation; Carver Pump Company; Champlain Cable Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

1

Chicago-Wilcox Manufacturing; Cleaver Brooks; Clow Corporation/McWane, Inc.; Collins & Aikman; Daubert Chemical; Detroit Temperature Engineers, Inc.; Electrolux Home Products/Blaw Knox; Everlasting Valve Company; Exotic Rubber & Plastics Corp.; Goodall Rubber Company; Goodrich Corporation; Goodyear Tire & Rubber; Greene Tweed & Co.; Harrison Piping Supply Co.; Hoyt, Brumm and Link, Inc.; IU North America/Gage Company; John E. Green Company; K&C Supply; Kerr Pump and Supply; Milwaukee Valve; Nagle Pumps, Inc.; NIBCO, Inc.; O.C. Keckley; Pfaudler, Inc.; Power Process Piping, Inc.; Radiator Specialty; Ric Wil, Inc.; Roger Zatkoff Co.; Roth Pump Company; Rust Engineering & Construction, Inc.; Schad Boiler Setting Co.; Standard Electric; Standco; Standard Fuel Engineering; Sulzer Pumps (US) Inc.; Taco, Inc.; Thermon, Inc.; TKD, Inc.; U.S. Rubber/Uniroyal; Viking Pump, Inc.; Marley Wylain (Weil-McLain); Weir Valves & Controls USA, Inc. and York Rubber Co.; testimony having been taken on Wednesday, Wednesday, May 11, 2022;

Waivers having been filed and/or various parties failing to appear, and the Court being fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Carol Beatty, Personal Representative for the Estate of Earl Beatty, DEC., is empowered, authorized and directed to execute any documents necessary to settle claims with the above-referenced Defendants for the gross amount of THREE HUNDRED THOUSAND THIRTY-FIVE FIFTY AND 00/100 ($335,050.00) DOLLARS including, but not limited to, a Satisfaction of Judgment.

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
———
(248) 647-6966

2

**IT IS HEREBY ORDERED** that the class of persons who are or may be entitled to damages as defined in MCLA 600.2922(3), as amended, shall be closed, and shall consist of the following:

> Spouse
> Carol Beatty
>
> Children
> Keith Beatty
> Sheila Beatty-Line
> Kraig Beatty
>
> Grandchildren
> Hailey Barton
> Kelsey McConnell
> Tyler Beatty
> MacKenzie Line
> Blake Beatty
> Brooke Beatty
>
> Minor Great-Grandchildren
> Yale McConnell
> Bowen McConnell
> Sophia Beatty
>
> Siblings
> Kenneth Beatty

**IT IS FURTHER ORDERED** that attorney fees in the sum of ONE HUNDRED NINE THOUSAND FIVE HUNDRED ELEVEN AND 51/100 ($109,511.51) DOLLARS and out-of-pocket expenses in the sum of SIX THOUSAND FIVE HUNDRED FIFTEEN AND 48/100 ($6,515.48) DOLLARS are approved as reasonable and necessary for prosecution of this cause of action.

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**IT IS FURTHER ORDERED** that the distribution of the net proceeds from the wrongful death settlements in the amount of TWO HUNDRED NINETEEN THOUSAND TWENTY-THREE AND 01/100 ($219,023.01) DOLLARS shall be distributed as follows:

SEVEN HUNDRED AND 00/100 and 00/100 ($700.00) DOLLARS shall be paid to Epiq (formerly known as the Garretson Resolution Group), for the enrollment fee into the Asbestos Malignancy Alternative Resolution Process (AMP) for Medicare clearance on asbestos settlement proceeds.

THREE HUNDRED FIFTY and 00/100 ($350.00) DOLLARS shall be paid to Michael C. Terner, Esq., Guardian Ad Litem, as payment in full for services rendered on behalf of the minor heirs in within cause of action.

TWO HUNDRED SIXTY-SIX AND 80/100 ($266.80) DOLLARS shall be paid to Serling & Abramson, P.C., as payment in full for probate services rendered to date.

The balance of TWO HUNDRED SEVENTEEN THOUSAND SEVEN HUNDRED SIX AND 21/100 ($217,706.21) DOLLARS shall be distributed as follows:

TWO HUNDRED SEVENTEEN THOUSAND SEVEN HUNDRED SIX AND 21/100 ($217,706.21) to Carol Beatty.

**IT IS FURTHER ORDERED** that plaintiff's counsel shall deposit ONE HUNDRED PERCENT (100%) of the settlement proceeds awarded to the Carol Beatty, as set forth above, into an interest-bearing account to allow plaintiff's counsel an opportunity to investigate and extinguish or resolve any potential Medicare and/or other health insurance liens.  Upon satisfaction of said lien, plaintiff's counsel shall distribute the remainder of settlement proceeds set aside herein as follows:

➢ 100% to Carol Beatty

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

4

IT IS FURTHER ORDERED that to the extent that the combined net proceeds plus interest thereon exceeds the sum of TWO HUNDRED SEVENTEEN THOUSAND SEVEN HUNDRED SIX AND 21/100 ($217,706.21) DOLLARS, additional sums shall be paid as follows:

➢ 100% to Carol Beatty

IT IS FURTHER ORDERED that each party will be responsible for their own attorney fees and costs in this matter.

IT IS FURTHER ORDERED that the following are dismissed with prejudice: ACME Insulation; Adience, Inc.; Ameron International Corporation; Auburn Manufacturing Company; Baltimore Ennis Land Company, Inc.; Banner Engineering & Sales, Inc.;Behler-Young Co.; Boomer Company; Bryan Steam Corporation; Bryan Steam, LLC; Burnham LLC; BW/IP, Inc.; Cameron International Corporation; Carver Pump Co.; Champlain Cable Corporation; Chicago-Wilcox Manufacturing Company; Cleaver Brooks Company; Clow Corporation; Collins & Aikman Group, Inc.; Crosby Valve, LLC; Daubert Chemical Company, Inc.; Durametallic Corporation; Everlasting Valve Co.; Evert Asbestos Insulating Company; Exotic Rubber & Plastic Corp.; F.L. Smidth Dorr-Oliver Eimco Inc.; Ford Motor Company; Goodall Rubber Company; Goodrich Corporation; Goodyear Tire & Rubber Company; Gorman-Rupp Company; Greene, Tweed & Company; Grinnell LLC; Hammond Valve Corporation; Harrison Piping Supply Company; IU North America, Inc.; J-M Manufacturing Company, Inc.; John E. Green Company; Johnson Controls, Inc.; K & C Supply, Inc.; Kerr Pump And Supply, Inc.; L&S Insulation Co., Inc.; Lennox Industries, Inc.; Marley-Wylain Company; McWane, Inc.; Midland Ross Corporation; Milwaukee Valve Company, Inc.; MW Custom Papers, LLC; Nagle Pumps, Inc.; Neles-Jamesbury, Inc.; Netzsch Pumps North America, LLC; NIBCO, Inc.; O.C. Keckley Company; Pfaudler, Inc.;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

5

Power Process Piping, Inc.; Radiator Specialty Company; Ric-Wil, Inc.; Roger Zatkoff Company; Roper Pump Company; Roth Pump Company; Ruthman Pump & Engineering, Inc.; Satterlund Supply Company; Schad Boiler Setting Company; Sealite, Inc.; Standard Electric Company; Standard Fuel Engineering Company; Standco Industries, Inc.; Stanley-Carter Company; Sulzer Pumps (Us) Inc.; Ta Company; Taco, Inc.; Tate Andale, Inc.; Thermon, Inc.; TKD, Inc.; Trans-Pumps, Inc.; Tuthill Corporation; Uniroyal, Inc.; Viking Pump, Inc.; Watts Water Technologies, Inc.; Weil Pump Company; Weir Valves & Controls Usa, Inc.; York International Corporation; York Rubber Company and Zurn Industries, LLC.

**IT IS SO ORDERED.**

/s/ Patricia Fresard   5/13/2022
_____
CIRCUIT COURT JUDGE

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
———
(248) 647-6966



STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

GLADYS HENNI,
Personal Representative for the
Estate of CARL HENNI, DEC.

    Plaintiff,

                       Case No. 20-007746-NP

v

                       Hon. Patricia P. Fresard

ABITIBI CONSOLIDATED
SALES CORPORATION, et al.,

    Defendants.
_____/

ABRAHAM A. SNIDER (P77521)
ERIC B. ABRAMSON (P60949)
SERLING & ABRAMSON, P.C.
Attorneys for Plaintiff
280 N. Old Woodward Avenue, Suite 406
Birmingham, MI 48009
(248) 647-6966
_____/

## ORDER FOR AUTHORITY TO SETTLE CLAIMS
## AND DISTRIBUTE WRONGFUL DEATH CLAIM PROCEEDS
## (PARTIAL RECOVERY)

At a session of said Court held in the City of
Detroit, County of Wayne, State of Michigan,

ON: _____5/13/2022_____

PRESENT HON. ____PATRICIA  FRESARD_____
                    **CIRCUIT COURT JUDGE**

    The Court having considered Plaintiff's Motion for Authority to Settle Claims and

Distribute Wrongful Death proceeds against Defendants: **TRIAL GROUP DEFENDANTS -**

A.W. Chesterton Co.; ACME Insulation, Inc.; Adience, Inc.; Amchem/Union Carbide;

Arkema; Armstrong International, Inc.; Armstrong Pumps, Inc.; Baltimore Ennis; Banner

Engineering & Sales, Inc.; BASF Corporation; Boomer Company; Burnham Corp.; BW/IP

1

International, Inc.; Cameron International Corporation; Cherne Contracting Corp.; Cleaver Brooks; Cooper Industries/McGraw; Crane Company; Daubert Chemical; Dow Chemical; Durametallic Corporation; E.I. Du Pont; Eaton Corporation; Edward Vogt Valve Company; Everlasting Valve Company; F.B. Wright Co.; Flowserve Corporation/Durco; FMC Corporation; Ford Motor Co.; Foster Wheeler Energy Co.; General Electric Co.; Goodall Rubber Company; Goodrich Corporation; Goodyear Tire & Rubber; Goulds Pumps, Inc.; Greene Tweed & Co.; Harrison Piping Supply Co.; IU North America/Gage Company; IMO Industries; International Paper Company; ITT Industries; K&C Supply; Marathon Oil Company; McMaster Carr Supply; Metropolitan Life Ins.; Midland Ross; Nagle Pumps, Inc.; New Coleman Holdings, Inc.; Parker Hannifin; Rex Roto Corporation; Ric Wil, Inc.; Riley Power, Inc.; Roger Zatkoff Co.; Rust Engineering & Construction, Inc.; Rust Industrial, Inc.; S.D. Warren; Satterlund Supply Company; Schad Boiler Setting Co.; Seaway Mechanical Contractors, Inc.; Socony Mobil Co., Inc.; Square D Company; Standard Fuel Engineering; Stanley Carter; Sterling Fluid Systems (USA), Inc.; Sulzer Pumps (US) Inc.; Thiem Corp.; U.S. Rubber/Uniroyal; Union Pumps Co.; Viacom ; Welton Rubber Company; William Powell Company; York International and York Rubber Co. BANKRUPT ENTITIES: A.P. Green; Armstrong World; Babcock & Wilcox; Celotex; Eagle Picher; Johns Manville; Owens Corning; testimony having been taken on Wednesday, May 11, 2022;

Waivers having been filed and/or various parties failing to appear, and the Court being fully advised in the premises;

**NOW, THEREFORE;**

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
———
(248) 647-6966

2

**IT IS HEREBY ORDERED** that Gladys Henni, Personal Representative for the Estate of Carl Henni, DEC., is empowered, authorized and directed to execute any documents necessary to settle claims with the above-referenced Defendants for the gross amount of TWO HUNDRED FORTY-FOUR THOUSAND FIVE HUNDRED FORTY-THREE AND 27/100 ($244,543.27) DOLLARS including, but not limited to, a Satisfaction of Judgment.

**IT IS HEREBY ORDERED** that the class of persons who are or may be entitled to damages as defined in MCLA 600.2922(3), as amended, shall be closed, and shall consist of the following:

Spouse
Gladys Henni

**IT IS FURTHER ORDERED** that attorney fees in the sum of SEVENTY-EIGHT THOUSAND SIX HUNDRED TWENTY-SIX AND 60/100 ($78,626.60) DOLLARS and out-of-pocket expenses in the sum of SEVEN THOUSAND FOUR HUNDRED FIFTY-TWO AND 22/100 ($7,452.22) DOLLARS are approved as reasonable and necessary for prosecution of this cause of action.

**IT IS FURTHER ORDERED** that the distribution of the net proceeds from the wrongful death settlements in the amount of ONE HUNDRED FIFTY-EIGHT THOUSAND FOUR HUNDRED SIXTY FOUR AND 45/100 ($158,464.45) DOLLARS shall be distributed as follows:

FOUR HUNDRED FIFTY AND 00/100 and 00/100 ($450.00) DOLLARS shall be paid to Epiq (formerly known as the Garretson Resolution Group), for the enrollment fee into the Asbestos Malignancy Alternative Resolution Process (AMP) for Medicare clearance on asbestos settlement proceeds.

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

3

ONE HUNDRED EIGHT AND 05/100 ($108.05) DOLLARS shall be paid to Serling & Abramson, P.C., as payment in full for probate services rendered to date.

The balance of ONE HUNDRED FIFTY-SEVEN THOUSAND NINE HUNDRED SIX AND 40/100 ($157,906.40) DOLLARS shall be distributed as follows:

ONE HUNDRED FIFTY-SEVEN THOUSAND NINE HUNDRED SIX AND 40/100 ($157,906.40) to Gladys Henni.

IT IS FURTHER ORDERED that plaintiff's counsel shall deposit ONE HUNDRED PERCENT (100%) of the settlement proceeds awarded to the Gladys Henni, as set forth above, into an interest-bearing account to allow plaintiff's counsel an opportunity to investigate and extinguish or resolve any potential Medicare and/or other health insurance liens. Upon satisfaction of said lien, plaintiff's counsel shall distribute the remainder of settlement proceeds set aside herein as follows:

➢ 100% to Gladys Henni

IT IS FURTHER ORDERED that to the extent that the combined net proceeds plus interest thereon exceeds the sum of ONE HUNDRED FIFTY-SEVEN THOUSAND NINE HUNDRED SIX AND 40/100 ($157,906.40) DOLLARS, additional sums shall be paid as follows:

➢ 100% to Gladys Henni

IT IS FURTHER ORDERED that each party will be responsible for their own attorney fees and costs in this matter.

IT IS FURTHER ORDERED that the following are dismissed with prejudice:

A.W. Chesterton Company; Abitibi Consolidated Sales Corporation; ACME Insulation; Adience, Inc.; Alliance Machine Company; Amcord, Inc.; Amdura, LLC; American Electric Power Service Corporation; American Standard, Inc.; Arkema, Inc.; Armstrong

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

4

International, Inc.; Armstrong Pumps, Inc.; Auburn Manufacturing Company; Baltimore Ennis Land Company, Inc.; Banner Engineering & Sales, Inc.; BASF Corporation; Bayer Cropscience, Inc.; Bechtel Corporation; Boomer Company; Bryan Steam Corporation; Bryan Steam, LLC; Burnham LLC; BW/IP, Inc.; Cameron International Corporation; Carrier Corporation; Carver Pump Co.; Champlain Cable Corporation; Cherne Contracting Corporation; Cleaver Brooks Company; Cliffs Natural Resources Inc.; Clow Corporation; Combustion Engineering; Compudyne Corporation; Cooper Industries LLC; Crane Co.; Crosby Valve, LLC; Daubert Chemical Company, Inc.; DCO LLC; Dow Chemical Company; Dow Chemical Delaware Corporation; Durametallic Corporation; E.I. Du Pont De Nemours & Company; Eaton Corporation; Edward Vogt Valve Co.; Electrolux USA, Inc.; Elof Hansson USA Inc.; Entergy Nuclear Palisades, LLC; Escon Group, Inc.; Everlasting Valve Co.; F.B. Wright Company; F.L. Smidth Dorr-Oliver Eimco Inc.; Flowserve Corporation; Flowserve US Inc.; FMC Corporation; Ford Motor Company; Foseco, Inc.; Foster Wheeler Energy Corporation; General Electric Company; Goodall Rubber Company; Goodrich Corporation; Goodyear Tire & Rubber Company; Goulds Pumps, Incorporated; Greene, Tweed & Company; Grinnell LLC; Gusmer Enterprises, Inc.; Harlan Electric Company; Harrison Piping Supply Company; Honeywell International, Inc.; Howard Electric Company; Hydronic Supply & Engineering, Inc.; IMO Industries, Inc.; Industrial Holdings Corporation; Ingersoll-Rand Company; International Paper Company; ITT Industries, Inc.; IU North America, Inc.; J-M Manufacturing Company, Inc.; John E. Green Company; Johnson Controls, Inc.; K & C Supply, Inc.; K. L. McCoy and Associates, Inc.; Kelsey Hayes Company; Kerr Pump and Supply, Inc.; Kimberley-Clark Global Sales, LLC; Krones, Inc.; Limbach Company LLC; Marathon Petroleum Company LP; Marley-Wylain Company; McMaster-Carr Supply Company; McWane, Inc.; Metropolitan Life Insurance Company;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

Michigan Valve and Foundry Corporation; Midland Ross Corporation; Midwest Valve & Fitting Company; Morgan Engineering Systems, Inc.; MW Custom Papers, LLC; Nagle Pumps, Inc.; Nash Engineering Company; Neenah Paper, Inc.; New Coleman Holdings, Inc.; Parker-Hannifin Corporation; Pfizer, Inc.; Pharmacia & Upjohn LLC; Pharmacia LLC; Power Process Piping, Inc.; R. L. Deppmann Company; Radiator Specialty Company; Reunion Industries, Inc.; Rex/Roto Corporation; Ric-Wil, Inc.; Riley Power, Inc.; Rockwell Automation, Inc.; Roger Zatkoff Company; Roper Pump Company; Roth Pump Company; Rust Engineering & Construction Inc.; Rust International, Inc.; Ruthman Pump & Engineering, Inc.; S.D. Warren Company; Satterlund Supply Company; Schad Boiler Setting Company; Seaway Mechanical Contractors, Incorporated; Shaw-Winkler, Inc.; Socony Mobil Company, Inc.; Spence Brothers; Square D Company; Standard Fuel Engineering Company; Stanley-Carter Company; Sterling Fluid Systems (USA), LLC; Stone & Webster, Inc.; Sulzer Pumps (US) Inc.; Sunoco, Inc (R&M); Ta Company; Taco, Inc.; Terex Corporation; Thiem Corporation; Trans-Pumps, Inc.; Union Carbide Chemicals and Plastics Company, Inc.; Union Pumps Company; Uniroyal, Inc.; Velan Valve Corp.; Viacom International, Inc.; Viking Pump, Inc.; W. J. O'Neil Co.; W. M. Sprinkman, LLC; Warren Pumps, LLC; Wayne/Scott Fetzer Company; WEC Energy Group Inc.; Weir Valves & Controls USA, Inc.; Welton Rubber Company; Westrock Company; William Powell Company; Wolverine Power Supply Cooperative, Inc.; York International Corporation and York Rubber Company.

IT IS SO ORDERED.

/s/ Patricia Fresard   5/13/2022

CIRCUIT COURT JUDGE

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

6



20-005638-NP   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   5/13/2022 12:55 PM   Stacy Stallworth

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

Robert Kachman, Personal
Representative for the
Estate of NICHOLAS KACHMAN, DEC.

    Plaintiffs,

                             Case No.  20-005638 NP

v

                             Hon. Patricia P. Fresard

ADIENCE, INC., et al,

    Defendant.
_____/

ABRAHAM A. SNIDER (P77521)
ERIC B. ABRAMSON (P60949)
SERLING & ABRAMSON, P.C.
Attorneys for Plaintiffs
280 North Old Woodward Avenue
Suite 406
Birmingham MI 48009
(248) 647-6966
_____/

### ORDER FOR AUTHORITY TO SETTLE CLAIMS
### AND DISTRIBUTE WRONGFUL DEATH CLAIM PROCEEDS
### (PARTIAL RECOVERY)

At a session of said Court held in the City of
Detroit, County of Wayne, State of Michigan,

ON: _____5/13/2022_____

PRESENT HON. __PATRICIA  FRESARD_____
### CIRCUIT COURT JUDGE

The Court having considered Plaintiff's Motion for Authority to Settle Claims and

Distribute Wrongful Death proceeds against Defendants:  Adience, Inc.; Armstrong

Pumps, Inc.; Boomer Company; BW/IP International, Inc.; Cleaver Brooks; Cooper

1

Industries/McGraw; Daubert Chemical; Dow Chemical; Durametallic Corporation; Everlasting Valve Company; F.B. Wright Co.; Goodall Rubber Company; Goodyear Tire & Rubber; Greene Tweed & Co.; IU North America/Gage Company; K&C Supply; Michigan Tile & Marble Co.; Midland Ross; New Coleman Holdings, Inc.; Parker Hannifin, Power Process Piping, Inc.; Rex Roto Corporation; Roger Zatkoff Co.; Schad Boiler Setting Co.; Seaway Mechanical Contractors, Inc.; Singer Safety Co.; Standard Fuel Engineering; Stanley Carter; Thermo Fisher Scientific, US Rubber/Uniroyal; Union Pumps Co.; and York Rubber Co. and testimony having been taken on Wednesday, May 11, 2022.

Waivers having been filed and/or various parties failing to appear, and the Court being fully advised in the premises;

**NOW, THEREFORE;**

**IT IS HEREBY ORDERED** that Robert Kachman, Personal Representative for the Estate of Nicholas Kachman, Deceased, is empowered, authorized and directed to execute any documents necessary to settle claims with the above-referenced Defendants for the gross amount of ONE HUNDRED THIRTY-THREE THOUSAND SEVEN HUNDRED FIFTY and 00/100 ($133,750.00) DOLLARS including, but not limited to, a Satisfaction of Judgment.

**IT IS HEREBY ORDERED** that the class of persons who are or may be entitled to damages as defined in MCLA 600.2922(3), as amended, shall be closed, and shall consist of the following:

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

2

**Spouse**
Isabel Kachman

**Children**
Ann Tobin
Robert Kachman
Cindy Asaro
Teresa Hauser
Alice Kachman

**Grandchildren**
Nick Tobin
Lisa Tobin
Brittany Russell
Brandon Hauser

**Great-Grandchildren**
Nicholas Tobin

**Minor Great-Grandchildren**
Molly Tobin
Hanna Tobin
Jack Parrish
Ava Parrish
Henry Russell
Isabel Russell

**Siblings**
James Kachman

IT IS **FURTHER ORDERED** that attorney fees in the sum of FORTY-ONE THOUSAND FIVE HUNDRED THIRTY-NINE and 94/100 ($41,539.94) DOLLARS and out-of-pocket expenses in the sum of NINE THOUSAND ONE HUNDRED THIRTY and 19/100 ($9,130.19) DOLLARS are approved as reasonable and necessary for prosecution of this cause of action.

IT IS **FURTHER ORDERED** that the distribution of the net proceeds from the wrongful death settlements in the amount of EIGHTY-THREE THOUSAND SEVENTY-NINE and 87/100 ($83,079.87) DOLLARS shall be distributed as follows:

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

3

THREE HUNDRED FIFTY and 00/100 ($350.00) DOLLARS shall be paid to Michael Terner, Esq., Guardian Ad Litem, as payment in full for services rendered on behalf of the minor heir in within cause of action.

SEVEN HUNDRED and 00/100 ($700.00) DOLLARS shall be paid to Epic, f/k/a Garretson Resolution Group, as payment in full for services rendered for obtaining Medicare clearance on any potential Medicare and/or other health insurance liens.

TWO HUNDRED TEN and 72/100 ($210.72) DOLLARS shall be paid to Serling & Abramson, P.C. as payment in full for probate matters.

The balance of EIGHTY-ONE THOUSAND EIGHT HUNDRED NINETEEN and 15/100 ($81,819.15) DOLLARS shall be distributed as follows:

EIGHTY-ONE THOUSAND EIGHT HUNDRED NINETEEN and 15/100 DOLLARS to Isabel Kachman.

**IT IS FURTHER ORDERED** that plaintiff's counsel shall deposit ONE HUNDRED PERCENT (100%) of the settlement proceeds awarded to Isabel Kachman, as set forth above, into an interest-bearing account to allow plaintiff's counsel an opportunity to investigate and extinguish or resolve any potential Medicare and/or Medicare Part C and/or health insurance claims of lien. In the event that no Medicare or other insurance allocation is necessary, upon written clearance, plaintiff's counsel shall distribute the settlement proceeds and interest earned ONE HUNDRED PERCENT (100%) to Isabel Kachman, forthwith. In the event that Medicare claims a lien to any portion of the settlement proceeds as set aside herein, plaintiff's counsel shall satisfy Medicare's lien ONE HUNDRED PERCENT (100%) from the amounts awarded to Isabel

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
———
(248) 647-6966

4

Kachman. Upon satisfaction of said lien, plaintiff's counsel shall distribute the remainder of the settlements set aside herein, ONE HUNDRED PERCENT (100%) to Isabel Kachman.

IT IS FURTHER ORDERED that to the extent that the combined net proceeds plus interest thereon exceeds the sum of EIGHTY-ONE THOUSAND EIGHT HUNDRED NINETEEN and 15/100 ($81,819.15) DOLLARS, additional sums shall be paid as following: 100% to Isabel Kachman.

IT IS FURTHER ORDERED that each party will be responsible for their own attorney fees and costs in this matter.

IT IS FURTHER ORDERED that the following are dismissed with prejudice: Adience, Inc.; AFC-Holcroft, LLC; Armstrong Pumps, Inc.; Avocet Enterprises, Inc.; Baltimore Ennis Land Company, Inc.; Beazer East, Inc.; The Boomer Company; BW/IP, Inc.; Cleaver Brooks Company; Columbus McKinnon Corp.; Cooper Industries, LLC; Copes-Vulcan; Daubert Chemical Company, Inc.; Dezurik, Inc.; Dow Chemical Delaware Corporation; The Dow Chemical Company; Durametallic Corporation; Everlasting Valve Co.; F.B. Wright Company; Flowserve Corporation; Foseco, Inc.; Gardner Denver, Inc.; Goodall Rubber Company; Goodrich Corporation; Goodyear Tire & Rubber Company; Greene, Tweed & Company; IU North America, Inc.; John Crane, Inc.; John E. Green Company; Johnson Controls, Inc.; Joy Global Surface Mining, Inc.; K&C Supply, Inc.; Michigan Tile & Marble Co.; Midland Ross Corporation; New Coleman Holdings, Inc.; Parker-Hannifin Corporation; Power Process Piping, Inc.; Radiator Specialty Company; Reunion Industries, Inc.; Rex-Roto Corporation; Roger Zatkoff Company; Rust International, Inc.; The Sager Corporation; Satterlund Supply Company; Schad Boiler

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

5

Setting Company; Seaway Mechanical Contractors, Incorporated; Siemens Corporation; Singer Safety Company; Standard Fuel Engineering Company; The Stanley-Carter Company; Thermo Fisher Scientific, Inc.; Union Pumps Company; Uniroyal, Inc.; Warren Pumps, LLC; and York Rubber Company

/s/ Patricia Fresard    5/13/2022

HON. PATRICIA P. FRESARD
CIRCUIT COURT JUDGE

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

6



STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

SCOTT McCAUL, Personal
Representative for the
Estate of ROBERT McCAUL, DEC.

      Plaintiffs,

                                    Case No.  20-008150 NP

v

                                    Hon. Patricia P. Fresard

ACME INSULATION, et al,

      Defendant.

_____/

ABRAHAM A. SNIDER (P77521)
ERIC B. ABRAMSON (P60949)
SERLING & ABRAMSON, P.C.
Attorneys for Plaintiffs
280 North Old Woodward Avenue
Suite 406
Birmingham MI 48009
(248) 647-6966

_____/

**ORDER FOR AUTHORITY TO SETTLE CLAIMS**
**AND DISTRIBUTE WRONGFUL DEATH CLAIM PROCEEDS**
**(PARTIAL RECOVERY)**

At a session of said Court held in the City of
Detroit, County of Wayne, State of Michigan,

ON: _____5/13/2022_____

**PRESENT HON.** ___PATRICIA  FRESARD___
                      **CIRCUIT COURT JUDGE**

The Court having considered Plaintiff's Motion for Authority to Settle Claims and

Distribute Wrongful Death proceeds against Defendants:   ACME Insulation, Inc.;

Adience, Inc.; Baltimore Ennis; Banner Engineering & Sales, Inc.; Bechtel Corporation;

1

20-008150-NP   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   5/13/2022 12:57 PM   Stacy Stallworth

LAW OFFICES
ERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
(248) 647-6966

E-SERVICE
67622039
May 16 2022
09:23AM
File & ServeXpress

Behler Young Company; Boomer Company; Burnham Corp.; BW/IP International, Inc.;
Cameron International Corporation; Carver Pump Company; Cherne Contracting Corp.;
Chicago-Wilcox Manufacturing; Cleaver Brooks; Clow Corporation/McWayne, Inc.;
Collins & Aikman; Everlasting Valve Company; Exotic Rubber & Plastics Corp.; Goodall
Rubber Company; Goodrich Corporation; Goodyear Tire & Rubber; Harlan Electric
Company; Harrison Piping Supply Co.; IU North America/Gage Company; John E. Green
Company; K&C Supply; Kerr Pump & Supply; Milwaukee Valve; MW Custom Papers,
LLC; Nagle Pumps, Inc.; NIBCO, Inc.; O.C. Keckley; Power Process Piping, Inc.;
Radiator Specialty; Ric Wil, Inc.; Roger Zatkoff Co.; Roth Pump Company; Rust
Engineering & Construction Inc.; Schad Boiler Setting Co.; Spence Brothers; Standard
Electric; Standco; Standard Fuel Engineering; Stanley Carter; Sulzer Pumps (US) Inc.;
Taco, Inc.; Thermon, Inc.; TKD, Inc.; U.S. Rubber/Uniroyal; Velvan Valve Corp.; Viking
Pump, Inc.; Warren Pump; Marley Wylain (Weil-McLain); Weir Valves & Controls USA,
Inc.; York Rubber Co.; and Zurn Industries, Inc. and testimony having been taken on
Wednesday, May 11, 2022.

Waivers having been filed and/or various parties failing to appear, and the
Court being fully advised in the premises;

**NOW, THEREFORE;**

**IT IS HEREBY ORDERED** that Scott McCaul, Personal Representative for
the Estate of Robert McCaul, Deceased, is empowered, authorized and directed to
execute any documents necessary to settle claims with the above-referenced
Defendants for the gross amount of THREE HUNDRED SIXTY-THREE THOUSAND FIFTY
and 00/100 ($363,050.00) DOLLARS including, but not limited to, a Satisfaction of

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

2

Judgment.

IT IS **HEREBY ORDERED** that the class of persons who are or may be

entitled to damages as defined in MCLA 600.2922(3), as amended, shall be closed, and

shall consist of the following:

Spouse
Pauline McCaul

Children
Scott McCaul
Suzanne Fetters
Lori Billingham
Joel McCaul

Grandchildren
Elyse McCaul
Jason Onstott
Joshua Onstott
Kent Billingham
Daniel McCaul
Garrett McCaul

Great-Grandchild
Arys Onstott (adult)

Minor Great-Grandchildren
Justice Onstott
Jager Onstott
Tristen McCaul
Carter McCaul
Gabriel Markiewicz
Dylan Onstott
Jameson Onstott

Siblings
Jerry McCaul

IT IS **FURTHER ORDERED** that attorney fees in the sum of ONE HUNDRED

NINETEEN THOUSAND ONE HUNDRED THIRTY-FIVE and 87/100 ($119,135.87) DOLLARS

and out-of-pocket expenses in the sum of FIVE THOUSAND SIX HUNDRED FORTY-TWO

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

3

and 38/100 ($5,642.38) DOLLARS are approved as reasonable and necessary for prosecution of this cause of action.

**IT IS FURTHER ORDERED** that the distribution of the net proceeds from the wrongful death settlements in the amount of TWO HUNDRED THIRTY-EIGHT THOUSAND NINE HUNDRED TWENTY-ONE and 75/100 ($238,921.75) DOLLARS shall be distributed as follows:

THREE HUNDRED FIFTY and 00/100 ($350.00) DOLLARS shall be paid to Michael Terner, Esq., Guardian Ad Litem, as payment in full for services rendered on behalf of the minor heir in within cause of action.

SEVEN HUNDRED and 00/100 ($700.00) DOLLARS shall be paid to Epiq, f/k/a Garretson Resolution Group, as payment in full for services rendered for obtaining Medicare clearance on any potential Medicare and/or other health insurance liens.

TWO HUNDRED SIXTY-SIX and 80/100 ($266.80) DOLLARS shall be paid to Serling & Abramson, P.C. as payment in full for probate matters.

The balance of TWO HUNDRED THIRTY-SIX THOUSAND NINE HUNDRED FIFTY-FOUR and 95/100 shall be distributed as follows:

TWO HUNDRED THIRTY-SIX THOUSAND NINE HUNDRED FIFTY-FOUR and 95/100 to Pauline McCaul

**IT IS FURTHER ORDERED** that plaintiff's counsel shall deposit ONE HUNDRED PERCENT (100%) of the settlement proceeds awarded to Pauline McCaul as set forth above, into an interest bearing account to allow plaintiff's counsel an opportunity to investigate and extinguish or resolve any potential Medicare and/or Medicare Part C and/or health insurance claims of lien.  In the event that no Medicare

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

4

or other insurance allocation is necessary, upon written clearance, plaintiff's counsel shall distribute the settlement proceeds and interest earned ONE HUNDRED PERCENT (100%) to Pauline McCaul, forthwith. In the event that Medicare claims a lien to any portion of the settlement proceeds as set aside herein, plaintiff's counsel shall satisfy Medicare's lien ONE HUNDRED PERCENT (100%) from the amounts awarded to Pauline McCaul. Upon satisfaction of said lien, plaintiff's counsel shall distribute the remainder of the settlements set aside herein, ONE HUNDRED PERCENT (100%) to Pauline McCaul.

**IT IS FURTHER ORDERED** that to the extent that the combined net proceeds plus interest thereon exceeds the sum of TWO HUNDRED THIRTY-SIX THOUSAND NINE HUNDRED FIFTY-FOUR and 95/100 ($236,954.95) DOLLARS, additional sums shall be paid as following: 100% to Pauline McCaul

**IT IS FURTHER ORDERED** that each party will be responsible for their own attorney fees and costs in this matter.

**IT IS FURTHER ORDERED** that the following are dismissed with prejudice:

Acme Insulation; Adience, Inc.; Ameron International Corporation; Auburn Manufacturing Company; Baltimore Ennis Land Company, Inc.; Banner Engineering & Sales, Inc.; Bechtel Corporation; Behler-Young Co.; The Boomer Company; Burnham LLC; BW/IP, Inc.; Cameron International Corporation; Carver Pump Co.; Cherne Contracting Corporation; Chicago-Wilcox Manufacturing Company; Cleaver Brooks Company; Clow Corporation; Collins & Aikman Group, Inc.; Cooper Industries, LLC; Crosby Valve, LLC; Daubert Chemical Company, Inc.; Durametallic Corporation; Edward Vogt Valve Co.; Electrolux USA, Inc.; Escon Group, Inc.; Everlasting Valve Co.;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

5

Exotic Rubber & Plastic Corp.; F.L. Smidth Door-Oliver Eimco Inc.; Ford Motor Company; Goodall Rubber Company; Goodrich Corporation; Goodyear Tire & Rubber Company; The Gorman-Rupp Company; Hammond Valve Corporation; Harlan Electric Company; Harrison Piping Supply Company; IU North America, Inc.; J-M Manufacturing Company, Inc.; John E. Green Company; Johnson Controls, Inc.; K&C Supply, Inc.; O.C. Keckley Company; Kerr Pump and Supply, Inc.; L&S Insulation Co. Inc; The Marley-Wylain Company; McWane, Inc.; Midland Ross Corporation; Milwaukee Valve Company, Inc.; MW Custom Papers, LLC; Nagle Pumps, Inc.; The Nash Engineering Company; Neles-Jamesbury, Inc.; Netzsch Pumps North America, LLC; NIBCO, Inc.; Power Process Piping, Inc.; Radiator Specialty Company; Ric-Wil, Inc.; Rockwell Automation, Inc.; Roger Zatkoff Company; Roper Pump Company; Roth Pump Company; Rust Engineering & Construction, Inc.; Ruthman Pump & Engineering, Inc.; Satterlund Supply Company; Schad Boiler Setting Company; Sealite, Inc.; Seaway Mechanical Contractors, Incorporated; Spence Brothers; Standard Electric Company; Standard Fuel Engineering Company; Standco Industries, Inc.; The Stanley-Carter Company; Stone & Webster, Inc.; Sulzer Pumps (US) Inc.; Taco, Inc.; Tate Andale, Inc.; Thermon, Inc.; TKD, Inc.; Trans-Pumps, Inc.; Tuthill Corporation; Uniroyal, Inc.; Velan Valve Corp.; Viking Pump, Inc.; Warren Pumps, LLC; Watts Water Technologies, Inc.; Weil Pump Company; Weir Valves & Controls USA, Inc.; Wilo USA LLC; York International Corporation, York Rubber Company; and Zurn Industries, LLC.

/s/ Patricia Fresard    5/13/2022

HON. PATRICIA P. FRESARD
CIRCUIT COURT JUDGE

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

6



STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

ELAINE WALCZYK,
Personal Representative for the
Estate of RICHARD WALCZYK, DEC.

      Plaintiff,

                              Case No. 20-012537-NP

v

                              Hon. Patricia P. Fresard

ABB, INC., et al,

      Defendants.

_____/

ABRAHAM A. SNIDER (P77521)
ERIC B. ABRAMSON (P60949)
SERLING & ABRAMSON, P.C.
Attorneys for Plaintiff
280 North Old Woodward Avenue
Suite 406
Birmingham MI 48009
(248) 647-6966

_____/

**ORDER FOR AUTHORITY TO SETTLE CLAIMS
AND DISTRIBUTE WRONGFUL DEATH CLAIM PROCEEDS
(PARTIAL RECOVERY)**

At a session of said Court held in the City of
Detroit, County of Wayne, State of Michigan,

ON: _____5/13/2022_____

PRESENT HON. ____PATRICIA FRESARD_____
                           **CIRCUIT COURT JUDGE**

The Court having considered Plaintiff's Motion for Authority to Settle Claims

and Distribute Wrongful Death proceeds against the following Defendants:

**Trial Group Defendants:** ABB, Inc.; Adience, Inc.; Armstrong International, Inc;

Armstrong Pumps, Inc.; A.W. Chesterton Company; Baltimore Ennis Land Company,

I

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

Inc.; BASF Corporation; The Boomer Company; Burnham LLC; BW/IP, Inc.; Cameron International Corporation; Carrier Corporation; Champlain Cable Corporation; Cleaver Brooks Company; Clow Corporation (McWane, Inc.); Cooper Industries LLC; Crane Co.; Daubert Chemical Company, Inc.; Detroit Temperature Engineers, Inc.; Durametallic Corporation; Eaton Corporation; Edward Vogt Valve Co.; Everlasting Valve Co.; F.B. Wright Company; F.L. Smidth Dorr-Oliver Eimco Inc.; Flowserve Corporation; FMC Corporation; Foster Wheeler Energy Corporation; General Electric Company; Goodall Rubber Company; Goodrich Corporation; Goodyear Tire & Rubber Company; Goulds Pumps, Incorporated; Greene, Tweed & Company; Grinnell LLC; Harrison Piping Supply Company; Hoyt, Brumm and Link, Inc.; IMO Industries, Inc.; ITT Industries, Inc.; IU North America, Inc.; K & C Supply, Inc.; Marathon Petroleum Company LP; McMaster-Carr Supply Company; Midland Ross Corporation; Nagle Pumps, Inc.; Parker-Hannifin Corporation; Power Process Piping, Inc.; Radiator Specialty Company; Ric-Wil, Inc.; Riley Power, Inc.; Roger Zatkoff Company; Rust Engineering & Construction, Inc.; Rust International, Inc.; Satterlund Supply Company; Schad Boiler Setting Company; Seaway Mechanical Contractors, Incorporated; Square D Company; Standard Fuel Engineering Company; The Stanley-Carter Company; Sterling Fluid Systems (USA), LLC; Sulzer Pumps (US) Inc.; Taco, Inc.; Thiem Corporation; Union Carbide Chemicals and Plastics Company, Inc.; Union Pumps Company; Uniroyal, Inc.; Viacom International, Inc.; Welton Rubber Company; The William Powell Company; York International Corporation; **Bankrupt Entities**: A.P. Green; Babcock & Wilcox; Celotex; Eagle Picher; Fibreboard; Johns Manville; Keene; Owens Corning; Pittsburgh Corning; Raytech; T&N, and testimony

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

2

having been taken on Wednesday, May 11, 2022;

Waivers having been filed and/or various parties failing to appear, and the Court being fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Elaine Walczyk, Personal Representative for the Estate of Richard Walczyk, Deceased, is empowered, authorized, and directed to execute any documents necessary to settle claims with the above-referenced Defendants for the gross amount of TWO HUNDRED TWENTY-EIGHT THOUSAND THREE HUNDRED FIFTY-TWO AND 82/100 ($228,352.82) DOLLARS including, but not limited to, a Satisfaction of Judgment.

IT IS HEREBY ORDERED that the class of persons who are or may be entitled to damages as defined in MCLA 600.2922(3), as amended, shall be closed, and shall consist of the following:

**Spouse**
Elaine Walczyk

**Child**
Richard Walczyk, Jr.

IT IS FURTHER ORDERED that attorney fees in the sum of SEVENTY-THREE THOUSAND SIX HUNDRED SIXTY-SIX AND 74/100 ($73,666.74) DOLLARS and out-of-pocket expenses in the sum of SIX THOUSAND FIFTY-FOUR AND 86/100 ($6,054.86) DOLLARS are approved as reasonable and necessary for prosecution of this cause of action.

IT IS FURTHER ORDERED that the distribution of the net proceeds from the wrongful death settlements in the amount of ONE HUNDRED FORTY-EIGHT

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

3

THOUSAND SIX HUNDRED THIRTY-ONE AND 22/100 ($148,631.22) DOLLARS shall be distributed as follows:

FOUR HUNDRED FIFTY AND 00/100 ($450.00) DOLLARS shall be paid to Epiq (formerly known as the Garretson Resolution Group), for the enrollment fee into the Asbestos Malignancy Alternative Resolution Process (AMP) for Medicare clearance on asbestos settlement proceeds.

TWO HUNDRED EIGHTY-SEVEN AND 15/100 ($287.15) DOLLARS shall be paid to Serling & Abramson, P.C., as reimbursement of probate costs and fees.

The balance of ONE HUNDRED FORTY-SEVEN THOUSAND EIGHT HUNDRED NINETY-FOUR AND 07/100 ($147,894.07) DOLLARS shall be distributed as follows:

> ONE HUNDRED FORTY-SEVEN THOUSAND EIGHT HUNDRED NINETY-FOUR AND 07/100 ($147,894.07) DOLLARS to Elaine Walczyk.

**IT IS FURTHER ORDERED** that plaintiff's counsel shall deposit ONE HUNDRED PERCENT (100%) of the settlement proceeds awarded to Elaine Walczyk, as set forth above, into an interest-bearing account to allow plaintiff's counsel an opportunity to investigate and extinguish or resolve any potential Medicare and/or other health insurance liens. Upon satisfaction of said liens, plaintiff's counsel shall distribute the remainder of the settlements set aside herein as follows:

- 100% to Elaine Walczyk

**IT IS FURTHER ORDERED** that to the extent that the combined net proceeds plus interest thereon exceeds the sum of ONE HUNDRED FORTY-SEVEN THOUSAND EIGHT HUNDRED NINETY-FOUR AND 07/100 ($147,894.07) DOLLARS,

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

additional sums shall be paid as follows:

- 100% to Elaine Walczyk

IT IS FURTHER ORDERED that each party will be responsible for their own attorney fees and costs in this matter.

IT IS FURTHER ORDERED that the following are dismissed with prejudice: ABB, Inc.; Adience, Inc.; AII Acquisition LLC; The Alliance Machine Company; Amdura, LLC; American Crane Corporation; Ameron International Corporation; Amphenol Corporation; A.O. Smith; Armstrong International, Inc; Armstrong Pumps, Inc.; Auburn Manufacturing Company; Avocet Enterprises, Inc.; A.W. Chesterton Company; Baltimore Ennis Land Company, Inc.; Banner Engineering & Sales, Inc.; BASF Corporation; Bayer Cropscience, Inc.; Blue Point Capital Partners, LLC; The Boomer Company; Boone and Darr, Inc.; Bryan Steam Corporation; Bryan Steam, LLC; Burnham LLC; BW/IP, Inc.; Cameron International Corporation; Carrier Corporation; Carver Pump Co.; Champlain Cable Corporation; Cleaver Brooks Company; Clow Corporation (McWane, Inc.); Compudyne Corporation; Cooper Industries LLC; Crane Co.; Crosby Valve, LLC; Daubert Chemical Company, Inc.; Detroit Temperature Engineers, Inc.; Durametallic Corporation; Eaton Corporation; ECR International, Inc.; Edward Vogt Valve Co.; Electrolux USA, Inc.; Elof Hansson USA Inc.; Everlasting Valve Co.; F.B. Wright Company; F.L. Smidth Dorr-Oliver Eimco Inc.; Flowserve Corporation; Flowserve US Inc.; FMC Corporation; Ford Motor Company; Foseco, Inc.; Foster Wheeler Energy Corporation; General Electric Company; Goodall Rubber Company; Goodrich Corporation; Goodyear Tire & Rubber Company; Goulds Pumps, Incorporated; Greene, Tweed & Company; Grinnell LLC;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

5

Gusmer Enterprises, Inc.; Harrison Piping Supply Company; Honeywell International, Inc.; Howard Electric Company; Hoyt, Brumm and Link, Inc.; IMO Industries, Inc.; Industrial Holdings Corporation; ITT Industries, Inc.; IU North America, Inc.; J-M Manufacturing Company, Inc.; John E. Green Company; Johnson Controls, Inc.; K. L. McCoy and Associates, Inc.; K & C Supply, Inc.; Kerr Pump and Supply, Inc.; Lennox Industries, Inc.; Limbach Company LLC; Marathon Petroleum Company LP; The Marley-Wylain Company; McMaster-Carr Supply Company; Metropolitan Life Insurance Company; Michigan Valve and Foundry Corporation; Midland Ross Corporation; Midwest Valve & Fitting Company; Morgan Engineering Systems, Inc.; MW Custom Papers, LLC; Nagle Pumps, Inc.; The Nash Engineering Company; New Coleman Holdings, Inc.; Parker-Hannifin Corporation; Pfizer, Inc.; Power Process Piping, Inc.; R. L. Deppmann Company; Radiator Specialty Company; Rankin Automation Company, LLC; Reunion Industries, Inc.; Rex/Roto Corporation; Rheem Manufacturing Company; Ric-Wil, Inc.; Riley Power, Inc.; Rockwell Automation, Inc.; Roger Zatkoff Company; Roper Pump Company; Roth Pump Company; Rust Engineering & Construction, Inc.; Rust International, Inc.; Ruthman Pump & Engineering, Inc.; Satterlund Supply Company; Schad Boiler Setting Company; Sealite, Inc.; Seaway Mechanical Contractors, Incorporated; Shaw-Winkler, Inc.; Square D Company; Standard Fuel Engineering Company; The Stanley-Carter Company; Sterling Fluid Systems (USA), LLC; Sulzer Pumps (US) Inc.; Taco, Inc.; Terex Corporation; Thiem Corporation; Trans-Pumps, Inc.; Union Carbide Chemicals and Plastics Company, Inc.; Union Pumps Company; Uniroyal, Inc.; Viacom International, Inc.; Viking Pump, Inc.; W. J. O'Neil Co.; W. M. Sprinkman, LLC;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
———
(248) 647-6966

Warren Pumps, LLC; Wayne/Scott Fetzer Company; Weil-McLain; Weir Valves & Controls USA, Inc.; Welton Rubber Company; The William Powell Company; York Rubber Company; York International Corporation.

/s/ Patricia Fresard    5/13/2022

HON. PATRICIA FRESARD
CIRCUIT COURT JUDGE

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

# EXHIBIT 5

Stacy Stallworth   6/2/2022 9:48 PM   WAYNE COUNTY CLERK   Cathy M. Garrett   IN MY OFFICE   FILED   20-016314-NP

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

DONALD ESPER AND CYNTHIA ESPER
v.
ABB, Inc., et al,

_____/

Case Number
20-016314-NP

7 DAY

## ORDER OF DISMISSAL AND ADMINISTRATIVE CLOSING

At a session of the Court, held in the City of Detroit, County of

Wayne, State of Michigan on _____6/2/2022_____

PRESENT: HONORABLE ___PATRICIA FRESARD___

CIRCUIT COURT JUDGE

Upon the filing and reading of the attached Notice of Presentment of Order Under Seven
Day Rule which is in conformance with the Case Management Order of the Court for the asbestos
personal injury cases docket;

IT IS ORDERED that the above-captioned case is hereby dismissed with prejudice and
without costs or attorney fees as to the following Defendants and Third-Party Defendants:  A.W.
Chesterton Company; ABB, Inc.; Adience, Inc.; Alliance Machine Company; Amdura, LLC; Ameron
International Corporation; Amphenol Corporation; Anderson Greenwood & Company; Armstrong
International, Inc.; Armstrong Pumps, Inc.; Auburn Manufacturing Company; Baltimore Ennis Land
Company, Inc.; Banner Engineering & Sales, Inc.; BASF Corporation; Bayer Cropscience, Inc.;
Boomer Company; Bryan Steam Corporation; Bryan Steam, LLC,; Burnham LLC; BW/IP, Inc.;
Cameron International Corporation; Carrier Corporation; Carver Pump Co.; Champlain Cable
Corporation; Cleaver Brooks Company; Clow Corporation; Compudyne Corporation; Cooper
Industries LLC; Crane Co.; Crosby Valve, LLC; Daubert Chemical Company, Inc.; Durametallic
Corporation; Edward Vogt Valve Co.; Electrolux Usa, Inc.; Elof Hansson Usa Inc.; Everlasting Valve
Co.; F.B. Wright Company; F.L. Smidth Dorr-Oliver Eimco Inc.; Flowserve Corporation; Flowserve
Us Inc.; FMC Corporation; Ford Motor Company; Foseco, Inc.; Foster Wheeler Energy Corporation;
General Electric Company; Goodall Rubber Company; Goodrich Corporation; Goodyear Tire &
Rubber Company; Goulds Pumps, Incorporated; Greene, Tweed & Company; Grinnell LLC; Harrison
Piping Supply Company; Honeywell International, Inc.; Howard Electric Company; IMO Industries,
Inc.; ITT Industries, Inc.; IU North America, Inc.; John E. Green Company; Johnson Controls, Inc.;
K & C Supply, Inc.; Kerr Pump and Supply, Inc.; Limbach Company LLC; Marathon Petroleum
Company Lp; Marley-Wylain Company; McMaster-Carr Supply Company; McWane, Inc.;
Metropolitan Life Insurance Company; Michigan Valve and Foundry Corporation; Midland Ross

Corporation; Midwest Valve & Fitting Company; Nagle Pumps, Inc.; Parker-Hannifin Corporation; Pfizer, Inc.; Power Process Piping, Inc.; R. L. Deppmann Company; Radiator Specialty Company; Ric-Wil, Inc.; Riley Power, Inc.; Rockwell Automation, Inc.; Roger Zatkoff Company; Roper Pump Company; Roth Pump Company; Rust Engineering & Construction Inc.; Rust International, Inc.; Ruthman Pump & Engineering, Inc.; Schad Boiler Setting Company; Seaway Mechanical Contractors, Incorporated; Shaw-Winkler, Inc.; Sherwin-Williams Company; Socony Mobil Company, Inc.; Square D Company; Standard Fuel Engineering Company; Stanley-Carter Company; Sterling Fluid Systems (USA), LLC; Sulzer Pumps (US) Inc.; Sunoco, Inc (R&M); Taco, Inc.; Terex Corporation; Thiem Corporation; Trans-Pumps, Inc.; Union Carbide Chemicals and Plastics Company, Inc.; Union Pumps Company; Uniroyal, Inc.; Viacom International, Inc.; Viking Pump, Inc.; W. J. O'Neil Co.; W. M. Sprinkman, LLC; Warren Pumps, LLC; Wayne/Scott Fetzer Company; Weir Valves & Controls Usa, Inc.; Welton Rubber Company; William Powell Company; York International Corporation; York Rubber Company;

**IT IS FURTHER ORDERED** that the case is closed for administrative purposes without prejudice as to any Defendant which is now the subject of a bankruptcy case in the U.S. District court in which a stay of proceedings or an injunction is now in effect. This closing does not constitute a dismissal or a decision on the merits. If the bankruptcy stay or the injunction is removed, this case may be reopened as to that Defendant only on motion of either the Plaintiff or the Defendant.

/s/ Patricia Fresard    6/2/2022

CIRCUIT COURT JUDGE

# EXHIBIT C

Department of Health & Human Services
Centers for Medicare & Medicaid Services
7500 Security Boulevard
Baltimore, Maryland 21244-1850



**Financial Services Group**

**August 19, 2014**

**Note: This document revises the October 11, 2011 document issued on this subject. The revised language is highlighted below.**

**Liability Insurance (Including Self-Insurance):
Exposure, Ingestion, and Implantation Issues and December 5, 1980**

The Centers for Medicare & Medicaid Services (CMS) has consistently applied the Medicare Secondary Payer (MSP) provision for liability insurance (including self-insurance) effective December 5, 1980. As a matter of policy, Medicare does not assert an MSP liability insurance-based recovery claim against settlements, judgments, awards, or other payments where the date of incident (DOI) occurred before December 5, 1980.

When a case involves continued exposure to an environmental hazard or continued ingestion of a particular substance, Medicare focuses on the date of last exposure or ingestion for purposes of determining whether the exposure or ingestion occurred on or after December 5, 1980. Similarly, in cases involving ruptured implants that allegedly led to a toxic exposure, the exposure guidance or date of last exposure is used. For
non-ruptured implanted medical devices, Medicare focuses on the date the implant was removed. (**Note:** The term "exposure" refers to the claimant's actual physical exposure to the alleged environmental toxin, not the defendant's legal exposure to liability.)

In the following situations, Medicare will assert a recovery claim against settlements, judgments, awards, or other payments, and the Medicare, Medicaid, and SCHIP Extension Act of 2007 (MMSEA) Section 111 MSP mandatory reporting rules must be followed:

- Exposure, ingestion, or the alleged effects of an implant on or after December 5, 1980, is claimed, released, or effectively released in the most recently amended operative complaint or comparable supplemental pleading;

- A specified length of exposure or ingestion is required for the claimant to obtain the settlement, judgment, award, or other payment, and the claimant's date of first exposure plus the specified length of time in the

settlement, judgment, award or other payment equals a date on or after December 5, 1980. This also applies to implanted medical devices; and

- A requirement of the settlement, judgment, award, or other payment is that the claimant was exposed to, or ingested, a substance on or after December 5, 1980. This rule also applies if the settlement, judgment, award, or other payment depends on an implant that was never removed or was removed on or after December 5, 1980.

When **ALL** of the following criteria are met, Medicare will not assert a recovery claim against a liability insurance (including self-insurance) settlement, judgment, award, or other payment; and MMSEA Section 111 MSP reporting is not required. (**Note:** Where multiple defendants are involved, the claimant must meet all of these criteria for each individual defendant for a settlement, judgment, award, or other payment from that defendant to be exempt from a potential MSP recovery claim and MMSEA Section 111 reporting):

- All exposure or ingestion ended or the implant was removed before December 5,1980;

- Exposure, ingestion, or an implant on or after December 5, 1980, has not been claimed in the most recently amended operative complaint (or comparable supplemental pleading) and/or specifically released; and

- There is either no release for the exposure, ingestion, or an implant on or after December 5, 1980, or where there is such a release, it is a broad general release (rather than a specific release), which effectively releases exposure or ingestion on or after December 5, 1980. The rule also applies if the broad general release involves an implant.

*Any operative amended complaint (or comparable supplemental pleading) must occur prior to the date of settlement, judgment, award, or other payment and must not have the effect of improperly shifting the burden to Medicare by amending the prior complaint(s) to remove any claim for medical damages, care, items and/or services, etc.*

*Where a complaint is amended by Court Order and that Order limits Medicare's recovery claim based on the criteria contained in this alert, CMS will defer to the Order. CMS will not defer to Orders that contradict governing MSP policy, law, or regulation.*

**EXAMPLES:**

Below are some illustrative examples of how the policy related to December 5, 1980, should be applied to situations involving exposure, ingestion, and implantation. These examples are illustrative, as each situation must be evaluated individually on its merits. (**Note:** It is the parties' responsibility to make a determination regarding this policy).

| Situation | Application of December 5, 1980, Policy |
|---|---|
| The claimant was exposed to a toxic substance in his house. He moved on December 4, 1980. The claimant did not return to the house. | Exposure ended before December 5, 1980. |
| The claimant was exposed to a toxic substance in his house. He moved on December 4, 1980. The claimant makes monthly visits to the house because his mother continues to live in the house. | Exposure did not end before December 5, 1980. |
| The claimant was exposed to a toxic substance while he worked in Building A. He was transferred to Building B on December 4, 1980, and did not return to Building A. | Exposure ended before December 5, 1980. |
| The claimant was exposed to a toxic substance while he worked in Building A. He was transferred to Building B on December 4, 1980, but routinely goes to Building A for meetings. | Exposure did not end before December 5, 1980. |
| The claimant had a defective implant removed on December 4, 1980. The implant had not ruptured. | Exposure ended before December 5, 1980. |
| The claimant had a defective implant that was never removed. | Exposure did not end before December 5, 1980. |

**REPORTING REMINDER:**

Information related to the MMSEA Section 111 MSP reporting requirements can be found in the NGHP User Guide found on the CMS website. When reporting a potential settlement, judgment, award, or other payment related to exposure, ingestion, or implantation, **the date of first exposure/date of first ingestion/date of implantation is the date that MUST be reported as the DOI**. This is true for purposes of individual self-identification of a pending claim to CMS' Coordination of Benefits Contractor, as well as for MMSEA Section 111 reporting.

# EXHIBIT D

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

| | |
|---|---|
| BARBER, Dec., LARRY<br>BEATTY, Dec., EARL<br>ESPER, DONALD and CYNTHIA<br>HENNI, Dec., CARL<br>KACHMAN, Dec., NICHOLAS<br>MCCAUL, Dec., ROBERT<br>WALCZYK, Dec., RICHARD, | Case No. 20-006826-NP<br>Case No. 20-006060-NP<br>Case No. 20-016314-NP<br>Case No. 20-007746-NP<br>Case No. 20-005638-NP<br>Case No. 20-008150-NP<br>Case No. 20-012537-NP |

Plaintiffs,

HON. PATRICIA FRESARD

v

STANDARD FUEL ENGINEERING
COMPANY, a Michigan Corporation;

and SPENCE BROTHERS, a Michigan
Corporation.

Defendants.

_____/

ERIC B. ABRAMSON (P60949)
MARGARET H. JENSEN (P33511)
SERLING & ABRAMSON, P.C.
Attorneys for Plaintiffs
280 N. Old Woodward Ave., Ste. 406
Birmingham, Michigan 48009
(248) 647-6966

PATRICK M. FISHMAN (P41656)
KITCH, DRUTCHAS, WAGNER,
V ALITUTTI & SHERBROOK
Attorneys for Defendants
One Woodward Ave., Ste. 2400
Detroit, Ml 48226
(313) 965-7900

_____/

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF,
BRIEF IN SUPPORT, EXHIBITS, AND CERTIFICATE OF SERVICE**

NOW COMES Defendants STANDARD FUEL ENGINEERING COMPANY and

SPENCE BROTHERS, by and through their attorneys, KITCH DRUTCHAS WAGNER

VALITUTTI & SHERBROOK, and for their response to plaintiffs' motion for injunctive

relief, state as follows:

1.    These cases are product liability actions in which plaintiffs allege that they

were exposed to asbestos at their work sites. They were part of the January 24, 2022

Wayne County Trial Group.

2.    Plaintiffs and defendants reached a settlement in the above-named cases and consent judgments were entered on May 13, 2022 as to decedent plaintiffs Larry Barber, Earl Beatty, Carl Henni, Nicholas Kachman, Robert McCaul, and Richard Walczyk (Exhibit 4 to plaintiffs' motion). An order of dismissal with prejudice was entered in the Cynthia & Donald Esper case on June 2, 2022 (Exhibit 5 to plaintiffs' motion).

3.    As set forth below, this Court should deny plaintiffs' motion for an injunction where an order enjoining defendants from reporting settlements to the CMS as required by 42 USC 1395y(b) would violate the supremacy clause of the United States Constitution and/or where plaintiffs failed to meet their burden of establishing that an injunction is warranted.

4.    Under the Medicare Secondary Payer Act, 42 USC 1395y, liability insurers, among other entities, are required to report to Centers for Medicare & Medicaid Services ("CMS") certain details of any settlement, judgment, award, or other payments to plaintiffs who also happen to be Medicare recipients. Failure to report may result in a civil money penalty of up to $1,000 for each day of noncompliance with respect to each plaintiff. An exception to the mandatory reporting provisions involves settlements, judgments, awards and other payments involving entirely pre-December 5, 1980 asbestos exposure. CMS set forth certain criteria that must be met in order to be exempt from reporting.

5.    Although, defendants do not dispute that discovery has revealed no asbestos exposure after December 5, 1980 in the above-named cases, as set forth

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

below, the requirements to meet the exception to the reporting requirements are not met in these cases, such that defendants[1] are required by federal statute to report the settlements at this time.

6. Defendants submit that, as an alternative to an injunction, an order should be entered allowing the language of the complaint to be amended to include the following language, to be inserted in the complaint and/or any attachments to the complaint following any statement regarding years of exposure:

> [Years] "These are general years of exposure only. For Medicare reporting purposes, the specific years of exposure as to any particular defendant will be the dates set forth in plaintiff's Discovery Brochure and other evidence which may be advanced during the course of discovery."

7. Defendants also request that this Court hold that discovery has revealed no post-1980 asbestos exposure in the above-named cases (see proposed order, attached hereto as Exhibit C).

8. Alternatively, defendants request that this Court adjourn deciding plaintiffs' motion and permit defendants to contact CMS and request CMS to clarify its position as to its reporting guidelines such that defendants seek assurances that defendants are not required to report under these circumstances.

9. The inclusion of this amended language in the complaint would meet the criteria to the reporting exception, such that defendants would not be obligated to report the settlements to CMS.

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS and
COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

---

[1] For purposes of this motion, any reference to defendants include defendants' liability insurer(s).

WHEREFORE, defendants request that this respectfully request that this Honorable Court deny plaintiffs' motion, and enter an order amending the language of the complaints and hold that discovery revealed no post-1980 exposure, and/or permit defendants to contact CMS and request CMS to clarify its position as to its reporting guidelines.

Respectfully submitted,

KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK

By: /s/ Patrick M. Fishman
PATRICK M. FISHMAN (P41656)
KATHARINE GOSTEK (P80973)
Attorneys for Defendants Standard
Fuel Engineering Company and Spence
Brothers
One Woodward Ave., Ste. 2400
Detroit, MI 48226
(313) 965-7900

Dated: July 12, 2022

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

**BRIEF IN SUPPORT**

**THIS COURT SHOULD DENY PLAINTIFFS' MOTION FOR AN INJUNCTION UNDER MCR 3.310 WHERE AN ORDER ENJOINING DEFENDANTS FROM REPORTING SETTLEMENTS TO THE CMS AS REQUIRED BY 42 USC 1395Y(b) WOULD VIOLATE THE SUPREMACY CLAUSE OF THE UNITED STATES CONSTITUTION AND/OR WHERE PLAINTIFFS FAILED TO MEET THEIR BURDEN OF ESTABLISHING THAT AN INJUNCTION IS WARRANTED.**

This Court should deny plaintiffs' motion for an injunction under MCR 3.310 where an order enjoining defendants from reporting settlements to the CMS as required by 42 USC 1395y(b) would violate the supremacy clause of the United States Constitution and/or where plaintiffs failed to meet their burden of establishing that an injunction is warranted.

**A.    Defendants Have A Mandatory Duty To Report Settlements To CMS Under The Medicare Secondary Payer Act.**

Before the enactment of the Medicare Secondary Payer Act, 42 USC 1395y(b) ("MSPA") [section 1862(b) of the Social Security Act], Medicare often was the "primary" payer of medical expenses.  The MSPA was enacted to reverse this and to ensure that Medicare would be "the 'secondary payer' for medical services provided to Medicare beneficiaries whenever payment is available from another primary payer." *Stalley v Methodist Healthcare,* 517 F3d 911, 915 (CA6, 2008). Medicare Secondary Payer provisions have been amended several times. One of the amendments includes section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007 (MMSEA Section 111), which added mandatory reporting requirements with respect to Medicare beneficiaries who receive settlements, judgments, awards or other payment from liability insurance (including self-insurance), no-fault insurance, or workers' compensation. 42 USC § 1395y(b)(8). Under the MSPA, the insurer is required to report to Centers for

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

Medicare & Medicaid Services ("CMS") certain details of any settlement, judgment, award, or other payments to Medicare recipients arising out of asbestos exposures. *Id.* An insurer who fails to comply with the mandatory reporting requirements "may be subject to a civil money penalty of up to $1,000 for each day of noncompliance with respect to each claimant [Medicare recipients plaintiff]."[2] 42 USC § 1395y(b)(8)(E)(i).

As a matter of policy, an exception to the mandatory reporting provisions involves settlements, judgments, awards and other payments comprising entirely pre-December 5, 1980 occurrences; i.e. asbestos exposure occurring exclusively before December 5, 1980 (CMS, *Liability Insurance (Including Self-Insurance): Exposure, Ingestion, and Implantation Issues and December 5, 1980*, dated 8/19/14, attached hereto as Exhibit A). The CMS directive provides the criteria that must be met in order to be exempt from the statutory duty to report, as follows:

> When **ALL** of the following criteria are met, Medicare will not assert a recovery claim against a liability insurance (including self-insurance) settlement, judgment, award, or other payment; and MMSEA Section 111 MSP reporting is not required.. . .
>
> • All exposure or ingestion ended or the implant was removed before December 5,1980;
>
> • Exposure, ingestion, or an implant on or after December 5, 1980, has not been claimed in the most recently amended operative complaint (or comparable supplemental pleading) and/or specifically released; and
>
> • There is either no release for the exposure, ingestion, or an implant on or after December 5, 1980, or where there is such a release, it is a broad general release (rather than a specific release), which effectively releases exposure or ingestion on or after December 5, 1980. The rule also applies if the broad general release involves an implant. [(*Id*. p 2) (emphasis in original).

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

---

[2] Plaintiffs do not appear to be arguing that they are not Medicare recipients.

Here, the second requirement – that exposure after December 5, 1980, has not been claimed in the most recently amended operative complaint or comparable supplemental pleading – has not been met.  The complaints for the above-named plaintiffs provide that asbestos exposure occurred both pre- and post- 1980 (complaints, Exhibit B).  Therefore, under 42 USC § 1395y(b)(8), defendants here are required to report the settlements or risk a fine of $1,000 per day per plaintiff where the complaints allege post-December 5, 1980 exposure to asbestos.  Plaintiffs' motion essentially is requesting that this Court forbid defendants from complying with their obligations under federal law.

Plaintiffs' argument that defendants have no legal duty to report because the plaintiffs are enrolled in "Epiq programs" (plaintiffs' motion, p 6) is misplaced.  Plaintiffs cited no binding authority relieving defendants of their federal duty to report settlements to CMS.  Any letters from CMS to The Garretson Resolution Group, Inc.[3] providing that defendants are not required to report any settlements, awards, or judgments, if the plaintiff is enrolled in an "Epiq program" are merely letters directed to a non-party, not defendants. Nor are these apparent letters binding on defendants.  Defendants should not be prohibited from fulfilling a statutory duty merely because a non-party private company was told that liability insurers are not obligated to report any settlements or awards involving "Epiq" plaintiffs.

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
One Woodward Avenue,
Suite 2400
Detroit, Michigan
48226-5485

(313) 965-7900

---

[3] The Garretson Resolution Group, Inc., also known as Epiq Mass Tort ("Epiq") is a third-party, private company that many plaintiff firms have partnered with to facilitate and execute the Medicare reimbursement obligations that may arise after an asbestos-related settlement or judgment. Epiq is not a governmental entity and it is not controlled or managed by CMS.

**B.      This Court Should Deny Plaintiffs' Motion Where The Court Lacks
Jurisdiction And/Or Authority To Enter An Order Enjoining
Defendants And/Or Their Liability Insurers From Fulfilling Federal
Reporting Requirements To A Non-Party Entity – CMS.**

Plaintiffs fail to cite any authority that this Court has jurisdiction and/or authority

to enjoin defendants and/or their liability insurers from fulfilling federal reporting

requirements to a non-party entity – CMS. Plaintiffs' request to prohibit defendants from

fulfilling their reporting obligations under federal law is a violation of the Supremacy

Clause.

The Supremacy Clause of the United States Constitution provides as follows:

This Constitution, and the Laws of the United States which shall be made in
Pursuance thereof . . . shall be the supreme Law of the Land; and the Judges in
every State shall be bound
thereby,https://advance.lexis.com/document/teaserdocument/?pdmfid=1000516&
crid=fa9d9b26-d3fa-4359-bf2a-
d779c61cb1cb&pdteaserkey=h1&pditab=allpods&pddocfullpath=%2Fshared%2F
document%2Fcases%2Furn%3AcontentItem%3A65S8-W991-K0HK-2392-
00000-00&ecomp=rd-pk&earg=sr0&prid=cd267204-b518-469a-8c41-
da3d1efa8a00 any Thing in the Constitution or Laws of any State to the Contrary
notwithstanding. [US Const, art VI, cl 2.]

"[F]ederal law preempts state law in three circumstances: (1) where Congress

has expressed an intent to preempt state law [express preemption], (2) where state law

regulates conduct in a field that Congress intended to occupy exclusively [conflict

preemption], and (3) where state law actually conflicts with federal law [field

preemption." *In re Schultz,* 334 Mich App 730, 737 (2020) (citation omitted); see also

*Grand Trunk Western R Co v City of Fenton*, 439 Mich 240, 243-244; 482 NW2d 706

(1992) (Preemption may be express where Congress has explicitly stated its intent to

preempt state law; "field," where state law regulates conduct in a field that Congress

has intended to occupy exclusively; or "conflict," where state law is in actual conflict with

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

federal law).

It is well established that state law and/or state court orders may not conflict with federal regulations as well as federal statutes. See *Stajos v City of Lansing,* 221 Mich App 223, 235 (1997) ("Properly promulgated federal regulations may also preempt state statutes." (citation omitted)); *State v Lampart (In re Lampart)*, 306 Mich App 226 (2014) ("When a state court order attaches to Social Security benefits in contravention of 42 USC 407(a), the attachment amounts to a conflict with federal law, and such a conflict is one 'that the State cannot win.'") quoting *Bennett v Arkansas*, 485 US 395, 397; 108 S Ct 1204 (1988); *Foster v Foster,* 505 Mich 151, 156; 949 NW2d 102 (2020) (a consent judgment of divorce was unenforceable to the extent it was preempted by federal statute).

Here, an order prohibiting defendants from reporting any of the settlements to CMS would be preempted by the Medicare Secondary Payer Act. Although the MSPA's secondary payer provisions do not contain a preemption clause, the agency's regulations do. 42 CFR § 411.32(a)(1) provides that "Medicare benefits are secondary to benefits payable by a primary payer even if State law or the primary payer states that its benefits are secondary to Medicare benefits or otherwise limits its payments to Medicare beneficiaries." As such, any state law or state court order effectively preventing CMS from determining whether it is owed reimbursement as a secondary payer would be preempted.

Conflict preemption also applies here. Conflict preemption "can arise when it is impossible to comply with both federal and state requirements . . . or when state law stands as an obstacle to the accomplishment and execution of the full purposes and

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

9

objectives of Congress." *Ter Beek v City of Wyoming,* 495 Mich 1, 12 (2014) (internal

citations omitted)). See also *Wayne Cnty. Bd of Com'rs v Wayne Cnty. Airport Auth,* 253

Mich App 144, 198 (2002).

Here, MMSEA Section 111 straightforwardly mandates that defendants comply

with their reporting obligations and report any settlement, judgment, award, or other

payments to plaintiffs who happen to be Medicare recipients. See 42 USC 1395y(b)(8)

(providing for "[r]equired submission of information by or on behalf of liability insurance

(including self-insurance)"). MMSEA Section 111 does not require defendants to report

only if they are likely to be sanctioned for failure to report or if defendants believe CMS

is not entitled to reimbursement.  As set forth above, CMS set forth the requisite criteria

to be exempt from the mandatory reporting statute, 42 USC 1395y(b)(8), which are not

met in this case (Exhibit A).  Here, a court order prohibiting defendants from reporting

the settlements with plaintiffs to CMS would conflict with the federal requirement that

defendants report such settlements to CMS and would be preempted by federal law.

*Bomba v Bazakis (In re Bazakis)*, unpublished opinion per curiam of the Court of

Appeals, issued June 23, 2022 (Docket No. 358276) (holding that "the [state court]

order requiring that Bomba direct one-half of AM's monthly SSI [Supplemental Security

Income] benefits to Bazakis conflicts with at least 42 USC 1383(a)(2)(A)(ii)(I), and

potentially 42 USC 407(a). . . . The probate court order conflicts with the federal

requirement that the *representative payee* determines (consistent with federal

guidelines) how to best allocate the SSI benefits for the 'use and benefit of' AM.")

(emphasis in original).

Moreover, a court order prohibiting defendants from reporting the settlements

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
One Woodward Avenue,
Suite 2400
Detroit, Michigan
48226-5485

(313) 965-7900

with plaintiffs to CMS would stand as an obstacle to the accomplishment and execution of the full purposes and objectives of Congress. The MSPA was enacted to ensure that Medicare would be "the 'secondary payer' for medical services provided to Medicare beneficiaries whenever payment is available from another primary payer." *Stalley, supra.* The purpose of the reporting requirements is to allow CMS, as a secondary payer, to determine whether it is owed reimbursement from proceeds from liability insurers. Prohibiting defendants from reporting settlements to CMS frustrates the "accomplishment and execution of the full purposes and objectives" the reporting statute and the entire MSPA. *Ter Beek, supra.*

Therefore, this Court should deny plaintiffs' motion where an order prohibiting defendants from mandatory reporting under 42 USC 1395y(b)(8) would violate the Supremacy Clause of the United States Constitution.[4]

**C.  This Court Should Deny Plaintiffs' Motion Where Plaintiffs Failed To Meet Their Burden Of Establishing That An Injunction Is Warranted, And An Alternative Remedy Exists.**

Plaintiffs are requesting that this Court enter an injunction pursuant to MCR 3.310.  MCR 3.310(A)(1) provides that "Except as otherwise provided by statute or these rules, an injunction may not be granted before a hearing on a motion for a preliminary injunction or on an order to show cause why a preliminary injunction should not be issued."  The party requesting injunctive relief bears the burden of establishing that an injunction is warranted. MCR 3.310(A); *Slis v Michigan*, 332 Mich App 312, 337;

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
One Woodward Avenue,
Suite 2400
Detroit, Michigan
48226-5485

(313) 965-7900

---

[4] Defendants submit that plaintiffs' motion raises a federal issue and should be decided in federal court.  As such, defendants may remove this matter to federal court.

956 NW2d 569 (2020).[5] "Injunctive relief is an extraordinary remedy that issues only when justice requires, there is no adequate remedy at law, and there exists a real and imminent danger of irreparable injury." *Jeffrey v Clinton Twp*, 195 Mich App 260, 263-264; 489 NW2d 211 (1992). "When an injury is irreparable, the interference is of a permanent or continuous character, or the remedy at law will not afford adequate relief, a bill for an injunction is an appropriate remedy." *Schadewald v Brule*, 225 Mich App 26, 40; 570 NW2d 788 (1997).

In *Kernan v Homestead Dev Co*, 232 Mich App 503; 591 NW2d 369 (1998), the Court held that trial courts should consider several factors in evaluating a party's request for a permanent injunction:

(a) the nature of the interest to be protected,

(b) the relative adequacy to the plaintiff of injunction and of other remedies,

(c) any unreasonable delay by the plaintiff in bringing suit,

(d) any related misconduct on the part of the plaintiff,

(e) the relative hardship likely to result to defendant if an injunction is granted and to plaintiff if it is denied,

(f) the interests of third persons and of the public, and

(g) the practicability of framing and enforcing the order or judgment. [*Id*. at 514-515.]

Plaintiffs have failed to establish that an injunction should be granted here. Specifically, plaintiffs failed to establish an irreparable injury would occur if defendants followed the mandatory reporting requirements under 42 USC § 1395y(b). For

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

---

[5] To the extent that plaintiff's motion is interpreted as a motion for a preliminary injunction, defendants are entitled to security under MCR 3.310(D).

example, plaintiffs failed to establish that CMS more likely than not would take proceeds out of the settlement even if plaintiffs can establish that there was no December 5, 1980 exposure to asbestos. The mere fact that plaintiffs reported to CMS that there was no pre-1980 asbestos exposure, such that any reporting of the settlements by the defendants "may require unnecessary time and expense to resolve" (plaintiffs' motion, p 6), is not sufficient to establish an "irreparable injury." Nor should defendants have to carry the burden of the risk of a monetary fine of $1,000 per day per plaintiff simply because plaintiffs alleged post-1980 asbestos exposure in their complaints and failed to amend their complaints prior to entry of the judgments to establish that there was no asbestos exposure after December 5, 1980, thus meeting CMS' reporting exception criteria.

Moreover, plaintiff failed to establish that another remedy will not afford adequate relief.  Defendants do not dispute that discovery has revealed no asbestos exposure after December 5, 1980 in the above-named cases.  As set forth above, however, one of the criteria required to meet the reporting exception – that plaintiffs have not claimed exposure on or after December 5, 1980 in the most recently amended operative complaint or comparable supplemental pleading – has not been met in the above-named cases.  An alternative remedy that would adequately address plaintiffs' concerns without burdening defendants with a risk of a monetary fine of $1,000 per day per plaintiff is entry of an order allowing the language of the complaints be amended as follows:

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

> [Years] "These are general years of exposure only. For Medicare reporting purposes, the specific years of exposure as to any particular defendant will be the dates set forth in plaintiff's Discovery Brochure and other evidence which may be advanced during the course of discovery."

With this amendment, the Discovery Brochures effectively would be the controlling supplemental pleadings, thus meeting the exception to the mandatory reporting statute, such that defendants would not be required to report the settlements to CMS.  Defendants also request that this Court hold that discovery has revealed no post-1980 asbestos exposure in the above-named cases (see proposed order, Exhibit C).

Plaintiffs assert that because these cases have been dismissed, they cannot be reopened to amend the complaints (plaintiffs' motion, p 4). Plaintiffs, however, provide no authority to support their position (*Id.*).  To the contrary, post-judgment amendments to the complaint are permitted. MCR 2.118(C); MCR 2.611; *Browder v International Fidelity Ins Co*, 413 Mich 603 (1982) (granting post-judgment motion to amend the complaint to conform to the evidence).

As set forth above, injunctive relief "is an extraordinary remedy that issues only when justice requires, there is no adequate remedy at law, and there exists a real and imminent danger of irreparable injury." *Jeffrey, supra.*  Here, not only did plaintiffs fail to establish danger of an "irreparable injury," but also an adequate alternative to an injunction – an order amending the complaints – exists for all but one named plaintiff. For the reasons set forth above, this Court should deny plaintiffs' motion and enter an order allowing for the amendment of the language of the complaints, such that the exception to the mandatory reporting statute would be met and defendants would not be required to report the settlements to CMS.

Alternatively, defendants request that this Court adjourn deciding plaintiffs' motion and permit defendants to contact CMS and request CMS to clarify its position as

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

14

to its reporting guidelines such that defendants seek assurances that defendants are not required to report under these circumstances.

WHEREFORE, defendants request that this respectfully request that this Honorable Court deny plaintiffs' motion, and enter an order amending the language of the complaints and hold that discovery revealed no post-1980 exposure, and/or permit defendants to contact CMS and request CMS to clarify its position as to its reporting guidelines.

Respectfully submitted,

KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK

By: /s/ Patrick M. Fishman
PATRICK M. FISHMAN (P41656)
KATHARINE GOSTEK (P80973)
Attorneys for Defendants Standard
Fuel Engineering Company and Spence
Brothers
One Woodward Ave., Ste. 2400
Detroit, MI 48226
Dated: July 12, 2022                    (313) 965-7900

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
One Woodward Avenue,
Suite 2400
Detroit, Michigan
48226-5485

(313) 965-7900

| **STATE OF MICHIGAN**<br>MI Wayne 3rd Circuit Court | **PROOF OF ELECTRONIC SERVICE** | **CASE NO.** 20-006826-NP |
|---|---|---|

| Case title<br>BARBER, LANA , et al. v ROTH PUMP COMPANY , et al. |
|---|

1. MiFILE served the following documents on the following persons in accordance with MCR 1.109(G)(6).

| Type of document | Title of document |
|---|---|
| Answer/Response to Motion | MULTI-CASE - STANDARD FUEL, SPENCE BROTHER'S RESPONSE TO MOTION FOR INJUNCTIVE RELIEF |

| Person served | E-mail address of service | Date and time of service |
|---|---|---|
| Eric B. Abramson | eabramson@serlinglaw.com | 07/12/2022  4:29:57 PM |
| Michael W. Cianciolo | mwc@hclawyers.com | 07/12/2022  4:29:57 PM |
| Eugene Kelly Cullen | kcullen@siemion-huckabay.com | 07/12/2022  4:29:57 PM |
| Anthony A. Agosta | aagosta@clarkhill.com | 07/12/2022  4:29:57 PM |
| Shannon M. Kos | shannon.kos@kitch.com | 07/12/2022  4:29:57 PM |
| Steven M. Hickey | smh@hclawyers.com | 07/12/2022  4:29:57 PM |
| Cleo Nickie Fekaris | cleo.fekaris@formanwatkins.com | 07/12/2022  4:29:57 PM |
| Andrew L. Finn | alf@hclawyers.com | 07/12/2022  4:29:57 PM |
| James W. Stuart | jstuart@oaspc.com | 07/12/2022  4:29:57 PM |
| Timothy J. Jordan | tjordan@garanlucow.com | 07/12/2022  4:29:57 PM |
| Edward J. McCambridge | emccambridge@smsm.com | 07/12/2022  4:29:57 PM |
| Jason P. Eckerly | arieli@smsm.com | 07/12/2022  4:29:57 PM |
| Katherine A. Crowley | katherine.crowley@ceflawyers.com | 07/12/2022  4:29:57 PM |
| Scott S. Holmes | sholmes@foleymansfield.com | 07/12/2022  4:29:57 PM |
| Werner Richard Braun | rbraun@hpylaw.com | 07/12/2022  4:29:57 PM |
| William J. Kliffel | kliffel@butzel.com | 07/12/2022  4:29:57 PM |
| John C. Valenti | valenti@butzel.com | 07/12/2022  4:29:57 PM |
| Sarah L. Gordon | sgordon@vgpclaw.com | 07/12/2022  4:29:57 PM |
| Marilyn A. Madorsky | mmadorsky@p-ppc.com | 07/12/2022  4:29:57 PM |
| David Lauri Campbell | david.campbell@bowmanandbrooke.com | 07/12/2022  4:29:57 PM |
| Patrick B. Green | pgreen@dickinsonwright.com | 07/12/2022  4:29:57 PM |
| Darlene Marie Cini | DCini@foleymansfield.com | 07/12/2022  4:29:57 PM |
| Daniel E. Collins | daniel.collins@ceflawyers.com | 07/12/2022  4:29:57 PM |
| Kevin T. Kennedy | ktk@blakekirchner.com | 07/12/2022  4:29:57 PM |
| Dale R. Burmeister | dburmeister@harveykruse.com | 07/12/2022  4:29:57 PM |
| Joshua Douglas Lee | jlee@rshc-law.com | 07/12/2022  4:29:57 PM |
| Gary D. Sharp | gsharp@foleymansfield.com | 07/12/2022  4:29:57 PM |
| William E. Osantowski | wosantowski@foleymansfield.com | 07/12/2022  4:29:57 PM |
| Bradley Marshall Dowd | bdowd@hanover.com | 07/12/2022  4:29:57 PM |
| Daniel J. Niemann | dniemann@gnmlawyer.com | 07/12/2022  4:29:57 PM |
| John M. Mooney | jmooney@foleymansfield.com | 07/12/2022  4:29:57 PM |
| Dahlia N. Dallo | dahlia.dallo@ceflawyers.com | 07/12/2022  4:29:57 PM |
| Carmen M. Bickerdt | carmen.bickerdt@bowmanandbrooke.com | 07/12/2022  4:29:57 PM |
| John W. Crimando | jwc@crimandolaw.com | 07/12/2022  4:29:57 PM |
| Stephen Daniel Jacobites | stephen.jacobites@ceflawyers.com | 07/12/2022  4:29:57 PM |

| Daniel P. King | king@pkkwa.com | 07/12/2022  4:29:57 PM |
| Michael Daniel Cummings | mcummings@harveykruse.com | 07/12/2022  4:29:57 PM |
| Aaron D. Sims | asims@moffettllc.com | 07/12/2022  4:29:57 PM |
| Matthew Gustav Gauthier | mgauthier@moffettllc.com | 07/12/2022  4:29:57 PM |
| Aubree Alicia Krause | aak@novaralaw.com | 07/12/2022  4:29:57 PM |
| Karen Libertiny Ludden | kll@novaralaw.com | 07/12/2022  4:29:57 PM |
| Sarah J. Brutman | sjb@novaralaw.com | 07/12/2022  4:29:57 PM |
| Todd Grant Gattoni | tgattoni@dykema.com | 07/12/2022  4:29:57 PM |
| Owen Blood | oblood@sinarslaw.com | 07/12/2022  4:29:57 PM |
| Mark A. Wisniewski | mark.wisniewski@kitch.com | 07/12/2022  4:29:57 PM |
| Jamie Hecht Nisidis | jamnis@braunkendrick.com | 07/12/2022  4:29:57 PM |
| Deborah S. Kaleta | deborah.s.kaleta@gmail.com | 07/12/2022  4:29:57 PM |

2. I, Patrick Fishman, initiated the above MiFILE service transmission.

This proof of electronic service was automatically created, submitted, and signed on my behalf by MiFILE. I declare under the penalties of perjury that this proof of electronic service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.


07/12/2022
Date


/s/Patrick Fishman
Signature


Kitch Law Firm
Firm (if applicable)

# EXHIBIT A

Department of Health & Human Services
Centers for Medicare & Medicaid Services
7500 Security Boulevard
Baltimore, Maryland 21244-1850



**Financial Services Group**

**August 19, 2014**

**Note: This document revises the October 11, 2011 document issued on this subject. The revised language is highlighted below.**

**Liability Insurance (Including Self-Insurance):**
**Exposure, Ingestion, and Implantation Issues and December 5, 1980**

The Centers for Medicare & Medicaid Services (CMS) has consistently applied the Medicare Secondary Payer (MSP) provision for liability insurance (including self-insurance) effective December 5, 1980. As a matter of policy, Medicare does not assert an MSP liability insurance-based recovery claim against settlements, judgments, awards, or other payments where the date of incident (DOI) occurred before December 5, 1980.

When a case involves continued exposure to an environmental hazard or continued ingestion of a particular substance, Medicare focuses on the date of last exposure or ingestion for purposes of determining whether the exposure or ingestion occurred on or after December 5, 1980. Similarly, in cases involving ruptured implants that allegedly led to a toxic exposure, the exposure guidance or date of last exposure is used. For
non-ruptured implanted medical devices, Medicare focuses on the date the implant was removed. (**Note:** The term "exposure" refers to the claimant's actual physical exposure to the alleged environmental toxin, not the defendant's legal exposure to liability.)

In the following situations, Medicare will assert a recovery claim against settlements, judgments, awards, or other payments, and the Medicare, Medicaid, and SCHIP Extension Act of 2007 (MMSEA) Section 111 MSP mandatory reporting rules must be followed:

- Exposure, ingestion, or the alleged effects of an implant on or after December 5, 1980, is claimed, released, or effectively released in the most recently amended operative complaint or comparable supplemental pleading;

- A specified length of exposure or ingestion is required for the claimant to obtain the settlement, judgment, award, or other payment, and the claimant's date of first exposure plus the specified length of time in the

settlement, judgment, award or other payment equals a date on or after December 5, 1980. This also applies to implanted medical devices; and

- A requirement of the settlement, judgment, award, or other payment is that the claimant was exposed to, or ingested, a substance on or after December 5, 1980. This rule also applies if the settlement, judgment, award, or other payment depends on an implant that was never removed or was removed on or after December 5, 1980.

When **ALL** of the following criteria are met, Medicare will not assert a recovery claim against a liability insurance (including self-insurance) settlement, judgment, award, or other payment; and MMSEA Section 111 MSP reporting is not required. (**Note:** Where multiple defendants are involved, the claimant must meet all of these criteria for each individual defendant for a settlement, judgment, award, or other payment from that defendant to be exempt from a potential MSP recovery claim and MMSEA Section 111 reporting):

- All exposure or ingestion ended or the implant was removed before December 5,1980;

- Exposure, ingestion, or an implant on or after December 5, 1980, has not been claimed in the most recently amended operative complaint (or comparable supplemental pleading) and/or specifically released; and

- There is either no release for the exposure, ingestion, or an implant on or after December 5, 1980, or where there is such a release, it is a broad general release (rather than a specific release), which effectively releases exposure or ingestion on or after December 5, 1980. The rule also applies if the broad general release involves an implant.

*Any operative amended complaint (or comparable supplemental pleading) must occur prior to the date of settlement, judgment, award, or other payment and must not have the effect of improperly shifting the burden to Medicare by amending the prior complaint(s) to remove any claim for medical damages, care, items and/or services, etc.*

*Where a complaint is amended by Court Order and that Order limits Medicare's recovery claim based on the criteria contained in this alert, CMS will defer to the Order. CMS will not defer to Orders that contradict governing MSP policy, law, or regulation.*

**EXAMPLES:**

Below are some illustrative examples of how the policy related to December 5, 1980, should be applied to situations involving exposure, ingestion, and implantation. These examples are illustrative, as each situation must be evaluated individually on its merits. (**Note:** It is the parties' responsibility to make a determination regarding this policy).

| Situation | Application of December 5, 1980, Policy |
|---|---|
| The claimant was exposed to a toxic substance in his house. He moved on December 4, 1980. The claimant did not return to the house. | Exposure ended before December 5, 1980. |
| The claimant was exposed to a toxic substance in his house. He moved on December 4, 1980. The claimant makes monthly visits to the house because his mother continues to live in the house. | Exposure did not end before December 5, 1980. |
| The claimant was exposed to a toxic substance while he worked in Building A. He was transferred to Building B on December 4, 1980, and did not return to Building A. | Exposure ended before December 5, 1980. |
| The claimant was exposed to a toxic substance while he worked in Building A. He was transferred to Building B on December 4, 1980, but routinely goes to Building A for meetings. | Exposure did not end before December 5, 1980. |
| The claimant had a defective implant removed on December 4, 1980. The implant had not ruptured. | Exposure ended before December 5, 1980. |
| The claimant had a defective implant that was never removed. | Exposure did not end before December 5, 1980. |

**REPORTING REMINDER:**

Information related to the MMSEA Section 111 MSP reporting requirements can be found in the NGHP User Guide found on the CMS website. When reporting a potential settlement, judgment, award, or other payment related to exposure, ingestion, or implantation, **the date of first exposure/date of first ingestion/date of implantation is the date that MUST be reported as the DOI**. This is true for purposes of individual self-identification of a pending claim to CMS' Coordination of Benefits Contractor, as well as for MMSEA Section 111 reporting.

# EXHIBIT B

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CAROL BEATTY, Personal
Representative for the Estate of
EARL T. BEATTY, Deceased

      Plaintiff,

vs.

ACME INSULATION,
a Michigan Corporation;
ADIENCE, INC.,
Successor in Interest to Adience Company, LP as Successor
in Interest to BMI, Inc., a Delaware Corporation;
AMERON INTERNATIONAL CORPORATION,
a Delaware Corporation;
AMERON INTERNATIONAL CORPORATION,
a Delaware Corporation, in its own right and as successor in
interest to Bondstrand, Ltd.;
AUBURN MANUFACTURING COMPANY,
a Connecticut Corporation;
BALTIMORE ENNIS LAND COMPANY, INC.,
an Ohio Corporation, a/k/a Belci, f/k/a Gibson-Homans;
BEHLER-YOUNG CO.,
a Michigan Corporation;
THE BOOMER COMPANY,
a Michigan Corporation;
BRYAN STEAM CORPORATION,
a New Mexico Corporation;
BRYAN STEAM, LLC.,
a Delaware Limited Liability Company, f/k/a Bryan Boilers;
BURNHAM LLC,
a Delaware Coproration, f/k/a Burnham Corporation;
BW/IP, INC.,
a Delaware Corporation, f/k/a BW/IP International, Inc., in its own
right and as parent corporation to Byron Jackson Pump Division;
CAMERON INTERNATIONAL CORPORATION,
a Delaware Corporation;
CARVER PUMP CO.,
a Delaware Corporation;
CHAMPLAIN CABLE CORPORATION,
a Delaware Corporation, f/k/a Haveg Industries, Inc.;

ASBESTOS DOCKET
Case No:           -NP(s)
HON. PATRICIA FRESARD

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

1

Scanned with CamScanner

**CLEAVER BROOKS COMPANY,**
a Pennsylvania Corporation;
**CLOW CORPORATION,**
a Delaware Corporation;
**CROSBY VALVE, LLC,**
a Nevada Corporation;
**DAUBERT CHEMICAL COMPANY, INC.,**
an Illinois Corporation;
**DURAMETALLIC CORPORATION,**
a Michigan Corporation;
**EVERLASTING VALVE CO.,**
a Michigan Corporation;
**EVERT ASBESTOS INSULATING COMPANY,**
a Michigan Corporation;
**F.L. SMIDTH DORR-OLIVER EIMCO INC.,**
a Delaware Corporation;
**FORD MOTOR COMPANY,**
a Delaware Corporation;
**GOODALL RUBBER COMPANY,**
a New Jersey Corporation;
**GOODRICH CORPORATION,**
f/k/a B.F. Goodrich Company a New York Corporation;
**GOODYEAR TIRE & RUBBER COMPANY,**
an Ohio Corporation;
**THE GORMAN-RUPP COMPANY,**
an Ohio Corporation, in its own right and as successor in
interest to C.H. Wheeler Manufacturing Company;
**GREENE, TWEED & COMPANY,**
a Pennsylvania Corporation;
**GRINNELL LLC,**
a Delaware Corporation;
**HARRISON PIPING SUPPLY COMPANY,**
a Michigan Corporation;
**IU NORTH AMERICA, INC.,**
a Delaware Corporation as Successor in Interest by merger
with The Garp Co. and formerly known as The Gage Co., a
Pennsylvania Corporation, f/k/a Taylor Engineering;
**J-M MANUFACTURING COMPANY, INC.,**
a Delaware Corporation;
**JOHN E. GREEN COMPANY,**
a Michigan Corporation;
**JOHNSON CONTROLS, INC.,**
a Wisconsin Corporation, in its own right and as successor in
interest to Luxaire, Inc., Moncrief Furnace, The Henry
Furnace Company, Fraser-Johnston, Coleman Furnace;

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-8966

2

Scanned with CamScanner

**K & C SUPPLY, INC.,**
an Ohio Corporation;
**O.C. KECKLEY COMPANY,**
an Illinois Corporation;
**KERR PUMP AND SUPPLY, INC.,**
a Michigan Corporation;
**LENNOX INDUSTRIES, INC.,**
an Iowa Corporation, in its own right and as successor in
interest to Aireflo Furnaces, Armstrong Furnace, Ducane
Furnaces, Magic Chef Furnace;
**THE MARLEY-WYLAIN COMPANY,**
a Delaware Corporation, in its own right and as Successor in
Interest to Weil-McLain; Williamson-Thermoflo; Williamson
Company; Metzger Machine Corporation; Weil-McLain;
Bennett & Peck Company; Peck and Williamson Heating and
Ventilating Company; International Heater Company,
Twentieth Century Heating and Ventilating Company; Henry &
Scheible Company; Quaker Manufacturing Company; Ideal
Furnace Company; Williamson Heater Company;
**MCWANE, INC.,**
a Delaware Corporation, in its own right and as successor in
interest to Clow Valve Co. and Yeomans Pump;
**MIDLAND ROSS CORPORATION,**
an Ohio Corporation, in its own right and as Successor in
Interest to Surface Combustion;
**MW CUSTOM PAPERS, LLC,**
a Delaware Corporation, in its own right and as successor in
interest to The Mead Corporation;
**NAGLE PUMPS, INC.,**
an Ohio Corporation;
**NETZSCH PUMPS NORTH AMERICA, LLC,**
a Delaware Corporation;
**NIBCO, INC.,**
an Indiana Corporation;
**PFAUDLER, INC.**
a Delaware Corporation;
**POWER PROCESS PIPING, INC.,**
a Michigan Corporation;
**RADIATOR SPECIALTY COMPANY,**
a North Carolina Corporation;
**RIC-WIL, INC.,**
an Ohio Corporation;
**ROGER ZATKOFF COMPANY,**
a Michigan Corporation;
**ROPER PUMP COMPANY,**
a Delaware Corporation;

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-9966

3

Scanned with CamScanner

**ROTH PUMP COMPANY,**
a Delaware Corporation;
**RUTHMAN PUMP & ENGINEERING, INC.,**
an Ohio Corporation, a/k/a Gusher Pumps, Inc.;
**SATTERLUND SUPPLY COMPANY,**
a Michigan Corporation;
**SCHAD BOILER SETTING COMPANY,**
d/b/a Schad Refractory Construction Co., a Michigan Corporation;
**SEALITE, INC.,**
a California Corporation;
**STANDARD FUEL ENGINEERING COMPANY,**
a Michigan Corporation;
**STANDCO INDUSTRIES, INC.,**
a Delaware Corporation, in its own right and as successor in
interest to Sterling Packing and Gasket Company, Inc.;
**THE STANLEY-CARTER COMPANY,**
a Michigan Corporation;
**SULZER PUMPS (US) INC.,**
a Delaware Corporation, f/k/a The Austin Company;
**TA COMPANY,**
an Ohio Corporation;
**TACO, INC.,**
a Rhode Island Corporation;
**TATE ANDALE, INC.,**
a Maryland Corporation, in its own right and successor in
interest to Andale Valves;
**THERMON, INC.,**
a Texas Corporation, in its own right and as successor in
interest to Thermon Manufacturing Company;
**TKD, INC.,**
a California Corporation, in its own right and as successor in
interest to Johnston Pump Company;
**TRANS-PUMPS, INC.,**
a Pennsylvania Corporation, a/k/a Hazelton Pumps;
**TUTHILL CORPORATION,**
a Delaware Corporation;
**UNIROYAL, INC.,**
a/k/a United States Rubber Co., Inc., a New Jersey Corporation;
**VIKING PUMP, INC.,**
a Delaware Corporation;
**WATTS WATER TECHNOLOGIES, INC.,**
a Delaware Corporation;
**WEIL PUMP COMPANY,**
an Illinois Corporation;
**WEIR VALVES & CONTROLS USA, INC.,**
a Massachusetts Corporation, f/k/a Atwood and Morrill Co., Inc.;

LAW OFFICES
MICHAEL B. SERLINO, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

4

Scanned with CamScanner

**YORK INTERNATIONAL CORPORATION,**
a Delaware Corporation, in its own right and as successor in
interest to Evcon Industries, Inc., Luxaire, Inc., Moncrief Furnace,
The Henry Furnace Company, Fraser-Johnston, Coleman Furnace;
**YORK RUBBER COMPANY,**
a Michigan Corporation;

    Defendants.

_____/

**ERIC B. ABRAMSON (P60949)**
**SERLING & ABRAMSON, P.C.**
**Attorneys for Plaintiffs**
**280 N. Old Woodward Ave., Ste. 406**
**Birmingham, Michigan 48009**
**(248) 647-6966**

_____/

### NOTICE OF COMPLAINT IN WRONGFUL DEATH CASE
### COMPLAINT AND JURY DEMAND

    **A civil action between these parties or other parties arising out of the
transaction or occurrence alleged in the complaint has been previously
filed in the Circuit Court for the County of Madison, Illinois. The
action is still pending. The docket number is 16L001549 and Judge
Stephen Stobbs is assigned to the action.**

    NOW COMES Plaintiff by and through his attorneys, SERLING &
ABRAMSON, P.C. and for his Complaint against each Defendant, states as follows:

    1.    In compliance with Wayne County Circuit Court Judge Robert J.
Colombo, Jr.'s Case Management Order of November 21, 2003, paragraph II. C. 4., a
Complaint was filed with the Court's "Master File" (Case No.: 03-310422-NP) entitled
"Asbestos Master Complaint—Deceased Plaintiff," Standard Pleading No. 12. Plaintiff
adopts by reference each and every allegation in this Master Complaint.

    2.    Pursuant to the Court's Case Management Order of November 21,
2003, Plaintiff, **CAROL BEATTY, Personal Representative for the Estate of EARL T.
BEATTY, Deceased,** states as follows:

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

Scanned with CamScanner

| | |
|---|---|
| Deceased Plaintiff: | Earl T. Beatty |
| Decedent's Date of Birth: | January 27, 1938 |
| Decedent's Date of Death: | February 2, 2019 |
| Personal Representative: | Carol Beatty |
| Per. Rep.'s Birth Date: | July 22, 1939 |
| Personal Representative's Address: | 3898 E. Herrick<br>Clare, MI 48617 |
| Spouse of Decedent: | Carol Beatty |
| Spouse's Date of Birth: | July 22, 1939 |
| Disease: | Mesothelioma |
| Date of Decedent's Diagnosis: | September 20, 2016 |
| Decedent's Period of Exposure to Asbestos: | 1966-1995 – *subject to further discovery* |
| Decedent's Occupation: | Boiler House Operator, Pipecoverer, Pipefitter |
| Employer(s): | Dow Chemical |
| Known Job Sites and Years at Job Sites: | See Attachment "A" |
| Identity of all Known Non-Parties: | See Attachment "B" |
| Reasonably Known Medical Information: | See Attachment "C" |
| Social Security Printout included: (check one)   Yes _____        No _X_ (has been ordered) | No |
| Geographical Situs of Asbestos Exposure: | Wayne County, Michigan |

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**A TRIAL BY JURY IS HEREBY DEMANDED TO DETERMINE**

6

Scanned with CamScanner


ALL ISSUES.

/s/ Eric B. Abramson
ERIC B. ABRAMSON (P60949)
Attorney for Plaintiff
280 N. Old Woodward, Ste. 406
Birmingham, Michigan 48009
(248) 647-6966

DATED:       May 6, 2020

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

Scanned with CamScanner

## ATTACHMENT "A"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff reserves the right to update asbestos product exposure identification after investigation of the case and review of the Social Security Printout and in accordance with the Court's Case Management Order deadline for submission of a final product identification brochure.  Plaintiff's Known Job Site Information is as follows:

| KNOWN JOB SITES | YEARS AT JOB SITES |
|---|---|
| Dow Chemical | 1966-1995 |

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

8

Scanned with CamScanner

## ATTACHMENT "B"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff's Preliminary Notice of Non-Parties are as follows:

A.P. GREEN REFRACTORIES
AC&S
ARMSTRONG WORLD INDUSTRIES
ASARCO
BABCOCK & WILCOX COMPANY
BONDEX
BURNS & ROE
CELOTEX CORPORATION
COMBUSTION ENGINEERING
DRESSER INDUSTRIES/HARBISON WALKER REFRACTORIES
EAGLE-PICHER INDUSTRIES, INC.
FIBREBOARD CORPORATION
FLEXITALLIC GASKET
FLINTKOTE
GAF CORPORATION
GARLOCK
GEORGIA PACIFIC
H.K. PORTER
HALLIBURTON
JOHNS-MANVILLE CORPORATION
KAISER ALUMINUM
KEENE/BEH
KENTILE FLOORS
KVAERNER
LESLIE
ASBESTOS CLAIMS MANAGEMENT CORP. (F/K/A NATIONAL GYPSUM)
NORTH AMERICAN REFRACTORIES
OGLEBAY NORTON
ON MARINE SERVICES COMPANY
OWENS CORNING FIBERGLAS CORPORATION
OWENS ILLINOIS
PITTSBURGH CORNING CORPORATION
PLIBRICO COMPANY
QUIGLEY
RAYBESTOS-MANHATTAN
SEPCO
THAN
TURNER & NEWALL
UGL
UNITED STATES GYPSUM CO.
W.R. GRACE
YARWAY

This list may be incomplete and is subject to change as discovery is ongoing.

S:\Complaints\DEADLINES\2019 July-Dec\BEATTY, Earl SWPF.docx

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

Scanned with CamScanner

## ATTACHMENT "C"

All reasonably known medical information is as follows:

Mid Michigan Medical Center
4000 Wellness Dr.
Midland, MI                                          Biopsy

University of Michigan Health System
1011 Cornwell Place
Ann Arbor, MI                                        Current Treatment

Dr. David Bremer
212 W. 6th St.
Clare, MI                                            General Practitioner

Dr. Steven Gellman
602 Beech ST. #1230
Clare, MI                                            Cardiologist

Dr. Robert Jones
4011 Orchard Place #3004
Midland, MI                                          Thoracic Surgeon

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

Scanned with CamScanner

20-006826-NP FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   5/29/2020 10:06 AM   Rementa Canyon

**STATE OF MICHIGAN**

**IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE**

**LANA BARBER, Personal**
**Representative for the Estate of**
**LARRY L. BARBER, Deceased**

        **Plaintiff,**

**vs.**

**ACME INSULATION,**
a Michigan Corporation;
**ADIENCE, INC.,**
Successor in Interest to Adience Company, LP as Successor
in Interest to BMI, Inc., a Delaware Corporation;
**ALLISON TRANSMISSION, INC.**
a Delaware Corporation
**AMERON INTERNATIONAL CORPORATION,**
a Delaware Corporation;
**AMERON INTERNATIONAL CORPORATION,**
a Delaware Corporation, in its own right and as successor in
interest to Bondstrand, Ltd.;
**ARVINMERITOR, INC.**
a Delaware Corporation
**BALTIMORE ENNIS LAND COMPANY, INC.,**
an Ohio Corporation, a/k/a Belci, f/k/a Gibson-Homans;
**BECHTEL CORPORATION**
a Nevada Corporation;
**BEHLER-YOUNG CO.,**
a Michigan Corporation;
**THE BOOMER COMPANY,**
a Michigan Corporation;
**BRYAN STEAM CORPORATION,**
a New Mexico Corporation;
**BRYAN STEAM, LLC,**
a Delaware Limited Liability Company, f/k/a Bryan Boilers;
**BURNHAM LLC,**
a Delaware Corporation, f/k/a Burnham Corporation;
**BW/IP, INC.,**
a Delaware Corporation, f/k/a BW/IP International, Inc., in
its own right and as parent corporation to Byron Jackson
Pump Division;
**CAMERON INTERNATIONAL CORPORATION,**
a Delaware Corporation;
**CARLISLE COMPANIES, INC.**
a Delaware Corporation

**ASBESTOS DOCKET**
**Case No:**       **-NP(a)**
**HON. PATRICIA FRESARD**

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
———
(248) 647-6966

1

**CARVER PUMP CO.,**
a Delaware Corporation;
**CATERPILLER, INC.**
a Delaware Corporation
**CHERNE CONTRACTING CORPORATION**
a Delaware Corporation;
**CLEAVER BROOKS COMPANY,**
a Pennsylvania Corporation;
**CLOW CORPORATION,**
a Delaware Corporation;
**CNH INDUSTRIAL AMERICA LLC**
a Delaware Corporation, in its own right and as successor by
merger of Case Corporation and New Holland N.V.
**CROSBY VALVE, LLC,**
a Nevada Corporation;
**CUMMINS, INC.**
an Indiana Corporation
**DAUBERT CHEMICAL COMPANY, INC.,**
an Illinois Corporation;
**DEERE & COMPANY**
a Delaware Corporation
**DURAMETALLIC CORPORATION,**
a Michigan Corporation;
**ELECTROLUX HOME PRODUCTS, INC.**
a Delaware Corporation
**ESCON GROUP, INC.**
a Michigan Corporation, in its own right and as successor in
interest to Essexville Electric;
**EVERLASTING VALVE CO.,**
a Michigan Corporation;
**F.L. SMIDTH DORR-OLIVER EIMCO INC.,**
a Delaware Corporation;
**FLOWSERVE CORPORATION,**
a New York Corporation, in its own right and as successor in
interest to Durco Pumps and Nordstrom Valves;
**FMC CORPORATION**
a Delaware Corporation, in its own right and as successor in
interest to Link-Belt Construction
**FORD MOTOR COMPANY,**
a Delaware Corporation;
**GOODALL RUBBER COMPANY,**
a New Jersey Corporation;
**GOODRICH CORPORATION,**
f/k/a B.F. Goodrich Company a New York Corporation;
**GOODYEAR TIRE & RUBBER COMPANY,**
an Ohio Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009
———
(248) 647-6966

**THE GORMAN-RUPP COMPANY,**
an Ohio Corporation, in its own right and as successor in
interest to C.H. Wheeler Manufacturing Company;
**GRADALL INDUSTRIES, INC.**
a Delaware Corporation
**GREENE, TWEED & COMPANY,**
a Pennsylvania Corporation;
**GUSMER ENTERPRISES, INC.**
a New Jersey Corporation, in its own right and as successor
in interest to The Cellulo Company, Filter Materials, Inc. and
A. Gusmer, Inc.;
**HARLAN ELECTRIC COMPANY**
a Michigan Corporation;
**HARRISON PIPING SUPPLY COMPANY,**
a Michigan Corporation;
**HENNESSY INDUSTRIES, INC.**
a Delaware Corporation, in its own right and as successor in
interest to AMMCO Tools
**HERLIHY MID-CONTINENT COMPANY**
an Illinois Corporation;
**IMO INDUSTRIES, INC.,**
a/k/a DeLaval Turbines, Inc., a Delaware Corporation;
**IU NORTH AMERICA, INC.,**
a Delaware Corporation as Successor in Interest by merger
with The Garp Co. and formerly known as The Gage Co., a
Pennsylvania Corporation, f/k/a Taylor Engineering;
**J-M MANUFACTURING COMPANY, INC.,**
a Delaware Corporation;
**JOHN E. GREEN COMPANY,**
a Michigan Corporation;
**JOHNSON CONTROLS, INC.,**
a Wisconsin Corporation, in its own right and as successor in
interest to Luxaire, Inc., Moncrief Furnace, The Henry
Furnace Company, Fraser-Johnston, Coleman Furnace;
**K & C SUPPLY, INC.,**
an Ohio Corporation;
**O.C. KECKLEY COMPANY,**
an Illinois Corporation;
**KERR PUMP AND SUPPLY, INC.,**
a Michigan Corporation;
**KOMATSU AMERICA Corp**
a Georgia Corporation
**KOMATSU MINING CORP.**
a Delaware Corporation
**LENNOX INDUSTRIES, INC.,**
an Iowa Corporation, in its own right and as successor in
interest to Aireflo Furnaces, Armstrong Furnace, Ducane
Furnaces, Magic Chef Furnace;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

3

**THE MARLEY-WYLAIN COMPANY,**
a Delaware Corporation, in its own right and as Successor in Interest to
Weil-McLain; Williamson-Thermoflo; Williamson Company; Metzger
Machine Corporation; Weil-McLain; Bennett & Peck Company; Peck
and Williamson Heating and Ventilating Company; International
Heater Company, Twentieth Century Heating and Ventilating
Company; Henry & Scheible Company; Quaker Manufacturing
Company; Ideal Furnace Company; Williamson Heater Company;
**MCCORD CORPORATION F/K/A MCCORD GASKET COMPANY**
a Michigan Corporation
**MCWANE, INC.,**
a Delaware Corporation, in its own right and as successor in
interest to Clow Valve Co. and Yeomans Pump;
**MIDLAND ROSS CORPORATION,**
an Ohio Corporation, in its own right and as Successor in
Interest to Surface Combustion;
**NAGLE PUMPS, INC.,**
an Ohio Corporation;
**THE NASH ENGINEERING COMPANY,**
a Connecticut Corporation;
**NAVISTAR, INC.**
a Delaware Corporation, in its own right and as successor in
interest to International Harvester Company and International
Truck and Engine Corporation
**NETZSCH PUMPS NORTH AMERICA, LLC,**
a Delaware Corporation;
**PFAUDLER, INC.**
a Delaware Corporation;
**PNEUMO ABEX CORPORATION**
a Delaware Corporation, f/k/a Abex Corporation
**POWER PROCESS PIPING, INC.,**
a Michigan Corporation;
**RADIATOR SPECIALTY COMPANY,**
a North Carolina Corporation;
**RIC-WIL, INC.,**
an Ohio Corporation;
**ROGER ZATKOFF COMPANY,**
a Michigan Corporation;
**ROPER PUMP COMPANY,**
a Delaware Corporation;
**ROTH PUMP COMPANY,**
a Delaware Corporation;
**RUTHMAN PUMP & ENGINEERING, INC.,**
an Ohio Corporation, a/k/a Gusher Pumps, Inc.;
**SATTERLUND SUPPLY COMPANY,**
a Michigan Corporation;
**SCHAD BOILER SETTING COMPANY,**
d/b/a Schad Refractory Construction Co., a Michigan Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

4

**SEALITE, INC.,**
a California Corporation;
**SPENCE BROTHERS**
a Michigan Corporation;
**STANDARD FUEL ENGINEERING COMPANY,**
a Michigan Corporation;
**STANDCO INDUSTRIES, INC.,**
a Delaware Corporation, in its own right and as successor in
interest to Sterling Packing and Gasket Company, Inc.;
**THE STANLEY-CARTER COMPANY,**
a Michigan Corporation;
**STONE & WEBSTER, INC.**
a Louisiana Corporation;
**SULZER PUMPS (US) INC.,**
a Delaware Corporation;
**TA COMPANY**
an Ohio Corporation, f/k/a The Austin Company
**TACO, INC.,**
a Rhode Island Corporation;
**TATE ANDALE, INC.,**
a Maryland Corporation, in its own right and successor in
interest to Andale Valves;
**TKD, INC.,**
a California Corporation, in its own right and as successor in
interest to Johnston Pump Company;
**TRANS-PUMPS, INC.,**
a Pennsylvania Corporation, a/k/a Hazelton Pumps;
**TUTHILL CORPORATION,**
a Delaware Corporation;
**TWIN DISC, INCORPORATED**
a Wisconsin Corporation
**UNIROYAL, INC.,**
a/k/a United States Rubber Co., Inc., a New Jersey Corporation;
**VIKING PUMP, INC.,**
a Delaware Corporation;
**VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, LLC**
a Delaware Corporation, in its own right and as successor in
interest to Blaw Knox
**WATTS WATER TECHNOLOGIES, INC.,**
a Delaware Corporation;
**WEIL PUMP COMPANY,**
an Illinois Corporation;
**WEIR VALVES & CONTROLS USA, INC.,**
a Massachusetts Corporation, f/k/a Atwood and Morrill Co., Inc.;
**WELTON RUBBER COMPANY,**
a Michigan Corporation, formerly known as Welton Rubber
& Asbestos Company;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

**WHITE CONSOLIDATED INDUSTRIES, INC.**
a Delaware Corporation, in its own right and as successor in
interest to American Chain & Cable Company, Inc. and
Schade Valve Manufacturing Co.
**THE WILLIAM POWELL COMPANY,**
an Ohio Corporation;
**YORK RUBBER COMPANY,**
a Michigan Corporation;
**YORK INTERNATIONAL CORPORATION,**
a Delaware Corporation, in its own right and as successor in
interest to Evcon Industries, Inc., Luxaire, Inc., Moncrief Furnace,
The Henry Furnace Company, Fraser-Johnston, Coleman Furnace;

      Defendants.

_____/

**ERIC B. ABRAMSON (P60949)**
**SERLING & ABRAMSON, P.C.**
**Attorney for Plaintiffs**
**280 N. Old Woodward Ave., Ste. 406**
**Birmingham, Michigan 48009**
**(248) 647-6966**

_____/

**NOTICE OF COMPLAINT**
**COMPLAINT**

      **A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in the Circuit Court for the County of Madison, Illinois. The action is still pending. The docket number is 16 L 000312 and Judge Stephen Stobbs is assigned to the action.**

      NOW COMES Plaintiff, by and through her Attorney, SERLING & ABRAMSON, P.C., and for her Complaint against each Defendant, state as follows:

      1.     In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order of June 24, 2016, paragraph II. C. 4., a Complaint was filed with the Court's "Master File" (Case No.: 03-310422-NP) entitled "Asbestos Master Complaint—Deceased Plaintiff," Standard Pleading No. 12. Plaintiff adopts by reference each and every allegation in this Master Complaint.

      2.     Pursuant to the Court's Case Management Order of June 24, 2016,

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

Plaintiff, **LANA BARBER Personal Representative for the Estate of LARRY L. BARBER, Deceased** states as follows:

| | |
|---|---|
| Deceased Plaintiff: | Larry L. Barber |
| Decedent's Date of Birth: | February 1, 1943 |
| Decedent's Date of Death: | February 7, 2016 |
| Personal Representative: | Lana Barber |
| Per. Rep.'s Birth Date: | March 28, 1946 |
| Personal Representative's Address: | 2125 E. Surrey Rd.<br>Farwell, MI  48622 |
| Spouse of Decedent: | Lana Barber |
| Spouse's Date of Birth: | March 28, 1946 |
| Disease: | Mesothelioma |
| Date of Decedent's Diagnosis: | January 4, 2016 |
| Decedent's Period of Exposure to Asbestos: | 1966-1968 (U.S. Navy); 1964-1966, 1968-2001 – *subject to further discovery* |
| Decedent's Occupation: | Heavy Equipment Field Operator; Laborer; Lab Analyst; Operator; Insulator; Pipecoverer |
| Employer(s): | Pat's Gradall; Dow Chemical |
| Known Job Sites and Years at Job Sites: | See Attachment "A" |
| Identity of all Known Non-Parties: | See Attachment "B" |
| Reasonably Known Medical Information: | See Attachment "C" |
| Social Security Printout included: (check one)   Yes _____        No _X_ (has been ordered) | No |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009
———
(248) 647-6966

Geographical Situs of Asbestos
Exposure:                                         Wayne County, Michigan


/s/ *Eric B. Abramson*
**ERIC B. ABRAMSON (P60949)**
**Attorney for Plaintiff**
**280 N. Old Woodward, Ste. 406**
**Birmingham, Michigan  48009**
**(248) 647-6966**

**DATED:**  May 28, 2020

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

## ATTACHMENT "A"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff reserves the right to update asbestos product exposure identification after investigation of the case and review of the Social Security Printout and in accordance with the Court's Case Management Order deadline for submission of a final product identification brochure.  Plaintiff's Known Job Site Information is as follows:

| KNOWN JOB SITES | YEARS AT JOB SITES |
| --- | --- |
| Pat's Gradall | 1964-1966 |
| United States Navy | 1966-1968 |
| Dow Chemical | 1966, 1968-1987 |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009
———
(248) 647-6966

## ATTACHMENT "B"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff's Preliminary Notice of Non-Parties are as follows:

A.P. GREEN REFRACTORIES
AC&S
ARMSTRONG WORLD INDUSTRIES
ASARCO
BABCOCK & WILCOX COMPANY
BONDEX
BURNS & ROE
CELOTEX CORPORATION
COMBUSTION ENGINEERING
DRESSER INDUSTRIES/HARBISON WALKER REFRACTORIES
EAGLE-PICHER INDUSTRIES, INC.
FIBREBOARD CORPORATION
FLEXITALLIC GASKET
FLINTKOTE
GAF CORPORATION
GARLOCK
GEORGIA PACIFIC
H.K. PORTER
HALLIBURTON
JOHNS-MANVILLE CORPORATION
KAISER ALUMINUM
KEENE/BEH
KENTILE FLOORS
KVAERNER
LESLIE
ASBESTOS CLAIMS MANAGEMENT CORP. (F/K/A NATIONAL GYPSUM)
NORTH AMERICAN REFRACTORIES
OGLEBAY NORTON
ON MARINE SERVICES COMPANY
OWENS CORNING FIBERGLAS CORPORATION
OWENS ILLINOIS
PITTSBURGH CORNING CORPORATION
PLIBRICO COMPANY
QUIGLEY
RAYBESTOS-MANHATTAN
SEPCO
THAN
TURNER & NEWALL
UGL
UNITED STATES GYPSUM CO.
W.R. GRACE
YARWAY

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

This list may be incomplete and is subject to change as discovery is ongoing.

S:\Complaints\DEADLINES\2019 July-Dec\BARBER, Larry SWLPf.docx

## <u>ATTACHMENT "C"</u>

All reasonably known medical information is as follows:


MidMichigan Medical Center
4000 Wellness Drive
Midland, Michigan 48670
(989) 839-3000                               May 6,2015 Cytology:  Pleural Fluid
                                             Reactive Mesothelial Cells

                                             January 4, 2016 Biopsy:  diagnosed with
                                             Mesothelioma

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009
_____
(248) 647-6966

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

LANA BARBER, Personal
Representative for the Estate of
LARRY L. BARBER, Deceased

**ASBESTOS DOCKET**
**Case No:**          **-NP(a)**

      **Plaintiff,**

**HON. PATRICIA FRESARD**

**vs.**

**ACME INSULATION, et al**

    Defendants.

_____/

**ERIC B. ABRAMSON (P60949)**
**SERLING & ABRAMSON, P.C.**
**Attorney for Plaintiffs**
**280 N. Old Woodward Ave., Ste. 406**
**Birmingham, Michigan  48009**
**(248)  647-6966**

_____/

**JURY DEMAND**

    **A  TRIAL  BY  JURY  IS  HEREBY  DEMANDED  TO  DETERMINE**

**ALL ISSUES.**

                      **/s/ *Eric B. Abramson***
                      **ERIC B. ABRAMSON (P60949)**
                      **Attorney for Plaintiff**
                      **280 N. Old Woodward, Ste. 406**
                      **Birmingham, Michigan  48009**
                      **(248) 647-6966**

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009
_____
(248) 647-6966

**DATED:** May 28, 2020

Rementa Canyon   5/29/2020 10:06 AM   WAYNE COUNTY CLERK   Cathy M. Garrett   FILED   IN MY OFFICE
20-006826-NP

20-005638-NP FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   4/24/2020 11:13 AM   Rementa Canyon

**STATE OF MICHIGAN**

**IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE**

| | |
|---|---|
| **NICHOLAS KACHMAN** | |
| **and ISABEL KACHMAN** | **ASBESTOS DOCKET** |
| | **Case No:** -NP(a) |
| **Plaintiff,** | **HON. PATRICIA FRESARD** |

**vs.**

**ADIENCE, INC.,**
Successor in Interest to Adience Company, LP as Successor
in Interest to BMI, Inc., a Delaware Corporation;
**AFC-HOLCROFT, L.L.C.,**
a Michigan Corporation, in its own right and as successor in interest
to Holcroft and Pacific Industrial Furnace Company (PIFCO)
**ARMSTRONG PUMPS, INC.,**
a New York Corporation;
**AVOCET ENTERPRISES, INC.,**
f/k/a Ventfabrics, Inc., an Illinois Corporation;
**BALTIMORE ENNIS LAND COMPANY, INC.,**
an Ohio Corporation, a/k/a Belci, f/k/a Gibson-Homans;
**BEAZER EAST, INC.,**
a Delaware Corporation in its own right and as successor in interest to Koppers
Company, Inc., and as parent corporation to subsidiary, Thiem Corporation;
**THE BOOMER COMPANY,**
a Michigan Corporation;
**BW/IP, INC.,**
a Delaware Corporation, f/k/a BW/IP International, Inc., in its own
right and as parent corporation to Byron Jackson Pump Division;
**CLEAVER BROOKS COMPANY,**
a Pennsylvania Corporation;
**COLUMBUS MCKINNON CORP,**
a New York Corporation, in its own right and as Successor in
Interest to Lift-Tech International, Inc. (Shaw-Box);
**COOPER INDUSTRIES LLC,**
a Delaware Corporation, in its own right and as successor in interest to
Cooper Industries, Inc., Crouse-Hinds Co., Cooper Bessemer Corp.,
McGraw-Edison Co., Wagner Electric Corp, Studebaker Worthington, Inc.,
Edison International Inc., Tung Sol Electric, Inc. and Abex Corporation
**COPES-VULCAN,**
a Delaware Corporation;
**DAUBERT CHEMICAL COMPANY, INC.,**
an Illinois Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
———
(248) 647-6966

1

**DEZURIK, INC.,**
a Delaware Corporation;
**DOW CHEMICAL DELAWARE CORPORATION,**
a Delaware Corporation;
**THE DOW CHEMICAL COMPANY,**
a Delaware Corporation;
**DURAMETALLIC CORPORATION,**
a Michigan Corporation;
**EVERLASTING VALVE CO.,**
a Michigan Corporation;
**F.B. WRIGHT COMPANY,**
a Michigan Corporation;
**FLOWSERVE CORPORATION,**
a New York Corporation, in its own right and as successor in
interest to Durco Pumps and Nordstrom Valves;
**FOSECO, INC.,**
a Delaware Corporation, in its own right and as Successor to
Gibson-Homans Co., Baltimore Ennis Land Co., Inc., and as
Subsidiary of Foseco Plc;
**GARDNER DENVER, INC.,**
a Delaware Corporation;
**GOODALL RUBBER COMPANY,**
a New Jersey Corporation;
**GOODRICH CORPORATION,**
f/k/a B.F. Goodrich Company a New York Corporation;
**GOODYEAR TIRE & RUBBER COMPANY,**
an Ohio Corporation;
**GREENE, TWEED & COMPANY,**
a Pennsylvania Corporation;
**IU NORTH AMERICA, INC.,**
a Delaware Corporation as Successor in Interest by merger
with The Garp Co. and formerly known as The Gage Co., a
Pennsylvania Corporation, f/k/a Taylor Engineering;
**JOHN CRANE, INC.,**
a Delaware Corporation, f/k/a Crane Packing Company;
**JOHN E. GREEN COMPANY,**
a Michigan Corporation;
**JOHNSON CONTROLS, INC.,**
a Wisconsin Corporation, in its own right and as successor in
interest to Luxaire, Inc., Moncrief Furnace, The Henry
Furnace Company, Fraser-Johnston, Coleman Furnace;
**JOY GLOBAL SURFACE MINING, INC.,**
a Delaware Corporation, in its own right and as successor in
inerest to P&H Material Handling, P&H Minepro Services,
P&H Mining Equipment, Harnischfeger Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
———
(248) 647-6966

2

**K & C SUPPLY, INC.,**
an Ohio Corporation;
**MIDLAND ROSS CORPORATION,**
an Ohio Corporation, in its own right and as Successor in
Interest to Surface Combustion;
**NEW COLEMAN HOLDINGS, INC.,**
a Kansas Corporation
**PARKER-HANNIFIN CORPORATION,**
an Ohio Corporation, as parent corporation of Parker Packing Division;
**POWER PROCESS PIPING, INC.,**
a Michigan Corporation;
**RADIATOR SPECIALTY COMPANY,**
a North Carolina Corporation;
**REUNION INDUSTRIES, INC.,**
a Delaware Corporation;
**REX/ROTO CORPORATION,**
a Michigan Corporation;
**ROGER ZATKOFF COMPANY,**
a Michigan Corporation;
**RUST INTERNATIONAL, INC.,**
a Delaware Corporation in its own right and as successor in
interest to M.W. Kellogg Co., and the Swindell Dressler Co.;
**THE SAGER CORPORATION,**
an Illinois Corporation, in its own right and as successor in
interest to The Sager Glove Corporation;
**SATTERLUND SUPPLY COMPANY,**
a Michigan Corporation;
**SCHAD BOILER SETTING COMPANY,**
d/b/a Schad Refractory Construction Co., a Michigan Corporation;
**SEAWAY MECHANICAL CONTRACTORS, INCORPORATED,**
a Michigan Corporation;
**SIEMENS CORPORATION,**
a Delaware Corporation, in its own right and as Successor in
Interest to ITE Electrical Products Company and Terry Turbine;
**SINGER SAFETY COMPANY,**
an Illinois Corporation;
**STANDARD FUEL ENGINEERING COMPANY,**
a Michigan Corporation;
**THE STANLEY-CARTER COMPANY,**
a Michigan Corporation;
**THERMO FISHER SCIENTIFIC INC.,**
a Delaware Corporation, f/k/a Thermo Electron Corp., in its
own right & as successor in interest to Thermo Therra Tech
Company, f/k/a Thermoprocess Systems Inc., in its own right
& as successor in interest to Holcroft/Loftis & Holcroft, a
Delaware Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**UNION PUMPS COMPANY,**
f/k/a David Brown Union Pump Company, a Michigan
Corporation;
**UNIROYAL, INC.,**
a/k/a United States Rubber Co., Inc., a New Jersey
Corporation;
**WARREN PUMPS, LLC,**
a Delaware Corporation;
**YORK RUBBER COMPANY,**
a Michigan Corporation;

       Defendants.
_____/
**ERIC B. ABRAMSON (P60949)**
**SERLING & ABRAMSON, P.C.**
**Attorneys for Plaintiffs**
**280 N. Old Woodward Ave., Ste. 406**
**Birmingham, Michigan  48009**
**(248)  647-6966**
_____/

**NOTICE OF COMPLAINT**
**COMPLAINT AND JURY DEMAND**

      **A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in the Circuit Court for the Count of Cook, Illinois.  The action is still pending.  The docket number is 17 L 012857 and Judge Clare E. McWilliams is assigned to the action.**

      NOW COME Plaintiffs, by and through their Attorneys, SERLING & ABRAMSON, P.C., and for their Complaint against each Defendant, state as follows:

      1.     In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order of June 24, 2016, paragraph II. C. 4., a Complaint was filed with the Court's "Master File" (Case No.: 03-310422-NP) entitled "Asbestos Master Complaint—Living Plaintiff and Spouse," Standard Pleading No. 11.  Plaintiffs adopt by reference each and every allegation in this Master Complaint.

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009
————
(248) 647-6966

2.      Pursuant to the Court's Case Management Order of June 24, 2016,

Plaintiffs, **NICHOLAS KACHMAN** and **ISABEL KACHMAN,** his wife, state as

follows:

| | |
|---|---|
| Living Plaintiff: | Nicholas Kachman |
| Plaintiff's Date of Birth: | September 7, 1929 |
| Plaintiffs' Residence: | 283 McMillan Rd.<br>Grosse Pointe Farms, MI  48236 |
| Spouse: | Isabel Kachman |
| Spouse's Date of Birth: | December 28, 1930 |
| Disease: | Mesothelioma |
| Date of Diagnosis: | August 25, 2017 |
| Period of Exposure to Asbestos: | 1929-1947 (exposure through father); 1942-1949, 1953-1993 – *subject to further discovery* |
| Occupation: | Tool & Die; Various Engineering positions |
| Employer: | Beaver Tool & Die; Gabriel Steel; General Motors Corporation |
| Known Job Sites and Years at Job Sites: | See Attachment "A" |
| Identity of all Known Non-Parties: | See Attachment "B" |
| Reasonably Known Medical Information: | See Attachment "C" |
| Social Security Printout included: (check one)    Yes _____    No __X__ | No (has been ordered) |
| Geographical Situs of Asbestos Exposure: | Wayne County, Michigan |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009
———
(248) 647-6966

**A  TRIAL  BY  JURY  IS  HEREBY  DEMANDED  TO  DETERMINE**

**ALL ISSUES.**

/s/ *Eric B. Abramson*

**ERIC B. ABRAMSON (P60949)**
**Attorney for Plaintiff**
**280 N. Old Woodward, Ste. 406**
**Birmingham, Michigan  48009**
**DATED:**  April 24, 2020                    **(248) 647-6966**

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009
———
(248) 647-6966

6

## ATTACHMENT "A"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff reserves the right to update asbestos product exposure identification after investigation of the case and review of the Social Security Printout and in accordance with the Court's Case Management Order deadline for submission of a final product identification brochure.  Plaintiff's Known Job Site Information is as follows:

| KNOWN JOB SITES | YEARS AT JOB SITES |
|---|---|
| Chrysler Corporation | 1929-1947 (Exposure through father, Nicholas Kachman) |
| Ford Motor Company, River Rouge Plant, Dearborn, MI | 1942-1946 |
| Beaver Tool & Die | 1946-1949 |
| Gabriel Steel, Detroit, MI | 1953-1957 |
| General Motors Corporation | 1957-1993 |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009
⸻
(248) 647-6966

## ATTACHMENT "B"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff's Preliminary Notice of Non-Parties are as follows:

A.P. GREEN REFRACTORIES
AC&S
ARMSTRONG WORLD INDUSTRIES
ASARCO
BABCOCK & WILCOX COMPANY
BONDEX
BURNS & ROE
CELOTEX CORPORATION
COMBUSTION ENGINEERING
DRESSER INDUSTRIES/HARBISON WALKER REFRACTORIES
EAGLE-PICHER INDUSTRIES, INC.
FIBREBOARD CORPORATION
FLEXITALLIC GASKET
FLINTKOTE
GAF CORPORATION
GARLOCK
GEORGIA PACIFIC
H.K. PORTER
HALLIBURTON
JOHNS-MANVILLE CORPORATION
KAISER ALUMINUM
KEENE/BEH
KENTILE FLOORS
KVAERNER
LESLIE
ASBESTOS CLAIMS MANAGEMENT CORP. (F/K/A NATIONAL GYPSUM)
NORTH AMERICAN REFRACTORIES
OGLEBAY NORTON
ON MARINE SERVICES COMPANY
OWENS CORNING FIBERGLAS CORPORATION
OWENS ILLINOIS
PITTSBURGH CORNING CORPORATION
PLIBRICO COMPANY
QUIGLEY
RAYBESTOS-MANHATTAN
SEPCO
THAN
TURNER & NEWALL
UGL
UNITED STATES GYPSUM CO.
W.R. GRACE
YARWAY

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009
———
(248) 647-6966

This list may be incomplete and is subject to change as discovery is ongoing.

C:\Users\Diane\Desktop\WORK-2020\Kachnan, Nicholas SWL.docx

## ATTACHMENT "C"

All reasonably known medical information is as follows:


William Hanna MD
25869 Kelly Rd
Roseville MI  48066
586-774-3780                           Pulmonologist


Luis Camero MD
2581 Kelly Rd #1
Roseville MI  48066
586-777-8440                           Cardiothoracic surgeon


Barbara Ann Karmanos Cancer Institute
4100 John R. St.
Detroit MI  48201
Antoinette Wozniak MD
800-527-6266                           Thoracic Oncologist


Beaumont Hospital
468 Cadieux Rd.
Grosse Pointe MI  48230
313-473-1000


Grosse Pointe Urgent Care
20311 Mack Ave
Grosse Pointe Woods MI  48236
313-499-6000

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009
_____
(248) 647-6966

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CARL W. HENNI and
CHARLENE HENNI

      Plaintiff,

vs.

ABITIBI CONSOLIDATED SALES CORPORATION,
a Delaware Corporation;
ACME INSULATION,
a Michigan Corporation;
ADIENCE, INC.
Successor in Interest to Adience Company, LP as Successor in
Interest to BMI, Inc., a Delaware Corporation;
THE ALLIANCE MACHINE COMPANY
a Delaware Corporation;
AMERICAN CRANE CORPORATION
a North Carolina Corporation;
AMERICAN ELECTRIC POWER SERVICE CORPORATION
a Foreign Corporation;
AMERICAN STANDARD, INC.
a Delaware Corporation, f/k/a American Radiator and Standard
Sanitary Corporation, in its own right and as parent corporation
to American Blower Division and the Trane Company;
ARKEMA, INC.
a Pennsylvania Corporation, in its own right and as successor
in interest to Pennsalt Chemicals Corporation;
ARMSTRONG INTERNATIONAL, INC.
a Michigan Corporation;
ARMSTRONG PUMPS, INC.
a New York Corporation;
AUBURN MANUFACTURING COMPANY
a Connecticut Corporation;
A.W. CHESTERTON COMPANY
a Massachusetts Corporation;
BALTIMORE ENNIS LAND COMPANY, INC.
an Ohio Corporation, a/k/a Belci, f/k/a Gibson-Homans;
BANNER ENGINEERING & SALES, INC.
a Michigan Corporation, a/k/a Joseph M. Day Company;
BASF CORPORATION
a Delaware Corporation;

__ASBESTOS DOCKET__
Case No:      -NP(a)
HON. PATRICIA FRESARD

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

1

20-007746-NP FILED IN MY OFFICE  Cathy M. Garrett  WAYNE COUNTY CLERK  6/19/2020 11:27 AM  Carlita McMiller

**BAYER CROPSCIENCE, INC.**
a Delaware Corporation, f/k/a Amchem Products, Inc. and
Benjamin Foster Company;
**BECHTEL CORPORATION**
a Nevada Corporation;
**THE BOOMER COMPANY**
a Michigan Corporation;
**BRYAN STEAM CORPORATION**
a New Mexico Corporation;
**BRYAN STEAM, LLC,**
a Delaware Limited Liability Company, f/k/a Bryan Boilers;
**BURNHAM LLC**
a Delaware Coproration, f/k/a Burnham Corporation;
**BW/IP, INC.**
a Delaware Corporation, f/k/a BW/IP International, Inc., in
its own right and as parent corporation to Byron Jackson
Pump Division;
**CAMERON INTERNATIONAL CORPORATION**
a Delaware Corporation;
**CARRIER CORPORATION**
a Delaware Corporation, a/k/a Bryant Heating & Cooling
Systems, Bryant Company, Payne Company, Affiliated Gas
Equipment, Inc., Carrier Transicold Division, Carrier
Refigeration Operations, Owen-West Mechanical, Inc.,
CAC/BDP, Comfortaire, Day & Night Furnace Co. and
Heil Furnaces;
**CARRIER CORPORATION**
a Delaware Corporation, in its own right and as successor in
interest to Heil-Quaker Corporation;
**CARVER PUMP CO.**
a Delaware Corporation;
**CHAMPLAIN CABLE CORPORATION**
a Delaware Corporation, f/k/a Haveg Industries, Inc.;
**CHERNE CONTRACTING CORPORATION**
a Delaware Corporation;
**CLEAVER BROOKS COMPANY**
a Pennsylvania Corporation;
**CLIFFS NATURAL RESOURCES INC.,**
an Ohio Corporation;
**CLOW CORPORATION**
a Delaware Corporation;
**COMBUSTION ENGINEERING**
a Delaware Corporation, in its own right and as successor
in interest to Combustion Engineering Refractories
Division, Walsh Refractories and Refractory & Insulation
Corp;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-0966

**COMPUDYNE CORPORATION**
a Nevada Corporation, in its own right and as successor in
interest by merger with York-Shipley, Inc., a Pennsylvania
Corporation; and as successor in interest by merger with
Robintech, Inc., a Delaware Corporation;

**COOPER INDUSTRIES LLC**
a Delaware Corporation, in its own right and as successor in
interest to Cooper Industries, Inc., Crouse-Hinds Co., Cooper
Bessemer Corp., McGraw-Edison Co., Wagner Electric
Corp, Studebaker Worthington, Inc., Edison International
Inc., Tung Sol Electric, Inc. and Abex Corporation;

**CRANE CO.**
a Delaware Corporation f/k/a Crane Delaware Co., a
Delaware Corporation, in its own right and as Successor in
Interest to Crane Co., an Illinois Corporation, f/k/a Crane
Company and Jenkins Valves, in its own right and as
Successor in Interest to Pacific Steel Boiler Company;

**CROSBY VALVE, LLC**
a Nevada Corporation;

**DAUBERT CHEMICAL COMPANY, INC.**
an Illinois Corporation;

**DCO LLC**
a Virginia Corporation, in its own right and as successor in
interest to Dana Companies, LLC, Dana Corporation,
Spraycraft, Victor Gaskets, Spicer Clutch;

**DOW CHEMICAL DELAWARE CORPORATION**
a Delaware Corporation;

**THE DOW CHEMICAL COMPANY**
a Delaware Corporation;

**DURAMETALLIC CORPORATION**
a Michigan Corporation;

**EATON CORPORATION**
an Ohio Corporation, in its own right and as successor in
interest to Cutler-Hammer, Inc.;

**EDWARD VOGT VALVE CO.**
a North Carolina Corporation;

**E.I. DU PONT DE NEMOURS & COMPANY,**
a Delaware Corporation;

**ELOF HANSSON USA INC.**
a Delaware Corporation;

**ENTERGY NUCLEAR PALISADES, LLC**
a Delaware Corporation, in its own right and as successor in
interest to Palisades Power Plant;

**ESCON GROUP, INC.**
a Michigan Corporation, in its own right and as successor in
interest to Essexville Electric;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

3

**EVERLASTING VALVE CO.**
a Michigan Corporation;
**F.B. WRIGHT COMPANY**
a Michigan Corporation;
**F.L. SMIDTH DORR-OLIVER EIMCO INC.**
a Delaware Corporation;
**FLOWSERVE CORPORATION**
a New York Corporation, in its own right and as successor
in interest to Durco Pumps and Nordstrom Valves;
**FLOWSERVE US INC.**
a Delaware Corporation, in its own right and as successor
in interest to Edwards Valves, Inc.;
**FMC CORPORATION**
a Delaware Corporation, in its own right and on behalf of
its former Chicago Pump, Northern Pump and Stearns
businesses and its former Construction Equipment Group;
**FORD MOTOR COMPANY**
a Delaware Corporation;
**FOSECO, INC.**
a Delaware Corporation, in its own right and as Successor
to Gibson-Homans Co., Baltimore Ennis Land Co., Inc.,
and as Subsidiary of Foseco Plc;
**FOSTER WHEELER ENERGY CORPORATION**
a New Jersey Corporation;
**GENERAL ELECTRIC COMPANY**
a New York Corporation;
**GOODALL RUBBER COMPANY**
a New Jersey Corporation;
**GOODRICH CORPORATION**
f/k/a B.F. Goodrich Company a New York Corporation;
**GOODYEAR TIRE & RUBBER COMPANY**
an Ohio Corporation;
**GOULDS PUMPS, INCORPORATED**
a Delaware Corporation;
**GREENE, TWEED & COMPANY**
a Pennsylvania Corporation;
**GRINNELL LLC**
a Delaware Corporation;
**GUSMER ENTERPRISES, INC.**
a New Jersey Corporation;
**HARLAN ELECTRIC COMPANY**
a Michigan Corporation;
**HARRISON PIPING SUPPLY COMPANY**
a Michigan Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**HONEYWELL INTERNATIONAL, INC.**
a Delaware Corporation, Successor in interest to Allied-
Signal Corporation, Allied Chemical Corporation, Semet
Solvay and Bendix Corporation;
**HOWARD ELECTRIC COMPANY**
a Michigan Corporation;
**HYDRONIC SUPPLY & ENGINEERING, INC.**
a Michigan Corporation;
**IMO INDUSTRIES, INC.**
a/k/a DeLaval Turbines, Inc., a Delaware Corporation;
**INDUSTRIAL HOLDINGS CORPORATION**
a New York Corporation f/k/a Carborundum Corporation;
**INGERSOLL-RAND COMPANY**
a New Jersey Corporation, in its own right and as successor in
interest to Blaw-Knox;
**INTERNATIONAL PAPER COMPANY,**
a New York Corporation;
**ITT INDUSTRIES, INC.**
an Indiana Corporation in its own right and as Successor in
Interest to ITT Grinnell, Bell & Gossett, Kennedy Valves;
**IU NORTH AMERICA, INC.**
a Delaware Corporation as Successor in Interest by merger
with The Garp Co. and formerly known as The Gage Co., a
Pennsylvania Corporation, f/k/a Taylor Engineering;
**J-M MANUFACTURING COMPANY, INC.**
a Delaware Corporation;
**JOHN E. GREEN COMPANY**
a Michigan Corporation;
**JOHNSON CONTROLS, INC.**
a Wisconsin Corporation, in its own right and as successor in
interest to Luxaire, Inc., Moncrief Furnace, The Henry Furnace
Company, Fraser-Johnston, Coleman Furnace;
**K & C SUPPLY, INC.**
an Ohio Corporation;
**K. L. McCOY AND ASSOCIATES, INC.**
a Michigan Corporation;
**KELSEY HAYES COMPANY,**
a Delaware Corporation;
**KERR PUMP AND SUPPLY, INC.**
a Michigan Corporation;
**KIMBERLEY-CLARK GLOBAL SALES, LLC**
a Delaware Corporation;
**KRONES, INC.**
a Wisconsin Corporation, in its own right and as the parent
company of W.M. Sprinkman, LLC;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**LIMBACH COMPANY LLC**
a Delaware Corporation, in its own right and as successor in
interest to Limbach Company, a/k/a Lorne Plumbing & Heating;
**MARATHON PETROLEUM COMPANY LP**
an Ohio Corporation a/k/a Marathon Ashland Petroleum LLC,
Marathon Oil Corporation, Marathon Ashland Petroleum
Canada, Ltd., Marathon Petroleum Company Canada, Marathon
Ashland Pipe Line LLC and Marathon Pipe Line LLC;
**THE MARLEY-WYLAIN COMPANY**
a Delaware Corporation, in its own right and as Successor in Interest to
Weil-McLain; Williamson-Thermoflo; Williamson Company; Metzger
Machine Corporation; Weil-McLain; Bennett & Peck Company; Peck
and Williamson Heating and Ventilating Company; International
Heater Company; Twentieth Century Heating and Ventilating
Company; Henry & Scheible Company; Quaker Manufacturing
Company; Ideal Furnace Company; Williamson Heater Company;
**MCMASTER-CARR SUPPLY COMPANY**
an Illinois Corporation;
**MCWANE, INC.**
a Delaware Corporation, in its own right and as successor in
interest to Clow Valve Co. and Yeomans Pump;
**METROPOLITAN LIFE INSURANCE COMPANY**
a/k/a Metropolitan Insurance Co. a Delaware Corporation;
**MICHIGAN VALVE AND FOUNDRY CORPORATION**
a Michigan Corporation;
**MIDLAND ROSS CORPORATION**
an Ohio Corporation, in its own right and as Successor in
Interest to Surface Combustion;
**MIDWEST VALVE & FITTING COMPANY**
a Michigan Corporation, a/k/a State Plumbing & Heating
Supply Co.;
**MORGAN ENGINEERING SYSTEMS, INC.**
a Delaware Corporation;
**MW CUSTOM PAPERS, LLC**
a Delaware Corporation, in its own right and as successor in
interest to The Mead Corporation;
**NAGLE PUMPS, INC.**
an Ohio Corporation;
**THE NASH ENGINEERING COMPANY**
a Connecticut Corporation;
**NEENAH PAPER, INC.,**
a Delaware Corporation, in its own right and as successor in
interest to Fibermark, Inc.;
**NEW COLEMAN HOLDINGS, INC.**
a Kansas Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

6

**PARKER-HANNIFIN CORPORATION**
an Ohio Corporation, as parent corporation of Parker
Packing Division;
**PFIZER, INC.**
a Delaware Corporation;
**PHARMACIA & UPJOHN LLC,**
a Delaware Corporation;
**PHARMACIA LLC**
a Delaware Corporation, a/k/a Monsanto Chemical Company;
**POWER PROCESS PIPING, INC.**
a Michigan Corporation;
**R. L. DEPPMANN COMPANY**
a Michigan Corporation;
**RADIATOR SPECIALTY COMPANY**
a North Carolina Corporation;
**REUNION INDUSTRIES, INC.**
a Delaware Corporation;
**REX/ROTO CORPORATION**
a Michigan Corporation;
**RIC-WIL, INC.**
an Ohio Corporation;
**RILEY POWER, INC.**
a Massachusetts Corporation f/k/a Riley Stoker Corporation;
**ROGER ZATKOFF COMPANY**
a Michigan Corporation;
**ROPER PUMP COMPANY**
a Delaware Corporation;
**ROTH PUMP COMPANY**
a Delaware Corporation;
**RUST INTERNATIONAL, INC.**
a Delaware Corporation in its own right and as successor in
interest to M.W. Kellogg Co., and the Swindell Dressler Co.;
**RUTHMAN PUMP & ENGINEERING, INC.**
an Ohio Corporation, a/k/a Gusher Pumps, Inc.;
**SATTERLUND SUPPLY COMPANY**
a Michigan Corporation;
**SCHAD BOILER SETTING COMPANY**
d/b/a Schad Refractory Construction Co., a Michigan Corporation;
**S.D. WARREN COMPANY,**
a Pennsylvania Corporation;
**SEAWAY MECHANICAL CONTRACTORS, INCORPORATED**
a Michigan Corporation;
**SHAW-WINKLER, INC.**
a Michigan Corporation;
**SOCONY MOBIL COMPANY, INC.**
a Delaware Corporation, a/k/a Mobil Oil Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

7

**SPENCE BROTHERS**
a Michigan Corporation;
**SQUARE D COMPANY**
a Delaware Corporation;
**STANDARD FUEL ENGINEERING COMPANY**
a Michigan Corporation;
**THE STANLEY-CARTER COMPANY**
a Michigan Corporation;
**STERLING FLUID SYSTEMS (USA), LLC**
f/k/a Peerless Pump Company, a Delaware Corporation;
**STONE & WEBSTER, INC.**
a Louisiana Corporation;
**SULZER PUMPS (US) INC.**
a Delaware Corporation;
**SUNOCO, INC (R&M)**
a Pennsylvania Corporation;
**TA COMPANY**
an Ohio Corporation, f/k/a The Austin Company;
**TACO, INC.**
a Rhode Island Corporation;
**THIEM CORPORATION**
a/k/a Universal Refractories, Inc., a Delaware Corporation;
**TRANS-PUMPS, INC.**
a Pennsylvania Corporation, a/k/a Hazelton Pumps;
**UNION CARBIDE CHEMICALS AND PLASTICS COMPANY, INC.**
Successor in Interest to Union Carbide, a New York Corporation;
**UNION PUMPS COMPANY**
f/k/a David Brown Union Pump Company, a Michigan Corporation;
**UNIROYAL, INC.**
a/k/a United States Rubber Co., Inc., a New Jersey Corporation;
**VELAN VALVE CORP.**
a Delaware Corporation;
**VIACOM INTERNATIONAL, INC.**
a Delaware Corporation, in its own right and as Successor in Interest
to CBS Corporation, in its own right and as Successor in Interest to
Westinghouse Electric Corporation, a Pennsylvania Corporation,
f/k/a Westinghouse Electric & Manufacturing Company, in its own
right and as Successor in Interest to Luxaire, Inc.;
**VIKING PUMP, INC.**
a Delaware Corporation;
**W. J. O'NEIL CO.**
a Michigan Corporation, f/k/a Comb & Groves, Inc.;
**W. M. SPRINKMAN, LLC**
a Wisconsin Corporation;
**WARREN PUMPS, LLC**
a Delaware Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**WAYNE/SCOTT FETZER COMPANY**
a Delaware Corporation, f/k/a Wayne Combustion System;
**WEC ENERGY GROUP INC.,**
a Wisconsin Corporation, in its own right and as successor in
interest to Presque Isle Power Plant;
**WEIR VALVES & CONTROLS USA, INC.**
a Massachusetts Corporation, f/k/a Atwood and Morrill Co., Inc.;
**WELTON RUBBER COMPANY**
a Michigan Corporation, formerly known as Welton Rubber &
Asbestos Company;
**WESTROCK COMPANY,**
a Delaware Corporation, in its own right and as successor in
interest to MeadWestvaco Corp.;
**THE WILLIAM POWELL COMPANY**
an Ohio Corporation;
**WOLVERINE POWER SUPPLY COOPERATIVE, INC.,**
a Michigan Corporation;
**YORK INTERNATIONAL CORPORATION**
a Delaware Corporation, in its own right and as successor in
interest to Evcon Industries, Inc., Luxaire, Inc., Moncrief Furnace,
The Henry Furnace Company, Fraser-Johnston, Coleman Furnace;

    **Defendants.**
_____/

**ERIC B. ABRAMSON (P60949)**
**SERLING & ABRAMSON, P.C.**
**Attorneys for Plaintiffs**
**280 N. Old Woodward Ave., Ste. 406**
**Birmingham, Michigan 48009**
**(248) 647-6966**
_____/

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

## NOTICE OF COMPLAINT
## COMPLAINT AND JURY DEMAND (WITH PREMISES LIABILITY COUNT)

    A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in the Wayne County Circuit Court. The action is no longer pending. The docket number was 87-705342-NP and Judge James E. Mies was assigned to the action.

    NOW COME Plaintiffs, by and through their Attorney, SERLING & ABRAMSON, P.C., and for their Complaint against each Defendant, state as follows:

    1.    In compliance with Wayne County Circuit Court Judge Robert J.

Colombo, Jr.'s Case Management Order of June 24, 2016, paragraph II. C. 4., a

Complaint was filed with the Court's "Master File" (Case No.: 03-310422-NP) entitled

"Asbestos Master Complaint--Living Plaintiff and Spouse," Standard Pleading No. 13.

Plaintiffs adopt by reference each and every allegation in this Master Complaint.

      2.     Pursuant to the Court's Case Management Order of June 24, 2016,

Plaintiffs, **CARL W. HENNI** and **CHARLENE HENNI,** his wife, state as follows:

### PREMISES LIABILITY COUNT AS TO DEFENDANTS ABITIBI CONSOLIDATED SALES CORPORATION, AMERICAN ELECTRIC POWER SERVICE CORPORATION, ARKEMA, INC., BASF CORPORATION, CLIFFS NATURAL RESOURCES INC., DCO LLC, DOW CHEMICAL DELAWARE CORPORATION, THE DOW CHEMICAL COMPANY, E.I. DU PONT DE NEMOURS & COMPANY, ENTERGY NUCLEAR PALISADES, LLC, FORD MOTOR COMPANY, INTERNATIONAL PAPER COMPANY, KELSEY HAYES COMPANY, KIMBERLEY-CLARK GLOBAL SALES, LLC, MARATHON PETROLEUM COMPANY LP, NEENAH PAPER, INC., PHARMACIA & UPJOHN LLC, PHARMACIA LLC, S.D. WARREN COMPANY, SOCONY MOBIL COMPANY, INC., SUNOCO, INC (R&M), WEC ENERGY GROUP INC., WESTROCK COMPANY, WOLVERINE POWER SUPPLY COOPERATIVE, INC.

      A.     Plaintiff repeats and incorporates by reference the "Master File"

(Case No.: 03-310422-NP) entitled "Asbestos Master Complaint--Living Plaintiff and

Spouse," Standard Pleading No. 13.

      B.     That during the period 1950-1985, Plaintiff was exposed to toxic

levels of environmental pollutants including asbestos fibers while in the course of his

employment with various employers working on a project over which Defendants,

**ABITIBI CONSOLIDATED SALES CORPORATION, AMERICAN ELECTRIC**

**POWER SERVICE CORPORATION, ARKEMA, INC., BASF CORPORATION,**

**CLIFFS NATURAL RESOURCES INC., DCO LLC, DOW CHEMICAL**

**DELAWARE CORPORATION, THE DOW CHEMICAL COMPANY, E.I. DU**

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

PONT DE NEMOURS & COMPANY, ENTERGY NUCLEAR PALISADES, LLC, FORD MOTOR COMPANY, INTERNATIONAL PAPER COMPANY, KELSEY HAYES COMPANY, KIMBERLEY-CLARK GLOBAL SALES, LLC, MARATHON PETROLEUM COMPANY LP, NEENAH PAPER, INC., PHARMACIA & UPJOHN LLC, PHARMACIA LLC, S.D. WARREN COMPANY, SOCONY MOBIL COMPANY, INC., SUNOCO, INC (R&M), WEC ENERGY GROUP INC., WESTROCK COMPANY, WOLVERINE POWER SUPPLY COOPERATIVE, INC., had supervision and control at a building owned by Defendants, ABITIBI CONSOLIDATED SALES CORPORATION, AMERICAN ELECTRIC POWER SERVICE CORPORATION, ARKEMA, INC., BASF CORPORATION, CLIFFS NATURAL RESOURCES INC., DCO LLC, DOW CHEMICAL DELAWARE CORPORATION, THE DOW CHEMICAL COMPANY, E.I. DU PONT DE NEMOURS & COMPANY, ENTERGY NUCLEAR PALISADES, LLC, FORD MOTOR COMPANY, INTERNATIONAL PAPER COMPANY, KELSEY HAYES COMPANY, KIMBERLEY-CLARK GLOBAL SALES, LLC, MARATHON PETROLEUM COMPANY LP, NEENAH PAPER, INC., PHARMACIA & UPJOHN LLC, PHARMACIA LLC, S.D. WARREN COMPANY, SOCONY MOBIL COMPANY, INC., SUNOCO, INC (R&M), WEC ENERGY GROUP INC., WESTROCK COMPANY, WOLVERINE POWER SUPPLY COOPERATIVE, INC., located in the county of, including but not limited, to Wayne.

C.     That in the course of Plaintiff's employment with various employers at the aforementioned location, Plaintiff was required to work in an area of the

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

11

building in which he was exposed to asbestos containing materials.

D.     That in the course of Plaintiff's employment with various employers at the aforementioned location, Plaintiff was required to work in an area where asbestos containing material was used.

E.     That the work was being undertaken by the Defendants, **ABITIBI CONSOLIDATED SALES CORPORATION, AMERICAN ELECTRIC POWER SERVICE CORPORATION, ARKEMA, INC., BASF CORPORATION, CLIFFS NATURAL RESOURCES INC., DCO LLC, DOW CHEMICAL DELAWARE CORPORATION, THE DOW CHEMICAL COMPANY, E.I. DU PONT DE NEMOURS & COMPANY, ENTERGY NUCLEAR PALISADES, LLC, FORD MOTOR COMPANY, INTERNATIONAL PAPER COMPANY, KELSEY HAYES COMPANY, KIMBERLEY-CLARK GLOBAL SALES, LLC, MARATHON PETROLEUM COMPANY LP, NEENAH PAPER, INC., PHARMACIA & UPJOHN LLC, PHARMACIA LLC, S.D. WARREN COMPANY, SOCONY MOBIL COMPANY, INC., SUNOCO, INC (R&M), WEC ENERGY GROUP INC., WESTROCK COMPANY, WOLVERINE POWER SUPPLY COOPERATIVE, INC.,** through their employees and the agency of various contractors and subcontractors, including Plaintiff's employer(s), and that the work in which the Plaintiff was engaged in at the time of this occurrence was inherently dangerous work.

F.     That it was then and there the duty of the Defendants, **ABITIBI CONSOLIDATED SALES CORPORATION, AMERICAN ELECTRIC POWER SERVICE CORPORATION, ARKEMA, INC., BASF CORPORATION, CLIFFS NATURAL RESOURCES INC., DCO LLC, DOW CHEMICAL DELAWARE**

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

12

CORPORATION, THE DOW CHEMICAL COMPANY, E.I. DU PONT DE NEMOURS & COMPANY, ENTERGY NUCLEAR PALISADES, LLC, FORD MOTOR COMPANY, INTERNATIONAL PAPER COMPANY, KELSEY HAYES COMPANY, KIMBERLEY-CLARK GLOBAL SALES, LLC, MARATHON PETROLEUM COMPANY LP, NEENAH PAPER, INC., PHARMACIA & UPJOHN LLC, PHARMACIA LLC, S.D. WARREN COMPANY, SOCONY MOBIL COMPANY, INC., SUNOCO, INC (R&M), WEC ENERGY GROUP INC., WESTROCK COMPANY, WOLVERINE POWER SUPPLY COOPERATIVE, INC., to provide a safe place for invitees such as the Plaintiff and others similarly situated, to work, and to exercise due care in the operation and maintenance of said premises so as to prevent injury to its invitees, and to inspect the premises to ensure that they were safe and free from any and all dangerous conditions.

G.      That disregarding said duties, the Defendants created and maintained an unsafe, dangerous and/or hazardous condition by failing to provide adequate and proper ventilation and by failing to warn of the dangerous condition, thereby causing Plaintiff to suffer harmful exposure to asbestos fibers causing severe and disabling personal injuries.

H.      That the Defendants, ABITIBI CONSOLIDATED SALES CORPORATION, AMERICAN ELECTRIC POWER SERVICE CORPORATION, ARKEMA, INC., BASF CORPORATION, CLIFFS NATURAL RESOURCES INC., DCO LLC, DOW CHEMICAL DELAWARE CORPORATION, THE DOW CHEMICAL COMPANY, E.I. DU PONT DE NEMOURS & COMPANY, ENTERGY NUCLEAR PALISADES, LLC, FORD

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

13

MOTOR COMPANY, INTERNATIONAL PAPER COMPANY, KELSEY HAYES COMPANY, KIMBERLEY-CLARK GLOBAL SALES, LLC, MARATHON PETROLEUM COMPANY LP, NEENAH PAPER, INC., PHARMACIA & UPJOHN LLC, PHARMACIA LLC, S.D. WARREN COMPANY, SOCONY MOBIL COMPANY, INC., SUNOCO, INC (R&M), WEC ENERGY GROUP INC., WESTROCK COMPANY, WOLVERINE POWER SUPPLY COOPERATIVE, INC., breached their duties and were negligent in the following manner:

    (a)    failed to provide adequate and proper ventilation;

    (b)    failed to provide inhalators or other devices for the use of their invitees in filtering out harmful environmental toxins such as asbestos;

    (c)    failed to provide a safe place for Plaintiff to work;

    (d)    failed to safely and properly operate and maintain the construction site premises;

    (e)    failed to inspect the premises for dangerous and/or hazardous conditions;

    (f)    employed a careless and/or negligent general contractor;

    (g)    maintained a right of control over the construction work and were negligent in their supervision and job inspection;

    (h)    failed to warn Plaintiff of the dangerous and/or hazardous condition that they knew or should have known existed.

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

    I.    That in the happening of the aforesaid incident, Plaintiff was not guilty of negligence or of contributory negligence, but as a direct and proximate result of Defendants' negligence, Plaintiff suffered harmful exposure to asbestos fibers causing and/or contributing to a fatal respiratory disease and further, he suffers great pain, mental

14

anguish, discomfort and inconvenience.

WHEREFORE, Plaintiff demands judgment against the Defendants herein for whatever amount above Twenty-Five Thousand ($25,000) dollars he is found to be entitled, together with interests, costs and attorneys fees.

3.    In addition to Paragraphs 1 and 2 herein, and Pursuant to the Court's Case Management Order of November 21, 2003, Plaintiffs, **CARL W. HENNI and CHARLENE HENNI,** his wife, state as follows:

| | |
|---|---|
| Living Plaintiff: | Carl W. Henni |
| Plaintiff's Date of Birth: | December 5, 1927 |
| Plaintiffs' Residence: | 4402 Mystic Blue Highway<br>Ft. Myers, FL 33966 |
| Spouse: | Charlene Henni |
| Spouse's Date of Birth: | September 12, 1934 |
| Disease: | Lung Cancer |
| Date of Diagnosis: | October 8, 2019 |
| Period of Exposure to Asbestos: | 1950-1985 – *subject to further discovery* |
| Occupation: | Boilermaker |
| Employer: | Various contractors |
| Known Job Sites and Years at Job Sites: | See Attachment "A" |
| Identity of all Known Non-Parties: | See Attachment "B" |
| Reasonably Known Medical Information: | See Attachment "C" |
| Social Security Printout included:<br>(check one)     Yes _____     No  X  (has been ordered) | No |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

15

Geographical Situs of Asbestos
Exposure:                                          Wayne County, Michigan

/s/ Eric B. Abramson
ERIC B. ABRAMSON (P60949)
Attorney for Plaintiff
280 N. Old Woodward, Ste. 406
Birmingham, Michigan  48009
DATED:   June 19, 2020                            (248) 647-6966

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

16

## ATTACHMENT "A"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff reserves the right to update asbestos product exposure identification after investigation of the case and review of the Social Security Printout and in accordance with the Court's Case Management Order deadline for submission of a final product identification brochure. Plaintiff's Known Job Site Information is as follows:

| KNOWN JOB SITES | YEARS AT JOB SITES |
|---|---|
| Various industrial jobsites, including but not limited to Ford Motor, General Motors, Chrysler, Great Lakes Steel, McLouth Steel, Wyandotte Chemical, Marathon Oil Refinery, Mobil Oil Refinery, White Star Refinery, Monsanto, Pennsalt, Dow Chemical, Sunoco, Scott Paper, Dana Corp., Foster Wheeler, Palisades Power Plant, Cook Nuclear Plant etc., Detroit, Metro Detroit, MI | 1950-1985 |
| Various Detroit Edison Plants Detroit, Metro Detroit, MI | 1950-1985 |
| Various commercial jobsites, Detroit, Metro Detroit, MI | 1950-1985 |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

## ATTACHMENT "B"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff's Preliminary Notice of Non-Parties are as follows:

A.P. GREEN REFRACTORIES
AC&S
ARMSTRONG WORLD INDUSTRIES
ASARCO
BABCOCK & WILCOX COMPANY
BONDEX
BURNS & ROE
CELOTEX CORPORATION
COMBUSTION ENGINEERING
DRESSER INDUSTRIES/HARBISON WALKER REFRACTORIES
EAGLE-PICHER INDUSTRIES, INC.
FIBREBOARD CORPORATION
FLEXITALLIC GASKET
FLINTKOTE
GAF CORPORATION
GARLOCK
GEORGIA PACIFIC
H.K. PORTER
HALLIBURTON
JOHNS-MANVILLE CORPORATION
KAISER ALUMINUM
KEENE/BEH
KENTILE FLOORS
KVARNER
LESLIE
ASBESTOS CLAIMS MANAGEMENT CORP. (F/K/A NATIONAL GYPSUM)
NORTH AMERICAN REFRACTORIES
OGLEBAY NORTON
ON MARINE SERVICES COMPANY
OWENS CORNING FIBERGLAS CORPORATION
OWENS ILLINOIS
PITTSBURGH CORNING CORPORATION
PLIBRICO COMPANY
QUIGLEY
RAYBESTOS-MANHATTAN
SEPCO
THAN
TURNER & NEWALL
UGL
UNITED STATES GYPSUM CO.
W.R. GRACE
YARWAY

This list may be incomplete and is subject to change as discovery is ongoing.

S:\Complaints\DEADLINES\2020 Jan-June\HENNI, Carl PremBoil.docx

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

## ATTACHMENT "C"

All reasonably known medical information is as follows:

Dr. Alim Karin MD
Lee Physician Group - At the Sanctuary
8960 Colonial Center Dr Ste 300
Fort Myers, FL 33905                    Primary care – 06/2019 – Current

Dr. Donald Harris
8960 Colonial Center Dr Ste 300
Fort Myers, FL 33905                    Previous Primary-care 2013-06/2019

Dr. Sunil Lalla
14171 Metropolis Ave Ste 202
Fort Myers, FL 33912                    Lung Doctor – 09/2019 – Current

Dr. Elizabeth Cosmai
Florida Heart Associates
1550 Barkley Cir
Fort Myers, FL 33907
(239) 938-2000                          Current Heart Doctor 2016 – current

Dr. Rubin – Retired
1550 Barkley Cir
Fort Myers, FL, 33907                   Previous heart doctor 2002-2015

Dr. Liliana Bustamante
1030 Commerce Creek Blvd.
Cape Coral, FL 33909                    Current Oncologist 10/13/2019

Dr. David Harris
Gulf Coast Hospital                     Prostate 2017

Warner Robin Hospital Georgia           Neck Surgery – 2007
                                        Colonoscopy
                                        Pneumonia – 2009

Southwest Fl. Regional Hospital
Fort Myers, FL 33901                    Heart attack – stent 2002

University of Ann Arbor MI              Ulcer surgery – 1961(?)

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

19

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CARL W. HENNI and
CHARLENE HENNI

      Plaintiff,

vs.

ADIENCE, INC., et al

    Defendants.

_____/

ASBESTOS DOCKET
Case No:      -NP(a)
HON. PATRICIA FRESARD

ERIC B. ABRAMSON (P60949)
SERLING & ABRAMSON, P.C.
Attorney for Plaintiffs
280 N. Old Woodward Ave., Ste. 406
Birmingham, Michigan 48009
(248) 647-6966

_____/

**JURY DEMAND**

A TRIAL BY JURY IS HEREBY DEMANDED TO DETERMINE

ALL ISSUES.

/s/ Eric B. Abramson
_____
ERIC B. ABRAMSON (P60949)
Attorney for Plaintiff
280 N. Old Woodward, Ste. 406
Birmingham, Michigan 48009
(248) 647-6966

DATED: June 19, 2020

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

20-007746-NP FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   6/19/2020 11:27 AM   Carlita McMiller

1

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

SCOTT L. McCAUL, Personal
Representative for the Estate of
ROBERT L. McCAUL, Deceased

      Plaintiffs,

vs.

ADIENCE, INC., et al

      Defendants.

**ASBESTOS DOCKET**
**Case No. 20-008150-NP**
**HON. PATRICIA FRESARD**

_____/

ERIC B. ABRAMSON (P60949)
SERLING & ABRAMSON, P.C.
**Attorneys for Plaintiffs**
280 N. Old Woodward Ave., Ste. 406
Birmingham, Michigan 48009
(248) 647-6966

_____/

## EX-PARTE ORDER AUTOMATICALLY AMENDING COMPLAINT TO ADD PARTY DEFENDANTS

At a session of said Court held in the City-County
Building, City of Detroit, County of Wayne, State
of Michigan on: __7/21/2020__
Presiding: __PATRICIA FRESARD__
              Circuit Court Judge

This matter having come on to be heard upon motion of Plaintiffs, and the Court

being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Complaint in

the above-captioned matter may be and hereby is amended to add the following party

defendants:

**YORK RUBBER COMPANY,** a Michigan Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

1

20-008150-NP FILED IN MY OFFICE   WAYNE COUNTY CLERK   7/21/2020 12:01 PM   Cathy M. Garrett   Stacy Stallworth

**IT IS FURTHER ORDERED AND ADJUDGED** that the Wayne County Clerk's office shall issue the summons(es) to be submitted by Plaintiff for the above defendant(s) effective on the date of this Order and expiring 91 days thereafter:

/s/ Patricia Fresard   7/21/2020

_____

CIRCUIT COURT JUDGE
S:\Complaints\Other\NYS\McCAUL, Robert ORDER1.docx

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

**SCOTT L. McCAUL, Personal
Representative for the Estate of
ROBERT L. McCAUL, Deceased**

               **Plaintiff,**

vs.

**ACME INSULATION,**
a Michigan Corporation;
**ADIENCE, INC.,**
Successor in Interest to Adience Company, LP as Successor
in Interest to BMI, Inc., a Delaware Corporation;
**AMERON INTERNATIONAL CORPORATION,**
a Delaware Corporation;
**AUBURN MANUFACTURING COMPANY,**
a Connecticut Corporation;
**BALTIMORE ENNIS LAND COMPANY, INC.,**
an Ohio Corporation, a/k/a Belci, f/k/a Gibson-Homans;
**BECHTEL CORPORATION**
a Nevada Corporation
**BEHLER-YOUNG CO.,**
a Michigan Corporation;
**THE BOOMER COMPANY,**
a Michigan Corporation;
**BURNHAM LLC,**
a Delaware Corporation, f/k/a Burnham Corporation;
**BW/IP, INC.,**
a Delaware Corporation, f/k/a BW/IP International, Inc., in
its own right and as parent corporation to Byron Jackson
Pump Division;
**CAMERON INTERNATIONAL CORPORATION,**
a Delaware Corporation;
**CARVER PUMP CO.,**
a Delaware Corporation;
**CHERNE CONTRACTING CORPORATION**
a Delaware Corporation
**CLEAVER BROOKS COMPANY,**
a Pennsylvania Corporation;
**CLOW CORPORATION,**
a Delaware Corporation;

**ASBESTOS DOCKET**
Case No: 20-008150-NP
HON. PATRICIA FRESARD

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
—————
(248) 647-6966

20-008150-NP FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 7/30/2020 7:45 PM Carlita McMiller

1

**COOPER INDUSTRIES LLC,**
a Delaware Corporation, in its own right and as successor in
interest to Cooper Industries, Inc., Crouse-Hinds Co., Cooper
Bessemer Corp., McGraw-Edison Co., Wagner Electric
Corp, Studebaker Worthington, Inc., Edison International
Inc., Tung Sol Electric, Inc. and Abex Corporation;
**CROSBY VALVE, LLC,**
a Nevada Corporation;
**DAUBERT CHEMICAL COMPANY, INC.,**
an Illinois Corporation;
**DURAMETALLIC CORPORATION,**
a Michigan Corporation;
**EDWARD VOGT VALVE CO.,**
a North Carolina Corporation;
**ESCON GROUP, INC.**
a Michigan Corporation, in its own right and as successor in
interest to Essexville Electric
**EVERLASTING VALVE CO.,**
a Michigan Corporation;
**F.L. SMIDTH DORR-OLIVER EIMCO INC.,**
a Delaware Corporation;
**FORD MOTOR COMPANY,**
a Delaware Corporation;
**GOODALL RUBBER COMPANY,**
a New Jersey Corporation;
**GOODRICH CORPORATION,**
f/k/a B.F. Goodrich Company a New York Corporation;
**GOODYEAR TIRE & RUBBER COMPANY,**
an Ohio Corporation;
**THE GORMAN-RUPP COMPANY,**
an Ohio Corporation, in its own right and as successor in
interest to C.H. Wheeler Manufacturing Company;
**HARLAN ELECTRIC COMPANY**
a Michigan Corporation
**HARRISON PIPING SUPPLY COMPANY,**
a Michigan Corporation;
**IU NORTH AMERICA, INC.,**
a Delaware Corporation as Successor in Interest by merger
with The Garp Co. and formerly known as The Gage Co., a
Pennsylvania Corporation, f/k/a Taylor Engineering;
**J-M MANUFACTURING COMPANY, INC.,**
a Delaware Corporation;
**JOHN E. GREEN COMPANY,**
a Michigan Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

2

**JOHNSON CONTROLS, INC.,**
a Wisconsin Corporation, in its own right and as successor in
interest to Luxaire, Inc., Moncrief Furnace, The Henry
Furnace Company, Fraser-Johnston, Coleman Furnace;
**K & C SUPPLY, INC.,**
an Ohio Corporation;
**O.C. KECKLEY COMPANY,**
an Illinois Corporation;
**KERR PUMP AND SUPPLY, INC.,**
a Michigan Corporation;
**THE MARLEY-WYLAIN COMPANY,**
a Delaware Corporation, in its own right and as Successor in Interest to
Weil-McLain; Williamson-Thermoflo; Williamson Company; Metzger
Machine Corporation; Weil-McLain; Bennett & Peck Company; Peck
and Williamson Heating and Ventilating Company; Internat;
**MCWANE, INC.,**
a Delaware Corporation, in its own right and as successor in
interest to Clow Valve Co. and Yeomans Pump;
**MIDLAND ROSS CORPORATION,**
an Ohio Corporation, in its own right and as Successor in
Interest to Surface Combustion;
**MW CUSTOM PAPERS, LLC,**
a Delaware Corporation, in its own right and as successor in
interest to The Mead Corporation;
**NAGLE PUMPS, INC.,**
an Ohio Corporation;
**THE NASH ENGINEERING COMPANY,**
a Connecticut Corporation;
**NETZSCH PUMPS NORTH AMERICA, LLC,**
a Delaware Corporation;
**NIBCO, INC.,**
an Indiana Corporation;
**POWER PROCESS PIPING, INC.,**
a Michigan Corporation;
**RADIATOR SPECIALTY COMPANY,**
a North Carolina Corporation;
**RIC-WIL, INC.,**
an Ohio Corporation;
**ROGER ZATKOFF COMPANY,**
a Michigan Corporation;
**ROPER PUMP COMPANY,**
a Delaware Corporation;
**ROTH PUMP COMPANY,**
a Delaware Corporation;
**RUTHMAN PUMP & ENGINEERING, INC.,**
an Ohio Corporation, a/k/a Gusher Pumps, Inc.;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

3

**SATTERLUND SUPPLY COMPANY,**
a Michigan Corporation;
**SCHAD BOILER SETTING COMPANY,**
d/b/a Schad Refractory Construction Co., a Michigan Corporation;
**SEALITE, INC.,**
a California Corporation;
**SEAWAY MECHANICAL CONTRACTORS, INCORPORATED,**
a Michigan Corporation;
**SPENCE BROTHERS**
a Michigan Corporation
**STANDARD FUEL ENGINEERING COMPANY,**
a Michigan Corporation;
**STANDCO INDUSTRIES, INC.,**
a Delaware Corporation, in its own right and as successor in
interest to Sterling Packing and Gasket Company, Inc.;
**THE STANLEY-CARTER COMPANY,**
a Michigan Corporation;
**STONE & WEBSTER, INC.**
a Louisiana Corporation
**SULZER PUMPS (US) INC.,**
a Delaware Corporation;
**TACO, INC.,**
a Rhode Island Corporation;
**TATE ANDALE, INC.,**
a Maryland Corporation, in its own right and successor in
interest to Andale Valves;
**THERMON, INC.,**
a Texas Corporation, in its own right and as successor in
interest to Thermon Manufacturing Company;
**TKD, INC.,**
a California Corporation, in its own right and as successor in
interest to Johnston Pump Company;
**TRANS-PUMPS, INC.,**
a Pennsylvania Corporation, a/k/a Hazelton Pumps;
**TUTHILL CORPORATION,**
a Delaware Corporation;
**UNIROYAL, INC.,**
a/k/a United States Rubber Co., Inc., a New Jersey Corporation;
**VELAN VALVE CORP.,**
a Delaware Corporation;
**VIKING PUMP, INC.,**
a Delaware Corporation;
**WARREN PUMPS, LLC,**
a Delaware Corporation;
**WATTS WATER TECHNOLOGIES, INC.,**
a Delaware Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**WEIL PUMP COMPANY,**
an Illinois Corporation;
**WEIR VALVES & CONTROLS USA, INC.,**
a Massachusetts Corporation, f/k/a Atwood and Morrill Co., Inc.;
**YORK INTERNATIONAL CORPORATION,**
a Delaware Corporation, in its own right and as successor in
interest to Evcon Industries, Inc., Luxaire, Inc., Moncrief
Furnace, The Henry Furnace Company, Fraser-Johnston,
Coleman Furnace;

And

**YORK RUBBER COMPANY**
a Michigan Corporation;

Defendants.

_____/

**ERIC B. ABRAMSON (P60949)**
**SERLING & ABRAMSON, P.C.**
**Attorney for Plaintiffs**
**280 N. Old Woodward Ave., Ste. 406**
**Birmingham, Michigan  48009**
**(248)  647-6966**

_____/

## FIRST AMENDED COMPLAINT

**A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in the Circuit Court for the County of Madison, Illinois.  The action is still pending.  The docket number is 16 L 001306 and Judge Stephen Stobb is assigned to the action.**

NOW COMES Plaintiff, by and through her Attorney, SERLING & ABRAMSON, P.C., and for her Complaint against each Defendant, state as follows:

1.       In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order of November 21, 2003, paragraph II. C. 4., a Complaint was filed with the Court's "Master File" (Case No.: 03-310422-NP) entitled "Asbestos Master Complaint—Deceased Plaintiff," Standard Pleading No. 12.  Plaintiff

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

adopts by reference each and every allegation in this Master Complaint.

      2.      Pursuant to the Court's Case Management Order of November 21, 2003, Plaintiff, **SCOTT L. McCAUL, Personal Representative for the Estate of ROBERT L. McCAUL, Deceased** states as follows:

| | |
|---|---|
| Deceased Plaintiff: | Robert L. McCaul |
| Decedent's Date of Birth: | December 31, 1932 |
| Decedent's Date of Death: | May 30, 2018 |
| Personal Representative: | Scott L. McCaul |
| Per. Rep.'s Birth Date: | May 14, 1956 |
| Personal Representative's Address: | 219 Englehardt<br>Bay City, MI 48706 |
| Spouse of Decedent: | Pauline McCaul |
| Spouse's Date of Birth: | August 21, 1933 |
| Disease: | Mesothelioma |
| Date of Decedent's Diagnosis: | July 22, 2016 |
| Decedent's Period of Exposure to Asbestos: | 1951-1953, 1955-1990 – *subject to further discovery* |
| Decedent's Occupation: | Laborer/Inspector; |
| Employer(s): | Ferro Stamping & Manufacturing Co.; Dow Chemical |
| Known Job Sites and Years at Job Sites: | See Attachment "A" |
| Identity of all Known Non-Parties: | See Attachment "B" |
| Reasonably Known Medical Information: | See Attachment "C" |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

Social Security Printout included:      No
(check one)   Yes _____       No _X_ (has been ordered)

Geographical Situs of Asbestos
Exposure:                                    Wayne County, Michigan


/s/ *Eric B. Abramson*
_____
**ERIC B. ABRAMSON (P60949)**
**Attorney for Plaintiff**
**280 N. Old Woodward, Ste. 406**
**Birmingham, Michigan  48009**
**(248) 647-6966**

**DATED:** July 7, 2020

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

7

## ATTACHMENT "A"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff reserves the right to update asbestos product exposure identification after investigation of the case and review of the Social Security Printout and in accordance with the Court's Case Management Order deadline for submission of a final product identification brochure.  Plaintiff's Known Job Site Information is as follows:

| **KNOWN JOB SITES** | **YEARS AT JOB SITES** |
|---|---|
| Ferro Stamping & Manufacturing Co. | 1951-1953, 1955-1956 |
| Dow Chemical | 1956-1990 |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

8

## ATTACHMENT "B"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff's Preliminary Notice of Non-Parties are as follows:

A.P. GREEN REFRACTORIES
AC&S
ARMSTRONG WORLD INDUSTRIES
ASARCO
BABCOCK & WILCOX COMPANY
BONDEX
BURNS & ROE
CELOTEX CORPORATION
COMBUSTION ENGINEERING
DRESSER INDUSTRIES/HARBISON WALKER REFRACTORIES
EAGLE-PICHER INDUSTRIES, INC.
FIBREBOARD CORPORATION
FLEXITALLIC GASKET
FLINTKOTE
GAF CORPORATION
GARLOCK
GEORGIA PACIFIC
H.K. PORTER
HALLIBURTON
JOHNS-MANVILLE CORPORATION
KAISER ALUMINUM
KEENE/BEH
KENTILE FLOORS
KVAERNER
LESLIE
ASBESTOS CLAIMS MANAGEMENT CORP. (F/K/A NATIONAL GYPSUM)
NORTH AMERICAN REFRACTORIES
OGLEBAY NORTON
ON MARINE SERVICES COMPANY
OWENS CORNING FIBERGLAS CORPORATION
OWENS ILLINOIS
PITTSBURGH CORNING CORPORATION
PLIBRICO COMPANY
QUIGLEY
RAYBESTOS-MANHATTAN
SEPCO
THAN
TURNER & NEWALL
UGL
UNITED STATES GYPSUM CO.
W.R. GRACE
YARWAY

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

This list may be incomplete and is subject to change as discovery is ongoing.

S:\Complaints\DEADLINES\2019 July-Dec\McCAUL, Robert SWLP.f.docx

9

## ATTACHMENT "C"

All reasonably known medical information is as follows:


University of Michigan Health System
1500 E. Medical Center Drive
Ann Arbor, MI 48109
(734) 936-4000

Dr. Robert Jones
4011 Orchard Dr. Suite 3004
Midland, MI 48640
(989) 488-5410                                    Cardiothoracic Surgeon

Dr, Tannu Sahay
315 W. Warwick Dr. Suite C
Alma, MI 48801
(989) 463-9307                                    Oncologist

Dr. Christopher Murray
1910 Pine Ave.
Alma, MI 48801
(989) 463-3101                                    Primary Care Physician

Mid-Michigan Health
4000 Wellness Dr.
Midland, MI 48670
(989) 839-3000

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
———
(248) 647-6966

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

SCOTT L. McCAUL, Personal
Representative for the Estate of
ROBERT L. McCAUL, Deceased

          Plaintiff,

vs.

**ACME INSULATION,**
a Michigan Corporation;
**ADIENCE, INC.,**
Successor in Interest to Adience Company, LP as Successor
in Interest to BMI, Inc., a Delaware Corporation;
**AMERON INTERNATIONAL CORPORATION,**
a Delaware Corporation;
**AUBURN MANUFACTURING COMPANY,**
a Connecticut Corporation;
**BALTIMORE ENNIS LAND COMPANY, INC.,**
an Ohio Corporation, a/k/a Belci, f/k/a Gibson-Homans;
**BECHTEL CORPORATION**
a Nevada Corporation
**BEHLER-YOUNG CO.,**
a Michigan Corporation;
**THE BOOMER COMPANY,**
a Michigan Corporation;
**BURNHAM LLC,**
a Delaware Corporation, f/k/a Burnham Corporation;
**BW/IP, INC.,**
a Delaware Corporation, f/k/a BW/IP International, Inc., in
its own right and as parent corporation to Byron Jackson
Pump Division;
**CAMERON INTERNATIONAL CORPORATION,**
a Delaware Corporation;
**CARVER PUMP CO.,**
a Delaware Corporation;
**CHERNE CONTRACTING CORPORATION**
a Delaware Corporation
**CLEAVER BROOKS COMPANY,**
a Pennsylvania Corporation;
**CLOW CORPORATION,**
a Delaware Corporation;

**ASBESTOS DOCKET**
Case No:        -NP(a)
**HON. PATRICIA FRESARD**

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
———
(248) 647-6966

20-008150-NP FILED IN MY OFFICE  Cathy M. Garrett  WAYNE COUNTY CLERK  6/29/2020 3:26 PM  Carlita McMiller

1

**COOPER INDUSTRIES LLC,**
a Delaware Corporation, in its own right and as successor in
interest to Cooper Industries, Inc., Crouse-Hinds Co., Cooper
Bessemer Corp., McGraw-Edison Co., Wagner Electric
Corp, Studebaker Worthington, Inc., Edison International
Inc., Tung Sol Electric, Inc. and Abex Corporation;
**CROSBY VALVE, LLC,**
a Nevada Corporation;
**DAUBERT CHEMICAL COMPANY, INC.,**
an Illinois Corporation;
**DURAMETALLIC CORPORATION,**
a Michigan Corporation;
**EDWARD VOGT VALVE CO.,**
a North Carolina Corporation;
**ESCON GROUP, INC.**
a Michigan Corporation, in its own right and as successor in
interest to Essexville Electric
**EVERLASTING VALVE CO.,**
a Michigan Corporation;
**F.L. SMIDTH DORR-OLIVER EIMCO INC.,**
a Delaware Corporation;
**FORD MOTOR COMPANY,**
a Delaware Corporation;
**GOODALL RUBBER COMPANY,**
a New Jersey Corporation;
**GOODRICH CORPORATION,**
f/k/a B.F. Goodrich Company a New York Corporation;
**GOODYEAR TIRE & RUBBER COMPANY,**
an Ohio Corporation;
**THE GORMAN-RUPP COMPANY,**
an Ohio Corporation, in its own right and as successor in
interest to C.H. Wheeler Manufacturing Company;
**HARLAN ELECTRIC COMPANY**
a Michigan Corporation
**HARRISON PIPING SUPPLY COMPANY,**
a Michigan Corporation;
**IU NORTH AMERICA, INC.,**
a Delaware Corporation as Successor in Interest by merger
with The Garp Co. and formerly known as The Gage Co., a
Pennsylvania Corporation, f/k/a Taylor Engineering;
**J-M MANUFACTURING COMPANY, INC.,**
a Delaware Corporation;
**JOHN E. GREEN COMPANY,**
a Michigan Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**JOHNSON CONTROLS, INC.,**
a Wisconsin Corporation, in its own right and as successor in
interest to Luxaire, Inc., Moncrief Furnace, The Henry
Furnace Company, Fraser-Johnston, Coleman Furnace;
**K & C SUPPLY, INC.,**
an Ohio Corporation;
**O.C. KECKLEY COMPANY,**
an Illinois Corporation;
**KERR PUMP AND SUPPLY, INC.,**
a Michigan Corporation;
**THE MARLEY-WYLAIN COMPANY,**
a Delaware Corporation, in its own right and as Successor in Interest to
Weil-McLain; Williamson-Thermoflo; Williamson Company; Metzger
Machine Corporation; Weil-McLain; Bennett & Peck Company; Peck
and Williamson Heating and Ventilating Company; Internat;
**MCWANE, INC.,**
a Delaware Corporation, in its own right and as successor in
interest to Clow Valve Co. and Yeomans Pump;
**MIDLAND ROSS CORPORATION,**
an Ohio Corporation, in its own right and as Successor in
Interest to Surface Combustion;
**MW CUSTOM PAPERS, LLC,**
a Delaware Corporation, in its own right and as successor in
interest to The Mead Corporation;
**NAGLE PUMPS, INC.,**
an Ohio Corporation;
**THE NASH ENGINEERING COMPANY,**
a Connecticut Corporation;
**NETZSCH PUMPS NORTH AMERICA, LLC,**
a Delaware Corporation;
**NIBCO, INC.,**
an Indiana Corporation;
**POWER PROCESS PIPING, INC.,**
a Michigan Corporation;
**RADIATOR SPECIALTY COMPANY,**
a North Carolina Corporation;
**RIC-WIL, INC.,**
an Ohio Corporation;
**ROGER ZATKOFF COMPANY,**
a Michigan Corporation;
**ROPER PUMP COMPANY,**
a Delaware Corporation;
**ROTH PUMP COMPANY,**
a Delaware Corporation;
**RUTHMAN PUMP & ENGINEERING, INC.,**
an Ohio Corporation, a/k/a Gusher Pumps, Inc.;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

3

**SATTERLUND SUPPLY COMPANY,**
a Michigan Corporation;
**SCHAD BOILER SETTING COMPANY,**
d/b/a Schad Refractory Construction Co., a Michigan Corporation;
**SEALITE, INC.,**
a California Corporation;
**SEAWAY MECHANICAL CONTRACTORS, INCORPORATED,**
a Michigan Corporation;
**SPENCE BROTHERS**
a Michigan Corporation
**STANDARD FUEL ENGINEERING COMPANY,**
a Michigan Corporation;
**STANDCO INDUSTRIES, INC.,**
a Delaware Corporation, in its own right and as successor in
interest to Sterling Packing and Gasket Company, Inc.;
**THE STANLEY-CARTER COMPANY,**
a Michigan Corporation;
**STONE & WEBSTER, INC.**
a Louisiana Corporation
**SULZER PUMPS (US) INC.,**
a Delaware Corporation;
**TACO, INC.,**
a Rhode Island Corporation;
**TATE ANDALE, INC.,**
a Maryland Corporation, in its own right and successor in
interest to Andale Valves;
**THERMON, INC.,**
a Texas Corporation, in its own right and as successor in
interest to Thermon Manufacturing Company;
**TKD, INC.,**
a California Corporation, in its own right and as successor in
interest to Johnston Pump Company;
**TRANS-PUMPS, INC.,**
a Pennsylvania Corporation, a/k/a Hazelton Pumps;
**TUTHILL CORPORATION,**
a Delaware Corporation;
**UNIROYAL, INC.,**
a/k/a United States Rubber Co., Inc., a New Jersey Corporation;
**VELAN VALVE CORP.,**
a Delaware Corporation;
**VIKING PUMP, INC.,**
a Delaware Corporation;
**WARREN PUMPS, LLC,**
a Delaware Corporation;
**WATTS WATER TECHNOLOGIES, INC.,**
a Delaware Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**WEIL PUMP COMPANY,**
an Illinois Corporation;
**WEIR VALVES & CONTROLS USA, INC.,**
a Massachusetts Corporation, f/k/a Atwood and Morrill Co., Inc.;
**YORK INTERNATIONAL CORPORATION,**
a Delaware Corporation, in its own right and as successor in
interest to Evcon Industries, Inc., Luxaire, Inc., Moncrief
Furnace, The Henry Furnace Company, Fraser-Johnston,
Coleman Furnace;

      Defendants.

_____/

**ERIC B. ABRAMSON (P60949)**
**SERLING & ABRAMSON, P.C.**
**Attorney for Plaintiffs**
**280 N. Old Woodward Ave., Ste. 406**
**Birmingham, Michigan 48009**
**(248) 647-6966**

_____/

<u>**NOTICE OF COMPLAINT IN WRONGFUL DEATH CASE**</u>
<u>**COMPLAINT AND JURY DEMAND**</u>

    **A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in the Circuit Court for the County of Madison, Illinois.  The action is still pending.  The docket number is 16 L 001306 and Judge Stephen Stobb is assigned to the action.**

    NOW COMES Plaintiff, by and through her Attorney, SERLING & ABRAMSON, P.C., and for her Complaint against each Defendant, state as follows:

    1.    In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order of November 21, 2003, paragraph II. C. 4., a Complaint was filed with the Court's "Master File" (Case No.: 03-310422-NP) entitled "Asbestos Master Complaint—Deceased Plaintiff," Standard Pleading No. 12.  Plaintiff adopts by reference each and every allegation in this Master Complaint.

    2.    Pursuant to the Court's Case Management Order of November 21,

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

2003, Plaintiff, **SCOTT L. McCAUL, Personal Representative for the Estate of ROBERT L. McCAUL, Deceased** states as follows:

| | |
|---|---|
| Deceased Plaintiff: | Robert L. McCaul |
| Decedent's Date of Birth: | December 31, 1932 |
| Decedent's Date of Death: | May 30, 2018 |
| Personal Representative: | Scott L. McCaul |
| Per. Rep.'s Birth Date: | May 14, 1956 |
| Personal Representative's Address: | 219 Englehardt<br>Bay City, MI 48706 |
| Spouse of Decedent: | Pauline McCaul |
| Spouse's Date of Birth: | August 21, 1933 |
| Disease: | Mesothelioma |
| Date of Decedent's Diagnosis: | July 22, 2016 |
| Decedent's Period of Exposure to Asbestos: | 1951-1953, 1955-1990 – *subject to further discovery* |
| Decedent's Occupation: | Laborer/Inspector; |
| Employer(s): | Ferro Stamping & Manufacturing Co.; Dow Chemical |
| Known Job Sites and Years at Job Sites: | See Attachment "A" |
| Identity of all Known Non-Parties: | See Attachment "B" |
| Reasonably Known Medical Information: | See Attachment "C" |
| Social Security Printout included: (check one)   Yes _____   No  X  (has been ordered) | No |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

Geographical Situs of Asbestos
Exposure:                                    Wayne County, Michigan

/s/ *Eric B. Abramson*
**ERIC B. ABRAMSON (P60949)**
**Attorney for Plaintiff**
**280 N. Old Woodward, Ste. 406**
**Birmingham, Michigan  48009**
**(248) 647-6966**

**DATED:** June 29, 2020

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

7

## ATTACHMENT "A"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff reserves the right to update asbestos product exposure identification after investigation of the case and review of the Social Security Printout and in accordance with the Court's Case Management Order deadline for submission of a final product identification brochure. Plaintiff's Known Job Site Information is as follows:

| KNOWN JOB SITES | YEARS AT JOB SITES |
|---|---|
| Ferro Stamping & Manufacturing Co. | 1951-1953, 1955-1956 |
| Dow Chemical | 1956-1990 |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

8

## ATTACHMENT "B"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order No. 22 of June 24, 2016, paragraph II. C. 4. **d**, Plaintiff's Preliminary Notice of Non-Parties are as follows:

A.P. GREEN REFRACTORIES
AC&S
ARMSTRONG WORLD INDUSTRIES
ASARCO
BABCOCK & WILCOX COMPANY
BONDEX
BURNS & ROE
CELOTEX CORPORATION
COMBUSTION ENGINEERING
DRESSER INDUSTRIES/HARBISON WALKER REFRACTORIES
EAGLE-PICHER INDUSTRIES, INC.
FIBREBOARD CORPORATION
FLEXITALLIC GASKET
FLINTKOTE
GAF CORPORATION
GARLOCK
GEORGIA PACIFIC
H.K. PORTER
HALLIBURTON
JOHNS-MANVILLE CORPORATION
KAISER ALUMINUM
KEENE/BEH
KENTILE FLOORS
KVAERNER
LESLIE
ASBESTOS CLAIMS MANAGEMENT CORP. (F/K/A NATIONAL GYPSUM)
NORTH AMERICAN REFRACTORIES
OGLEBAY NORTON
ON MARINE SERVICES COMPANY
OWENS CORNING FIBERGLAS CORPORATION
OWENS ILLINOIS
PITTSBURGH CORNING CORPORATION
PLIBRICO COMPANY
QUIGLEY
RAYBESTOS-MANHATTAN
SEPCO
THAN
TURNER & NEWALL
UGL
UNITED STATES GYPSUM CO.
W.R. GRACE
YARWAY

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

This list may be incomplete and is subject to change as discovery is ongoing.

S:\Complaints\DEADLINES\2019 July-Dec\McCAUL, Robert SWLPf.docx

9

## ATTACHMENT "C"

All reasonably known medical information is as follows:

University of Michigan Health System
1500 E. Medical Center Drive
Ann Arbor, MI 48109
(734) 936-4000

Dr. Robert Jones
4011 Orchard Dr. Suite 3004
Midland, MI 48640
(989) 488-5410                                    Cardiothoracic Surgeon

Dr, Tannu Sahay
315 W. Warwick Dr. Suite C
Alma, MI 48801
(989) 463-9307                                    Oncologist

Dr. Christopher Murray
1910 Pine Ave.
Alma, MI 48801
(989) 463-3101                                    Primary Care Physician

Mid-Michigan Health
4000 Wellness Dr.
Midland, MI 48670
(989) 839-3000

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009
————
(248) 647-6966

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

SCOTT L. McCAUL, Personal
Representative for the Estate of
ROBERT L. McCAUL, Deceased

     Plaintiff,

vs.

ACME INSULATION, et al

     Defendants.

_____/

ERIC B. ABRAMSON (P60949)
SERLING & ABRAMSON, P.C.
Attorney for Plaintiffs
280 N. Old Woodward Ave., Ste. 406
Birmingham, Michigan  48009
(248)  647-6966

_____/

<u>ASBESTOS DOCKET</u>
Case No:        -NP(a)
HON. PATRICIA FRESARD

**<u>JURY DEMAND</u>**

A  TRIAL  BY  JURY  IS  HEREBY  DEMANDED  TO  DETERMINE  ALL ISSUES.

/s/ *Eric B. Abramson*
ERIC B. ABRAMSON (P60949)
Attorney for Plaintiff
280 N. Old Woodward, Ste. 406
Birmingham, Michigan  48009
(248) 647-6966

**DATED:** June 29, 2020

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

20-008150-NP FILED  IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   6/29/2020 3:26 PM   Carlita McMiller

1

20-012537-NP FILED IN MY OFFICE   WAYNE COUNTY CLERK   9/24/2020 12:47 PM   Cathy M. Garrett   Laverne Chapman

**STATE OF MICHIGAN**

**IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE**

ELAINE WALCZYK, Personal
Representative for the Estate of
RICHARD WALCZYK Deceased

        Plaintiff,

**ASBESTOS DOCKET**
Case No:           -NP(a)
**HON. PATRICIA FRESARD**

vs.

**ABB, INC.,**
a North Carolina Corporation, in its own right and as
successor in interest to Asea Brown Boveri, Inc, BBC Brown
Boveri, Inc. and Brown Boveri Electric, Inc.;
**ADIENCE, INC.,**
Successor in Interest to Adience Company, LP as Successor
in Interest to BMI, Inc., a Delaware Corporation;
**AII ACQUISITION LLC**
a Pennsylvania limited liability company, formerly AII
Acquisition Corp., a Delaware Corporation, in its own right
and as successor in interest to Athlone Industries, Inc. and
Holland Furnace Co.
**THE ALLIANCE MACHINE COMPANY,**
a Delaware Corporation;
**AMERICAN CRANE CORPORATION,**
a North Carolina Corporation;
**AMERON INTERNATIONAL CORPORATION,**
a Delaware Corporation;
**AMPHENOL CORPORATION,**
a Delaware Corporation;
**A.O. SMITH**
a Delaware Corporation, in its own right and as successor in
interest to Sawyer Electrical Manufacturing Co.
**ARMSTRONG INTERNATIONAL, INC.,**
a Michigan Corporation;
**ARMSTRONG PUMPS, INC.,**
a New York Corporation;
**AUBURN MANUFACTURING COMPANY,**
a Connecticut Corporation;
**AVOCET ENTERPRISES, INC.**
f/k/a Ventfabrics, Inc., an Illinois Corporation
**A.W. CHESTERTON COMPANY,**
a Massachusetts Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
——————
(248) 647-6966

1

**BALTIMORE ENNIS LAND COMPANY, INC.,**
an Ohio Corporation, a/k/a Belci, f/k/a Gibson-Homans;
**BANNER ENGINEERING & SALES, INC.,**
a Michigan Corporation, a/k/a Joseph M. Day Company;
**BASF CORPORATION**
a Delaware Corporation
**BAYER CROPSCIENCE, INC.,**
a Delaware Corporation, f/k/a Amchem Products, Inc. and
Benjamin Foster Company;
**THE BOOMER COMPANY,**
a Michigan Corporation;
**BRYAN STEAM CORPORATION,**
a New Mexico Corporation;
**BRYAN STEAM, LLC,,**
a Delaware Limited Liability Company, f/k/a Bryan Boilers;
**BURNHAM LLC,**
a Delaware Coproration, f/k/a Burnham Corporation;
**BW/IP, INC.,**
a Delaware Corporation, f/k/a BW/IP International, Inc., in
its own right and as parent corporation to Byron Jackson
Pump Division;
**CAMERON INTERNATIONAL CORPORATION,**
a Delaware Corporation;
**CARRIER CORPORATION,**
a Delaware Corporation, in its own right and as successor in
interest to Heil-Quaker Corporation, a/k/a Bryant Heating &
Cooling Systems, Bryant Company, Payne Company,
AFFILIATED GAS EQUIPMENT, INC., Carrier Transicold
Division, Carrier Refigeration Operations, Owen-West
Mechanical, Inc., CAC/BDP, Comfortaire, Day & Night
Furnace Co. and Heil Furnaces;
**CARRIER CORPORATION,**
a Delaware Corporation,;
**CARVER PUMP CO.,**
a Delaware Corporation;
**CHAMPLAIN CABLE CORPORATION,**
a Delaware Corporation, f/k/a Haveg Industries, Inc.;
**CLEAVER BROOKS COMPANY,**
a Pennsylvania Corporation;
**CLOW CORPORATION,**
a Delaware Corporation;
**COMPUDYNE CORPORATION,**
a Nevada Corporation, in its own right and as successor in
interest by merger with York-Shipley, Inc., a Pennsylvania
Corporation; and as successor in interest by merger with
Robintech, Inc., a Delaware Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**COOPER INDUSTRIES LLC,**
an Ohio Corporation, in its own right and as Successor to
Crouse-Hinds Co. and The Cooper Bessemer Corp., and as
Successor in Interest to McGraw-Edison Co., Wagner Electric
Corp., Studebaker Worthington, Inc., Edison International Inc.,
Tung Sol Electric, Inc. and Abex Corporation;
**CRANE CO.,**
a Delaware Corporation f/k/a Crane Delaware Co., a
Delaware Corporation, in its own right and as Successor in
Interest to Crane Co., an Illinois Corporation, f/k/a Crane
Company and Jenkins Valves, in its own right and as
Successor in Interest to Pacific Steel Boiler Company;
**CROSBY VALVE, LLC,**
a Nevada Corporation;
**DAUBERT CHEMICAL COMPANY, INC.,**
an Illinois Corporation;
**DURAMETALLIC CORPORATION,**
a Michigan Corporation;
**EATON CORPORATION,**
an Ohio Corporation, in its own right and as successor in
interest to Cutler-Hammer, Inc.;
**ECR INTERNATIONAL, INC.**
a New York Corporation, in its own right and as successor in
interest to Airco Furnaces, Dunkirk-Olsen Furnaces, Olsen
Furnace Olsen Technology, The Utica Companies and
Oneida Royal
**EDWARD VOGT VALVE CO.,**
a North Carolina Corporation;
**ELOF HANSSON USA INC.,**
a Delaware Corporation;
**EVERLASTING VALVE CO.,**
a Michigan Corporation;
**F.B. WRIGHT COMPANY,**
a Michigan Corporation;
**F.L. SMIDTH DORR-OLIVER EIMCO INC.,**
a Delaware Corporation;
**FLOWSERVE CORPORATION,**
a New York Corporation, in its own right and as successor in
interest to Durco Pumps and Nordstrom Valves;
**FLOWSERVE US INC.,**
a Delaware Corporation, in its own right and as successor in
interest to Edwards Valves, Inc.;
**FMC CORPORATION,**
a Delaware Corporation, in its own right and on behalf of its
former Chicago Pump, Northern Pump and Stearns
businesses and its former Construction Equipment Group;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

3

**FORD MOTOR COMPANY,**
a Delaware Corporation;
**FOSECO, INC.,**
a Delaware Corporation, in its own right and as Successor to
Gibson-Homans Co., Baltimore Ennis Land Co., Inc., and as
Subsidiary of Foseco Plc;
**FOSTER WHEELER ENERGY CORPORATION,**
a New Jersey Corporation;
**GENERAL ELECTRIC COMPANY,**
a New York Corporation;
**GOODALL RUBBER COMPANY,**
a New Jersey Corporation;
**GOODRICH CORPORATION,**
f/k/a B.F. Goodrich Company a New York Corporation;
**GOODYEAR TIRE & RUBBER COMPANY,**
an Ohio Corporation;
**GOULDS PUMPS, INCORPORATED,**
a Delaware Corporation;
**GREENE, TWEED & COMPANY,**
a Pennsylvania Corporation;
**GRINNELL LLC,**
a Delaware Corporation;
**GUSMER ENTERPRISES, INC.,**
a New Jersey Corporation, in its own right and as successor in interest
to The Cellulo Company, Filter Materials, Inc. and A. Gusmer, Inc.;
**HARRISON PIPING SUPPLY COMPANY,**
a Michigan Corporation;
**HONEYWELL INTERNATIONAL, INC.,**
a Delaware Corporation, Successor in interest to Allied-Signal
Corporation, Allied Chemical Corporation, Semet Solvay and
Bendix Corporation;
**HOWARD ELECTRIC COMPANY,**
a Michigan Corporation;
**IMO INDUSTRIES, INC.,**
a/k/a DeLaval Turbines, Inc., a Delaware Corporation;
**INDUSTRIAL HOLDINGS CORPORATION,**
a New York Corporation f/k/a Carborundum Corporation;
**ITT INDUSTRIES, INC.,**
an Indiana Corporation in its own right and as Successor in
Interest to ITT Grinnell, Bell & Gossett, Kennedy Valves;
**IU NORTH AMERICA, INC.,**
a Delaware Corporation as Successor in Interest by merger
with The Garp Co. and formerly known as The Gage Co., a
Pennsylvania Corporation, f/k/a Taylor Engineering;
**J-M MANUFACTURING COMPANY, INC.,**
a Delaware Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

4

**JOHN E. GREEN COMPANY,**
a Michigan Corporation;
**JOHNSON CONTROLS, INC.,**
a Wisconsin Corporation, in its own right and as successor in
interest to Luxaire, Inc., Moncrief Furnace, The Henry
Furnace Company, Fraser-Johnston, Coleman Furnace;
**K. L. McCOY AND ASSOCIATES, INC.,**
a Michigan Corporation;
**K & C SUPPLY, INC.,**
an Ohio Corporation;
**KERR PUMP AND SUPPLY, INC.,**
a Michigan Corporation;
**LENNOX INDUSTRIES, INC.**
an Iowa Corporation, in its own right and as successor in
interest to Aireflo Furnaces, Armstrong Furnace, Ducane
Furnaces, Magic Chef Furnace
**LIMBACH COMPANY LLC,**
a Delaware Corporation, in its own right and as successor in
interest to Limbach Company, a/k/a Lorne Plumbing & Heating;
**MARATHON PETROLEUM COMPANY LP,**
an Ohio Corporation a/k/a Marathon Ashland Petroleum LLC,
Marathon Oil Corporation, Marathon Ashland Petroleum
Canada, Ltd., Marathon Petroleum Company Canada, Marathon
Ashland Pipe Line LLC and Marathon Pipe Line LLC;
**THE MARLEY-WYLAIN COMPANY,**
a Delaware Corporation, in its own right and as Successor in Interest to
Weil-McLain; Williamson-Thermoflo; Williamson Company; Metzger
Machine Corporation; Weil-McLain; Bennett & Peck Company; Peck
and Williamson Heating and Ventilating Company; International
Heater Company, Twentieth Century Heating and Ventilating
Company; Henry & Scheible Company; Quaker Manufacturing
Company; Ideal Furnace Company; Williamson Heater Company;
**MCMASTER-CARR SUPPLY COMPANY,**
an Illinois Corporation;
**MCWANE, INC.,**
a Delaware Corporation, in its own right and as successor in
interest to Clow Valve Co. and Yeomans Pump;
**METROPOLITAN LIFE INSURANCE COMPANY,**
a/k/a Metropolitan Insurance Co. a Delaware Corporation;
**MICHIGAN VALVE AND FOUNDRY CORPORATION,**
a Michigan Corporation;
**MIDLAND ROSS CORPORATION,**
an Ohio Corporation, in its own right and as Successor in
Interest to Surface Combustion;
**MIDWEST VALVE & FITTING COMPANY,**
a Michigan Corporation, a/k/a State Plumbing & Heating Supply Co.;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
———
(248) 647-6966

5

**MORGAN ENGINEERING SYSTEMS, INC.,**
a Delaware Corporation;
**MW CUSTOM PAPERS, LLC,**
a Delaware Corporation, in its own right and as successor in
interest to The Mead Corporation;
**NAGLE PUMPS, INC.,**
an Ohio Corporation;
**THE NASH ENGINEERING COMPANY,**
a Connecticut Corporation;
**NEW COLEMAN HOLDINGS, INC.**
a Kansas Corporation
**PARKER-HANNIFIN CORPORATION,**
an Ohio Corporation, as parent corporation of Parker Packing Division;
**PFIZER, INC.,**
a Delaware Corporation;
**POWER PROCESS PIPING, INC.,**
a Michigan Corporation;
**R. L. DEPPMANN COMPANY,**
a Michigan Corporation;
**RADIATOR SPECIALTY COMPANY,**
a North Carolina Corporation;
**RANKIN AUTOMATION COMPANY, LLC,**
a Delaware Corpoarion;
**REUNION INDUSTRIES, INC.,**
a Delaware Corporation;
**REX/ROTO CORPORATION,**
a Michigan Corporation;
**RHEEM MANUFACTURING COMPANY**
a Delaware Corporation
**RIC-WIL, INC.,**
an Ohio Corporation;
**RILEY POWER, INC.,**
a Massachusetts Corporation f/k/a Riley Stoker Corporation;
**ROGER ZATKOFF COMPANY,**
a Michigan Corporation;
**ROPER PUMP COMPANY,**
a Delaware Corporation;
**ROTH PUMP COMPANY,**
a Delaware Corporation;
**RUST INTERNATIONAL, INC.,**
a Delaware Corporation in its own right and as successor in
interest to M.W. Kellogg Co., and the Swindell Dressler Co.;
**RUTHMAN PUMP & ENGINEERING, INC.,**
an Ohio Corporation, a/k/a Gusher Pumps, Inc.;
**SATTERLUND SUPPLY COMPANY,**
a Michigan Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**SCHAD BOILER SETTING COMPANY,**
d/b/a Schad Refractory Construction Co., a Michigan Corporation;
**SEALITE, INC.,**
a California Corporation;
**SEAWAY MECHANICAL CONTRACTORS, INCORPORATED,**
a Michigan Corporation;
**SHAW-WINKLER, INC.,**
a Michigan Corporation;
**SQUARE D COMPANY,**
a Delaware Corporation;
**STANDARD FUEL ENGINEERING COMPANY,**
a Michigan Corporation;
**THE STANLEY-CARTER COMPANY,**
a Michigan Corporation;
**STERLING FLUID SYSTEMS (USA), LLC,**
f/k/a Peerless Pump Company, a Delaware Corporation;
**SULZER PUMPS (US) INC.,**
a Delaware Corporation;
**TACO, INC.,**
a Rhode Island Corporation;
**THIEM CORPORATION,**
a/k/a Universal Refractories, Inc., a Delaware Corporation;
**TRANS-PUMPS, INC.,**
a Pennsylvania Corporation, a/k/a Hazelton Pumps;
**UNION CARBIDE CHEMICALS AND PLASTICS COMPANY, INC.,**
Successor in Interest to Union Carbide, a New York Corporation;
**UNION PUMPS COMPANY,**
f/k/a David Brown Union Pump Company, a Michigan Corporation;
**UNIROYAL, INC.,**
a/k/a United States Rubber Co., Inc., a New Jersey Corporation;
**VIACOM INTERNATIONAL, INC.,**
a Delaware Corporation, in its own right and as Successor in Interest
to CBS Corporation, in its own right and as Successor in Interest to
Westinghouse Electric Corporation, a Pennsylvania Corporation,
f/k/a Westinghouse Electric & Manufacturing Company, in its own
right and as Successor in Interest to Luxaire, Inc.;
**VIKING PUMP, INC.,**
a Delaware Corporation;
**W. J. O'NEIL CO.,**
a Michigan Corporation, f/k/a Comb & Groves, Inc.;
**W. M. SPRINKMAN, LLC,**
a Wisconsin Corporation;
**WARREN PUMPS, LLC,**
a Delaware Corporation;
**WAYNE/SCOTT FETZER COMPANY,**
a Delaware Corporation, f/k/a Wayne Combustion System;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**WEIL-MCLAIN**
a Delaware Corporation
**WEIR VALVES & CONTROLS USA, INC.,**
a Massachusetts Corporation, f/k/a Atwood and Morrill Co., Inc.;
**WELTON RUBBER COMPANY,**
a Michigan Corporation, formerly known as Welton Rubber
& Asbestos Company;
**THE WILLIAM POWELL COMPANY,**
an Ohio Corporation;
**YORK RUBBER COMPANY,**
a Michigan Corporation;
**YORK INTERNATIONAL CORPORATION,**
a Delaware Corporation, in its own right and as successor in
interest to Evcon Industries, Inc., Luxaire, Inc., Moncrief Furnace,
The Henry Furnace Company, Fraser-Johnston, Coleman Furnace;

     Defendants.

_____/

**ERIC B. ABRAMSON (P60949)**
**SERLING & ABRAMSON, P.C.**
**Attorney for Plaintiffs**
**280 N. Old Woodward Ave., Ste. 406**
**Birmingham, Michigan 48009**
**(248) 647-6966**

_____/

<u>**NOTICE OF COMPLAINT**</u>
<u>**COMPLAINT (WITH PREMISES LIABILITY COUNT)**</u>

    **There is no other pending or resolved civil action arising out of the transaction or occurrence alleged in the complaint.**

    NOW COMES Plaintiff, by and through her Attorney, SERLING & ABRAMSON, P.C., and for her Complaint against each Defendant, state as follows:

    1.    In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order of June 24, 2016, paragraph II. C. 4., a Complaint was filed with the Court's "Master File" (Case No.: 03-310422-NP) entitled "Asbestos Master Complaint--Deceased Plaintiff," Standard Pleading No. 14. Plaintiff adopts by reference each and every allegation in this Master Complaint.

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
_____
(248) 647-6966

2.      Pursuant to the Court's Case Management Order of June 24, 2016, Plaintiff, **ELAINE WALCZYK Personal Representative for the Estate of RICHARD WALCZYK, Deceased** states as follows:

### PREMISES LIABILITY COUNT AS TO DEFENDANTS, BASF CORPORATION, FORD MOTOR COMPANY and MARATHON PETROLEUM COMPANY LP

A.      Plaintiff repeats and incorporates by reference the "Master File" (Case No.: 03-310422-NP) entitled "Asbestos Master Complaint--Deceased Plaintiff," Standard Pleading No. 14.

B.      That during the period 1967-2003, Decedent was exposed to toxic levels of environmental pollutants including asbestos fibers due to his employment working on a project over which Defendants, **BASF CORPORATION, FORD MOTOR COMPANY and MARATHON PETROLEUM COMPANY LP**, had supervision and control at a building owned by Defendants, **BASF CORPORATION, FORD MOTOR COMPANY and MARATHON PETROLEUM COMPANY LP**, located in the county of Wayne.

C.      That in the course of Decedent's employment with the employer at the aforementioned location, Decedent was required to work in an area of the building in which he was exposed to asbestos containing materials.

D.      That in the course of Decedent's employment with the employer at the aforementioned location, Decedent was required to work in an area where asbestos containing material was used and upon his return from work, brought home with him, within the family motor vehicle(s) and upon his person, on his shoes, clothing, handkerchiefs, and upon his other personal articles, and items brought into the home from the jobsite, particles

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

of asbestos and asbestos dust and fibers to which he was exposed at his place of employment.

E.      That the work was being undertaken by the Defendants, **BASF CORPORATION, FORD MOTOR COMPANY and MARATHON PETROLEUM COMPANY LP**, through their employees and the agency of various contractors and subcontractors, including Decedent's employer, and that the work in which Decedent was engaged in at the time of this occurrence was inherently dangerous work.

F.      That it was then and there the duty of the Defendants, **BASF CORPORATION, FORD MOTOR COMPANY and MARATHON PETROLEUM COMPANY LP**, to provide a safe place for invitees such as the Decedent and others similarly situated, to work, and to exercise due care in the operation and maintenance of said premises so as to prevent injury to its invitees, and to inspect the premises to ensure that they were safe and free from any and all dangerous conditions.

G.      That disregarding said duties, the Defendants created and maintained an unsafe, dangerous and/or hazardous condition by failing to provide adequate and proper ventilation and by failing to warn of the dangerous condition, thereby causing Decedent to suffer harmful exposure to asbestos fibers causing severe and disabling personal injuries.

H.      That the Defendants, **BASF CORPORATION, FORD MOTOR COMPANY and MARATHON PETROLEUM COMPANY LP**, breached their duties and were negligent in the following manner:

(a)      failed to provide adequate and proper ventilation;

(b)      failed to provide inhalators or other devices for the use of their invitees in filtering out harmful environmental toxins such as asbestos;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

(c)     failed to provide a safe place for Decedent to work;

(d)     failed to safely and properly operate and maintain the construction site premises;

(e)     failed to inspect the premises for dangerous and/or hazardous conditions;

(f)     employed a careless and/or negligent general contractor;

(g)     maintained a right of control over the construction work and were negligent in their supervision and job inspection;

(h)     failed to warn Decedent of the dangerous and/or hazardous condition that they knew or should have known existed.

I.      That in the happening of the aforesaid incident, Decedent was not guilty of negligence or of contributory negligence, but as a direct and proximate result of Defendants' negligence, Decedent suffered harmful exposure to asbestos fibers causing and/or contributing to a fatal respiratory disease and further, he suffers great pain, mental anguish, discomfort and inconvenience.

WHEREFORE, Plaintiff demands judgment against the Defendants herein for whatever amount above Twenty-Five Thousand ($25,000) dollars he is found to be entitled, together with interests, costs and attorneys fees.

3.      Pursuant to the Court's Case Management Order of June 24, 2016, Plaintiff, **ELAINE WALCZYK Personal Representative for the Estate of RICHARD WALCZYK, Deceased** states as follows:

| | |
|---|---|
| Deceased Plaintiff: | Richard Walczyk |
| Decedent's Date of Birth: | October 30, 1942 |
| Decedent's Date of Death: | July 20, 2020 |
| Personal Representative: | Elaine Walczyk |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

11

Per. Rep.'s Birth Date:                     September 21, 1942

Personal Representative's Address:          32179 Knapp Ave.
                                            Warren, MI 48093

Spouse of Decedent:                         Elaine Walczyk

Spouse's Date of Birth:                     September 21, 1942

Disease:                                    Lung Cancer

Date of Decedent's Diagnosis:               March 23, 2020

Decedent's Period of Exposure to
Asbestos:                                   1942-1963 (exposure through father);
                                            1963-2002 – *subject to further
                                            discovery*

Decedent's Occupation:                      Steamfitter/Pipefitter

Employer(s):                                Various contractors

Known Job Sites and Years at Job
Sites:                                      See Attachment "A"

Identity of all Known Non-Parties:          See Attachment "B"

Reasonably Known Medical
Information:                                See Attachment "C"

Social Security Printout included:   No
(check one)   Yes _____        No _X_ (has been ordered)

Geographical Situs of Asbestos
Exposure:                                   Wayne County, Michigan

                                            */s/ Eric B. Abramson*
                                            **ERIC B. ABRAMSON (P60949)**
                                            **Attorney for Plaintiff**
                                            **280 N. Old Woodward, Ste. 406**
                                            **Birmingham, Michigan 48009**
                                            **(248) 647-6966**

**DATED:** September 24, 2020

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

## ATTACHMENT "A"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff reserves the right to update asbestos product exposure identification after investigation of the case and review of the Social Security Printout and in accordance with the Court's Case Management Order deadline for submission of a final product identification brochure. Plaintiff's Known Job Site Information is as follows:

| KNOWN JOB SITES | YEARS AT JOB SITES |
|---|---|
| Cadillac Plant, Detroit, MI | 1942-1963 (Exposure through father, Peter Walczyk) |
| City of Detroit, Detroit, MI | 1963-1967 |
| Various industrial jobsites, including but not limited to Ford Motor, General Motors, Chrysler, Great Lakes Steel, McLouth Steel, Marathon Oil Refinery, Wyandotte Chemical, etc., Detroit, Metro Detroit, MI | 1967-2003 |
| Various Detroit Edison Plants Detroit, Metro Detroit, MI | 1967-2003 |
| Various commercial jobsites, Detroit, Metro Detroit, MI | 1967-2003 |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009
———
(248) 647-6966

13

## ATTACHMENT "B"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff's Preliminary Notice of Non-Parties are as follows:

A.P. GREEN REFRACTORIES
AC&S
ARMSTRONG WORLD INDUSTRIES
ASARCO
BABCOCK & WILCOX COMPANY
BONDEX
BURNS & ROE
CELOTEX CORPORATION
COMBUSTION ENGINEERING
DRESSER INDUSTRIES/HARBISON WALKER REFRACTORIES
EAGLE-PICHER INDUSTRIES, INC.
FIBREBOARD CORPORATION
FLEXITALLIC GASKET
FLINTKOTE
GAF CORPORATION
GARLOCK
GEORGIA PACIFIC
H.K. PORTER
HALLIBURTON
JOHNS-MANVILLE CORPORATION
KAISER ALUMINUM
KEENE/BEH
KENTILE FLOORS
KVAERNER
LESLIE
ASBESTOS CLAIMS MANAGEMENT CORP. (F/K/A NATIONAL GYPSUM)
NORTH AMERICAN REFRACTORIES
OGLEBAY NORTON
ON MARINE SERVICES COMPANY
OWENS CORNING FIBERGLAS CORPORATION
OWENS ILLINOIS
PITTSBURGH CORNING CORPORATION
PLIBRICO COMPANY
QUIGLEY
RAYBESTOS-MANHATTAN
SEPCO
THAN
TURNER & NEWALL
UGL
UNITED STATES GYPSUM CO.
W.R. GRACE
YARWAY

This list may be incomplete and is subject to change as discovery is ongoing.
WALCZYK, Richard PremSFPF.docx

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
————
(248) 647-6966

14

## ATTACHMENT "C"

All reasonably known medical information is as follows:

Dr. Thomas K. Thomas
22480 Kelly Rd. #2
Eastpointe, MI 48021                          PCP 40 yrs

Dr. Larry Tankenow
30117 Schoenherr Rd., Ste. 100
Warren, MI 48088                              Primary Lung Doctor

Dr. V. Gudaguntla
25195 Kelly Rd.
Roseville, MI 48066                           Heart Doctor 2013 - Current

Dr. Kenneth Tucker
11885 12 mile Rd., #100B
Warren, MI 48093                              Cancer Doctor – Feb 2020

Henry Ford Macomb
15855 19 Mile Rd,
Clinton Twp, MI 48038
(586) 263-2300                                Prostatectomy – 2009 Dr. Randy Chudler MIU

Ascension St. John Hospital
22101 Moross Rd.
Detroit, MI 48236
(313) 343-4000                                Embolectomy – Oct 2015 Dr. Kumara Rama

Ascension St. John Hospital
Dr. Kumara Rama
22101 Moross Rd.
Detroit, MI 48236
(313) 343-4000                                Aortic Aneurysm w/stent graft – Jan 2016

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

20-012537-NP FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   9/24/2020 12:47 PM   Laverne Chapman

**STATE OF MICHIGAN**

**IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE**

**ELAINE WALCZYK, Personal
Representative for the Estate of
RICHARD WALCZYK Deceased,**

      **Plaintiff,**

vs.

**ABB, INC, et al**

      Defendants.

_____/

**ERIC B. ABRAMSON (P60949)
SERLING & ABRAMSON, P.C.
Attorney for Plaintiffs
280 N. Old Woodward Ave., Ste. 406
Birmingham, Michigan  48009
(248)  647-6966**

_____/

**ASBESTOS DOCKET**
Case No:       -NP(a)
**HON. PATRICIA FRESARD**

**JURY DEMAND**

    **A TRIAL BY JURY IS HEREBY DEMANDED TO DETERMINE ALL ISSUES.**

/s/ *Eric B. Abramson*
**ERIC B. ABRAMSON (P60949)
Attorney for Plaintiff
280 N. Old Woodward, Ste. 406
Birmingham, Michigan  48009
(248) 647-6966**

**DATED:** September 24, 2020

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

1

20-016314-NP FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 12/15/2020 1:54 PM Carlita McMiller

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

**DONALD ESPER and**
**CYNTHIA ESPER**

      **Plaintiff,**

vs.

**ABB, INC.**
a North Carolina Corporation, in its own right and as successor in
interest to Asea Brown Boveri, Inc, BBC Brown Boveri, Inc. and
Brown Boveri Electric, Inc.;
**ADIENCE, INC.**
Successor in Interest to Adience Company, LP as Successor in Interest
to BMI, Inc., a Delaware Corporation;
**THE ALLIANCE MACHINE COMPANY**
a Delaware Corporation;
**AMERICAN CRANE CORPORATION**
a Pennsylvania Corporation;
**AMERON INTERNATIONAL CORPORATION**
a Delaware Corporation;
**AMPHENOL CORPORATION**
a Delaware Corporation;
**ANDERSON GREENWOOD & COMPANY**
a Texas Corporation;
**ARMSTRONG INTERNATIONAL, INC.**
a Michigan Corporation;
**ARMSTRONG PUMPS, INC.**
a New York Corporation;
**AUBURN MANUFACTURING COMPANY**
a Connecticut Corporation;
**A.W. CHESTERTON COMPANY**
a Massachusetts Corporation;
**BALTIMORE ENNIS LAND COMPANY, INC.**
an Ohio Corporation, a/k/a Belci, f/k/a Gibson-Homans;
**BANNER ENGINEERING & SALES, INC.**
a Michigan Corporation, a/k/a Joseph M. Day Company;
**BASF CORPORATION**
a Delaware Corporation;
**BAYER CROPSCIENCE, INC.**
a Delaware Corporation, f/k/a Amchem Products, Inc. and Benjamin
Foster Company;

**ASBESTOS DOCKET**
**Case No:**       **-NP(a)**
**HON. PATRICIA FRESARD**

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
———
(248) 647-6966

1

**THE BOOMER COMPANY**
a Michigan Corporation;
**BRYAN STEAM CORPORATION**
a New Mexico Corporation;
**BRYAN STEAM, LLC,**
a Delaware Limited Liability Company, f/k/a Bryan Boilers;;
**BURNHAM LLC**
a Delaware Coproration, f/k/a Burnham Corporation;
**BW/IP, INC.**
a Delaware Corporation, f/k/a BW/IP International, Inc., in its own
right and as parent corporation to Byron Jackson Pump Division;
**CAMERON INTERNATIONAL CORPORATION**
a Delaware Corporation;
**CARRIER CORPORATION**
a Delaware Corporation, a/k/a Bryant Heating & Cooling Systems,
Bryant Company, Payne Company, AFFILIATED GAS EQUIPMENT,
INC., Carrier Transicold Division, Carrier Refigeration Operations,
Owen-West Mechanical, Inc., CAC/BDP, Comfortaire, Day & Night
Furnace Co., Heil-Quaker Corporation and Heil Furnaces;
**CARVER PUMP CO.**
a Delaware Corporation;
**CHAMPLAIN CABLE CORPORATION**
a Delaware Corporation, f/k/a Haveg Industries, Inc.;
**CLEAVER BROOKS COMPANY**
a Pennsylvania Corporation;
**CLOW CORPORATION**
a Delaware Corporation;
**COMPUDYNE CORPORATION**
a Nevada Corporation, in its own right and as successor in interest by
merger with York-Shipley, Inc., a Pennsylvania Corporation; and as
successor in interest by merger with Robintech, Inc., a Delaware
Corporation;
**COOPER INDUSTRIES LLC**
a Delaware Corporation, in its own right and as successor in interest to
Cooper Industries, Inc., Crouse-Hinds Co., Cooper Bessemer Corp.,
McGraw-Edison Co., Wagner Electric Corp, Studebaker Worthington,
Inc., Edison International Inc., Tung Sol Electric, Inc. and Abex
Corporation;
**CRANE CO.**
a Delaware Corporation f/k/a Crane Delaware Co., a Delaware
Corporation, in its own right and as Successor in Interest to Crane Co.,
an Illinois Corporation, f/k/a Crane Company and Jenkins Valves, in its
own right and as Successor in Interest to Pacific Steel Boiler Company;
**CROSBY VALVE, LLC**
a Nevada Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-5966

**DAUBERT CHEMICAL COMPANY, INC.**
an Illinois Corporation;
**DURAMETALLIC CORPORATION**
a Michigan Corporation;
**EDWARD VOGT VALVE CO.**
a North Carolina Corporation;
**ELOF HANSSON USA INC.**
a Delaware Corporation;
**EVERLASTING VALVE CO.**
a Michigan Corporation;
**F.B. WRIGHT COMPANY**
a Michigan Corporation;
**F.L. SMIDTH DORR-OLIVER EIMCO INC.**
a Delaware Corporation;
**FLOWSERVE CORPORATION**
a New York Corporation, in its own right and as successor in
interest to Durco Pumps and Nordstrom Valves;
**FLOWSERVE US INC.**
a Delaware Corporation, in its own right and as successor in
interest to Edwards Valves, Inc.;
**FMC CORPORATION**
a Delaware Corporation, in its own right and on behalf of its
former Chicago Pump, Northern Pump and Stearns businesses and
its former Construction Equipment Group;
**FORD MOTOR COMPANY**
a Delaware Corporation;
**FOSECO, INC.**
a Delaware Corporation, in its own right and as Successor to
Gibson-Homans Co., Baltimore Ennis Land Co., Inc., and as
Subsidiary of Foseco Plc;
**FOSTER WHEELER ENERGY CORPORATION**
a New Jersey Corporation;
**GENERAL ELECTRIC COMPANY**
a New York Corporation;
**GOODALL RUBBER COMPANY**
a New Jersey Corporation;
**GOODRICH CORPORATION**
f/k/a B.F. Goodrich Company a New York Corporation;
**GOODYEAR TIRE & RUBBER COMPANY**
an Ohio Corporation;
**GOULDS PUMPS, INCORPORATED**
a Delaware Corporation;
**GREENE, TWEED & COMPANY**
a Pennsylvania Corporation;
**GRINNELL LLC**
a Delaware Corporation;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

3

**HARRISON PIPING SUPPLY COMPANY**
a Michigan Corporation;
**HONEYWELL INTERNATIONAL, INC.**
a Delaware Corporation, Successor in interest to Allied-Signal Corporation,
Allied Chemical Corporation, Semet Solvay and Bendix Corporation;
**HOWARD ELECTRIC COMPANY**
a Michigan Corporation;
**IMO INDUSTRIES, INC.**
a/k/a DeLaval Turbines, Inc., a Delaware Corporation;
**ITT INDUSTRIES, INC.**
an Indiana Corporation in its own right and as Successor in Interest to ITT
Grinnell, Bell & Gossett, Kennedy Valves, Hoffman Specialty, Marlow Pumps;
**IU NORTH AMERICA, INC.**
a Delaware Corporation as Successor in Interest by merger with The
Garp Co. and formerly known as The Gage Co., a Pennsylvania
Corporation, f/k/a Taylor Engineering;
**JOHN E. GREEN COMPANY**
a Michigan Corporation;
**JOHNSON CONTROLS, INC.**
a Wisconsin Corporation, in its own right and as successor in interest to
Luxaire, Inc., Moncrief Furnace, The Henry Furnace Company, Fraser-
Johnston, Coleman Furnace;
**K & C SUPPLY, INC.**
an Ohio Corporation;
**KERR PUMP AND SUPPLY, INC.**
a Michigan Corporation;
**LIMBACH COMPANY LLC**
a Delaware Corporation, in its own right and as successor in interest to
Limbach Company, a/k/a Lorne Plumbing & Heating;
**MARATHON PETROLEUM COMPANY LP**
an Ohio Corporation a/k/a Marathon Ashland Petroleum LLC,
Marathon Oil Corporation, Marathon Ashland Petroleum Canada, Ltd.,
Marathon Petroleum Company Canada, Marathon Ashland Pipe Line
LLC and Marathon Pipe Line LLC;
**THE MARLEY-WYLAIN COMPANY**
a Delaware Corporation, in its own right and as Successor in Interest to Weil-
McLain; Williamson-Thermoflo; Williamson Company; Metzger Machine
Corporation; Weil-McLain; Bennett & Peck Company; Peck and Williamson
Heating and Ventilating Company; International Heater Company, Twentieth
Century Heating and Ventilating Company; Henry & Scheible Company; Quaker
Manufacturing Company; Ideal Furnace Company; Williamson Heater Company;
**MCMASTER-CARR SUPPLY COMPANY**
an Illinois Corporation;
**MCWANE, INC.**
a Delaware Corporation, in its own right and as successor in
interest to Clow Valve Co. and Yeomans Pump;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

4

**METROPOLITAN LIFE INSURANCE COMPANY**
a/k/a Metropolitan Insurance Co. a Delaware Corporation;
**MICHIGAN VALVE AND FOUNDRY CORPORATION**
a Michigan Corporation;
**MIDLAND ROSS CORPORATION**
an Ohio Corporation, in its own right and as Successor in Interest
to Surface Combustion;
**MIDWEST VALVE & FITTING COMPANY**
a Michigan Corporation, a/k/a State Plumbing & Heating Supply Co.;
**NAGLE PUMPS, INC.**
an Ohio Corporation;
**PARKER-HANNIFIN CORPORATION**
an Ohio Corporation, as parent corporation of Parker Packing
Division;
**PFIZER, INC.**
a Delaware Corporation;
**POWER PROCESS PIPING, INC.**
a Michigan Corporation;
**R. L. DEPPMANN COMPANY**
a Michigan Corporation;
**RADIATOR SPECIALTY COMPANY**
a North Carolina Corporation;
**RIC-WIL, INC.**
an Ohio Corporation;
**RILEY POWER, INC.**
a Massachusetts Corporation f/k/a Riley Stoker Corporation;
**ROGER ZATKOFF COMPANY**
a Michigan Corporation;
**ROPER PUMP COMPANY**
a Delaware Corporation;
**ROTH PUMP COMPANY**
a Delaware Corporation;
**RUST INTERNATIONAL, INC.**
a Delaware Corporation in its own right and as successor in
interest to M.W. Kellogg Co., and the Swindell Dressler Co.;
**RUTHMAN PUMP & ENGINEERING, INC.**
an Ohio Corporation, a/k/a Gusher Pumps, Inc.;
**SCHAD BOILER SETTING COMPANY**
d/b/a Schad Refractory Construction Co., a Michigan Corporation;
**SEAWAY MECHANICAL CONTRACTORS, INCORPORATED**
a Michigan Corporation;
**SHAW-WINKLER, INC.**
a Michigan Corporation;
**SHERWIN-WILLIAMS COMPANY**
an Ohio Corporation, a/k/a Mercury Paints;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**SOCONY MOBIL COMPANY, INC.**
a Delaware Corporation, a/k/a Mobil Oil Corporation;
**SQUARE D COMPANY**
a Delaware Corporation;
**STANDARD FUEL ENGINEERING COMPANY**
a Michigan Corporation;
**THE STANLEY-CARTER COMPANY**
a Michigan Corporation;
**STERLING FLUID SYSTEMS (USA), LLC**
f/k/a Peerless Pump Company, a Delaware Corporation;
**SULZER PUMPS (US) INC.**
a Delaware Corporation;
**SUNOCO, INC (R&M)**
a Pennsylvania Corporation;
**TACO, INC.**
a Rhode Island Corporation;
**THIEM CORPORATION**
a/k/a Universal Refractories, Inc., a Delaware Corporation;
**TRANS-PUMPS, INC.**
a Pennsylvania Corporation, a/k/a Hazelton Pumps;
**UNION CARBIDE CHEMICALS AND PLASTICS COMPANY, INC.**
Successor in Interest to Union Carbide, a New York Corporation;
**UNION PUMPS COMPANY**
f/k/a David Brown Union Pump Company, a Michigan Corporation;
**UNIROYAL, INC.**
a/k/a United States Rubber Co., Inc., a New Jersey Corporation;
**VIACOM INTERNATIONAL, INC.**
a Delaware Corporation, in its own right and as Successor in
Interest to CBS Corporation, in its own right and as Successor
in Interest to Westinghouse Electric Corporation, a
Pennsylvania Corporation, f/k/a Westinghouse Electric &
Manufacturing Company, in its own right and as Successor in
Interest to Luxaire, Inc.;
**VIKING PUMP, INC.**
a Delaware Corporation;
**W. J. O'NEIL CO.**
a Michigan Corporation, f/k/a Comb & Groves, Inc.;
**W. M. SPRINKMAN, LLC**
a Wisconsin Corporation;
**WARREN PUMPS, LLC**
a Delaware Corporation;
**WAYNE/SCOTT FETZER COMPANY**
a Delaware Corporation, f/k/a Wayne Combustion System;
**WEIR VALVES & CONTROLS USA, INC.**
a Massachusetts Corporation, f/k/a Atwood and Morrill Co., Inc.;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

**WELTON RUBBER COMPANY**
a Michigan Corporation, formerly known as Welton Rubber &
Asbestos Company;
**THE WILLIAM POWELL COMPANY**
an Ohio Corporation;
**YORK RUBBER COMPANY**
a Michigan Corporation;
**YORK INTERNATIONAL CORPORATION**
a Delaware Corporation, in its own right and as successor in interest to
Evcon Industries, Inc., Luxaire, Inc., Moncrief Furnace, The Henry
Furnace Company, Fraser-Johnston, Coleman Furnace;

     **Defendants.**

_____/

**ERIC B. ABRAMSON (P60949)**
**SERLING & ABRAMSON, P.C.**
**Attorneys for Plaintiffs**
**280 N. Old Woodward Ave., Ste. 406**
**Birmingham, Michigan 48009**
**(248) 647-6966**

_____/

### NOTICE OF COMPLAINT
### COMPLAINT (WITH PREMISES LIABILITY COUNT)

**There is no other pending or resolved civil action arising out of the
transaction or occurrence alleged in the complaint.**

NOW COME Plaintiffs, by and through their Attorney, SERLING &

ABRAMSON, P.C., and for their Complaint against each Defendant, state as follows:

1. In compliance with Wayne County Circuit Court Judge Robert J.

Colombo, Jr.'s Case Management Order of June 24, 2016, paragraph II. C. 4., a

Complaint was filed with the Court's "Master File" (Case No.: 03-310422-NP) entitled

"Asbestos Master Complaint--Living Plaintiff and Spouse," Standard Pleading No. 13.

Plaintiffs adopt by reference each and every allegation in this Master Complaint.

2. Pursuant to the Court's Case Management Order of June 24, 2016,

Plaintiffs, **DONALD ESPER** and **CYNTHIA ESPER,** his wife, state as follows:

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

7

## PREMISES LIABILITY COUNT AS TO DEFENDANTS BASF CORPORATION, FORD MOTOR COMPANY, MARATHON PETROLEUM COMPANY LP, SOCONY MOBIL COMPANY, INC. and SUNOCO, INC (R&M)

A.    Plaintiff repeats and incorporates by reference the "Master File" (Case No.: 03-310422-NP) entitled "Asbestos Master Complaint--Living Plaintiff and Spouse," Standard Pleading No. 13.

B.    That during the period 1969-2009, Plaintiff was exposed to toxic levels of environmental pollutants including asbestos fibers while in the course of his employment with various employers working on a project over which Defendants, **BASF CORPORATION, FORD MOTOR COMPANY, MARATHON PETROLEUM COMPANY LP, SOCONY MOBIL COMPANY, INC. and SUNOCO, INC (R&M)**, had supervision and control at a building owned by Defendants, **BASF CORPORATION, FORD MOTOR COMPANY, MARATHON PETROLEUM COMPANY LP, SOCONY MOBIL COMPANY, INC. and SUNOCO, INC (R&M)**, located in the county of, including but not limited, to Wayne.

C.    That in the course of Plaintiff's employment with various employers at the aforementioned location, Plaintiff was required to work in an area of the building in which he was exposed to asbestos containing materials.

D.    That in the course of Plaintiff's employment with various employers at the aforementioned location, Plaintiff was required to work in an area where asbestos containing material was used.

E.    That the work was being undertaken by the Defendants, **BASF CORPORATION, FORD MOTOR COMPANY, MARATHON PETROLEUM COMPANY LP, SOCONY MOBIL COMPANY, INC. and SUNOCO, INC (R&M)**,

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

8

through their employees and the agency of various contractors and subcontractors, including Plaintiff's employer(s), and that the work in which the Plaintiff was engaged in at the time of this occurrence was inherently dangerous work.

F.    That it was then and there the duty of the Defendants, **BASF CORPORATION, FORD MOTOR COMPANY, MARATHON PETROLEUM COMPANY LP, SOCONY MOBIL COMPANY, INC. and SUNOCO, INC (R&M)**, to provide a safe place for invitees such as the Plaintiff and others similarly situated, to work, and to exercise due care in the operation and maintenance of said premises so as to prevent injury to its invitees, and to inspect the premises to ensure that they were safe and free from any and all dangerous conditions.

G.    That disregarding said duties, the Defendants created and maintained an unsafe, dangerous and/or hazardous condition by failing to provide adequate and proper ventilation and by failing to warn of the dangerous condition, thereby causing Plaintiff to suffer harmful exposure to asbestos fibers causing severe and disabling personal injuries.

H.    That the Defendants, **BASF CORPORATION, FORD MOTOR COMPANY, MARATHON PETROLEUM COMPANY LP, SOCONY MOBIL COMPANY, INC. and SUNOCO, INC (R&M)**, breached their duties and were negligent in the following manner:

(a) failed to provide adequate and proper ventilation;

(b) failed to provide inhalators or other devices for the use of their invitees in filtering out harmful environmental toxins such as asbestos;

(c) failed to provide a safe place for Plaintiff to work;

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
(248) 647-6966

9

(d) failed to safely and properly operate and maintain the construction site premises;

(e) failed to inspect the premises for dangerous and/or hazardous conditions;

(f) employed a careless and/or negligent general contractor;

(g) maintained a right of control over the construction work and were negligent in their supervision and job inspection;

(h) failed to warn Plaintiff of the dangerous and/or hazardous condition that they knew or should have known existed.

I.       That in the happening of the aforesaid incident, Plaintiff was not guilty of negligence or of contributory negligence, but as a direct and proximate result of Defendants' negligence, Plaintiff suffered harmful exposure to asbestos fibers causing and/or contributing to a fatal respiratory disease and further, he suffers great pain, mental anguish, discomfort and inconvenience.

WHEREFORE, Plaintiff demands judgment against the Defendants herein for whatever amount above Twenty-Five Thousand ($25,000) dollars he is found to be entitled, together with interests, costs and attorneys fees.

3.       In addition to Paragraphs 1 and 2 herein, and Pursuant to the Court's Case Management Order of June 24, 2016, Plaintiffs, **DONALD ESPER** and **CYNTHIA ESPER,** his wife, state as follows:

| | |
|---|---|
| Living Plaintiff: | Donald Esper |
| Plaintiff's Date of Birth: | December 22, 1938 |
| Plaintiffs' Residence: | 5844 N. Evangeline St. Dearborn Heights, MI 48127 |
| Spouse: | Cynthia Esper |

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

Spouse's Date of Birth:                August 31, 1954

Disease:                Asbestosis

Date of Diagnosis:            December 5, 2019

Period of Exposure to Asbestos:      1969-2009 – *subject to further discovery*

Occupation:                Insulator

Employer:                Various contractors

Known Job Sites and Years at Job Sites:                See Attachment "A"

Identity of all Known Non-Parties:    See Attachment "B"

Reasonably Known Medical Information:            See Attachment "C"

Social Security Printout included:    No
(check one)    Yes _____    No __X__  (has been ordered)

Geographical Situs of Asbestos Exposure:                Wayne County, Michigan

**/s/ *Eric B. Abramson***
**ERIC B. ABRAMSON (P60949)**
**Attorney for Plaintiff**
**280 N. Old Woodward, Ste. 406**
**Birmingham, Michigan 48009**
**(248) 647-6966**

**DATED:** December 15, 2020

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
———
(248) 647-6966

11

## ATTACHMENT "A"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff reserves the right to update asbestos product exposure identification after investigation of the case and review of the Social Security Printout and in accordance with the Court's Case Management Order deadline for submission of a final product identification brochure.  Plaintiff's Known Job Site Information is as follows:

### KNOWN JOB SITES

Various industrial jobsites, including but not limited to Ford Motor, General Motors, Chrysler, Great Lakes Steel, McLouth Steel, Marathon Oil Refinery, Mobil Oil Refinery, Sun Oil Refinery, etc., Detroit, Metro Detroit, MI

Various Detroit Edison Plants Detroit, Metro Detroit, MI

Various commercial jobsites, Detroit, Metro Detroit, MI

### YEARS AT JOB SITES

1969-2009

1969-2009

1969-2009

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

## ATTACHMENT "B"

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order No. 22 of June 24, 2016, paragraph II. C. 4. d, Plaintiff's Preliminary Notice of Non-Parties are as follows:

A.P. GREEN REFRACTORIES
AC&S
ARMSTRONG WORLD INDUSTRIES
ASARCO
BABCOCK & WILCOX COMPANY
BONDEX
BURNS & ROE
CELOTEX CORPORATION
COMBUSTION ENGINEERING
DRESSER INDUSTRIES/HARBISON WALKER REFRACTORIES
EAGLE-PICHER INDUSTRIES, INC.
FIBREBOARD CORPORATION
FLEXITALLIC GASKET
FLINTKOTE
GAF CORPORATION
GARLOCK
GEORGIA PACIFIC
H.K. PORTER
HALLIBURTON
JOHNS-MANVILLE CORPORATION
KAISER ALUMINUM
KEENE/BEH
KENTILE FLOORS
KVAERNER
LESLIE
ASBESTOS CLAIMS MANAGEMENT CORP. (F/K/A NATIONAL GYPSUM)
NORTH AMERICAN REFRACTORIES
OGLEBAY NORTON
ON MARINE SERVICES COMPANY
OWENS CORNING FIBERGLAS CORPORATION
OWENS ILLINOIS
PITTSBURGH CORNING CORPORATION
PLIBRICO COMPANY
QUIGLEY
RAYBESTOS-MANHATTAN
SEPCO
THAN
TURNER & NEWALL
UGL
UNITED STATES GYPSUM CO.
W.R. GRACE
YARWAY

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
_____
(248) 647-6966

This list may be incomplete and is subject to change as discovery is ongoing.
ESPER, Donald PremInx.docx

13

## ATTACHMENT "C"

All reasonably known medical information is as follows:

Dr. Matteo Valenti
20317 Farmington Rd.
Livonia, MI 48152
(248) 615-0777                                    Primary Care 3+ yrs

Dr. Mark Rasak
28080 Grand River Ave.
Farmington Hills, MI 48336
(248) 615-7300                                    Current Heart Doctor 10 Yrs.

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009

(248) 647-6966

14

20-016314-NP FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   12/15/2020 1:54 PM   Carlita McMiller

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

**DONALD ESPER and**
**CYNTHIA ESPER**

    **Plaintiff,**

vs.

**ADIENCE, INC., et al**

    Defendants.

                               /

**ERIC B. ABRAMSON (P60949)**
**SERLING & ABRAMSON, P.C.**
**Attorney for Plaintiffs**
**280 N. Old Woodward Ave., Ste. 406**
**Birmingham, Michigan  48009**
**(248)  647-6966**

                               /

**ASBESTOS DOCKET**
**Case No:**          **-NP(n)**
**HON. PATRICIA FRESARD**

## JURY DEMAND

    **A TRIAL BY JURY IS HEREBY DEMANDED TO DETERMINE ALL**

**ISSUES.**

                          **/s/ *Eric B. Abramson***
                          **ERIC B. ABRAMSON (P60949)**
                          **Attorney for Plaintiff**
                          **280 N. Old Woodward, Ste. 406**
                          **Birmingham, Michigan  48009**
                          **(248) 647-6966**

**DATED:** December 15, 2020

LAW OFFICES
SERLING & ABRAMSON, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009

(248) 647-6966

1

# EXHIBIT C

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

NICHOLAS KACHMAN and
ISABEL KACHMAN,

      Plaintiffs,

v

ACME Insulation, a Michigan Corporation,
et al.

      Defendants.

_____/

ASBESTOS DOCKET
Case No. 20-005638-NP

HON. PATRICIA FRESARD

| | |
|---|---|
| ERIC B. ABRAMSON (P60949)<br>MARGARET H. JENSEN (P33511)<br>SERLING & ABRAMSON, P.C.<br>Attorneys for Plaintiffs<br>280 N. Old Woodward Ave., Ste. 406<br>Birmingham, Michigan 48009<br>(248) 647-6966 | PATRICK M. FISHMAN (P41656)<br>KATHARINE GOSTEK (P80973)<br>KITCH, DRUTCHAS, WAGNER,<br>VALITUTTI & SHERBROOK<br>Attorneys for Defendants<br>Standard Fuel Engineering Company<br>and Spence Brothers<br>One Woodward Ave., Ste. 2400<br>Detroit, MI 48226<br>(313) 965-7900 |

_____

## ORDER DENYING PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF

At a session of said Court, held in the
County of Wayne, State of Michigan

on: _____.

PRESENT:  Hon. _____
CIRCUIT COURT JUDGE

     Plaintiffs having filed a motion for injunctive relief against defendants Standard

Fuel Engineering Company and Spence Brothers, defendants Standard Fuel

Engineering Company and Spence Brothers having filed a response, the matter having

been heard by the Court, and the Court being otherwise fully advised in the premises,

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

IT IS HEREBY ORDERED that plaintiffs' motion for injunctive relief is denied for the reasons stated on the record.

IT IS FURTHER ORDERED that the language of the complaint shall be amended to include the following language, to be inserted in the complaint and/or any attachments to the complaint following any statement regarding years of exposure:

> [Years] "These are general years of exposure only. For Medicare reporting purposes, the specific years of exposure as to any particular defendant will be the dates set forth in plaintiff's Discovery Brochure and other evidence which may be advanced during the course of discovery."

IT IS FURTHER ORDERED that discovery has not revealed any asbestos exposure on or after December 5, 1980.

IT IS SO ORDERED.

_____
CIRCUIT COURT JUDGE

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND COUNSELORS
One Woodward Avenue,
Suite 2400
Detroit, Michigan
48226-5485

(313) 965-7900

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

DONALD ESPER and
CYNTHIA ESPER,

      Plaintiffs,

v

ACME Insulation, a Michigan Corporation,
et al.

      Defendants.

_____/

<u>ASBESTOS DOCKET</u>
Case No. 20-016314-NP

HON. PATRICIA FRESARD

| | |
|---|---|
| ERIC B. ABRAMSON (P60949)<br>MARGARET H. JENSEN (P33511)<br>SERLING & ABRAMSON, P.C.<br>Attorneys for Plaintiffs<br>280 N. Old Woodward Ave., Ste. 406<br>Birmingham, Michigan 48009<br>(248) 647-6966 | PATRICK M. FISHMAN (P41656)<br>KATHARINE GOSTEK (P80973)<br>KITCH, DRUTCHAS, WAGNER,<br>VALITUTTI & SHERBROOK<br>Attorneys for Defendants<br>Standard Fuel Engineering Company<br>and Spence Brothers<br>One Woodward Ave., Ste. 2400<br>Detroit, MI 48226<br>(313) 965-7900 |

_____

**<u>ORDER DENYING PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF</u>**

At a session of said Court, held in the
County of Wayne, State of Michigan

on: _____.

PRESENT:  Hon. _____
                       CIRCUIT COURT JUDGE

     Plaintiffs having filed a motion for injunctive relief against defendants Standard

Fuel Engineering Company and Spence Brothers, defendants Standard Fuel

Engineering Company and Spence Brothers having filed a response, the matter having

been heard by the Court, and the Court being otherwise fully advised in the premises,

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

IT IS HEREBY ORDERED that plaintiffs' motion for injunctive relief is denied for the reasons stated on the record.

IT IS FURTHER ORDERED that the language of the complaint shall be amended to include the following language, to be inserted in the complaint and/or any attachments to the complaint following any statement regarding years of exposure:

> [Years] "These are general years of exposure only. For Medicare reporting purposes, the specific years of exposure as to any particular defendant will be the dates set forth in plaintiff's Discovery Brochure and other evidence which may be advanced during the course of discovery."

IT IS FURTHER ORDERED that discovery has not revealed any asbestos exposure on or after December 5, 1980.

IT IS SO ORDERED.

_____
CIRCUIT COURT JUDGE

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CAROL BEATTY, Personal
Representative for the Estate of
EARL T. BEATTY, Deceased,

     Plaintiff,

v

ACME Insulation, a Michigan Corporation,
et al.

     Defendants.

_____/

ASBESTOS DOCKET
Case No. 20-006060-NP

HON. PATRICIA FRESARD

ERIC B. ABRAMSON (P60949)
MARGARET H. JENSEN (P33511)
SERLING & ABRAMSON, P.C.
Attorneys for Plaintiffs
280 N. Old Woodward Ave., Ste. 406
Birmingham, Michigan 48009
(248) 647-6966

_____/

PATRICK M. FISHMAN (P41656)
KATHARINE GOSTEK (P80973)
KITCH, DRUTCHAS, WAGNER,
VALITUTTI & SHERBROOK
Attorneys for Defendants
Standard Fuel Engineering Company
and Spence Brothers
One Woodward Ave., Ste. 2400
Detroit, MI 48226
(313) 965-7900

## ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF

At a session of said Court, held in the
County of Wayne, State of Michigan

on: _____.

PRESENT: Hon. _____
               CIRCUIT COURT JUDGE

Plaintiff having filed a motion for injunctive relief against defendants Standard

Fuel Engineering Company and Spence Brothers, defendants Standard Fuel

Engineering Company and Spence Brothers having filed a response, the matter having

been heard by the Court, and the Court being otherwise fully advised in the premises,

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

IT IS HEREBY ORDERED that plaintiff's motion for injunctive relief is denied for the reasons stated on the record.

IT IS FURTHER ORDERED that the language of the complaint shall be amended to include the following language, to be inserted in the complaint and/or any attachments to the complaint following any statement regarding years of exposure:

> [Years] "These are general years of exposure only. For Medicare reporting purposes, the specific years of exposure as to any particular defendant will be the dates set forth in plaintiff's Discovery Brochure and other evidence which may be advanced during the course of discovery."

IT IS FURTHER ORDERED that discovery has not revealed any asbestos exposure on or after December 5, 1980.

IT IS SO ORDERED.

_____
CIRCUIT COURT JUDGE

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

2

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

SCOTT L. McCAUL, Personal
Representative for the Estate of
ROBERT L. McCAUL, Deceased,

ASBESTOS DOCKET
Case No. 20-008150-NP

     Plaintiff,

HON. PATRICIA FRESARD

v

ACME Insulation, a Michigan Corporation,
et al.

     Defendants.

_____ /

| | |
|---|---|
| ERIC B. ABRAMSON (P60949) | PATRICK M. FISHMAN (P41656) |
| MARGARET H. JENSEN (P33511) | KATHARINE GOSTEK (P80973) |
| SERLING & ABRAMSON, P.C. | KITCH, DRUTCHAS, WAGNER, |
| Attorneys for Plaintiffs | VALITUTTI & SHERBROOK |
| 280 N. Old Woodward Ave., Ste. 406 | Attorneys for Defendants |
| Birmingham, Michigan 48009 | Standard Fuel Engineering Company |
| (248) 647-6966 | and Spence Brothers |
| | One Woodward Ave., Ste. 2400 |
| | Detroit, MI 48226 |
| _____ / | (313) 965-7900 |

## ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF

At a session of said Court, held in the
County of Wayne, State of Michigan

on: _____.

PRESENT: Hon. _____
CIRCUIT COURT JUDGE

Plaintiff having filed a motion for injunctive relief against defendants Standard

Fuel Engineering Company and Spence Brothers, defendants Standard Fuel

Engineering Company and Spence Brothers having filed a response, the matter having

been heard by the Court, and the Court being otherwise fully advised in the premises,

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

IT IS HEREBY ORDERED that plaintiff's motion for injunctive relief is denied for the reasons stated on the record.

IT IS FURTHER ORDERED that the language of the complaint shall be amended to include the following language, to be inserted in the complaint and/or any attachments to the complaint following any statement regarding years of exposure:

> [Years] "These are general years of exposure only. For Medicare reporting purposes, the specific years of exposure as to any particular defendant will be the dates set forth in plaintiff's Discovery Brochure and other evidence which may be advanced during the course of discovery."

IT IS FURTHER ORDERED that discovery has not revealed any asbestos exposure on or after December 5, 1980.

IT IS SO ORDERED.

_____
CIRCUIT COURT JUDGE

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND COUNSELORS
One Woodward Avenue,
Suite 2400
Detroit, Michigan
48226-5485

(313) 965-7900

2

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

| | |
|---|---|
| LANA BARBER, Personal Representative for the Estate of LARRY L. BARBER, Deceased, | <u>ASBESTOS DOCKET</u><br>Case No. 20-006826-NP |
| Plaintiff, | HON. PATRICIA FRESARD |
| v | |
| ACME Insulation, a Michigan Corporation, et al. | |
| Defendants. | |

_____/

| | |
|---|---|
| ERIC B. ABRAMSON (P60949)<br>MARGARET H. JENSEN (P33511)<br>SERLING & ABRAMSON, P.C.<br>Attorneys for Plaintiffs<br>280 N. Old Woodward Ave., Ste. 406<br>Birmingham, Michigan 48009<br>(248) 647-6966 | PATRICK M. FISHMAN (P41656)<br>KATHARINE GOSTEK (P80973)<br>KITCH, DRUTCHAS, WAGNER,<br>V ALITUTTI & SHERBROOK<br>Attorneys for Defendants<br>Standard Fuel Engineering Company<br>and Spence Brothers<br>One Woodward Ave., Ste. 2400<br>Detroit, MI 48226 |
| _____/ | (313) 965-7900 |

## <u>ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF</u>

At a session of said Court, held in the
County of Wayne, State of Michigan

on: _____.

PRESENT:  Hon. _____
CIRCUIT COURT JUDGE

Plaintiffs having filed a motion for injunctive relief against defendants Standard

Fuel Engineering Company and Spence Brothers, defendants Standard Fuel

Engineering Company and Spence Brothers having filed a response, the matter having

been heard by the Court, and the Court being otherwise fully advised in the premises,

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

IT IS HEREBY ORDERED that plaintiffs' motion for injunctive relief is denied for the reasons stated on the record.

IT IS FURTHER ORDERED that the language of the complaint shall be amended to include the following language, to be inserted in the complaint and/or any attachments to the complaint following any statement regarding years of exposure:

> [Years] "These are general years of exposure only. For Medicare reporting purposes, the specific years of exposure as to any particular defendant will be the dates set forth in plaintiff's Discovery Brochure and other evidence which may be advanced during the course of discovery."

IT IS FURTHER ORDERED that discovery has not revealed any asbestos exposure on or after December 5, 1980.

IT IS SO ORDERED.

_____
CIRCUIT COURT JUDGE

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

ELAINE WALCZYK, Personal
Representative for the Estate of
RICHARD WALCZYK, Deceased,

      Plaintiff,

v

ACME Insulation, a Michigan Corporation,
et al.

      Defendants.

_____/

ASBESTOS DOCKET
Case No. 20-012537-NP

HON. PATRICIA FRESARD

ERIC B. ABRAMSON (P60949)
MARGARET H. JENSEN (P33511)
SERLING & ABRAMSON, P.C.
Attorneys for Plaintiffs
280 N. Old Woodward Ave., Ste. 406
Birmingham, Michigan 48009
(248) 647-6966

PATRICK M. FISHMAN (P41656)
KATHARINE GOSTEK (P80973)
KITCH, DRUTCHAS, WAGNER,
VALITUTTI & SHERBROOK
Attorneys for Defendants
Standard Fuel Engineering Company
and Spence Brothers
One Woodward Ave., Ste. 2400
Detroit, MI 48226
(313) 965-7900

_____/

### ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF

At a session of said Court, held in the
County of Wayne, State of Michigan

on: _____.

PRESENT: Hon. _____
                   CIRCUIT COURT JUDGE

Plaintiff having filed a motion for injunctive relief against defendants Standard

Fuel Engineering Company and Spence Brothers, defendants Standard Fuel

Engineering Company and Spence Brothers having filed a response, the matter having

been heard by the Court, and the Court being otherwise fully advised in the premises,

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

IT IS HEREBY ORDERED that plaintiff's motion for injunctive relief is denied for the reasons stated on the record.

IT IS FURTHER ORDERED that the language of the complaint shall be amended to include the following language, to be inserted in the complaint and/or any attachments to the complaint following any statement regarding years of exposure:

> [Years] "These are general years of exposure only. For Medicare reporting purposes, the specific years of exposure as to any particular defendant will be the dates set forth in plaintiff's Discovery Brochure and other evidence which may be advanced during the course of discovery."

IT IS FURTHER ORDERED that discovery has not revealed any asbestos exposure on or after December 5, 1980.

IT IS SO ORDERED.

_____
CIRCUIT COURT JUDGE

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CARL W. HENNI and
CHARLENE HENNI,

     Plaintiffs,

v

ACME Insulation, a Michigan Corporation,
et al.

     Defendants.

_____/

ASBESTOS DOCKET
Case No. 20-007746-NP

HON. PATRICIA FRESARD

ERIC B. ABRAMSON (P60949)
MARGARET H. JENSEN (P33511)
SERLING & ABRAMSON, P.C.
Attorneys for Plaintiffs
280 N. Old Woodward Ave., Ste. 406
Birmingham, Michigan 48009
(248) 647-6966

PATRICK M. FISHMAN (P41656)
KATHARINE GOSTEK (P80973)
KITCH, DRUTCHAS, WAGNER,
VALITUTTI & SHERBROOK
Attorneys for Defendants
Standard Fuel Engineering Company
and Spence Brothers
One Woodward Ave., Ste. 2400
Detroit, MI 48226
(313) 965-7900

**ORDER DENYING PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF**

At a session of said Court, held in the
County of Wayne, State of Michigan

on: _____.

PRESENT:  Hon. _____
CIRCUIT COURT JUDGE

     Plaintiffs having filed a motion for injunctive relief against defendants Standard Fuel Engineering Company and Spence Brothers, defendants Standard Fuel Engineering Company and Spence Brothers having filed a response, the matter having been heard by the Court, and the Court being otherwise fully advised in the premises,

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

IT IS HEREBY ORDERED that plaintiffs' motion for injunctive relief is denied for the reasons stated on the record.

IT IS FURTHER ORDERED that the language of the complaint shall be amended to include the following language, to be inserted in the complaint and/or any attachments to the complaint following any statement regarding years of exposure:

> [Years] "These are general years of exposure only. For Medicare reporting purposes, the specific years of exposure as to any particular defendant will be the dates set forth in plaintiff's Discovery Brochure and other evidence which may be advanced during the course of discovery."

IT IS FURTHER ORDERED that discovery has not revealed any asbestos exposure on or after December 5, 1980.

IT IS SO ORDERED.

_____
CIRCUIT COURT JUDGE

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND COUNSELORS
One Woodward Avenue,
Suite 2400
Detroit, Michigan
48226-5485

(313) 965-7900