UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Elaine Walczyk, et al.,

                Plaintiff(s),

v.                                        Case No. 2:22-cv-11611-MAG-CI
                                          Hon. Mark A. Goldsmith

Standard Fuel Engineering
Company,

                Defendant(s),

## NOTICE OF REMAND

TO: WAYNE COUNTY CIRCUIT COURT

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time-stamped copy of this Notice to:

        Clerk's Office
        U.S. District Court for the Eastern District of Michigan
        231 W. Lafayette Boulevard, 5th Floor
        Detroit, Michigan  48226
        (313) 234-5005

## Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                          KINIKIA D. ESSIX, CLERK OF COURT

                                          By: s/S. Schoenherr
                                                Deputy Clerk

Dated:  January 10, 2023